UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON COUNTS, *et al.*, individually, and on behalf of THEMSELVES AND ALL OTHERS similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC and ROBERT BOSCH LLC,<br><br>       Defendants. | No. 1:16-cv-12541-TLL-PTM<br><br>Honorable Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT GENERAL MOTORS LLC'S NOTICE REGARDING ITS MOTION TO MAINTAIN UNDER SEAL CONFIDENTIAL MATERIALS ATTACHED TO AND CITED IN THE PARTIES' SUMMARY JUDGMENT AND DAUBERT BRIEFS**

| **EXHIBIT** | **DESCRIPTION** | |
|---|---|---|
| A. | **[REDACTED]** | GM Ex. 31 (ECF No. 339-1; ECF No. 345-1) |
| B. | **[REDACTED]** | GM Ex. 35 (ECF No. 339-4; ECF No. 345-4) |
| C. | **[REDACTED]** | GM Ex. 36 (ECF No. 339-5; ECF No. 345-5) |
| D. | **[REDACTED]** | GM Ex. 32 (ECF No. 339-2; ECF No. 345-2) |
| E. | **[REDACTED]** | GM Ex. 37 (ECF No. 339-6; ECF No. 345-6) |
| F. | **[REDACTED]** | GM Ex. 40 (ECF No. 339-7; ECF No. 345-7) |
| G. | **[REDACTED]** | Ptf. Ex. 6 (ECF No. 337-8) |
| H. | **[REDACTED]** | GM Ex. 33 (ECF No. 339-3; ECF No. 345-3) |

| I. | **[REDACTED]** | GM Ex. 42 (ECF No. 339-9; ECF No. 345-9) |
|---|---|---|
| J. | **[REDACTED]** | GM Ex. 43 (ECF No. 339-10; ECF No. 345-10) |
| K. | **[REDACTED]** | GM Motion for Summary Judgment (ECF No. 345 (Sealed); ECF No. 346 (Redacted)) |
| L. | **[REDACTED]** | GM *Daubert* Motion (ECF No. 339 (Sealed); ECF No. 344 (Redacted)) |
| M. | **[REDACTED]** | Ptf. *Daubert* Motion (ECF No. 337 (Sealed)) |
| N. | **[REDACTED]** | GM Ex. 45 (ECF No. 339-12; ECF No. 345-12) |