# Index of Exhibits

| Exhibit | Document Description |
|---|---|
| **Ex. 01** | Excerpted Deposition of Ryan J. Harrington, M.E., Volume II, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 23, 2020 **[CONTAINS REDACTIONS]** |
| **Ex. 02** | Excerpted Deposition of Ryan J. Harrington, M.E., Volume I, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 22, 2020 **[CONTAINS REDACTIONS]** |
| **Ex. 03** | Excerpted Deposition of Juston L. Smithers, CTO, Volume II, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken May 21, 2020 **[CONTAINS REDACTIONS]** |
| **Ex. 04** | Excerpted Copy of the *The Content Analysis Guidebook* (2nd ed.) (2017) by Kimberly A. Neuendorf, Ph.D. |
| **Ex. 05** | Excerpted Deposition of Venkatesh Shankar, Ph.D., *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken January 23, 2020 |
| **Ex. 06** | *Content Analysis* (2015) by Kimberly A. Neuendorf, Ph.D. and Anup Kumar, Ph.D. |
| **Ex. 07** | Excerpted Deposition of Kimberly A. Neuendorf, Ph.D., *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 15, 2020 |
| **Ex. 08** | Expert Report of Kimberly A. Neuendorf, Ph.D., *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.) |
| **Ex. 09** | Excerpted Copy of *Qualitative Content Analysis in Practice* (2012) by Margrit Schreier |
| **Ex. 10** | Excerpted Deposition of Eric T. Bradlow, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 24, 2020 |
| **Ex. 11** | Exhibit 17 from the Deposition of Audley Brown, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 18, 2019 **[UNDER SEAL]** |
| **Ex. 12** | Excerpted Deposition of Audley Brown, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 18, 2019 **[UNDER SEAL]** |
| **Ex. 13** | Exhibit 23 from the Deposition of Ryan J. Harrington, M.E., Volume II, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken July 23, 2020 |
| **Ex. 14** | Excerpted Deposition of Juston L. Smithers, CTO, Volume I, *Jason Counts v. General Motors LLC*, 1:16-cv-12541 (E.D. Mich.), taken May 20, 2020 |