# Exhibit 1
## (REDACTED VERSION OF DOCUMENT TO BE SEALED)

HIGHLY CONFIDENTIAL

```
                                                    Page 319

 1            UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MICHIGAN
 2
                        - - - - -
 3
 4      JASON COUNTS, DONALD KLEIN,   C.A. NO.
        OSCAR ZANORA, DEREK LONG,     1:16-CV-12541-TLL-PTM
 5      HASSAM HIRMIZ, JASON SILVEUS,
        JOHN MISKELLY, THOMAS HAYDUK,
 6      CHRISTOPHER HEMBERGER and
        JOSHUA RODRIGUEZ, individually
 7      and on behalf of all others similarly
        situated,
 8              Plaintiffs,
 9
                -against-
10
11      GENERAL MOTORS LLC, ROBERT
        BOSCH GMBH, and ROBERT
12      BOSCH, LLC,
                Defendants.
13
                        - - - - -
14
                  HIGHLY CONFIDENTIAL
15
                        - - - - -
16
17       VIRTUAL VIDEOTAPED DEPOSITION OF RYAN HARRINGTON
18                 NATICK, MASSACHUSETTS
19                  Thursday, July 23, 2020
20
                        VOLUME 2
21
22
23      REPORTED BY:
24      ROBIN CLARK, RPR, CLR
25
```

Page 320

1   Virtual Videotaped Deposition of RYAN
2   HARRINGTON, taken by Plaintiffs, pursuant to notice,
3   commencing at 10:12 a.m., by and before Robin L.
4   Clark, Registered Professional Reporter and Notary
5   Public in and for the Commonwealth of Pennsylvania.
6           - - - - -

Page 321

1   REMOTE APPEARANCES:
2
        HAGENS BERMAN SOBOL SHAPIRO, LLP
3       BY:  GARTH WOJTANOWICZ, ESQ
        STEVE BERMAN, ESQ
4       JESSICA THOMPSON, ESQ
        1301 Second Avenue, Suite 2000
5       Seattle, Washington 98101
        206-623-7292
6       garthw@hbsslaw.com
        sberman@hbsslaw.com
7       jthompson@hbsslaw.com
            For the Plaintiffs
8
9   CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
    AGNELLO, P.C.
10  BY: JAMES E. CECCHI, ESQ
    ZACHARY BOWER, ESQ
11  5 Becker Farm Road
    Roseland, New Jersey 07068
12  973-997-1700
    jcecchi@carellabyrne.com
13  zbower@carellabyne.com
        For the Plaintiffs
14
15  SEEGER WEISS, LLP
    BY:  SHAUNA ITRI, ESQ
16  1515 Market Street, Suite 1380
    Philadelphia, Pennsylvania 19102
17  215-564-2300
    sitri@seegerweiss.com
18      For the Plaintiffs
19
    KIRKLAND & ELLIS, LLP
20  BY:  RENEE D. SMITH, ESQ
    KATE WARNER, ESQ
21  300 North LaSalle
    Chicago, Illinois 60654
22  312-862-2000
    rdsmith@kirkland.com
23  kate.warner@kirkland.com
        For the Defendant General
24  Motors LLC
25

Page 322

1   REMOTE APPEARANCES, continued:
2
        CLEARY GOTTLIEB STEEN & HAMILTON, LLP
3       BY:  DAVID BRODSKY, ESQ
        PATRICK SWIBER, ESQ
4       RENEE GRIFFIN, ESQ
        2000 Pennsylvania Avenue, N.W.
5       Washington, D.C. 20006
        202-947-1588
6       dbrodsky@cgsh.com
        pswiber@cgsh.com
7       rgriffin@cgsh.com
            For the Defendant Robert Bosch
8       LLC
9
    ALSO PRESENT REMOTELY:
10
        STEVEN HURVITZ, ESQ
11
        HOWARD BRODSKY, VIDEOGRAPHER
12
        JUSTON SMITHERS
13
        ALI KRAL, TECHNICIAN
14
15          - - - - -

