# Exhibit 4

Kirkland & Ellis LLP Library
5 0628 01288419 0

2ND EDITION

# The Content Analysis Guidebook

Kimberly A. Neuendorf

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35257 Filed 12/22/20 Page 3 of 12

# The Content Analysis Guidebook

## Second Edition

Kimberly A. Neuendorf
*Cleveland State University*

SAGE

Los Angeles | London | New Delhi
Singapore | Washington DC | Melbourne

SAGE

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London, EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Acquisitions Editor: Karen Omer
Editorial Assistant: Sarah Dillard
Production Editor: Libby Larson
Copy Editor: Amy Harris
Typesetter: C&M Digitals (P) Ltd.
Proofreader: Jennifer Grubba
Indexer: Jeanne R. Busemeyer
Cover Designer: Candice Harman
Marketing Manager: Amy Lammers

Copyright © 2017 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or used in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

Names: Neuendorf, Kimberly A., author.

Title: The content analysis guidebook / Kimberly A. Neuendorf, Cleveland State University, USA.

Description: Los Angeles : SAGE, [2017] | Earlier edition: 2002. | Second edition bibliographical references and index.

Identifiers: LCCN 2015044657 |
ISBN 9781412979474 (pbk. : alk. paper)

Subjects: LCSH: Sociology—Research—Methodology. | Content analysis (Communication)

Classification: LCC HM529 .N47 2017 | DDC 301.01—dc23
LC record available at http://lccn.loc.gov/2015044657

This book is printed on acid-free paper.

16 17 18 19 20 10 9 8 7 6 5 4 3 2 1

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35259 Filed 12/22/20 Page 5 of 12



not yet established" (p. 6). And Strijbos et al. (2006) have pointed out methodological deficiencies in the application of content analysis to computer-supported collaborative learning.

The explosion of content analysis in various areas of scholarship is demonstrated in Figure 1.1. Here, we may see the growth of content analysis as a research technique over a period of 50+ years, from 1960 through 2014. To produce this summary, five scholarly indexes were searched for dissertations, theses, and research articles containing the term *content analysis* in titles, subjects, or abstracts: ProQuest Dissertations and Theses (PQD&T), PsychInfo, Social Science Citation Index (SSCI), Arts and Humanities Citation Index (AHCI), and Science Citation Index (SCI).[1]

The graphed lines should be viewed cautiously and interpreted as the outcome of simple searches for a term in publications available since 1960, without contextual information about how the term has been used by the researchers. That is, a number of studies labeled "content analyses" are actually qualitative text analyses or other studies that do not fit the definition of content analysis assumed in this book. Further, a portion of the articles counted by the Science Citation Index are actually "content analyses" of chemical compounds; however, a perusal of the searches indicates that no more than 10% of contemporary SCI articles are of this type. Second, the

**Figure 1.1** Timeline of Content Analysis Publications by Year




SOURCE: ProQuest Dissertations and Theses (PQD&T), PsychInfo, Social Science Citation Index (SSCI), Arts and Humanities Citation Index (AHCI), and Science Citation Index (SCI).

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35260 Filed 12/22/20 Page 6 of 12



coders can understand and reliably apply a scheme is missing, the researcher needs to execute additional checks. Chapter 5 presents some notions on how this might be done.

## Myth 3: The Term *Content Analysis* Applies to *All* Examinations of Messages

**Truth: The term does not apply to every analysis of messages—only those investigations that meet a particular definition. Calling an investigation a content analysis does *not* make it so.**

There are many forms of analysis—from frivolous to seminal—that may be applied to the human production of messages. Content analysis is only one type, a technique presented by this book as systematic and quantitative. Even in the scholarly literature, some contestation exists as to what may be called a content analysis. On a number of occasions, the term has been applied erroneously (e.g., Council on Interracial Books for Children, 1977; DeJong & Atkin, 1995; Goble, 1997; Hicks, 1992; Thompson, 1996), and at times, studies that warrant the term do not use it (e.g., Bales, 1950; Fairhurst, Rogers, & Sarr, 1987; Thorson, 1989).

