# Exhibit 9

# Qualitative Content Analysis in Practice

Margrit Schreier

# Qualitative Content Analysis in Practice

© Margrit Schreier 2012

First published 2012

Apart from any fair dealing for the purposes of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, this publication may be reproduced, stored or transmitted in any form, or by any means, only with the prior permission in writing of the publishers, or in the case of reprographic reproduction, in accordance with the terms of licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside those terms should be sent to the publishers.

SAGE Publications Ltd
1 Oliver's Yard
55 City Road
London EC1Y 1SP

SAGE Publications Inc.
2455 Teller Road
Thousand Oaks, California 91320

SAGE Publications India Pvt Ltd
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road
New Delhi 110 044

SAGE Publications Asia-Pacific Pte Ltd
3 Church Street
#10-04 Samsung Hub
Singapore 049483

**Library of Congress Control Number: 2011920596**

**British Library Cataloguing in Publication data**

A catalogue record for this book is available from the British Library

ISBN 978-1-84920-592-4
ISBN 978-1-84920-593-1

# CONTENTS


About the author vi
Preface vii

1 Introduction: What is qualitative content analysis? 1

2 What is qualitative about qualitative content analysis? 20

3 Will qualitative content analysis work for me? Decision aids 37

4 The coding frame 58

5 Building a coding frame 80

6 Strategies for building a data-driven coding frame 107

7 Segmentation and units of coding 126

8 Trying it out: The pilot phase 146

9 What to keep in mind: Evaluating your coding frame 166

10 The main analysis phase 194

11 How to present your results 219

12 Using software in doing qualitative content analysis 241

References 260
Index 269

coded differently; evaluating your coding frame in terms of the consistency of coding and in terms of validity and revising it accordingly; coding all your material, using the revised version of your coding frame, and transforming the information to the case level; interpreting and presenting your findings. Deciding on a research question, selecting your material, and interpreting and presenting your findings are an important part of all research, regardless of the method you are using. All other steps are specific to QCA.

**Steps in QCA**

1 Deciding on your research question
2 Selecting your material
3 Building a coding frame
4 Dividing your material into units of coding
5 Trying out your coding frame
6 Evaluating and modifying your coding frame
7 Main analysis
8 Interpreting and presenting your findings

When we engage in understanding and interpretation of meaning in everyday contexts, we bring to this process our individual personalities, needs and moods; and all of this takes place in a specific situation. You may flare up at a chance remark that would not bother the next person in the least; and perhaps you only flared up today because you had a big fight with your partner the day before. In QCA, you go beyond your individual understanding at the given moment by checking whether your understanding stands the test of *consistency*. This can be consistency with how another person understands the same passage; it can also be consistency with what you take the passage to mean at another time (see Chapter 9 in more detail on how to go about this).

Consistency in this sense refers to what has been called *reliability*. The origins of reliability are in quantitative research where the criterion is used to assess the quality of instruments (see, for instance, Bryman, 2008, pp. 149ff.; Cresswell, 2009, pp. 190ff.). In general terms, an instrument is considered to be reliable to the extent that it yields data that is free of error. Checking for consistency between coders or between different points in time is one way of assessing the reliability of your coding frame. Note that this is not to say that your own, individual understanding is not worthy of consideration! It definitely is, and this plays an important role as you build your coding frame (see Chapter 5). But when it comes to classifying your material according to this coding frame, the goal of QCA is to go beyond individual understanding and interpretation (on the role of consistency and reliability in QCA see Boyatzis, 1998; Mayring, 2010; Rustemeyer, 1992).

### QCA is flexible

At the same time, QCA is also a highly *flexible* method – flexible in the sense that you will always have to tailor your coding frame to your material (Boyatzis, 1998; Rustemeyer, 1992). This is because you not only want your coding frame to be reliable – you also want it to be *valid*. In the methodological literature, an instrument is considered valid to the extent that it in fact captures what it sets out to capture (Krippendorff, 2004, Chapter 13; Neuendorf, 2002, Chapter 6; see Chapter 9 below for a more in-depth discussion of the role of validity in QCA). Your coding frame can be regarded as valid to the extent that your categories adequately represent the concepts in your research question, and to achieve this you have to adapt your frame so as to fit your material.

This is an important difference from quantitative content analysis. Here, concept-driven coding frames are sometimes used, and standardised coding frames have been developed, such as the coding frames by Gottschalk and Gleser (1967) for assessing the expression of emotions in textual material. Their assumption is that expressions of basic emotions and their indicators remain the same, regardless of the person expressing them and the context in which they are expressed. But in QCA, you are always to some extent concerned with describing the specifics of your material. And to do so, your coding frame has to match your material. Because of this, coding frames in QCA are always partly data-driven. You can make use of theory or of coding frames developed by other researchers, but you have to adapt these to the material that you are studying.

