UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JASON COUNTS, *et al.*, individually and on behalf of THEMSELVES AND ALL OTHERS similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, ROBERT BOSCH GMBH, and ROBERT BOSCH LLC,

Defendants.

No. 1:16-cv-12541-TLL-PTM

Judge Thomas L. Ludington

Magistrate Judge Patricia T. Morris

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 26 | Additional Excerpted Pages from the Deposition of Ryan Harrington dated July 22, 2020 (Volume I) **(Filed Under Seal)** |
| 27 | Additional Excerpted Pages from the Deposition of Nicholas Molden dated July 21, 2020 **(Filed Under Seal)** |
| 28 | Page 10 from The Content Analysis Guidebook by Kimberly Neuendorf |
| 29 | Additional Excerpted Pages from the Deposition of Kimberly A. Neuendorf dated July 15, 2020 **(Filed Under Seal)** |
| 30 | Exhibit A (Expert Report of Anthony R. Pratkanis, Ph.D.) & D (Deposition of Anthony R. Pratkanis, Ph.D.) to the Declaration of Chad Hummel filed in *FTC v. DIRECTV*, Case No. 4:15-cv-01129-HSG (N.D. Cal. Dec. 27, 2016) |



010611-11/1425697 V1