# Exhibit 28

amounts, to *qualities* of a phenomenon (e.g., Fukkink & Hermanns, 2009). Indeed, in survey and experimental research we accept *quantitative* self-report measures of such human *qualities* as state depression, extraversion, and communication apprehension. Similarly, in content analysis, we have seen *quantitative* measures of such *qualities* as the framing of a news item or the emotional tone of a political speech. That is, the phenomenon under investigation, or the constructs being examined, might be very *qualitative* in nature, and the analyses applied might be indisputably *quantitative*. The reverse is also possible, in which *quantitative* events might be interpreted in a *qualitative* fashion. Here, the focus will be on the analytical strategies employed and their underlying assumptions.

A complete review of all the types of qualitative message analyses that may complement quantitative content analysis is beyond the scope of this volume. But the reader should become aware of some of the main options for such analyses of messages (Lindlof & Taylor, 2011).

An important methodological source for qualitative content analysis of mediated messages is Altheide's (1996) canonical text (see also Altheide & Schneider, 2013). At its core, the method relies on identifying thematic patterns in a text (i.e., message or set of messages). The themes are not imposed upon the text from outside (e.g., via a theoretically informed coding mechanism or past studies) or a priori, but they emerge as the researcher undertakes a close reading of a text. Once themes are identified, the analyst looks for thematic patterns in the text.

Another useful source is Hijmans's (1996) typology of "qualitative content analyses" applied to media content. She presents accurate descriptions of some of the main qualitative analytic methods that have been applied to messages. Based on descriptions by Hijmans (pp. 103–104) and by Gunter (2000), they are as follows.

### Rhetorical Analysis

For this historically revered technique, properties of the text (both words and images) are crucial. The analyst engages in a reconstruction of characteristics of text or image or both, such as the message's construction, form, metaphors, argumentation structure, and choices. The emphasis is not so much on *what* the message says as on *how* the message is presented. The message is viewed not as an aesthetic object, but as an artistically structured instrument for communication and persuasion, with consideration given to the interaction among text, source, and audience. The analysis involves breaking the text down into parts; by understanding how the different parts operate, the analyst develops insights into the overall persuasive strategies used. There is an assumption that the researcher is a competent rhetorician. This technique has a *very* long history, with its principal origins among the Greek philosophers (Aristotle, 1991), and is the legitimate forebearer of many of today's academic disciplines. Rhetorical analysis has been widely