# Index of Exhibits

| Exhibit | Document Description |
|---|---|
| **Exs. 1-71** | Exhibits filed with General Motors LLC's Omnibus Motion to Exclude Plaintiffs' Expert Opinions and Motion for Summary Judgment. (ECF Nos. 339, 340, 344, 345, 346) |
| **Ex. 72** | PEMS diesel Cruze summary data from reliance materials provided with the Expert Report of Juston L. Smithers, CTO, *Counts, et al. v. Gen. Motors LLC et al.*, 1:16-cv-12541 (E.D. Mich.), dated October 28, 2019 **[UNDER SEAL]** |
| **Ex. 73** | Chevrolet advertisement (GMCOUNTS000114779) |
| **Ex. 74** | Chevrolet advertisement (GMCOUNTS000117111) |
| **Ex. 75** | Chevrolet advertisement (GMCOUNTS000369603) |
| **Ex. 76** | Chevrolet advertisement (GMCOUNTS000672030) |