UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JASON COUNTS, *et al*., individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GENERAL MOTORS LLC, ROBERT BOSCH GMBH, and ROBERT BOSCH LLC,

Defendants.

No. 1:16-cv-12541-TLL-PTM

Judge Thomas L. Ludington

Magistrate Judge Patricia T. Morris

## INDEX OF EXHIBITS

| EX. NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Jessica Thompson in Support of Plaintiffs' Motion to Exclude Expert Testimony **(Filed Under Seal)** |
| 1-A | Air Index from airindex.com website **(Filed Under Seal)** |
| 2 | Expert Report of Venkatesh Shankar dated November 6, 2019 **(Filed Under Seal)** |
| 3 | Excerpted pages from the Deposition of Venkatesh Shankar dated January 23, 2020 **(Filed Under Seal)** |
| 4 | Excerpted pages from the Deposition of Kimberly A. Neuendorf dated July 15, 2020 **(Filed Under Seal)** |
| 5 | Expert Report of Ryan Harrington dated June 5, 2020 **(Filed Under Seal** |
| 6 | Excerpted pages from the Deposition of Ryan Harrington (Volume 1) dated July 22, 2020 and (Volume 2) dated July 23, 2020 **(Filed Under Seal)** |

| EX. NO. | DESCRIPTION |
|---|---|
| 7 | Excerpted pages from the Deposition of Nicholas Molden dated July 21, 2020 **(Filed Under Seal)** |
| 8 | Expert Report of Nick Molden dated June 5, 2020 **(Filed Under Seal)** |
| 9 | Expert Report of Juston Smithers dated October 28, 2019 **(Filed Under Seal)** |
| 10 | Article: Driscoll, *et al*., "A Portable Emissions Measurement System (PEMS) Study of NOx and Primary NO2 Emissions from Euro 6 Diesel Passenger Cars and Comparison with COPERT Emission Factor", Atmospheric Environment 145 (2016) **(Filed Under Seal)** |
| 11 | Merriam-Webster Definition of "Content Analysis" **(Filed Under Seal)** |
| 12 | James W. Drisko & Tina Maschi, Content Analysis, 5-8 (Oxford Uni. Press 2016) **(Filed Under Seal)** |
| 13 | Yan Zhang & Barbara M. Wildermuth, Qualitative Analysis of Content (2009) **(Filed Under Seal)** |
| 14 | Jan Schilling, On the Pragmatics of Qualitative Assessment Designing the Process for Content Analysis, Eur. J. of Psych. Assessment, Vol. 22(1) (2006) **(Filed Under Seal)** |
| 15 | Klaus Krippendorff, Content Analysis: an introduction to its methodology, 25-27 (4th ed. 2019) **(Filed Under Seal)** |
| 16 | Margrit Schreier, *Qualitative Content Analysis in Practice*, 12-46 (2012) **(Filed Under Seal)** |
| 17 | Amir B. Marvasti, *Qualitative Analysis: A Novice's Perspective*, Forum: Qualitative Social Research, Vol. 20 No.3, Art. 32 (Sept. 2019) **(Filed Under Seal)** |
| 18 | Mariette Bengtsson, *How to plan and perform a qualitative study using content analysis*, NursingPlus Open 2, p. 8-14 (2016) **(Filed Under Seal)** |
| 19 | Akshaya Kamalnath, Corporate Governance Case for Board Gender Diversity: Evidence from Delaware Cases, 82 Alb. L. Rev. 23 (2019) **(Filed Under Seal)** |

| EX. NO. | DESCRIPTION |
|---|---|
| 20 | Excerpted pages from Klaus Krippendorff, Content Analysis: an introduction to its methodology (4th ed. 2019) (Neuendorf Dep. Ex. 9) **(Filed Under Seal)** |
| 21 | Expert Report of Eric T. Bradlow dated June 5, 2020 **(Filed Under Seal)** |
| 22 | Excerpted pages of the Eric T. Bradlow Deposition dated July 24, 2020 **(Filed Under Seal)** |
| 23 | Excerpted pages from the Fed. Jud. Center, Ref. Man. On Sci. Evid. 432 (3d ed. 2011) **(Filed Under Seal)** |
| 24 | Expert Report of Edward M. Stockton dated October 28, 2019 **(Filed Under Seal)** |
| 25 | Excerpted pages from the Deposition of Lorin Hitt dated July 16, 2020 **(Filed Under Seal)** |