# Exhibit 1-A

# $NO_x$ Emissions

Until zero emissions vehicles are being used at scale, we need to choose the cleanest technology available to reduce urban NOx emissions.

View best NOx Emissions

## What is $NO_x$ ?

NOx refers to both nitric oxide (NO) and nitrogen dioxide (NO2). These gases are released from vehicle engines and in cities and urban areas can reach harmful levels. They are an irritant and can cause inflammation of the airways.

function.

In the UK a nine-year-old **girl's fatal asthma attack** has been linked to illegally high levels of air pollution. Ella Kissi-Debrah lived 25m (80ft) from London's South Circular Road – a notorious pollution "hotspot". She experienced three years of seizures and hospital stays before her death in February 2013. During that time, local air pollution levels breached EU legal limits. No individual death has previously been directly linked to air pollution.



$NO_x$ is produced by combustion. This can be caused by engines, gas boilers, energy production and more. However, in urban areas where we see the highest levels of $NO_x$, vehicle engines and traffic emissions are the main cause.

In London, 48.9% of $NO_x$ comes from road transport while just 13% is from domestic sources according to analysis from **Breathe London**.

See our $NO_x$ test methods and results



the cleanest. In fact, 'E' rated vehicles can produce more than 20 times the level of $NO_x$ emissions than an 'A' rated vehicle and so your vehicle choice will make a real and lasting difference to the quality of air that we breathe.

You can search the ratings using our vehicle checker and please encourage family and friends to do the same because vehicles stay in use for a long time (up to 14 years, and sometimes for longer), which means the wrong choice can have a serious impact, years after the first owner has sold it.

Best $NO_x$ emissions

## AIR Index

### Check the **$NO_x$** emissions of your car or van

The AIR Index rates vehicles tested in urban conditions which provides comparable $NO_x$ emissions levels that more accurately reflect the contribution to urban air quality than lab-based tests.

Check your car now

## Sign up for updates from the AIR Index

First name

Last name

Email

Individual

You can unsubscribe at any time by clicking the link in the footer of our emails.
Learn more about Mailchimp's privacy practices here.

Submit

Connect with us

© 2020 AIR | All Rights Reserved | Privacy Policy