Page 323

1           I N D E X
2   WITNESS                        PAGE
3   RYAN HARRINGTON
      BY MR. WOJTANOWICZ:          327, 676
4   BY MS. SMITH:                  649
5
6           E X H I B I T S
7   NUMBER    DESCRIPTION          MARKED
8   Harrington
9   Exhibit 5    Dyno HP Coefficient      333
             Determination Bates
10           GMCOUNTS000852163 to 852211
11  Exhibit 6    Privately-Owned Vehicle  341
             Work Order Bates
12           GMCOUNTS000852050
13  Exhibit 7    Privately-Owned Vehicle  346
             Work Order Bates
14           GMCOUNTS000851986 to 851987
15  Exhibit 8    Driver's Checklist Bates  346
             GMCOUNTS000852149 to 852150
16
    Exhibit 9    Calculator Document Bates  362
17           GMCOUNTS000852229
18  Exhibit 10   HWFET Chart              373
19  Exhibit 11   Email dated 5/16/19 Bates  400
             GMCOUNTS000852424
20
    Exhibit 12   Email String Bates       407
21           GMCOUNTS000852421 TO 852422
22  Exhibit 13   07_GM Diesel PEMS        428
             Evaluation - MY14 Cruze
23           Bates GMCOUNTS000379567 to
             379574
24
    Exhibit 14   Deposition of Sarah Funk  449
25
    Exhibit 15   Chevrolet Cruze Diesel   467

HIGHLY CONFIDENTIAL



26 (Pages 416 - 419)

HIGHLY CONFIDENTIAL

Page 648

[redacted]

Page 649

[redacted]

 4    MR. WOJTANOWICZ: Okay. At
 5  this time, I have no further questions.
 6  Although, Renee, I will note that we
 7  are going to reserve our rights to
 8  reopen the deposition in light of the
 9  issue that we have regarding his --
10  which I know you're going to address in
11  your redirect, at any rate, we're going
12  to reserve our right to reopen, but for
13  the time being, we will turn the floor
14  over to you.
15      MS. SMITH: Thank you.
16  Should we go off the record, please?
17      MR. WOJTANOWICZ: Sure.
18      THE VIDEOGRAPHER: The time
19  is 6:38. We are off the record.
20      - - - - -
21  (Discussion was held off the record.)
22      - - - - -
23      THE VIDEOGRAPHER: The time
24  is 7:18. We're on the record.
25

Page 650

 1  BY MS. SMITH:
 2    Q.  Good afternoon, Mr. Harrington. I
 3  just have a few questions for you this
 4  afternoon. Do you recall Plaintiffs' counsel
 5  asking you questions about the process for
 6  drafting your expert report in this case, which
 7  is Exhibit 1?
 8    A.  I do.
 9    Q.  And I believe you mentioned several
10  people from Exponent and from Analysis Group
11  who may have assisted in drafting and preparing
12  materials for that report. Do you recall
13  those?
14    A.  I recall providing a list of
15  people, yes.
16    Q.  Okay. And is this a report, which
17  is Exhibit 1 to this deposition, is this report
18  your opinions or is it the opinions of the
19  people who supported you in preparing it?
20    A.  So these are my opinions and this
21  was drafted at my direction.
22    Q.  And have you read everything in
23  this report?
24    A.  Yes.
25    Q.  Are the statements in this report

Page 651

 1  yours?
 2    A.  Yes.
 3    Q.  And I believe we may have loaded
 4  the next exhibit, which you don't have in hard
 5  copy. Let's see if this worked. It did. So
 6  Exhibit 23 should be open there.
 7    A.  Okay.
 8      - - - - -
 9    (CVs of Exponent Employees marked
10    Harrington Exhibit 23 for
11    identification.)
12      - - - - -
13  BY MS. SMITH:
14    Q.  Do you have Exhibit 23 in front of
15  you?
16    A.  Yes, I have it on screen.
17      MS. SMITH: Okay. Garth, do
18    you have it?
19      MR. WOJTANOWICZ: I do,
20    thank you.
21  BY MS. SMITH:
22    Q.  And I'm just going to tick through
23  this quickly, but the first page is a CV for
24  Jeffrey Wishart; is that correct?
25    A.  Correct.