The term "qualitative content analysis" has been applied in some fields to a range of nonquantitative analyses of messages (Altheide, 1996; Mayring, 2000; Schreier, 2012; Zhang & Wildemuth, 2009). Altheide and Schneider (2013) present "ethnographic content analysis," a blend of objective content analysis and participant observation that is intended to reveal "how a researcher interacts with documentary materials" (p. 5; see also Gormly, 2004). Fink and Gantz (1996) delineate between "interpretive" and "critical" analyses, the former embracing a qualitative/holistic method, and the latter resting on value judgments derived from ideological theory. In this book, the working definition of content analysis assumes a quantitative approach. Quantitative analyses typically rely on the soundness of a priori measurement instruments; qualitative and critical analyses usually rely on the expertise of an expert scholar. In quantitative content analysis, the empirical process is independent of the particular scholar; in qualitative or critical message analyses, it is not.

That said, it should be noted that the dividing line between quantitative and qualitative might be viewed as "a rather thin and discreet line. . . . Even the most sophisticated piece of quantitative research remains dependent on natural language (words), while most qualitative studies do contain some kind of quantitative information (numbers)" (Schedler & Mudde, 2010, pp. 418–419; see, for example, Weisburd, 2009).

Further, we might consider applying the labels of *quantitative* and *qualitative* separately to the phenomenon under investigation and to the analytical strategies used to describe or summarize the phenomenon. Often, the core task of quantitative measures is to put numerical values, either counts or

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35261 Filed 12/22/20 Page 7 of 12



amounts, to *qualities* of a phenomenon (e.g., Fukkink & Hermanns, 2009). Indeed, in survey and experimental research we accept *quantitative* self-report measures of such human *qualities* as state depression, extraversion, and communication apprehension. Similarly, in content analysis, we have seen *quantitative* measures of such *qualities* as the framing of a news item or the emotional tone of a political speech. That is, the phenomenon under investigation, or the constructs being examined, might be very *qualitative* in nature, and the analyses applied might be indisputably *quantitative*. The reverse is also possible, in which *quantitative* events might be interpreted in a *qualitative* fashion. Here, the focus will be on the analytical strategies employed and their underlying assumptions.

A complete review of all the types of qualitative message analyses that may complement quantitative content analysis is beyond the scope of this volume. But the reader should become aware of some of the main options for such analyses of messages (Lindlof & Taylor, 2011).

An important methodological source for qualitative content analysis of mediated messages is Altheide's (1996) canonical text (see also Altheide & Schneider, 2013). At its core, the method relies on identifying thematic patterns in a text (i.e., message or set of messages). The themes are not imposed upon the text from outside (e.g., via a theoretically informed coding mechanism or past studies) or a priori, but they emerge as the researcher undertakes a close reading of a text. Once themes are identified, the analyst looks for thematic patterns in the text.

Another useful source is Hijmans's (1996) typology of "qualitative content analyses" applied to media content. She presents accurate descriptions of some of the main qualitative analytic methods that have been applied to messages. Based on descriptions by Hijmans (pp. 103–104) and by Gunter (2000), they are as follows.

### *Rhetorical Analysis*

For this historically revered technique, properties of the text (both words and images) are crucial. The analyst engages in a reconstruction of characteristics of text or image or both, such as the message's construction, form, metaphors, argumentation structure, and choices. The emphasis is not so much on *what* the message says as on *how* the message is presented. The message is viewed not as an aesthetic object, but as an artistically structured instrument for communication and persuasion, with consideration given to the interaction among text, source, and audience. The analysis involves breaking the text down into parts; by understanding how the different parts operate, the analyst develops insights into the overall persuasive strategies used. There is an assumption that the researcher is a competent rhetorician. This technique has a *very* long history, with its principal origins among the Greek philosophers (Aristotle, 1991), and is the legitimate forebearer of many of today's academic disciplines. Rhetorical analysis has been widely

applied to news content, political speech, advertising, and many other forms of communication (McCroskey, 2005).