### QCA reduces data

Finally, QCA *reduces* data – and in this respect it is different from other methods for qualitative data analysis (Früh, 1992; Groeben & Rustemeyer, 1994). Most methods for qualitative data analysis are concerned with opening up your data, discovering new things about it, bringing it together in novel ways. This usually involves producing even more data – data about your data, as it were (see Chapter 2). QCA is different. It focuses your analysis on selected aspects, and in this process it reduces your material in two ways:

- In the first place, you do not take into account all the information provided by a case (be it a document, an interview transcript, etc.). Instead, you limit your analysis to those aspects that are relevant with a view to your research question.
- Second, the categories of your coding frame will usually be at a higher level of abstraction than the more concrete information in your material. By classifying the specific, concrete information in your material according to your coding frame, you lose these specifics. This is the price you pay for being able to compare one specific piece of information to another (within the same case or as part of another case). In the process of coding, you classify all specific information as instances of higher-order categories. Building a coding frame in QCA is all about finding the right

balance here. You will make your categories sufficiently abstract to allow for comparison and sufficiently concrete so as to preserve as many specifics as possible (see Chapters 4 and 5).

But note that as you engage in reducing specifics through the process of classification, you are at the same time producing new information (Früh, 1992). This is information *across cases*, telling you how your cases compare to each other with respect to the categories in your coding frame. You may lose specific information on the individual level, but you gain information on the aggregate level!

## Example of how you reduce your material using QCA

McDonald, Wearing and Ponting (2009) wanted to find out which elements of wilderness settings contribute to what has been called a peak experience: a brief experience of happiness, fulfilment, and spiritual insight. They asked 39 persons who had visited a wilderness setting to describe in their own words the most wonderful experience they had had there. They then used QCA to analyse these descriptions in a data-driven way, resulting in what they call seven core themes, i.e. seven important aspects of peak experiences in wilderness settings. This analysis reduces the interview material by focusing only on characteristics of peak experiences. Other aspects of the participants' responses were not included in the analysis, such as how they came to choose this wilderness setting in particular, or potential negative effects of their experience, such as forgetting to make an important phone call. It also reduces the material by subsuming all the individual details of the participants' experiences under these seven core themes. Theme 2, for instance, refers to escape from the man-made world. Different aspects of the man-made world are summarised here: the presence of other people as such, the sheer number of other people in a large city, as well as man-made media. At the same time, creating this category also produces new information, namely information about what there is in the man-made world that people want to escape from: number of people, the omnipresence of the media, and an inability to focus on one's surroundings because of a constant input from the outside world. Creating the category relates these to each other.

## SUMMARY

QCA is a method for systematically describing the meaning of qualitative material. This is done by classifying parts of your material as instances of the categories of a coding frame. The method is suitable for all material that requires some degree of interpretation. This can be verbal or visual, and it can be material that you generated for your research, or material that you sampled from other sources. QCA requires that you focus your analysis on selected aspects of your material, as indicated by your research question; in this respect it differs from other qualitative methods of data analysis. QCA is systematic, flexible, and it reduces data. The

method is systematic in three ways: all relevant material is taken into account; a sequence of steps is followed during the analysis, regardless of your material; and you have to check your coding for consistency (reliability). It is flexible in that your coding frame must be adapted so as to fit your material, i.e. to be valid. And it reduces your material by limiting your analysis to relevant aspects of the material. Also, through classifying specific information as an instance of a category, you subsume the specific information under a more general concept. At the same time, categorising also produces new information about how your cases compare.

## The origins of quantitative content analysis in the social sciences

We will now look at the history of quantitative content analysis, originating in communication studies. The history of the method can be divided into three broad phases: a first phase of early applications, lasting from approximately the eighteenth century until the early twentieth century; a second phase when quantitative content analysis came into its own as a research method, lasting until the late 1940s; and a third phase of interdisciplinary and methodological elaboration that is continuing until the present day. Developments during these phases actually overlap to some extent. This is why only approximate beginnings and ends of phases are given.

### First phase: Early applications

People were interested in the systematic analysis of text a long time before 'content analysis' was formally developed as a method in the social sciences (for more detail see Krippendorff, 2004; Merten, 1995).