84 (Pages 648 - 651)

Page 672

1  MR. WOJTANOWICZ: Object to
2  form.
3  THE WITNESS: So there was
4  aspects of the single vehicle test that
5  were used, but there was additional
6  information that was used to determine
7  or to do the investigation. It wasn't
8  just based on that. That can tip them
9  off to it, but there's more work that
10 was done.
11 BY MS. SMITH:
12    Q.  You've referenced throughout the
13 past couple of days various data and tests
14 related to the Cruze diesel's emissions
15 performance. I just want to tick through
16 those. Was one of the things you relied upon
17 in your report testing conducted in connection
18 with certification of the vehicle?
19    A.  Yes.
20    Q.  Have you seen anything suggesting
21 that the EPA has raised questions regarding
22 whether that certification testing is
23 unreliable?
24    A.  I have not seen any evidence like
25 that.

Page 673

1    Q.  Does Mr. Smithers opine that the
2  certification testing GM did for its
3  certificates of conformity was unreliable?
4    A.  I don't recall a discussion of that
5  in his report or deposition.
6    Q.  And you also relied on some of the
7  in-use testing that's discussed at Table 5-1;
8  is that correct?
9    A.  Correct.
10   Q.  Does Mr. Smithers opine that that
11 testing is unreliable?
12   A.  I don't recall a discussion in his
13 report or deposition on those -- on that topic.
14   Q.  To the best of your -- based on the
15 materials you reviewed, has the EPA questioned
16 whether the data, GM's in-use testing data is
17 unreliable?
18   A.  I've not seen any evidence along
19 those lines.
20   Q.  And is the answer the same with
21 respect to CARB?
22   A.  I've not seen any evidence that
23 CARB has concerns.
24   Q.  You were asked some questions or
25 you were asked this question by Plaintiffs'

Page 674

1  attorney. As an engineer, do you have to from
2  time to time use your engineering judgment to
3  determine what the most likely explanation is
4  for the facts that you're faced with? Do you
5  remember that question?
6    A.  Yes.
7    Q.  Based on your engineering judgment,
8  given the body of testing and data available
9  before this litigation, what is the most likely
10 explanation of why Mr. Smithers' test
11 results -- why Mr. Smithers' PEMS test results
12 came out as they did?
13       MR. WOJTANOWICZ: Object to
14 the form.
15       THE STENOGRAPHER: Wait a
16 minute, why Mr. Smithers what?
17       MS. SMITH: Test results
18 came out as they did.
19       THE WITNESS: So at the
20 multiparty inspection, there was
21 documented issues with the vehicle that
22 could have impacted things during the
23 testing. There was a test result on a
24 dyno test that was outside of the
25 limits, which obviously calls into

Page 675

1  question the reliability of that
2  vehicle. And then the way that Mr.
3  Smithers analyzed the data and his
4  discussion of AC use and other aspects
5  or of hills were understated.
6  BY MS. SMITH:
7    Q.  In your engineering judgment, given
8  the issues with Mr. Smithers' single test
9  vehicle, are his PEMS tests reliable, PEMS test
10 results reliable?
11   A.  Based on the vehicle and how he
12 conducted the test, no.
13   Q.  Based on your experience, would it
14 be sound engineering judgment to rely on
15 testing of this one particular vehicle given
16 the issues you've discussed?
17   A.  No, and especially without any
18 investigation on his part to understand why he
19 got some anomalous results or verified that
20 repairs made during the testing were done
21 appropriately.
22       MS. SMITH: I think that's
23 all I have. Let me -- we can just go
24 off and stay put for one minute. Let
25 me take one quick look and then I think