### *Narrative Analysis*

Informed by narrative theory, the goal of narrative analysis is to understand relationships between a text and social reality (Altman, 2008). Through all forms of communication, humans tell stories, and narrative is regarded as a basic and universal mode of verbal expression (Smith, 2000). Via narrative analysis, the scholar can unpack individual experiences and representations in stories and plots (Franzosi, 1998; Riessman, 2008). This technique involves a description of formal narrative structure. Attention focuses on characters—their difficulties, choices, conflicts, complications, and developments. The analysis involves reconstruction of the composition of the narrative. The assumption is that the researcher is a competent reader of narratives. One of the most complex and interesting applications of this technique is Propp's exhaustive analysis of Russian fairy tales (Propp, 1968), which establishes common character roles (e.g., hero, helper, villain, dispatcher), an identifiable linear sequence of elements in the narrative (e.g., initial situation, absentation, interdiction), and particular functions in the narrative (e.g., disguise, pursuit, transfiguration, punishment).

### *Discourse Analysis*

This process engages in characteristics of manifest language and word use—description of topics in media texts—through consistency and connection of words to theme analysis of content and the establishment of central terms. The technique aims at typifying media representations (e.g., communicator motives, ideology). The focus is on the researcher as competent language user. Gunter (2000) identifies van Dijk's *Racism and the Press,* published in 1991, as a clear example of a large-scale discourse analysis. According to Gunter, van Dijk analyzes the "semantic macrostructures," or the overall characteristics of meanings, with regard to ethnic minorities in the news media (p. 88), concluding that minority groups are depicted as problematic.

Discourse analysis has been a popular method for analyzing public communication, with analyses ranging from the macroscopic to the very microscopic. Duncan (1996) examined the 1992 New Zealand National Kindergarten Teachers' Collective Employment Contract Negotiations and identified two discourses—"Children First" and "For the Sake of the Children." Both discourses were evident in arguments used by each side in the labor negotiations, in arguments *for* teacher pay and benefits by the teachers' representatives and in arguments *against* such expenditures by employers and government representatives. Duncan's article presents numerous direct quotes from the negotiations to support her point of view. Typical of this method,

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35263 Filed 12/22/20 Page 9 of 12



she points out that her analysis "is *one* reading of the texts, and that there will be numerous other readings possible" (p. 161).

### *Structuralist or Semiotic Analysis*

The focus here is on deep meanings of messages. The technique aims at discovering deep structures, latent meanings, and the signifying process through signs, codes, and binary oppositions. The assumption is that the researcher is a competent member of the culture. Structural semiotic analysis is informed by a theory of signs (Peirce, 1931/1958). According to semiotics, meaning is not only an outcome of a relationship between signifier and signified but also of the relationships between signs in thinking and language (Saussure, 1974). The aim of semiotic analysis is to identify linguistic structures (e.g., rules of language and culture) that organize relationships between signs in a communication process (Eco, 1976; Hodge & Kress, 1988; Saussure, 1974).

Semiotics has been a valuable technique for examining cultural artifacts. Christian Metz's (1974) classic text, *A Semiotics of the Cinema,* applies the wide range of semiotic techniques to narrative film. He provides a syntagmatic analysis (i.e., one that examines relationships between segments [syntagms] in the text of the film) for the French film, *Adieu Philippine,* indicating the *structure* of the film in shots, scenes, sequences, and the like. He also offers a detailed semiotic analysis of the self-reflexive "mirror construction" of Federico Fellini's semiautobiographical film, *8-1/2.*

### *Interpretative Analysis*

The focus of this technique is on the formation of theory from the observation of messages and the coding of those messages. With its roots in social scientific inquiry, it involves theoretical sampling; analytical categories; cumulative, comparative analysis; and the formulation of types or conceptual categories. The methodology is clearly spelled out, but it differs from scientific inquiry in its wholly qualitative nature and its cumulative process, whereby the analyst is in a constant state of discovery and revision. The researcher is assumed to be a competent observer.