In the late seventeenth and eighteenth century, Church potentates were worried that non-religious or unorthodox material might be distributed in the name of the Church. To prevent this, they commissioned analyses of religious texts. In eighteenth-century Sweden, for instance, a collection of hymns was analysed for the frequency of certain key words (such as *God*, *Kingdom of Heaven*) to determine whether these songs were in line with Church teachings (it was concluded that they were; see Dovring, 1954).

#### Example of an early use of newspaper analysis

In 1893 Speed published an analysis of the themes covered by different New York newspapers, comparing the years 1881 and 1893. He concluded that over time the coverage of themes such as gossip and scandal had increased at the expense of religious and scientific content (Speed, 1893).

As the newspaper gained in popularity and turned into the first 'mass medium' in the second half of the nineteenth century, there was also an increasing interest in the content distributed by this medium. Journalism schools were founded, and founders and teachers wanted to instil in their students ethical standards of journalism and 'objective' reporting. Scientists also wanted to know whether newspaper content was in fact objective, ethical, and 'edifying'. In this context, quantitative descriptions and differentiations of newspaper content became the focus of early content analysis.

Often, this involved comparisons, both within one newspaper (by following its development over time) and by comparing different newspapers in terms of the themes that were covered. In determining the relative importance of the different themes, researchers did not rely on the number of articles alone. They also took into account number of words, percentage area of a page taken up by an article on a given topic, letter size of headlines, placement on the page, and the like (Merten, 1995, Chapter I.2 provides many detailed examples).

### Second phase: Content analysis coming into its own

During the second phase, content analysis was developed into a research method in the empirical social sciences. Two developments contributed to this: the rise of the social sciences and an increasing interest in the effects of communication content in the media (Krippendorff, 2004; Lissmann, 2008; Merten, 1995).

In the 1930s and 1940s, other social science disciplines such as sociology and psychology were gaining in importance, and researchers from these disciplines introduced new concepts, such as social stereotypes or attitudes. These social science concepts affected the analysis of communication content in two ways. First, these concepts were theory-based, requiring far more sophistication of conceptualisation and measurement than had been customary in early quantitative newspaper analysis. Second, the concepts suggested new directions in the analysis of mass media content. The concept of stereotypes, for instance, created an interest in how certain key issues were represented in media products. Simpson (1936), for example, analysed representations of black Americans in the press, and Martin (1936) examined the representation of nationalism in children's books from different countries.

### Example of the use of stereotypes in early content analysis

For her analysis of nationalism in children's books, Martin (1936) selected 24 popular children's books from 12 different countries in their English translation (among them *Pinocchio*, *Heidi*, *Jungle Book*). For her analysis, she identified symbols of nationalism which she then analysed in three respects: according to subject, whether the symbol referred to the country of origin or a different

country, and whether the evaluation of that country was positive or negative. Altogether, she identified approximately 1,000 such symbols in each of the books! As it turned out, books from the different countries did not differ significantly in the amount and type of national symbolism used. But Martin did find more nationalist symbolism in children's books that were published after times of crisis (compared to books published before or during a national crisis).

---

The concept of attitude proved to be of special importance for the further development of content analysis. Whereas in the past, analysis of newspaper content had been limited to themes, Lasswell (1941) now examined how such themes were evaluated (see also the above example of Martin's analysis of children's books). For each theme, he also recorded the direction of the evaluation, differentiating between negative, neutral, and positive evaluations. This analysis of the evaluative dimension of representations in the media has become standard in quantitative content analysis in communication studies.

Whereas early analysis of newspaper content had been limited to the content itself, the 1930s brought an increasing interest in inferences from communication content to the recipients. This new interest was linked to the advent of the new media of radio and film. There was now increasing competition within the media landscape, raising the question of how to attract and hold the interest of the audience. More media also meant more advertising, and with more advertising there came a concern with designing maximally effective messages.

The increasing interest in the effects of media messages was also closely related to the Second World War. In 1939, the US Government made Harold Lasswell head of the department for the analysis of wartime communication. Lasswell had already begun to develop propaganda analysis in the 1920s (Lasswell, 1927). Under his directorship, ongoing content analysis of propaganda issued in Nazi Germany was carried out (e.g. Lasswell & Jones, 1939; see also the overview in Schramm, 1997). Unlike the previous quantitative analysis of newspaper content, propaganda analysis required that communication content be placed in the context of both its production and its reception.

With propaganda analysis, Lasswell not only opened up a new substantive area for the application of content analysis (the first among many). He also began to refine the method, adding considerations concerning sampling, the building of categories, and assessing agreement between coders as a quality measure. This marked the beginning of a period of methodological reflection on content analysis as a research method, starting in the year 1941.

**KEY POINT**

1941 was the 'birth year' of content analysis.