Many of the systems of analysis developed by such interpretative methods are empirical and detailed and in fact are more precise and challenging than most content analyses (e.g., Berger, 1998, 2014). With only minor adjustment, many are appropriate for use in content analysis as well.

In addition to these qualitative message analysis types reviewed by Hijmans (1996), several others deserve mention.

### *Conversation Analysis*

Conversation analysis is a technique for analyzing naturally occurring conversations, used by social scientists in the disciplines of psychology,

Case 1:16-cv-12541-DML-PTM ECF No. 394-5, PageID.35264 Filed 12/22/20 Page 10 of 12



communication, and sociology (Sudnow, 1972). The procedure has been described as a "rigorously empirical approach which avoids premature theory construction and employs inductive methods . . . to tease out and describe the way in which ordinary speakers use and rely on conversational skills and strategies" (Kottler & Swartz, 1993, pp. 103–104). Most typically, it relies on transcribed conversations. The technique generally falls within the rubric of ethnomethodology, scholarly study in which the precise and appropriate methods emerge from within the process of study, with the clearly subjective involvement of the investigator. Examples of its applications have included an analysis of doctor–patient interaction (Manning & Ray, 2000) and an in-depth analysis of a notorious interview of Vice President George Bush by television reporter Dan Rather as they jockeyed for position in order to control the flow of a "turbulent" interview (Nofsinger, 1988/1989).

### *Critical Analysis*

Critical analysis, often conducted in a tradition of cultural studies, has been a widely used method for the analysis of media messages (Newcomb, 1987). Critical analysis is informed by critical theory and Marxist criticism of capitalism and neoliberalism. The aim of critical theory in the study of communication is to identify structures of power that maintain social differences between classes, genders, and races (Habermas, 1981, 1987). One of the foundational principles of critical theory of the "Frankfurt School" has been to search for practical solutions to the problem of human emancipation and "liberate human beings" from the cultural, political, and economic conditions that enslave humans and undermine true democracy (Horkheimer, 1982; Horkheimer & Adorno, 1972).

The area of film studies provides a good example of a fully developed, theoretically sound literature that primarily uses the tools of critical analysis (e.g., Cooper, 2010; Lyman, 1997). For example, Strong's (1996) essay about how Native Americans are "imaged" in two mid-1990s media forms—Disney Studio's *Pocahontas* and Paramount's *The Indian in the Cupboard*—is influenced heavily by her own roles as mother, musician—American raised during a period when "playing Indian" was a childhood rite of passage—and anthropologist long interested in White America's representations of Native Americans. She acknowledges these various roles and perspectives, provides precise details to back her assertions (including many lines and song lyrics from the movies), and gives summative statements that bring the details into line with cultural frameworks. For example, she concludes that "Disney has created a New Age Pocahontas to embody our millennial dreams for wholeness and harmony, while banishing our nightmares of savagery without and emptiness within" (p. 416).

### *Normative Analysis*

Some analyses are explicitly normative or proscriptive (e.g., Legg, 1996). For example, a guide to *Stereotypes, Distortions and Omissions in U.S. History Textbooks: A Content Analysis Instrument for Detecting Racism and Sexism* (Council on Interracial Books for Children, 1977), compiled by 32 educators and consultants, provides checklists for history textbook coverage of African Americans, Asian Americans, Chicanos, Native Americans, Puerto Ricans, and women. For each group, an instrument is presented with criteria for parents and teachers to use when examining children's history texts. For instance, in the Native American checklist, the following criteria are included:

> The myth of "discovery" is blatantly Eurocentric. . . . War and violence were not characteristic of Native nations. . . . The Citizenship Act of 1924 was not a benevolent action . . . and the BIA [Bureau of Indian Affairs] is a corrupt and inefficient bureaucracy controlling the affairs of one million people. (pp. 84–85)

The guide is certainly well intended and a powerful tool for social change. Its proscriptive approach, however, does not fit most definitions of content analysis.

Similarly, in their article, "Evaluation Criteria and Indicators of Quality for Internet Resources," Wilkinson, Bennet, and Oliver (1997) offer a list of 125 questions to ask about a web site. Their goal is to pinpoint characteristics that indicate accuracy of information, ease of use, and aesthetic qualities of Internet material. The work is a normative prescription for a "good" web site. Although they call their proposal a content analysis, it does not meet the definition given in this book.

### *Computers and Qualitative Message Analysis*

In recent decades, computer adjuncts have been developed to support the tasks of these various qualitative methods. NVivo, a qualitative counterpart to quantitative CATA programs, is used to provide detailed markup, retrieval, and description of textual and related documents (Bazeley & Jackson, 2013). It is based on the organization of coded text via a system of concept nodes, grouped hierarchically in a tree structure, which is displayed by the program. Because qualitative methods emphasize researchers being the "research instrument" for data collection and data analysis, the qualitative uses of NVivo are usually in the form of managing data and assisting qualitative coding and memoing. It is unlike quantitative analyses in which researchers construct or use built-in algorithms to mine textual data. While NVivo has added quantitative supplements to its repertoire over the years, its core utility remains in support of qualitative methods (Bazeley & Jackson, 2013).

An example may be seen in a study by Creed, DeJordy, and Lok (2010), who used NVivo to assist in their narrative analysis of in-depth interview responses by 10 gay, lesbian, bisexual, and transgender ministers serving in two mainline Protestant denominations in the United States. They used an inductive narrative analysis, moving "iteratively between the data, the emerging themes, and existing theory in several phases" (p. 1342). Through these techniques, they developed a model of "identity work" for the ministers, with eight first-level constructs (e.g., healing and accepting, challenging orthodoxy from within) that merged into three second-level microprocesses (e.g., identity reconciliation work). In this and similar studies, computer applications such as NVivo bring coherence to what otherwise would be a daunting—if not impossible—task of making sense of complex message content.

## Myth 4: Content Analysis Is for Academic Use Only

**Truth: Not so.**

Certainly, the majority of content analyses have been conducted by academics for scholarly purposes. However, there has been growing interest among commercial researchers and communication practitioners in particular applications of content analysis. Whitney, Wartella, and Kunkel (2009) have provided a thorough consideration of reasons why governmental agencies, media institutions, issue advocates, and the general public can find utility in content analysis. Content analysis is often used in applied, nonacademic situations. For example, law firms have hired academics to conduct content analyses of news coverage of their high-profile clients, to be used as evidence in conjunction with change-of-venue motions (i.e., excessive and negative coverage may warrant moving a court case to another city in order to obtain a fair trial; McCarty, 2001) or to establish particular patterns of news coverage that may refute plaintiff claims of information availability.

In response to criticisms, a southern daily newspaper hired a journalism scholar to systematically document coverage of the local African American community (Riffe, Lacy, & Fico, 2014). In 2009, the U.S. Secret Service National Threat Assessment Center (NTAC) engaged the expertise of The National Academies and the committee of experts it convened to explore the utility of a variety of message-focused methods—including content analysis—for the prediction of threat outcomes.

As part of a legal settlement with the ACLU to address poor police–civilian relations that culminated in three days of civil unrest in Cincinnati, Ohio, the city of Cincinnati funded a RAND Corporation study of traffic stops that had been recorded via vehicle-mounted cameras. Dixon et al. (2008) used communication accommodation theory (CAT) as a template for the analysis of the "dashcam" footage. With random sampling stratified by the combination of officer/driver race(s), the study detected that (a) Black drivers were more