# Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JASON COUNTS, et al., individually, and on behalf of THEMSELVES AND ALL OTHERS similarly situated,<br><br>Plaintiffs,<br>v.<br>GENERAL MOTORS LLC,<br>Defendant | C.A. No. 1:16-cv-12541-TLL-PTM |

DECLARATION OF VENKATESH SHANKAR, PH.D.

November 6, 2019

## TABLE OF CONTENTS


I. Introduction ........ 1

A. Qualifications ........ 1

B. Scope of Assignment ........ 2

C. Materials Considered ........ 2

II. Summary of Opinions ........ 2

III. Marketing is a Key Component of a New Product's Launch Strategy ........ 3

IV. GM Conducted a Widespread Marketing Campaign Emphasizing *Cruze Clean Turbo Diesel* ........ 5

A. GM Engaged in Extensive Research Efforts to Develop the *Cruze Clean Turbo Diesel* Brand ........ 5

1. GM Chose the Name *Cruze Clean Turbo Diesel* Because its Environmentally-Friendly Connotation would Sell More Vehicles ........ 8

2. GM Sought to "Clean" the Diesel Image in its Development of *Cruze Clean Turbo Diesel* Themes ........ 8

3. GM Disseminated Information Surrounding the Clean Benefits of *Cruze Clean Turbo Diesel* through its Product Materials and Dealerships ........ 10

4. GM Aimed to Exploit the Void Created by Volkswagen Jetta's Emission Cheating Scandal ........ 11

B. The *Diesel* Badge was Prominently Featured on Chevrolet *Cruze Clean Turbo Diesel* Cruze Vehicles ........ 12

C. GM Extensively Marketed its *Cruze Clean Turbo Diesel* Vehicles ........ 15

V. GM Communicated a Clear and Consistent Message about the Meaning of "Diesel" to Consumers and Prospective Consumers of Cruze Clean Turbo Diesel ........ 16

A. GM Marketed *Cruze Clean Turbo Diesel* Vehicles as Powerful and High Performance Vehicles ........ 18

B. GM Marketed *Cruze Clean Turbo Diesel* Vehicles as Fuel Efficient Vehicles ........ 19

C. GM Marketed *Cruze Clean Turbo Diesel* Vehicles as Environmentally Friendly Vehicles ........ 21

D. Analysis of the Content in GM's Advertisements Shows the Importance of All Three Marketing Themes in its *Cruze Clean Turbo Diesel* Marketing Campaign ........ 23

1. Audio Theme Analysis ........ 25

2. Visual Theme Analysis ........

3. Text Theme Analysis ..........26

4. Conclusions on Content Analysis..........27

Appendix A: Curriculum Vitae of Venkatesh Shankar..........

Appendix B: Prior Testimony in Last Four Years ..........77

Appendix C: Documents Relied Upon..........78

A. Legal Documents ..........78

B. Public and Other Data Sources ..........78

C. Bates Stamped Documents.......... **Error! Bookmark not defined.**

D. Appendix..........79

## LIST OF FIGURES

Figure 1: Example of *Cruze Clean Turbo Diesel* Badge..........13

Figure 2: Example of *Cruze Clean Turbo Diesel* Badge Shown in GM Print Ad ..........13

Figure 3: Chevrolet *Cruze Clean Turbo Diesel* Print Ad..........17

Figure 4: Chevrolet *Cruze Clean Turbo Diesel* Tweet ..........18

Figure 5: Chevrolet *Cruze Clean Turbo Diesel* Print Ad – Fuel Efficiency..........20

Figure 6: Chevrolet *Cruze Clean Turbo Diesel* Tweet ..........22

## LIST OF TABLES

Table 1: *Cruze Clean Turbo Diesel* Market Research Efforts ..........6

Table 2: Frequency Counts of Audio Themes in Reviewed Ads..........25

Table 3: Frequency Counts of Visual Themes in Reviewed Ads ..........25

Table 4: Frequency Counts of Text Themes in Reviewed Ads ..........

# I. INTRODUCTION

## A. QUALIFICATIONS

1. I am the Coleman Chair Professor of Marketing and Director of Research at the Center for Retailing Studies at Mays Business School, Texas A&M University. I received my Ph.D. in marketing from the Kellogg Graduate School of Management, Northwestern University. I have 29 years of experience in marketing academia. I have been blessed with multiple awards, including the Mahajan Award for Lifetime Contributions to Marketing Strategy from the American Marketing Association (AMA)'s Marketing Strategy Special Interest Group, the Lifetime Achievement Award for Contributions to Retailing from the AMA's Retailing Special Interest Group, the American Marketing Science (AMS) Cutco-Vector Award for Outstanding Educator, and Outstanding Educator Award from the Direct Marketing Educational Foundation (now called the Marketing EDGE). I have an undergraduate degree in engineering from the Indian Institute of Technology, Kharagpur and an MBA from the Indian Institute of Management, Calcutta, and I have been recognized with Distinguished Alumnus Award from both these institutions.

2. My areas of expertise include marketing strategy, advertising, branding, pricing, shopper behavior, and digital marketing. I have published two books, *The Handbook of Marketing Strategy* and *Shopper Marketing*. I am Editor-Emeritus of the *Journal of Interactive Marketing*, the flagship journal for digital/Internet/direct/interactive marketing, having served as its editor for seven years. I serve on the Board of Advisors for the *Journal of Interactive Marketing* and the *Journal of Retailing*. In addition, I serve/have served as Area/Associate Editor of the *Journal of Marketing Research, Journal of Marketing, International Journal of Research in Marketing*, and *Management Science* and on the editorial review board for a number of other journals. I have published extensively on my areas of expertise in leading marketing and economics journals. I have done research on and have had consulting/executive education experience with the automobile industry. I have also consulted with or have had executive education experience with numerous companies in my expertise areas.

3. A true and correct copy of my curriculum vitae, which includes further discussion of my qualifications, prior testimony, and list of my publications is attached to this Declaration as Appendix A. A list of the testimony I have given in the past four years is contained in Appendix B.

4. I am being compensated for my work on this matter at my normal rate of $845 per hour. My compensation is not contingent in any way on the content of my opinions, testimony at deposition or trial, or the outcome of this litigation.

5. My opinions are based on the documents and data I have reviewed to date. If additional information becomes available to me, I may conduct new analyses or supplement my opinions.

### B. Scope of Assignment

6. I have been asked by Counsel for the Plaintiffs to review the marketing strategy of General Motors ("GM") with regard to its marketing and sales of Chevrolet *Cruze Clean Turbo Diesel*. Specifically, Counsel for Plaintiffs has asked me to consider the extent and role of any themes in GM's marketing of these vehicles.

### C. Materials Considered

7. In preparing this declaration, I relied on my experience and expertise as discussed above and in my *curriculum vitae*, as well as the materials cited and referenced herein. The full list of documents I have relied upon is contained in Appendix C.

## II. SUMMARY OF OPINIONS

8. Advertising is a key component of marketing strategy and new product launch strategy as well as an important driver of product/brand success. Automobiles can be viewed as a bundle of attributes, and firms in this industry promote their products by highlighting the bundle's components and their combinations. Advertising is a key element of an automotive manufacturer's marketing strategy. In particular, spending on television ("TV") advertisements ("ads") constitute a substantial proportion of advertising expenditures.

9. Based on my review of the materials described below, including GM's own documents and research, I conclude that GM conducted a significant and widespread marketing campaign for its Chevrolet Cruze vehicle, emphasizing in particular the *Clean Turbo Diesel* model and engine. In addition to relatively extensive advertising associated with the Chevrolet *Cruze Clean Turbo Diesel*, GM also extensively promoted the bundle of power/performance, fuel efficiency, and environment friendliness as attributes (themes) of the *Clean Turbo Diesel* model.

10. For example, these themes appear in GM's 2014 material, where GM highlighted the *Cruze Clean Turbo Diesel* engine as "clean" and environmentally-friendly. Moreover, an analysis of GM's advertising found that GM's ads for the vehicles prominently featured these themes, often along with the *Cruze Clean Turbo Diesel* badge.

## III. MARKETING IS A KEY COMPONENT OF A NEW PRODUCT'S LAUNCH STRATEGY

11. Marketing is integral to the success of new products and brands, particularly for durables such as automobiles that can be viewed as a bundle of attributes. Each automobile has both tangible attributes, such as engine type and horsepower, and intangible attributes, such as associations with feelings and emotions. Both tangible and intangible attributes are critical drivers of consumer demand.

12. Marketing strives to differentiate a company's product from competing products, with an aim toward increasing overall demand, protecting own market share, and potentially stealing market share from competitors. These goals are achieved through marketing investments that allow marketers to build product awareness and affect consumer perceptions to establish, maintain, and grow product sales.

13. Products go through a product life cycle that comprises many stages, starting with the introduction or the launch stage. Companies launching new products/brands spend considerable amounts of money on marketing mix elements (e.g., product, place, and promotion) during the introduction stage to create awareness, establish a distinctive position in the minds of customers, to create preference, and to extract a price premium. Advertising

or marketing communication is a key marketing mix element that enhances product/brand awareness and shapes product/brand perceptions.

14. Advertising can have long-term and persistent effects on the sales of a product or brand. When advertising or communicating a new product/brand, a company highlights the key attributes (e.g., features and benefits) of the new product/brand explicitly or implicitly to help differentiate it from other products/brands and to build distinctiveness in the minds of consumers. Companies such as automobile manufacturers employ a deep understanding of the relevant market segments, their target customers, and the target customers' preferences to identify the product attributes or characteristics that will influence customer demand. To this end, companies conduct extensive marketing research prior to launching new products.

15. Across the available communication channels, including public relations ("PR"), product and brand names, sales pitches and brochures, training manuals, and advertisements, marketers seek to promote a specific set of product and brand attributes. To that end, companies undertake branding and brand communications research to ensure that the messaging in these channels generates associations with the intended key product and brand attributes. For example, Honda's Civic is associated with the bundle of "civic-mindedness" (i.e., low gasoline consumption and pollution) and "city driving" (i.e., easy to maneuver and park).[1]

16. In many product categories, the key attributes forming a bundle are well known to consumers. For example, for cars, the key attributes include fuel efficiency, power/performance, and eco-friendliness. Companies highlight certain features and benefits of their products/brands explicitly or implicitly in their marketing communications to create preference. If competing brands are close in the key attributes, even a slight edge in a single attribute or an additional attribute advantage can help a product/brand garner a more favorable perception, create greater preference, and command a price premium. For example, in 1997, British Petroleum (BP) committed to reducing the company's greenhouse gas emission by 10 percent by 2010, and in that spirit redesigned its brand logo to be a stylized sunflower. The green color

[1] David Aaker, *Managing Brand Equity: Capitalizing on the Value of a Brand Name*, (New York: The Free Press, 1991), p. 192.

projected environmental friendliness as one of the brand's attributes. The effects of the rebranding on BP's business performance were significant. Its brand assets increased by $7 billion in value and its retail sales rose by 23% globally.[2]

## IV. GM CONDUCTED A WIDESPREAD MARKETING CAMPAIGN EMPHASIZING *CRUZE CLEAN TURBO DIESEL*

17. In its marketing communications for the 2014 and 2015 *Cruze Clean Turbo Diesel*, GM focused on *Diesel* and its features to create a favorable image among consumers. Internal marketing presentations from 2014 and 2015 show that GM predicted strong customer interest in the *Cruze Clean Turbo Diesel* features, including "best-in-class" fuel economy, while maintaining high torque that meets or exceed that of its competitors. GM aggressively marketed the *Cruze Clean Turbo Diesel* features to differentiate it from competitors' products, in particular, Volkswagen ("VW") Jetta Diesel TDI.

18. GM made specific plans to enlist dealerships to get customers interested in the *Cruze Clean Turbo Diesel*. It anticipated that initial *Cruze Clean Turbo Diesel* models would help create showroom excitement and suggested that the *Cruze Clean Turbo Diesel* should be marketed aggressively. GM believed that *Cruze Clean Turbo Diesel* could be advertised in conjunction with other product/brand attributes to influence consumer perceptions, create a favorable image, and enhance preference.

### A. GM ENGAGED IN EXTENSIVE RESEARCH EFFORTS TO DEVELOP THE *CRUZE CLEAN TURBO DIESEL* BRAND AND ITS MESSAGE

[redacted]

2 https://landor.com/work/bp, last accessed October 24, 2019.

[redacted]

[redacted]

[redacted]

**1. GM Chose the Name "*Cruze Clean Turbo Diesel*" Because its Environmentally-Friendly Connotation would Sell More Vehicles**

[redacted]

**2. GM Sought to "Clean" the Diesel Image in its Development of *Cruze Clean Turbo Diesel* Themes**

[redacted]

---

[redacted]

[redacted]

[redacted]

### 3. GM Disseminated Information Surrounding Clean Benefits of the *Cruze Clean Turbo Diesel* through its Product Materials and Dealerships

[redacted]

[redacted]

### 4. GM Aimed to Exploit the Void Created by Volkswagen Jetta's Emission Cheating Scandal

[redacted]

[redacted]

### B. THE *DIESEL* BADGE WAS PROMINENTLY FEATURED ON THE CHEVROLET *CRUZE CLEAN TURBO DIESEL* VEHICLE

[redacted]

**Figure 1: Example of *Cruze Clean Turbo Diesel* Badge**




Source: GMCOUNTS000117080.

**Figure 2: Example of *Cruze Clean Turbo Diesel* Badge Shown in GM Print Ad**




Source: GMCOUNTS000117078.

### C. GM EXTENSIVELY MARKETED ITS *CRUZE CLEAN TURBO DIESEL* VEHICLES

41. The automotive industry is among the most advertising-intensive industries in the U.S. It consistently ranks as one of the top national advertising spenders. Advertising campaigns surrounding product launches are particularly important as automakers strive to shape consumer perceptions about new products early in their life cycle.[43] The positive impact of such marketing campaigns on product sales can have a long-lasting impact on a product's performance.

42. In such an advertising-intensive industry, GM established and maintained its status as one of the top advertisers. In 2014 and 2015, GM was ranked as one of the top 10 largest U.S. and global advertisers across all industries.[44]

[redacted]

[43] *See e.g.*, Julie Liesse, "Auto Focus: What's Driving U.S. automotive Industry," *Advertising Age*, October 13, 2014. See also Ryan Beene, "Automakers Like Video, But Still Pour Gas on TV For Big Product Launches," *Advertising Age*, July 8, 2013.

[44] [redacted]

[redacted]

## V. GM COMMUNICATED A CLEAR AND CONSISTENT MESSAGE ABOUT THE MEANING OF "DIESEL" TO CONSUMERS AND PROSPECTIVE CONSUMERS OF *CRUZE CLEAN TURBO DIESEL*

46. GM's *Cruze Clean Turbo Diesel* marketing message extensively emphasized the bundle of power/performance, fuel efficiency, and environment friendliness [redacted] In other marketing materials, GM emphasized that the *Cruze Clean Turbo Diesel* was the "cleanest diesel passenger car engine ever produced by GM."[53] GM's marketing strategy for the *Cruze Clean Turbo Diesel* featured all three attributes in its television, print, and online ads.[54] Below is a print ad from the campaign showing the three key points prominently displayed with the *Cruze Clean Turbo Diesel* branding (see Figure 3).

---

[redacted]

[53] *See, e.g.*, Chevrolet tweet dated February 13, 2013.

[54] *See, e.g.*, Find New Roads Print Ads, GMCOUNTS000117078, 080, 207. TV Ad, GMCOUNTS000117067. Chevrolet tweet dated February 13, 2013.

**Figure 3: Chevrolet *Cruze Clean Turbo Diesel* Print Ad**




Source: GMCOUNTS000123505.

47. [redacted]

In Section V.D, I show through content analysis of GM's TV and print advertisements that

---

[redacted]

these three key attributes were a prominent feature of its marketing campaign for the *Cruze Clean Turbo Diesel* vehicles.

## A. GM MARKETED *CRUZE CLEAN TURBO DIESEL* VEHICLES AS POWERFUL AND HIGH PERFORMANCE VEHICLES

48. When marketing *Cruze Clean Turbo Diesel*, GM chose to focus on power/performance, as one of the major attributes. By including power/performance as one of the key features, *Cruze Clean Turbo Diesel* could provide the best of everything. If *Cruze Clean Turbo Diesel* could outpower competing vehicles, while also being fuel efficient and environmentally-friendly (as seen in Figure 3), GM believed new customers would move toward *Cruze Clean Turbo Diesel*. To position the *Cruze Clean Turbo Diesel* as a "leader," one of GM's key communication messages was to highlight power/performance together with fuel efficiency. In a tweet and a post on Vine dated September 12, 2013, GM claimed "The Cruze #Diesel's engine is a thing of magic, giving you massive torque and EPA-est. 46 mpg hwy" (see Figure 4).

**Figure 4: Chevrolet *Cruze Clean Turbo Diesel* Tweet**




Source: Chevrolet tweet dated September 12, 2013.

## B. GM MARKETED *CRUZE CLEAN TURBO DIESEL* VEHICLES AS FUEL EFFICIENT VEHICLES

49. GM had a deliberate strategy to project the *Cruze Clean Turbo Diesel* as fuel efficient and often boasted of the highest highway mileage among all competitive offerings. [redacted]

50. [redacted] Therefore, *Cruze Clean Turbo Diesel* ads prominently featured MPG statistics and driving range, attributing these features to the *Cruze Clean Turbo Diesel* engine (see Figure 3**Error! Reference source not found.** and Figure below).

51. In August 2013, GM also created a series of five-second animations posted to the now defunct social media site Vine, promoting *Cruze Clean Turbo Diesel*'s diesel engine for its fuel economy.[60]

52. GM's website touted Cruze Diesel as the car with the highest highway fuel efficiency in America. The ad copy stated, "Chevrolet *Cruze Clean Turbo Diesel* gets the best highway fuel economy of any gasoline or diesel car in America."[61]

---

[redacted]

[60] Chevrolet August 22, 2013 tweet (posting Vine video).

[61] https://web.archive.org/web/20140320170713/www.chevrolet.com/cruze-compact-car html, last accessed April 28, 2019.

53. GM implicitly conveyed environmental friendliness in its communication of fuel efficiency by using the Environmental Protection Agency ("EPA") to tout the mileage of *Cruze Clean Turbo Diesel*. It prominently and consistently communicated Cruze Diesel's mileage by using the prefix "EPA estimated" before "46 MPG highway" in its ads (see Figure 5).

**Figure 5: Chevrolet *Cruze Clean Turbo Diesel* Print Ad – Fuel Efficiency**




Source: GMCOUNTS000122102.

## C. GM Marketed *Cruze Clean Turbo Diesel* Vehicles as Environmentally Friendly Vehicles

54. [redacted]

55. GM went about promoting the *Cruze Clean Turbo Diesel* as environmentally friendly in several ways. [redacted] Advertisements also highlighted "dirt" and "clean." [64]

56. GM also created strong environment-friendly imagery. For example, green color was displayed throughout a video of the 2014 *Cruze Clean Turbo Diesel* posted on GM's website, and greenery was shown to evoke nature and eco-friendliness.[65] When the video showed a fuel station, the station featured the friendly green logo of British Petroleum.[66]

57. Several advertisements highlighted "The New Efficient," where GM emphasized great fuel efficiency without sacrificing performance.[67] For example, advertising content included statements like "[y]ou can have your cake and eat it too," and "[w]ho says you can't have it all," which suggested the *Cruze Clean Turbo Diesel* allows drivers to have both fuel efficiency and clean, environmental friendliness.[68] Furthermore, in its Twitter post dated March 27 2014, GM boasted "#Cruze #Diesel has it all: great fuel economy, a lot of horsepower & great powertrain warranty. See how it stacks up[.]"[69]

---

[redacted]

[64] *See, e.g.*, TV Ad, GMCOUNTS000117067.

[65] *See* 2014 Cvhey Cruze Turbo Diesel running footage, *available at* https://media.chevrolet.com/media/ca/en/gm/bcportal html/currentVideoId/2144674316001/pnId/23/typeId/c/currentChannelId/Most%20Recent html

[66] *See* 2014 Cvhey Cruze Turbo Diesel running footage, *available at* https://media.chevrolet.com/media/ca/en/gm/bcportal html/currentVideoId/2144674316001/pnId/23/typeId/c/currentChannelId/Most%20Recent html

[67] *See e.g.,* TV Ad, GMCOUNTS000119852.

[68] *See, e.g.*, GMCOUNTS000117334, 117599, Rows 14, 17, Column K, GMCOUNTS000357095.

[69] Chevrolet Tweet, March 27, 2014.

58. Furthermore, GM highlighted lower emissions on its *Cruze Clean Turbo Diesel* webpage, which noted that the "Cruze Clean Turbo Diesel emissions are below strict U.S. environmental standards. New technologies including exhaust gas recirculation, selective catalyst reduction, a particulate filter, and advanced fuel system components allow the diesel engine in Cruze to generate at least 90% less Nitrogen Oxide (NOx) emissions than previous generation diesels and very low particulate emissions."[70]

59. Moreover, in its press release dated February 7, 2013, GM noted that the *Cruze Clean Turbo Diesel* was the cleanest diesel passenger car engine that General Motors had ever produced.[71] GM reinforced this claim in its Tweet (see Figure 6).

**Figure 6: Chevrolet *Cruze Clean Turbo Diesel* Tweet**




Source: Chevrolet tweet dated February 13, 2013.

[70] https://web.archive.org/web/20140320170713/www.chevrolet.com/cruze-compact-car.html, last accessed April 28, 2019.

[71] *Cruze Clean Turbo Diesel Delivers Efficient Performance*, GM Corporate Newsroom, Feb. 7, 2013, https://media.gm.com/media/us/en/gm/autoshows/chicago.detail.print html/content/Pages/news/us/en/2013/Feb/13-chicago-show/0207-cruze-diese-engine.html

60. In a press releases from June 2013, GM promoted the 2014 *Cruze Clean Turbo Diesel* and emphasized its fuel efficiency and power/performance, while referring to it as "clean."[72]

61. In early 2014, GM aired two TV spots to market the Cruze Diesel titled "#TheNewEfficient: Cruze Diesel" and "Good. Clean. Fun."[73]

### D. ANALYSIS OF THE CONTENT IN GM'S TV AND PRINT ADVERTISEMENTS SHOWS THE IMPORTANCE OF ALL THREE MARKETING THEMES IN ITS *CRUZE CLEAN TURBO DIESEL* MARKETING CAMPAIGN

62. Analysis of the content of GM's advertising shows that the three features and themes of power/performance, fuel efficiency, and environmental friendliness were highlighted. The ads proclaimed, "Best highway mileage of any gas only or diesel engine on the road" and "Good. Clean. Fun."[74] In addition, the ad copy produced on 1/24/2013 by Production Arts Studio read, "Announcing the New 2014 Chevrolet *Cruze Clean Turbo Diesel*. Fuel your passion for fun."[75]

63. The ads emphasized environment friendliness. The copy of on ad touted, "The first clean diesel car ever produced by a U.S. automaker. Clean diesels generate at least 90% less Nitrogen Oxide (NOx) and particulate emissions when compared to previous generation diesels."[76] Another ad noted "Diesel's Clean Slate" and stated that the *Cruze Clean Turbo Diesel* "generates at least 90% less NOx emissions than previous generation diesels. Its emissions are below strict U.S. environmental standards."[77]

64. One of GM's commercials boasted, "90% cleaner than last-generation diesels."[78] The same ad claimed, "Introducing the all-new 2014 Chevrolet *Cruze Clean Turbo Diesel*---with a turbocharged engine that delivers an EPA estimated 46 MPG---the best highway mileage of

---

[72] *Cruze Clean Turbo Diesel Delivers Class Muscle Car Torque*, Chevrolet Pressroom, Jun. 12, 2103, https://media.gm.com/media/us/en/chevrolet/news.detail.print.html/content/Pages/news/us/en/2013/Jun/0612-cruze-diesel-torque.html
[73] TV Ad, GMCOUNTS000119852. TV Ad, GMCOUNTS000119656.
[74] TV Ad, GMCOUNTS000117067.
[75] GMCOUNTS000114778.
[76] GMCOUNTS000114778.
[77] GMCOUNTS000122102.
[78] GMCOUNTS000117063.

any gas-only or diesel engine on the road."[79] The ads again emphasized that the Cruze Diesel was "Good. Clean. Fun."[80]

65. To evaluate how GM marketed its *Cruze Clean Turbo Diesel* vehicles, an analysis of the content in its advertising was performed. Content analysis allows me to assess how extensively GM employed the three themes of power/performance, fuel efficiency, and environmental friendliness in its advertising relative to competing vehicles. This analysis was conducted on a sample of the television and print ads obtained from GM for its Chevrolet *Cruze Clean Turbo Diesel* vehicles during 2014-2015.[81] The content analysis was performed under my supervision, and the methodology is described in greater detail and attached as Appendix D.

66. For the content analysis, advertisements were reviewed and coded based on three complementary elements: (1) a set of audio themes of the video ads, (2) a set of visual themes as captured by the visual imagery in the ads, and (3) a set of text themes that highlight the text explicitly used in the ads. It is important to consider the video, audio and text elements so as to capture both the explicit and the implicit messages in the advertisements. For example, certain marketing themes, such as fuel efficiency, may be effectively conveyed though explicit audio cues such as "BEST-IN-CLASS 46 HWY MPG AND A 707-MILE DRIVING RANGE." In contrast, other important marketing themes, such as environmental friendliness, may be communicated effectively through subtle visual cues (e.g., cleaning/wiping the car).

[79] TV Ad, GMCOUNTS000117067.
[80] TV Ad, GMCOUNTS000117067.
[81] While vehicle dealers and dealer associations are also responsible for some advertising in the industry, the creative content they use in their ads often replicates manufacturers' ads. In addition, vehicle manufacturers are the driving force behind ad spending, accounting for close to two-thirds of ad spending on cars and trucks. Julie Liese, "Auto Focus: What's Driving U.S. Automotive Advertising," *Advertising Age*, October 13, 2014, p. 5. Most of ad spending surrounding vehicle product launches (as was the case with *Cruze Clean Turbo Diesel* vehicles) tends to be focused on TV. Ryan Beene, "Automakers Like Video, But Still Pour Gas On TV For Big Product Launches," *Advertising Age*, July 8, 2013, accessed October 23, 2019, http://adage.com/article/print-edition/automakers-pour-gas-tv-big-product-launches/242957/.

### 1. Audio Theme Analysis

67. To conduct my audio theme analysis of GM's TV advertisements, I have relied on a set of common words, phrases, images, and themes corresponding to the power/performance, fuel efficiency/economy, and environmental friendliness attributes in the audio related to the video ads. A list of these terms appears in Appendix D.

68. The results of the analysis are summarized in Table 2 which shows the frequency counts of ads by words/phrases/themes organized along the three attributes.

**Table 2: Frequency Counts of Audio Themes in Reviewed Ads**

| Attribute/Theme | Number of Ads | Percentage of Ads |
|---|---|---|
| Power/Performance | 6 | 100% |
| Fuel Efficiency | 6 | 100% |
| Environmental Friendliness | 6 | 100% |

69. As shown in Table 2, 6 of the 6 (100%) reviewed video ads contained words or phrases associated with one or more of the three main attributes. Thus, the proportion of ads reflecting one or more of the three main themes is maximum.

### 2. Visual Theme Analysis

70. To conduct a visual theme analysis, I selected a set of words, phrases, or themes that represent one or more of the three attributes used by GM to market *Cruze Clean Turbo Diesel* vehicles. As such they are associated with the "power/performance," "fuel efficiency/economy," and "environmental friendliness," the themes that GM used in its marketing efforts.

**Table 3: Frequency Counts of Visual Themes in Reviewed Ads**

| Attribute/Theme | Number of Ads | Percentage of Ads |
|---|---|---|
| Power/Performance | 27 | 81.8% |
| Fuel Efficiency | 22 | 66.7% |
| Environmental Friendliness | 31 | 93.9% |

71. Table 3 shows how often ads for *Cruze Clean Turbo Diesel* featured one or more of the three main themes. Across all the 33 reviewed GM ads featuring *Cruze Clean Turbo Diesel* vehicles, 31 (93.9%) contained words or phrases associated with one or more of the three

main themes. Thus, the proportion of ads reflecting one or more of the three main themes in the visual analysis is also extremely high.

72. The two ads that did not reflect any of the three attributes were promotional communications, one asking Cruze Diesel owners to share their photo behind the wheel and the other posing a puzzle about Cruze Diesel for the reader.[82] After accounting for this distinction, all the advertising communications of *Cruze Clean Turbo Diesel* comprised at least one of the three key attributes.

### 3. Text Theme Analysis

73. Similar to the audio and visual theme analyses, a content analysis of the text themes in *Cruze Clean Turbo Diesel* ads shows that 32 out of 33 ads (97%) reviewed reflect one or more of the three attributes.

74. The results of the analysis are summarized in Table 2, which shows the frequency counts of ads by words/phrases/themes corresponding to one of the three attributes. Thus, the content analysis of the text analysis of Chevrolet *Cruze Clean Turbo Diesel* ads reveal a consistent use of the bundle of attributes of power/performance, fuel efficiency/economy, and environmental friendliness.

**Table 4: Frequency Counts of Text Themes in Reviewed Ads**

| Attribute/Theme | Number of Ads | Percentage of Ads |
|---|---|---|
| Power/Performance | 27 | 81.8% |
| Fuel Efficiency | 29 | 87.9% |
| Environmental Friendliness | 31 | 93.9% |

[82] GMCOUNTS000120590, 342846.

#### 4. Conclusions from Content Analysis

75. Based on the results of the content analysis of GM's Chevy *Cruze Clean Turbo Diesel* ads, I conclude that GM made extensive and significant use of the three advertising attributes or themes, "Power and Performance," "Fuel Efficiency," and "Environmental Friendliness." The advertisements' visual, audio, and text content also reveal the extensive use of the bundle of these themes.

Venkatesh Shankar, Ph.D.

Date: Nov 6, 2019

## 5. APPENDIX A: CURRICULUM VITAE OF VENKATESH SHANKAR

# VENKATESH (VENKY) SHANKAR

**October 2019**

***Office Address:***
240B, Wehner Building
Mays Business School
Texas A&M University
College Station, TX 77843-4112
Tel: (979) 845-3246
www.venkyshankar.com

***Home Address:***
904 Plainfield Ct.
College Station
TX 77845
Email: venky@venkyshankar.com
Tel: (979) 314-7044
Fax: (979) 314-7044

## ACADEMIC EXPERIENCE

Professor of Marketing and *Coleman* Chair in Marketing, *Mays Business School*, Texas A&M University, 2004-present.

Visiting Scholar, Graduate School of Business, Stanford University, 2017.

Director of Research, Center for Retailing Studies, *Mays Business School*, Texas A&M University, 2012-present.

Marketing Ph.D. Program Director, *Mays Business School*, Texas A&M University, 2006-2012.

*Ralph J. Tyser* Fellow and Associate Professor of Marketing, *Robert H. Smith School of Business*, University of Maryland, 2000-2004.

Visiting Scholar, *Sloan* School of Management, Massachusetts Institute of Technology (M.I.T.), 2001-2002.

Co-Director, *Quality Enhancement Systems and Teams (QUEST) Program* (Joint Business-Engineering Undergraduate Program), *Robert H. Smith School of Business*, University of Maryland, 1998-2000.

Assistant Professor of Marketing, *Robert H. Smith School of Business*, University of Maryland, 1995-2000.

## EDUCATION

Ph.D. (Marketing), *J.L. Kellogg Graduate School of Management,* Northwestern University, Evanston, 1995.
P.G.D.M./MBA, Indian Institute of Management, Calcutta, 1986.
B.Tech./B.S. (Engineering), Indian Institute of Technology, Kharagpur, 1984.

## HONORS AND AWARDS

### Research Impact

Listed among The World's Most Influential Scientific Minds. According to Thomson Reuters, "(Researcher with) the greatest numbers of reports officially designated by Essential Science Indicators as Highly Cited Papers—ranking among the top 1% most cited for their subject field and year of publication—between 2002 and 2012." Only six researchers in marketing worldwide are in this list.

Listed as a Highly Cited Researcher. According to Thomson Reuters, "The listings of Highly Cited Researchers feature authors whose published work in their specialty areas has consistently been judged by peers to be of particular significance and utility."

Total citations of research publications: Over **18,000**. H-index = **52**; G-index = **131**; **4** articles with over 1,000 citations; **35** articles with 100 and over citations (source: *Harzing's Publish or Perish*, Google Scholar). Among the highest for marketing strategy scholars, retailing, services marketing scholars, Ph.D. cohort.

Ranked eighth among the world's leading Innovation Management Scholars in terms of publications in top tier journals (source: *Journal of Product and Innovation Management* article).

### Awards for Outstanding Research Contributions, Journal Articles and Research Proposals

#### Lifetime/Distinguished Achievement Awards

1. *AMS/Cutco Vector* ***Outstanding Marketing Educator***, Academy of Marketing Science, 2017.

2. ***Distinguished Alumnus Award***, Indian Institute of Technology (IIT), Kharagpur, 2015.

3. ***Retailing Lifetime Achievement Award*** for ***Lifetime Contributions to Retailing Research***, American Marketing Association, 2013.

4. ***Distinguished Alumnus Award***, Indian Institute of Management (IIM), Calcutta, 2013.

5. *Vijay Mahajan* ***Award*** for ***Lifetime Contributions to Marketing Strategy Research***, American Marketing Association, 2012.

#### Best Paper/Article Awards

1. **Best Paper** Award, International Design Engineering Technical Conferences/Design Theory and Methodology Conference (IDETC/DTM), 2017.

2. Finalist, ***Best Services Article***, American Marketing Association's Services Marketing SIG, 2017.

3. Finalist, *Donald Lehmann* Award for the ***Best Paper*** Based on Dissertation in an *AMA* Journal, 2015.

4. Finalist, *INFORMS Society for Marketing Science (ISMS)* ***Long-term Impact (10-Year) Best Paper*** *Award*, 2015.

***5.*** *EMAC-IJRM Steenkamp Award for* ***Long-term (15-Year) Impact Article***, *International Journal of Research in Marketing*, 2014.

6. ***Best Services Article***, American Marketing Association's Services Marketing SIG, 2014

7. Honorable Mention, *Davidson* ***Best Paper*** Award, *Journal of Retailing*, 2012.

8. *JAMS-Sheth* ***Best Paper*** Award, *Journal of the Academy of Marketing Science*, 2009.

9. Honorable Mention, *Davidson* ***Best Paper*** Award, *Journal of Retailing*, 2009.

10. Finalist, *INFORMS* Society for Marketing Science Practice Prize ***Best Paper*** Award, 2006.

11. Honorable Mention, *Davidson* ***Best Paper*** Award, *Journal of Retailing*, 2004.

12. Finalist, *INFORMS* Society for Marketing Science Practice Prize ***Best Paper*** Award, 2004.

13. Honorable Mention, ***Best Paper*** Award, *International Journal of Research in Marketing*, 2004.

14. *Donald Lehmann* Award for the ***Best Paper*** Based on Dissertation in an *AMA* Journal, 2000.

15. *Paul Green* Award for the ***Best Paper*** in the *Journal of Marketing Research*, 1999.

**Other Research Awards**

1. Outstanding ***Research Award***, *Mays* Business School, Texas A&M University, 2006-2007.
2. Marketing Edge ***Advisor, Best Dissertation in Interactive Marketing Award Winner***, 2019***.***
3. *American Marketing Association (AMA) DocSIG* ***Mathew Joseph Advisor, Emerging Scholar Award Winner***, 2019.
4. *Product Development Management Association (PDMA)* Advisor, ***Emerging Scholar Award Winner***, 2019.
5. *Institute for Study of Business Markets (ISBM)* ***Advisor, Best Dissertation Award Finalist***, 2018-19.
6. *Institute for Study of Business Markets (ISBM)* ***Advisor, Best Dissertation Award Winner***, 2014-15.
7. *Marketing Science Institute* (*MSI*) Alden Clayton ***Advisor, Best Dissertation Award Winner***, 2009.
8. *Institute for Study of Business Markets (ISBM)* ***Advisor, Best Dissertation Award Finalist***, 2007-08.
9. *Product Development Management Association (PDMA)*, ***Advisor, Best Dissertation Award***

***Winner***, 2007-08.
10. ***IBM*** Faculty ***Research Partnership Award***, 2001.
11. Dean's ***Performance Recognition Grant***, Mays Business School, Texas A&M University, 2016, 2015, 2014, 2013, 2012, 2011, 2010, 2008, 2007.

**Awards/Honors for Research Leadership and Contributions to the Profession**

1. Winner, Direct Marketing Educational Foundation *Robert B. Clarke* Outstanding Educator Award, 2006.

2. Named award (*Shankar-Spiegel* Award) for the best dissertation in direct/interactive marketing, 2008-present.

3. Recognized by the *Marketing Science Institute* for Outstanding Contributions, 2013.

4. Recognized by the Direct Marketing Association for Outstanding Leadership and Service to Interactive Marketing, 2009.

5. Academic Trustee, *Marketing Science Institute (MSI)*, 2007-2013.

6. Recognized by *Mint Wall Street Journal* as among the Top 2 Indian Origin Alumni of Kellogg School, Northwestern University, 2015.

7. Recognized as a "Guru" by Indian Institute of Management Alumni Association, 2013-2014.

8. Research Fellow and Board Member, Retail Analytics Council, 2016-present.

9. Senior Research Fellow, eBusiness Research Center, Penn State University, 2000-2010.

10. Advisory Board Member, Business-to-Business (B2B) Leadership Board, 2011-present.

11. Advisory Board Member, Academic Liaison Committee, CMO Council, 2010-present.

12. Advisory Board Member, ISBM Ph.D. Seminar Series, 2007-present.

13. Advisory Board Member, *Journal of Interactive Marketing*, 2011-present.

14. Advisory Board Member, *Journal of Retailing*, 2014-present.

15. Advisory Board Member, European e-Business Center, *ESSEC*, France, 1999-2002.

16. Sloan Industry Studies Program Affiliate, 2007-2011.

17. Advisory Board Member, Direct Marketing Educational Foundation, 2006-09.

18. Research Leader, Marketing Science Institute's Immersion Conference for Fast Track

Executives, 2008.

19. Advisory Board Member, Marketing Science Conference, 2007.

20. Advisory Board Member, IBM Academic Advisory Committee for e-Business Conference, 2000-2004.

21. Track Co-Chair, "Best Session" Track in American Marketing Association's Winter Educators' Conference, Austin, 2002.

**Journal Editorship/Associate Editorship/Handbook Editorship**

1. Co-Editor, *Journal of Interactive Marketing*, 2002-09.

2. Associate Editor, *Journal of Marketing Research*, 2014-.

3. Area Editor, *Journal of Marketing*, 2014-2018.

4. Associate Editor, *International Journal of Research in Marketing*, 2018-present.

5. Associate Editor, *Management Science*, Technological Innovation, Product Development and Entrepreneurship, 2001-2007.

6. Co-editor, *Handbook on Marketing Strategy*, 2012.

7. Volume Editor, *Creating and Managing Product Mix* in *Legendary Marketers: Phil Kotler*, Sage Publications, 2011.

8. Co-Editor, Special Issue of *Journal of Retailing* on Innovations in Retailing, 2011.

9. Editor, Special Issue of *Journal of Interactive Marketing* on Mobile Marketing, 2016.

**Invited Faculty Fellowships, Keynote Addresses and other Research Honors**

1. Faculty Fellow, *American Marketing Association (AMA)-Sheth Doctoral Consortium*
University of Leeds, Leeds, 2018.
University of Iowa, Iowa City, 2017.
University of Notre dame, South Bend, 2016.
Northwestern University, Evanston, 2014.
University of Michigan, Ann Arbor, 2013.
University of Washington, Seattle, 2012.
Texas Christian University, Fort Worth, 2010.
Georgia State University, Atlanta, 2009.
University of Missouri, Columbia, 2008.
Arizona State University, Tempe, 2007.
University of Connecticut, Storrs, 2005.

Texas A&M University, College Station, 2004.
University of Minnesota, Minneapolis, 2003.
University of Western Ontario, London, 2000.
University of Southern California, Los Angeles, 1999.

2. Faculty Fellow, *INFORMS Society of Marketing Science Doctoral Consortium*
University of Cologne, Germany, 2010.
Singapore Management University, Singapore, 2007.

3. Invited MSI Webinar Speaker, *Leveraging Omnichannel through Mobile*, Marketing Science Institute (MSI), 2017.

4. Invited Keynote Speaker, *Big Data and Analytics in Omnichannel Marketing*, University of Michigan, Ann Arbor, 2015.

5. Faculty Fellow, *Faculty Consortium on e-Commerce, American Marketing Association,* Texas A&M University, College Station, 2001.

6. Thought Leader and Featured Speaker, *AMA* Knowledge Coalition's Evidence-Based Marketing Conference of Chief Marketing Officers and Academic Thought Leaders, Atlanta, 2008.

7. Invited Lead Academic Speaker, Internet Retailer Conference and Exhibition, San Jose, 2007.

8. Invited Keynote Speaker, IADIS (International Association for Development of the Information Society) E-Commerce Conference, Portugal, 2007.

9. Invited to be a Fortune Casual Educator's Fellow, Retailing Conference by Center for Retailing Excellence, *Sam M. Walton College of Business* at the *University of Arkansas*, 2003.

10. Finalist, *Journal of Marketing* Editorship, 2007, 2017.

**Teaching Honors**

1. The *Krowe* Award for Outstanding Innovation in Teaching from the University of Maryland, 2002 (the only faculty member to get this award in this year).

2. Named among the Top 2 (Key) Professors at University of Maryland by *Business 2.0*, 2001.

3. The *Krowe* Award for Outstanding Teaching from the University of Maryland, 2001 (one of about four faculty to get this award in this year).

4. The *Krowe* Award for Outstanding Teaching from the University of Maryland, 2007 (one of about four faculty to get this award in this year).

**Industry/Other Honors**

1. Member of *Cable News Network's (CNN)* panel of International Business Experts, 1997-present.

2. Member of Board of Trustees, *Hospitality Sales and Marketing Association International* (*HSMAI*) Educational Foundation, 1998-2001.

3. Best Venture Capitalist Faculty Member, MBA Students Association, University of Maryland, 2000.

4. Dean's Fellowship, *Northwestern University*, 1990-1993.

**RESEARCH GRANTS**

1. $148,215: *National Science Foundation* for A Quantitative Theory for Technology Evolution and Innovation (with Daniel A. McAdams), 2015-2016.

2. $4,000: *Social Sciences and Humanities Development* Committee, McGill University, Canada for New Product Development in Developing Markets (with Thomas Dotzel), 2013.

3. $40,800: *Social Sciences and Humanities Research Council*, Canada for *Services vs. Goods Innovations: Effects on Firm Value and Firm Risk* (with Thomas Dotzel), 2011.

4. $7,000: *Social Sciences and Humanities Development* Committee, McGill University, Canada for *Drivers and Consequences of Innovations: Goods vs. Services* (with Thomas Dotzel), 2011.

5. $10,000: *A Review of MSI-ISMS Practice Prize Finalist Projects and Papers* from *Marketing Science Institute (MSI)* (with Gary Lilien and John Roberts), 2010.

6. $1,000: *MSI* for *Shopper Marketing*, 2009.

7. $12,000: CIBER, Texas A&M University for *Global Market Segmentation: A Cross-National Empirical Analysis*, 2005-06.

8. $20,000: *Duke University* for *Linking Marketing and IT Capabilities and CRM Investments to Firm Performance* (with V. Sambamurthy), 2002.

9. $35,000: *PepsiCo* for *Forecasting Model for Consumer Packaged Goods* (with Brian Ratchford), 2001.

10. $5,000: *The Impact of Extranets on Supply Chain Performance* (with Martin Dresner) from *Institute for Study of Business Markets (ISBM)*, 1999.

11. $17,500: *Advertising, Sales Force, and Marketing Mix Allocation Strategies over the Product Life Cycle: An Empirical Analysis of Dominant and Non-dominant Brands* from *Marketing Science Institute (MSI)*, 1999.

**E.**

12. $12,000: *Customer Satisfaction and Loyalty in Online Markets* from *University of Maryland*, 1999.

13. $20,000: *The Impact of Timing and Sequence of International Market Entry on Competitive Advantage* from *Marketing Science Institute (MSI*), 1998.

14. $10,000: *The Impact of Internet Marketing on Price Competition* from *Marriott International*, 1998.

15. $16,000: *Determinants of New Entrant Strategies and Incumbent Responses: An Integrated Framework and Empirical Analysis* from *Marketing Science Institute (MSI)*, 1997.

16. $8,000: *Product Line and Competitive Advantage* from University of Maryland**,** 1997.

17. $5,000: *The Impact of Timing and Sequence of International Market Entry in Creating Competitive Advantage* from *Canadian Research Grant Programs***,** 1997.

18. $7,000: *Network Effects and Competition* (with Barry Bayus) from *University of Maryland*, 1997.

19. $10,000: *How do Long-run and Short-run Price Sensitivities Vary across Channels? An Empirical Analysis* (with Jeffrey Inman) from *Marketing Science Institute (MSI*), 1996.

20. $12,000: *Dimensions and Determinants of Retailer Pricing Strategy and Tactics: A Theoretical Framework and Empirical Analysis* (with Ruth Bolton), from *Marketing Science Institute (MSI)*, 1996.

21. $6,500: *Competitive Advantage based on Order/Timing of Market Entry: A Cross-national Empirical Analysis*, from *Center for International Business and Economic Research (CIBER)*, 1996.

22. $5,000: *Cross-Channel Differences in Regular Price and Deal Sensitivities* (with Jeffrey Inman), from University of Maryland, 1996.

## RESEARCH AND TEACHING INTERESTS

Digital/e-Business/e-Commerce/Interactive/Direct/Internet/Multichannel Marketing
Marketing Strategy
Innovation, New Product and Brand Management
Pricing/Retailing/Channel/Supply Chain Management
International Marketing
Services Marketing
Artificial Intelligence, Data Science/Big Data, Machine Learning

## PUBLICATIONS IN REFEREED/LEADING JOURNALS (Including forthcoming papers)

1. Dotzel, Thomas and Venkatesh Shankar (2019), "The Relative Effects of B2B (vs. B2C) Service Innovations on Firm Value and Firm Risk: An Empirical Analysis," *Journal of Marketing*, 83 (5), 133-152.

2. Narang, Unnati and Venkatesh Shankar (2019), "Mobile App Adoption and Online and Offline Purchases and Product Returns," *Marketing Science*, forthcoming.
   Featured by *Strategy + Business* Magazine and the *Conversation*.
   Recognized by SSRN to be among the top ten downloaded papers in several categories.
   472 downloads on SSRN.

3. Shankar, Venkatesh and Unnati Narang, "Emerging Market Innovations: Propositions, Practitioner Implications, and Research Agenda," *Journal of Academy of Marketing Science,* forthcoming.

4. Narang, Unnati and Venkatesh Shankar (2019), "Mobile Marketing 2.0: State of the Art and Research Agenda," *Review of Marketing Research*, 16.

5. Zhang, Guanglu, Douglas Allaire, Venkatesh Shankar, and Daniel McAdams (2019), "A Case against the Trickle-down Effect in Technology Ecosystems," *PLOS ONE*, 14 (6).

6. Zhang, Guanglu, Daniel McAdams, Douglas Allaire, and Venkatesh Shankar (2019), "System Evolution Prediction and Manipulation Using a Lotka-Volterra Ecosystem Model," *Design Studies*, 60, 103-138.

7. Zhang, Guanglu, Daniel McAdams, Douglas Allaire, and Venkatesh Shankar (2019), "Generating Technology Evolution Prediction Intervals Using a Bootstrap Method," *ASME Journal of Mechanical Design,* 141 (6), 061401.

8. Shankar, Venkatesh (2018), "How Artificial Intelligence (AI) is Reshaping Retailing," *Journal of Retailing*, 94 (4), vi-xi (invited commentary).

9. Lee, Leonard,..,Venkatesh Shankar, and Claire Tsai (2018), "From Browsing to Beyond: The Needs-Adaptive Shopper Journey Model," *Journal of Association of Consumer Research*, 3 (3), 277-293.

10. Zhang, Guanglu, Daniel A. McAdams, Milad Mohammadi Darani, and Venkatesh Shankar (2018), "Shaping the Future: Product Performance Evolution Prediction and Manipulation Using Lotka-Volterra Equations," *ASME Journal of Mechanical Design*, 140 (6), 061101.

11. Meyer, Jeffrey, Venkatesh Shankar, and Leonard Berry (2018), "Pricing Hybrid Bundles by Understanding the Drivers of Willingness to Pay," *Journal of Academy of Marketing Science*, 46 (3), 497-515.

12. Liu, Yan, Venkatesh Shankar, and Wonjoo Yun (2017), "Crisis Management Strategies: The Long-term Effect of Product Recalls on Firm Value," *Journal of Marketing*, 81 (5), 30-48.

13. Zhang, Guanglu, Daniel McAdams, Venkatesh Shankar, and Milad Darani (2017), "Modeling the Evolution of System Technology Performance when Component and System Technology Performances Interact: Commensalism and Amensalism," *Technological Forecasting and Social Change,* 125, 116-24.

14. Meyer, Jeffrey and Venkatesh Shankar (2016), "A Monopolist's Optimal Pricing Strategy for Hybrid Bundles," *Journal of Retailing,* 92 (2), 133-146.
Finalist, ***Best Services Article***, AMA Services Marketing SIG, 2017.
Lead Article.

15. Shankar, Venkatesh, Mirella Kleijnen, Suresh Ramanathan, Ross Rizley, Steve Holland, and Shawan Morrissey (2016), "Mobile Shopper Marketing: Key Issues, Current Insights, and Future Research Avenues," *Journal of Interactive Marketing*, 34 (May), 37-48.

16. Liu, Yan and Venkatesh Shankar (2015), "The Dynamic Effects of Product Harm Crises on Brand Preference and Advertising Effectiveness: An Empirical Analysis of the Automobile Industry," *Management Science*, 61 (10), 2514-2535.
Top 10 downloaded article. SSRN: Econometrics Multiple Equations.

17. Shankar, Venkatesh (2014) "Shopper Marketing 2.0: Opportunities and Challenges," *Review of Marketing Research*, 11, 189-208.

18. Shankar, Venkatesh and P.K. Kannan (2014), "An Across Store Analysis of Intrinsic and Extrinsic Cross-Category Effects," *Customer Needs and Solutions*, 1 (2), 143-164.

19. Lam, Shun Yin and Venkatesh Shankar (2014), "Asymmetries in the Effects of Drivers of Brand Loyalty between Early and Late Adopters and across Technology Generations," *Journal of Interactive Marketing*, 28 (1), 26-42.

20. Kushwaha, Tarun and Venkatesh Shankar (2013), "Are Multichannel Customers Really Valuable? The Moderating Effects of Product Category Characteristics," *Journal of Marketing*, 77 (4), 67-85.
Finalist, 2015 ***Donald Lehmann Best Paper Award*** for the best dissertation based article in an *AMA* publication.
Top 10 downloaded article. SSRN: Public Goods.

21. Shankar, Venkatesh and Nicole Hanson (2013), "How Emerging Markets are Reshaping the Innovation Architecture of Global Firms," *Review of Marketing Research*, 10, 191-212.

22. Dotzel, Thomas, Venkatesh Shankar, and Leonard Berry (2013), "Service Innovativeness and Firm Value," *Journal of Marketing Research*, 50 (2), 259-276.
Winner of Best Service Article 2013 Award from the American Marketing Association.
Top 10 Downloaded article. SSRN: Service Innovation.

23. Lilien, Gary, John Roberts, and Venkatesh Shankar (2013), "Effective Marketing Science Application: Insights from ISMS-MSI Practice Prize Finalist Papers and Projects," *Marketing Science*, 32 (2), 229-245.

24. Shankar, Venkatesh, J. Jeffrey Inman, Murali Mantrala, Eileen Kelly, and Ross Rizley (2011), "Innovations in Shopper Marketing: Current Insights and Future Issues," *Journal of Retailing*, 87 (July), S29-S42.
    Honorable Mention ***Davidson Best Paper Award***, *Journal of Retailing*, 2012.
    Top 10 downloaded article, SSRN categories: Marketing, Innovation and Organizational Behavior; Other Service Strategies.

25. Shankar, Venkatesh, Alladi Venkatesh, Charles Hofacker, and Prasad Naik (2010), "Mobile Marketing in the Retailing Environment: Current Insights and Future Research Avenues," *Journal of Interactive Marketing*, 24 (2), 111-120.
    Top 10 downloaded article, SSRN: Models of Innovation Development.
    Top 10 most-cited article, *Journal of Interactive Marketing*, last five years.

26. Bezawada, Ram, Subramanian Balachander, P.K. Kannan, and Venkatesh Shankar (2009), "Cross-Category Effects of Aisle and Display Placements: A Spatial Modeling Approach and Insights," *Journal of Marketing*, 73 (3), 99-117.

27. Shankar, Venkatesh, Leonard Berry, and Thomas Dotzel (2009), "A Practical Guide to Combining Products and Services," *Harvard Business Review*, 87 (11), 94-99.
    Translated into Italian, German, Russian, Spanish and Chinese and republished.

28. Neslin, Scott and Venkatesh Shankar (2009), "Key Issues in Multichannel Management: Current Knowledge and Future Directions," Tenth Anniversary Special Issue, *Journal of Interactive Marketing*, 23 (1), 70-81.
    Among the Top 5 most-cited articles in the *Journal of Interactive Marketing* since 2006.
    Among the Top 3 most-cited articles in the *Journal of Interactive Marketing* in the last 5 years.
    Top 10 most-downloaded article, SSRN Management Research Network.

29. Shankar, Venkatesh and Sridhar Balasubramanian (2009), "Mobile Marketing: A Synthesis and Prognosis," Tenth Anniversary Special Issue, *Journal of Interactive Marketing*, 23 (2), 118-129.
    Among the Top 3 most-cited articles in the *Journal of Interactive Marketing* in the last 5 years.

30. Ailawadi, Kusum, J.P. Beauchamp, Naveen Donthu, Dinesh Gauri, and Venkatesh Shankar (2009), "Customer Experience Management in Retailing: Communication and Promotion," *Journal of Retailing*, 85 (1), 42-55.

31. Shankar, Venkatesh, Pablo Azar, and Matthew Fuller (2008), "BRAN*EQT: A Model for Estimating, Tracking, and Managing Brand Equity for Multicategory Brands," *Marketing Science*, 27 (4), 545-566.

Finalist, ***Marketing Science Practice Prize Best Paper Award***, 2006.
Top 5 most downloaded papers, *MSI* Web site (related *MSI* Working Paper).

32. Varadarajan, Rajan, Manjit Yadav, and Venkatesh Shankar (2008), "First-Mover Advantage in the Internet-Enabled Environment: A Conceptual Framework and Propositions," *Journal of Academy of Marketing Science*, 36 (3), 293-308.
Winner, 2009 ***JAMS-Sheth Best Paper Award***.
Lead Article.

33. Kalaignanam, Kartik, Venkatesh Shankar, and Rajan Varadarajan (2007), "Asymmetric New Product Development Alliances: Win-Win or Win-Lose Partnerships?" *Management Science*, 53 (3), 357-74.
Finalist, *INFORMS Society for Marketing Science (ISMS)* ***Long-term Impact (10-Year) Best Paper*** *Award*, 2015.
Lead Article.
Featured by *MSI* in Working Paper Series, 2006.
Reprinted in *New Product and Services Development* (Gatignon, Ed.), SAGE Publications, 2010.

34. Sorescu, Alina, Venkatesh Shankar, and Tarun Kushwaha (2007), "New Product Preannouncements and Shareholder Value: Don't Make Promises You Can't Keep," *Journal of Marketing Research*, 46 (3), 468-489.
Featured by *MSI* in Working Paper Series, 2006.

35. Dong, Yan, Martin Dresner, and Venkatesh Shankar (2007), "Efficient Replenishment in the Distribution Channel," *Journal of Retailing*, 83 (3), 253-278.
Honorable Mention, ***Davidson Best Paper Award***, *Journal of Retailing*, 2008.
Lead Article.

36. Neslin, Scott, Dhruv Grewal, Robert Leghorn, Venkatesh Shankar, Marije Teerling, Jacquelyn Thomas, and Peter C. Verhoef (2006), "Challenges and Opportunities in Multichannel Management," *Journal of Service Research*, 9 (2), 95-113.
Lead Article.

37. Shane, Scott, Venkatesh Shankar, and Ashwin Aravindakshan (2006), "The Effects of New Franchisor Partnering Strategies on Franchise System Size," *Management Science*, 52 (5), 773-787.

38. Berry, Leonard, Venkatesh Shankar, Janet Parish, Susan Cadwallader, and Thomas Dotzel (2006), "Creating New Markets through Service Innovations," *Sloan Management Review*, 47 (2), 56-63.
Among the Top 10 popular articles as listed at *Sloan Management Review*'s Web site, where the years of publication of the articles range from 1994 to 2006.
Translated into Spanish and republished in *Harvard Deusto Business Review*, 150, 2006.

39. Shankar, Venkatesh (2006), "Proactive and Reactive Product Line Strategies:

Asymmetries between Market Leaders and Followers," *Management Science*, 52 (2), 276-292.
Reprinted in *New Product and Services Development* (Gatignon, Ed.), SAGE Publications, 2010.

40. Divakar, Suresh, Brian T. Ratchford, and Venkatesh Shankar (2005), "CHAN4CAST: A Multichannel Multiregion Forecasting Model for Consumer Packaged Goods," *Marketing Science*, 24 (3), 333-350.
Finalist, ***Marketing Science Practice Prize Best Paper Award***, 2004.

41. Bart, Yakov, Venkatesh Shankar, Fareena Sultan, and Glen L. Urban (2005), "Are the Drivers and Role of Online Trust the Same for All Web Sites and Consumers? A Large Scale Exploratory Empirical Study," *Journal of Marketing*, 69 (4), 133-152.
Listed on SSRN's Top Ten download list for Managerial Marketing All Time Hits, MRN Business School Research Papers Recent Hits, Internet Marketing & E-Commerce All Time Hits.
Listed on SSRN's Top Ten download list for MIT Sloan School of Management Working Paper Hits.

42. Inman, J. Jeffrey, Venkatesh Shankar, and Rosellina Ferraro (2004), "The Roles of Channel-Category Associations and Geodemographics in Channel Patronage," *Journal of Marketing*, 68 (2), 51-71.

43. Shankar, Venkatesh and Ruth Bolton (2004), "An Empirical Analysis of Determinants of Retailer Pricing Strategy," *Marketing Science*, 23 (1), 28-49.

44. Ancarani, Fabio and Venkatesh Shankar (2004), "Price Levels and Price Dispersion Within and Across Multiple Retailer Types: Further Evidence and Extension," *Journal of the Academy of Marketing Science*, 32 (2), 176-187.

45. Lam, Shun Yin, Venkatesh Shankar, Krishna Erramilli, and Bvsn Murthy (2004), "Customer Value, Satisfaction, Loyalty, and Switching Costs: An Illustration from a Business-to-Business Service Context," *Journal of the Academy of Marketing Science*, 32 (3), 293-311.
Among the Top 3 most-cited article, 2004 onward.
Among the Top 4 most frequently-read/downloaded articles at the *Journal of Academy of Marketing Science* Web site.

46. Pan, Xing, Brian T. Ratchford and Venkatesh Shankar (2004), "Price Dispersion on the Internet: A Review and Directions for Future Research," Special Issue of *Journal of Interactive Marketing* on Online Pricing (co-edited by Sandy Jap and Prasad Naik), 18 (4), 116-135.
Listed on SSRN's Top Ten download lists for Strategy & Economics Hits, eBusiness Abstracts Hits, Managerial Marketing Recent Hits, Quantitative Marketing Recent Hits, Behavioral Marketing Recent Hits, Emerging Markets: Economics Recent Hits, MRN Marketing Network Recent Hits, ISN Subject Matter Journal Recent Hits, MRN

Information Systems & eBusiness Network Recent Hits, POL Subject Matter Journal Recent Hits, and MRN Corporate Strategy & Business Policy Network Recent Hits.

47. Shankar, Venkatesh and Barry L. Bayus (2003), "Network Effects and Competition: An Empirical Analysis of the Video Game Industry," *Strategic Management Journal*, 24 (4), 375-394.
    Listed on Social Science Research Network (SSRN)'s Top Ten download list for Economics Recent Hits.

48. Bolton, Ruth and Venkatesh Shankar (2003), "An Empirically Driven Taxonomy of Retailer Pricing and Promotion Strategies," *Journal of Retailing*, 79 (4), 213-224.
    Honorable Mention ***Davidson Best Paper Award***, *Journal of Retailing*, 2004.

49. Shankar, Venkatesh, Amy Smith, and Arvind Rangaswamy (2003), "Customer Satisfaction and Loyalty in Online and Offline Environments," *International Journal of Research in Marketing,* 20 (2), 153-75.
    EMAC-IJRM Steenkamp Award for ***Best Paper*** with Long-term Marketing Impact.
    Most-cited article in *International Journal of Research in Marketing*, last 15 years.
    Fifth most downloaded article from *International Journal of Research in Marketing's* Web site.
    Honorable Mention, ***Best Paper Award***, *International Journal of Research in Marketing*.

50. Ratchford, Brian T., Xing Pan, and Venkatesh Shankar (2003), "On the Efficiency of Electronic Markets for Consumers," *Journal of Public Policy and Marketing*, Special Issue on Marketing's Information Technology Revolution, 22 (1), 4-16.
    Lead article.
    Second-most cited article in JPPM during 2003-2005.

51. Ancarani, Fabio and Venkatesh Shankar (2003), "Symbian: Customer Interactions through Collaboration and Competition in a Convergent Industry," *Journal of Interactive Marketing*, 17 (1), 56-76.

52. Shankar, Venkatesh, Glen L. Urban and Fareena Sultan (2002), "Online Trust: A Stakeholder Perspective, Concepts, Implications, and Future Directions," *Journal of Strategic Information Systems*, Special Issue on Trust on the Internet, 11 (3-4, December), 325-344.
    Among the top 5 downloaded articles in *Journal of Strategic Information Systems*.

53. Elrod, Terry, Gary Russell, Allan Shocker, Rick Andrews, Lynd Bacon, Barry Bayus, Doug Carroll, Richard Johnson, Wagner Kamakura, Peter Lenk, Joseph Mazanec, Vithala Rao, and Venkatesh Shankar (2002), "Inferring Market Structure from Customer Response to Competing and Complementary Products," *Marketing Letters*, 13 (3), 221-232.

54. Pan, Xing, Brian T. Ratchford, and Venkatesh Shankar (2002), "Can Online Price Dispersion in Online Markets be Explained by Differences in e-tailer Service Quality?,"

Special Issue on Marketing to and Serving Customers through the Internet, *Journal of Academy of Marketing Science*, 30 (4), 433-446.
Listed on Social Science Research Network (SSRN)'s Top Ten download list for Industrial Organization: Empirical Studies of Firms & Markets Recent Hits, and Market Structure Recent Hits, Quantitative Marketing: Sector-Specific Research All Time Hits.

55. Shankar, Venkatesh (1999), "New Product Introduction and Incumbent Response Strategies: Their Inter-Relationship and the Role of Multimarket Contact," *Journal of Marketing Research*, 36 (3), 327-344.

56. Russell, Gary, S. Ratneshwar, Allan Shocker, David Bell, Anand Bodapati, Alex Degeratu, Lutz Hildebrandt, Namwoon Kim, Seshan Ramaswami, and Venkatesh Shankar (1999), "Multiple Category Decision-Making: Review and Synthesis," *Marketing Letters,* Special Issue on Choice Behavior, 10 (3), 319-32.

57. Shankar, Venkatesh, Gregory Carpenter, and Lakshman Krishnamurthi (1999), "The Advantages of Entering in the Growth Stage of the Product Life Cycle: An Empirical Analysis," *Journal of Marketing Research*, 36 (2), 269-276.

58. Shankar, Venkatesh, Gregory Carpenter, and Lakshman Krishnamurthi (1998), "Late Mover Advantage: How Innovative Late Entrants Outsell Pioneers," *Journal of Marketing Research*, 35 (1), 54-70.
Winner of the *1999* ***Paul E. Green Best Paper Award*** in *Journal of Marketing Research*.
Winner of the 2000 ***Donald Lehmann Best Paper Award*** for the best dissertation based article in an *AMA* publication.

59. Shankar, Venkatesh (1997), "Pioneers' Marketing Mix Reactions to Entry in Different Competitive Game Structures: Theoretical Analysis and Empirical Illustration," *Marketing Science*, 16 (3), 271-293.
Translated into French in *Recherche et Applications en Marketing,* a leading French marketing journal, 1999, 14 (1), 81-107.

60. Shankar, Venkatesh and Lakshman Krishnamurthi (1996), "Relating Price Sensitivity to Retailer Promotional Variables and Pricing Policy: An Empirical Analysis," *Journal of Retailing,* 72 (3), 249-72.

**MONOGRAPHS/PUBLICATIONS IN RESEARCH VOLUMES/HANDBOOKS**

1. Shankar, Venkatesh (2019), "Allocation of Marketing Resources," *Routledge Companion to Strategic Marketing*, Russell Winer, Ed., Routeledge.

2. Ruth Bolton and Venkatesh Shankar (2018), "Emerging Retailer Pricing Trends and Practices," in *Handbook of Research on Retailing*, Katrijn Gielens and Els Gijsbrehts, Eds., Edward Elgar, 104-131.

3. Shankar, Venkatesh and Thomas Dotzel (2015), "Impact of Service Innovations," *Empirical Generalization about Marketing Impact*, MSI Monograph.

4. Shankar, Venkatesh and Tarun Kushwaha (2015), "Multichannel Customers and Product Category Risk," *Empirical Generalization about Marketing Impact*, MSI Monograph.

5. Shankar, Venkatesh and Tarun Kushwaha (2015), "Multichannel Customers and Monetary Value," *Empirical Generalization about Marketing Impact*, MSI Monograph.

6. Shankar, Venkatesh and Jiaoyang Li (2014), "Leveraging Social Media in the Pharmaceutical Industry," *Innovation and Marketing in the Pharmaceutical Industry*, Min Ding, Jehoshua Eliabshberg, and Stefan Stremersch, Eds., *Springer*, 20, 477-505.

7. Shankar, Venkatesh and Gregory S. Carpenter (2012), Editors, *Handbook of Marketing Strategy*, *Edward-Elgar*.

8. Shankar, Venkatesh (2011), "Shopper Marketing: Current Insights, Emerging Trends, and Future Directions," *MSI Relevant Knowledge Series Book.*

9. Shankar, Venkatesh and Gregory S. Carpenter (2012), "Late Mover Strategies," *Handbook of Marketing Strategy*, *Edward-Elgar*.

10. Shankar, Venkatesh (2012), "Mobile Marketing Strategy," *Handbook of Marketing Strategy*, *Edward-Elgar*.

11. Shankar, Venkatesh (2012), "Marketing Strategy and Firm Value," *Handbook of Marketing Strategy*, *Edward-Elgar*.

12. Shankar, Venkatesh (2012), "Marketing Resource Allocation Strategy," *Handbook of Marketing Strategy*, *Edward-Elgar*.

13. Shankar, Venkatesh (2012), "Business-to-Business (B2B) E-Commerce," *B2B Marketing Handbook*, *Elgar-ISBM*.

14. Shankar, Venkatesh (2012), "Kotler on Product Marketing," *Marketing Legends: Philip Kotler*, *Sage*.

15. Shankar, Venkatesh (2011), "Competitor Analysis," *Wiley International Encyclopedia of Marketing*, Jagdish N. Sheth and Naresh K. Malhotra, Eds.-in-Chief, *John Wiley & Sons*, U.K.

16. Shankar, Venkatesh (2011), "Marketing Strategy Models," *Wiley International Encyclopedia of Marketing*, Jagdish N. Sheth and Naresh K. Malhotra, Eds.-in-Chief, *John Wiley & Sons*, U.K.

17. Shankar, Venkatesh (2011), "Competitive Analysis," *Wiley International Encyclopedia of Marketing*, Jagdish N. Sheth and Naresh K. Malhotra, Eds.-in-Chief, *John Wiley & Sons*, U.K.

18. Shankar, Venkatesh (2011), "Digital Medium and Global Marketing," *Wiley International Encyclopedia of Marketing*, Jagdish N. Sheth and Naresh K. Malhotra, Eds.-in-Chief, *John Wiley & Sons*, U.K.

19. Reibstein, David and Venkatesh Shankar (2011), "Innovation Metrics," *Wiley International Encyclopedia of Marketing*, Jagdish N. Sheth and Naresh K. Malhotra, Eds.-in-Chief, *John Wiley & Sons*, U.K.

20. Shankar, Venkatesh and Jeff Meyer (2009), "Internet and International Marketing," *Handbook of International Marketing*, Masaki Kotabe and Chritiaan Helsen, eds., *Sage*, 451-467.

21. Shankar, Venkatesh (2008), "Strategic Marketing Decision Models for the Pharmaceutical Industry," *Handbook of Marketing Decision Models*, Berend Wierenga, ed., *Springer Science + Business Media, International Series in Operational Research and Management Science*.

22. Shankar, Venkatesh (2008), "The Evolution of Markets: Innovation Adoption, Diffusion, Market Growth, New Product Entry, and Competitor Responses," *Handbook of Technology Innovation and Management*, Scott Shane, ed., *John Wiley & Sons*, 57-112.

23. Shankar, Venkatesh (2008), "Strategic Allocation of Marketing Resources: Methods and Insights," *Marketing Mix Resource Allocation and Planning: New Perspectives and Practices*, Roger Kerin and Rob O'Regan, eds., *American Marketing Association Publication*, 154-183.

24. Bolton, Ruth, Venkatesh Shankar, and Detra Montoya (2007), "Recent Trends and Emerging Practices in Retail Pricing," in *Retailing in the 21st Century: Current and Future Trends*, Kraft, M. and M. Mantrala (eds.), second edition, Germany: METRO.

25. Pan, Xing, Brian T. Ratchford, and Venkatesh Shankar (2003), "The Evolution of Price Dispersion in Internet Retail Markets," *Advances in Applied Microeconomics*, 12, 85-106.
    Listed on Social Science Research Network (SSRN)'s Top Ten download list for MRN Marketing Network Recent Hits, MKTG Subject Matter Journals Recent Hits, Mgr Mkt: Internet Marketing & E-Commerce (Topic) Recent Hits, Managerial Marketing Recent Hits, Quantitative Marketing Recent Hits, Quant. Mkt: Marketing Mix Decisions (Topic) Recent Hits, and Emerging Markets: Economics Recent Hits.

26. Pan, Xing, Venkatesh Shankar, and Brian Ratchford (2002), "Price Competition between Pure Play vs. Bricks-and-Clicks e-Tailers: Analytical Model and Empirical Analysis," in *Advances in Applied Microeconomics: Economics of the Internet and e-Commerce*, 11, 29-61.
    Listed on SSRN's Top Ten download lists for Quantitative Marketing: Sector-Specific Research All Time Hits.

## PUBLICATIONS IN CONFERENCE PROCEEDINGS

1. Zhang, Guanglu, Dan McAdams, Milad Darani, and Venkatesh Shankar (2017), "Product Performance Evolution Prediction by Lotka-Volterra Equations," Proceedings of the *ASME 2017 International Design Engineering Technical Conferences & Computers and Information in Engineering Conference*, ID DETC2017-6739.
   a. Won the DTM Best Paper Award.

2. Zhang, Guanglu, Douglas Allaire, Daniel A. McAdams, and Venkatesh Shankar (2018), "Generating Technology Evolution Prediction Intervals with Bootstrap Method," *2018 ASME International Design Engineering Technical Conferences & Computers and Information in Engineering Conference*, ID DETC2018-85259.

3. Pan, Xing, Venkatesh Shankar, and Brian Ratchford (2002), "Price Competition between Pure Play vs. Bricks-and-Clicks e-Tailers," in Proceedings of the *INFORMS-Cornell University Pricing Conference*.

4. Shankar, Venkatesh, Arvind Rangaswamy, and Michael Pusateri (1998), "The Impact of Internet Marketing on Price Sensitivity and Price Competition," Proceedings of the *Marketing Science Internet Conference*, MIT, Boston.

## OTHER PUBLICATIONS

1. Shankar, Venkatesh (2019), "Amazon is 25-Here's a Look Back at How it Changed the World, " *The Conversation*, July 5, 2019.
   Reprinted in *Houston Chronicle, Business Insider, Global News*.

2. Shankar, Venkatesh (2019), "Big Data and Analytics in Retailing," *NIM Marketing Intelligence Review*, 11 (1), 37-40.

3. Shankar, Venkatesh (2018), "Singles Day Shows China's Global Retail Power," *The Conversation*, November 11, 2018.
   Reprinted in *Houston Chronicle, Quartz, Muck Rack*.

4. Shankar, Venkatesh and Unnati Narang (2017), "More Businesses are Using Mobile Apps to Lure and Keep Customers," *The Conversation*, December 20, 2017.
   Reprinted in *Chicago Tribune, Salon, Phys.org, Seattle Post-Intelligencer, San Antonio Express-News*.

5. Liu, Yan, Venkatesh Shankar, and Wonjoo Yun (2017), "Crisis Management Strategies: The Long-term Effect of Product Recalls on Firm Value," *MSI Report*, 17-100.

6. Narang, Unnati and Venkatesh Shankar (2017), "The Effects of Mobile Apps on Shopper Purchases and Product Returns," *MSI Report*, 17-100.
   Featured in *Strategy & Business*.

7. Dotzel, Thomas and Venkatesh Shankar (2016), "The Effects of Business-to-Business Service Innovations on Firm Value and Firm Risk: How do they Differ from Business-to-Consumer Service Innovations?" *MSI* Report, 16-132.

8. Shankar, Venkatesh (2016), "Mobile Marketing: The Way Forward," *Journal of Interactive Marketing*, 34 (May), 1-2.

9. Shankar, Venkatesh (2013), "Reimagining Change," *Business Standard*, December 30.

10. Lilien, Gary, John Roberts, and Venkatesh Shankar (2011), "Effective Marketing Science Application: Insights from ISMS-MSI Practice Prize Finalist Papers and Projects," *MSI* Working Paper, 11-101.

11. Shankar, Venkatesh and Manjit Yadav (2011), "Innovations in Retailing," *Journal of Retailing*, 87 (July), S1-S2.

12. Vadakkepatt, Gautham Gopal, Venkatesh Shankar, and Rajan Varadarajan (2010), "Survival of Manufacturing Firms in *Fortune* 500: The Roles of Marketing Capital and R&D Capital," *MSI* Working Paper, 10-119.

13. Shankar, Venkatesh and Manjit Yadav (2010), "Emerging Marketing Perspectives in Multichannel, Multimedia Retailing Environment," *Journal of Interactive Marketing*, Special Issue, 24 (2), 55-57.

14. Malthouse, Edward and Venkatesh Shankar (2009), "A Closer Look into the Future of Interactive Marketing," *Journal of Interactive Marketing*, Tenth Anniversary Special Issue 2, 23 (2), 105-107.

15. Shankar, Venkatesh and Edward Malthouse (2009), "A Peek into the Future of Interactive Marketing," *Journal of Interactive Marketing*, Tenth Anniversary Special Issue 1, 23 (1), 1-3.

16. Chan, Vanessa, Chris Musso, and Venkatesh Shankar (2008), "Assessing Innovation Metrics," *McKinsey Quarterly* Global Survey, October.

17. Shankar, Venkatesh (2008), "Strategic Allocation of Marketing Resources: Methods and Managerial Insights," *MSI Report*, 08-107.
    Top 3 most-downloaded *MSI* Working Papers, 2009.

18. Shankar, Venkatesh and Edward Malthouse (2008), "JIM Marches On," *Journal of Interactive Marketing*, 22 (1), 2-4.

19. Kushwaha, Tarun and Venkatesh Shankar (2007), "Optimal Multichannel Allocation of Marketing Efforts," *MSI Report*, 07-207.
    Among the Top 5 *MSI* Working Papers downloaded in 2009.

20. Shankar, Venkatesh and Marie Hollinger (2007), "Online and Mobile Advertising: Current Scenario, Emerging Trends, and Future Directions," *MSI* Report, 07-206.

21. Shankar, Venkatesh and Edward Malthouse (2007), "The Growth of Dialogs in Interactive Marketing," *Journal of Interactive Marketing*, 21 (2), 2-4.

22. Shankar, Venkatesh, Pablo Azar, and Matthew Fuller (2007), "BRAN*EQT: A Model for Estimating, Tracking, and Managing Multicategory Brand Equity," *MSI* Report, 07-108. Among the Top 5 *MSI* Working Papers downloaded in 2007.

23. Shankar, Venkatesh and Russell S. Winer (2006), "When CRM Meets Data Mining," *Journal of Interactive Marketing*, 21 (3, 4), 2-4.

24. Kalaignanam, Kartik, Venkatesh Shankar, and Rajan Varadarajan (2006), "New Product Development Alliances between Large and Small Companies: Are the Gains Symmetric?" *MSI* Report, 06-003, 49-74.

25. Sorescu, Alina, Venkatesh Shankar, and Tarun Kushwaha (2006), "Do New Product Preannouncements Increase Shareholder Value? Don't Make Promises You Cannot Keep," *MSI* Report, 06-003, 23-48.

26. Bolton, Ruth, Detra Montoya, and Venkatesh Shankar (2006), "Beyond EDLP and Hi-Lo: A New Customized Approach to Retail Pricing," *European Retail Digest*, 49, 7-10.

27. Shankar, Venkatesh and Edward Malthouse (2006), "Moving Interactive Marketing Forward," *Journal of Interactive Marketing*, 20 (1), 2-3.

28. Ancarani, Fabio, Frank Jacob, Frederic Jallat, and Venkatesh Shankar (2006), "Livello e Dispersione dei Prezzi Nella Competizione Online. Un Confronto Tra Differenti Tipologie di Retailer in Differenti Paesi Europei," *Mercati e Competitivita*, an Italian journal, 2, 37-60.

29. Shankar, Venkatesh (2005), "Building on the Momentum in Interactive Marketing," *Journal of Interactive Marketing*, 19 (4), 2-3.

30. Fischer, Marc, Michel Clement, and Venkatesh Shankar (2005), "Can Late Movers Challenge the Pioneer through International Market Entry Strategy?" *MSI* Report, 05-004.
    Highlighted and summarized in a textbook titled *Managerial Economics and Business Strategy* by Michael R. Baye, Fifth Edition, McGraw-Hill, 2006.

31. Shankar, Venkatesh and Jelena Spanjol (2005), "Adaptive Innovation Management," Chapter in the book, *Agile Enterprise*.

32. Shankar, Venkatesh and Russell S. Winer (2005), "Interactive Marketing Goes Multichannel," *Journal of Interactive Marketing*, 19 (2), 2-3.

33. Varadarajan, Rajan, Manjit Yadav, and Venkatesh Shankar (2005), "First-Mover Advantage on the Internet: Real or Virtual?" *MSI* Report, 05-100.
Lead article. Featured in INSIGHTS, a semi-annual newsletter of *MSI* that reaches leading marketing academics and decision-makers.
Featured in *Marketing Management*, Jan/Feb 2007.

34. Winer, Russell S. and Venkatesh Shankar (2004), "A Strong Year for *JIM*," *Journal of Interactive Marketing*, 18 (4), 2-3.

35. Winer, Russell S. and Venkatesh Shankar (2003), "*JIM* Makes Great Strides during 2003," *Journal of Interactive Marketing*, 17 (4), 2-4.

36. Shankar, Venkatesh, Tony O'Driscoll, and David Reibstein (2003), "Rational Exuberance: The Wireless Industry's Killer 'B'," *Strategy + Business*, 31 (Summer), 68-77.

37. Winer, Russell S. and Venkatesh Shankar (2003), "A New Vision for the Journal," *Journal of Interactive Marketing*, 17 (1), 2-4.

38. Shankar, Venkatesh and Tony O'Driscoll (2002), "How Wireless Networks are Reshaping Supply Chain," *Supply Chain Management Review*, 6 (4), July/August, 44-51.

39. Inman, J. Jeffrey, Venkatesh Shankar and Rosellina Ferraro (2002), "You Are Where You Shop": An Examination of Product Category-Channel Associations and the Drivers of Cross-Channel Variation in Shopping Behavior," *Marketing Science Institute*'s Working Paper Series 02-117, Boston.
Featured as a research story in INSIGHTS, a semi-annual newsletter of *MSI* that reaches leading marketing academics and decision-makers.

40. Shankar, Venkatesh (2001), "Personalization in the New Digital Environment," a chapter in *Pushing the Digital Frontier*, AMACOM press.
Winner of the *Choice* Award for Outstanding Academic Title of 2001 from American Library Association.

41. Shankar, Venkatesh (2001), "Segmentation: Making Sure Your Customer Fits," in Mastering Management, by *Financial Times*, January 22, London.
Translated into Japanese in *Nikkei Information Strategy*, August 2001.
Reprinted in *Business Standard*, India, December 2001.

42. Shankar, Venkatesh (2001), "Getting to Know You," *Chief Executive*, January, 57-58.

43. Shankar, Venkatesh and Ruth Bolton (1999), "Dimensions and Determinants of Retailer Pricing Strategy and Tactics," *MSI* Working Paper Series, Report No. 99-101, Boston.
Featured as a research story in INSIGHTS, a semi-annual newsletter of *MSI* that reaches leading marketing academics and decision-makers.

44. Shankar, Venkatesh (1999), Competing Online: Value, Not Price, Executive Excellence, March.

45. Shankar, Venkatesh and Lakshman Krishnamurthi (1999), "What are the Options for Later Entrants?" in Mastering Marketing by Financial Times, London.

46. Shankar, Venkatesh (1999), "E-Commerce: Now and in the Future," in *Hospitality Sales and Marketing Association International Marketing Review*, Spring/Summer.

47. Shankar, Venkatesh (1998), "Marketing Spending for New Product Introduction: Entrant Strategy and Incumbent Response," *MSI* Working Paper Series, Report No. 98-129, Boston.

48. Shankar, Venkatesh (1998), "Price and Value: The Electronic Trade-off," Financial Times, December.

49. Krapfel, Robert, P.K. Kannan, Venkatesh Shankar, and Janet Wagner (1996), *Retail Bakery Foods: Customer Perceptions of Quality, Price and Value*, a monograph published by the *Retailers' Bakery Association*.

50. Balachandran, Bala and Venkatesh Shankar (1993), "How to Prepare for Your Indian Venture," *Asian Wall Street Journal*, April 20.
"How to Make Your Indian Venture Work," *Wall Street Journal Europe,* March 15.

### 1. BOOK REVIEWS

1. Shankar, Venkatesh (2000), Review of *Microsoft Rules*, *Journal of Product Innovation and Management*.
2. Shankar, Venkatesh (1999), Review of *Cutting Edge: Gillette's Journey to Global Leadership*, *Journal of Product Innovation and Management*.
3. Shankar, Venkatesh (1998), *Review of Killer Apps, Journal of Product Innovation and Management.*

## MANUSCRIPTS UNDER REVIEW/REVISION/RESUBMISSION

1. Grewal, Dhruv, Stephanie Noble, Venkatesh Shankar, Carl-Philippe Ahlbom, Unnati Narang, and Jens Nordfalt, "In-store Kiosks: How Communication Content Increases Sales," to be revised and resubmitted for second round review, *Journal of Marketing*.

2. Shankar, Venkatesh, "Marketing Expenditures over the Product Life Cycle: Asymmetries between Dominant and Weak Brands," to be revised and resubmitted for third round review, *Journal of Marketing*.

3. Narang, Unnati, Venkatesh Shankar, and Sridhar Narayanan, "The Effects of Mobile App Service Failure on Shopping Outcomes," to be revised and resubmitted for third round review, *Marketing Science*.

4. Narang, Unnati and Venkatesh Shankar, "Going Backward to Move Forward? Backward Compatibility in Product Upgrades: An Empirical Analysis of the Home Video Game Industry," to be revised resubmitted for second round review, *Management Science*.

5. Shankar, Venkatesh and Gary Frazier, "The Effects of Governance Mechanisms on Franchise System Size," to be revised and resubmitted as a new paper, *Journal of Marketing*.

6. Venkatesh Shankar, "The Effects of New Product Development Shifting to Emerging Markets on Shareholder Value and Firm Risk," to be revised and resubmitted as a new paper, *Journal of Marketing Research*.

7. Voleti, Sudhir and Venkatesh Shankar, "A Flexible Nonparametric Approach to Measure, Model, and Improve Sales Agency Productivity," to be revised and resubmitted as a new paper, *Journal of Marketing Research*.

8. Kushwaha, Tarun, Venkatesh Shankar, and Shibo Li, "Multichannel Marketing: Heterogeneous Customer Behavior and Resource Allocation," to be revised and resubmitted for second round review, *Journal of Marketing Research*.

9. Darani, Milad and Venkatesh Shankar, "Dynamic Segmentation by Multiple Item Purchases Using Machine Learning: Leveraging Transactional and Attitudinal Data," to be revised and resubmitted for second round of review, *International Journal of Research in Marketing*.

10. Vadakkepatt, Gautham Gopal, Venkatesh Shankar, and Rajan Varadarajan, "The Effects of Marketing Capital and R&D Capital on Survival as a Dominant Firm," to be revised and resubmitted for third round review, *Journal of Academy of Marketing Science*.

11. Shankar, Venkatesh and Tarun Kushwaha, "Asymmetric Cross-channel Effects in Omnichannel Marketing: An Empirical Analysis," to be revised and resubmitted for second round review, *International Journal of Research in Marketing.*

12. Hoyer, Wayne, Karsten Kraume, Mirja Kroschke, Bernd Schmitt, and Venkatesh Shankar, "Transforming the Customer Experience through New Technologies," to be revised and resubmitted for second round review, *Journal of Interactive Marketing*.

**RESEARCH IN PROGRESS**

1. Darani, Milad and Venkatesh Shankar, "Topic Hidden Markov Modeling: A New Machine Learning Approach to Make Dynamic Purchase Predictions."

2. Song, Reo and Venkatesh Shankar, "Determinants and Consequences International Launch Time Window: An Analysis of Movies."

3. Hooman Mirahmad and Venkatesh Shankar, "The CEO's Marketing Experience and Firm Value."

4. Wang, Xiaoyuan and Venkatesh Shankar, "Identifying and Estimating Brand Satiation Using Purchase Data: A Structural Hidden Markov Modeling Approach."

5. Shankar, Venkatesh and Alina Sorescu, "Do Changes in Business Model Improve Shareholder Value? An Empirical Analysis."

6. Pan, Xing and Venkatesh Shankar, "A Meta Analysis of Regular Price, Deal, and Promotional Price Elasticities."

7. Pan, Xing, Brian T. Ratchford, and Venkatesh Shankar, "Drivers of Price Dispersion among e-tailers during the Boom, Shakeout, Restructuring, and Mature Periods of e-Commerce."

8. Shankar, Venkatesh and Lakshman Krishnamurthi, "RETPRICE: A Retailer Pricing and Promotion Decision Support Model."

9. Shankar, Venkatesh, "BRANDEX: A New Approach to Measuring and Managing Brand Extensions."

10. Cai, Jeff and Venkatesh Shankar, "Delegation and Consignment in Distribution Channels."

11. Mirahmad, Hooman and Venkatesh Shankar, "Activist Investor Intervention, the CEO's Marketing Experience, and Firm Value."

12. Pedada, Kiran, Mayukh Das, and Venkatesh Shankar, "The Effects of International Joint Venture Dissolutions on Shareholder Value of Emerging Market Partner Firms."

13. Narang, Unnati and Venkatesh Shankar, "Mobile App Stickiness: The Effect of App Drop on Shopper Behavior."

14. Pan, Xing, Brian T. Ratchford, and Venkatesh Shankar, "A Model of Retail Competition in Price and Service: Pure Play Internet vs. Bricks-and-Mortar Retailers," to be revised and resubmitted for second round review, *Journal of Interactive Marketing*.

15. Luchs, Ryan, Jeffrey J. Inman, and Venkatesh Shankar, "Channel Blurring: A Study of Cross-Retail Format Shopping among U.S. Households," to be revised and resubmitted for second review, *Journal of Retailing*.

## INVITED PRESENTATIONS

1. *The Impact of Mobile Service Failures on Purchases in Online and Offline Channels* (with Unnati Narang and Sridhar Narayanan), Northwestern University, 2019.

2. *Going Backward to Move Forward? The Effects of Backward Compatibility (BWC) in Product Upgrade on Sales of Previous and New Generation Technology Products* (with Unnati Narang), Columbia University, New York, 2019.

3. *Activist Investor Intervention, Marketing and R&D Spending, and Firm Value* (with Hooman Mirahmad), Indian School of Business, 2019.

4. *Topic Hidden Markov Modeling: A New Machine Learning Approach to Make Dynamic Purchase Predictions* (with Milad Darani), University of Illinois, Urbana-Champaign, 2018.

5. *Mobile Marketing*, Case Western University, 2018.

6. *How AI is Reshaping Business: Myths and Realities*, Singapore, 2018.

7. *Backward Compatibility in Product Upgrades: An Empirical Analysis of the Home Video Game Industry* (with Unnati Narang), National University of Singapore, 2018.

8. *How AI is Reshaping Business: Myths and Realities*, Chennai, 2018.

9. *Digital Transformation*, Great Lakes Institute of Management, Chennai, 2018.

10. *How AI is Reshaping Business: Myths and Realities*, Chennai, 2018.

11. Keynote Speech, *Digital Transformation in India*, Bangalore, 2018.

12. Keynote Speech, *Emerging Trends and Future of Retailing*, KUMPEM, Istanbul, 2018.

13. *The Effect of Mobile Service Failure on Shopping Outcomes* (with Unnati Narang and Sridhar Narayanan), Koc University, 2018.

14. Topic Hidden Markov Modeling: A New Machine Learning Approach to Make Dynamic Purchase Predictions (with Milad Darani), Theory and Practice of Marketing Conference, Los Angeles, 2018.

15. Topic Hidden Markov Modeling: A New Machine Learning Approach to Make Dynamic Purchase Predictions (with Milad Darani), Texas A&M University Big Data Workshop, College Station, 2018.

16. Keynote Speech, *Emerging Market Innovations*, CUCBS, Cairo, 2018.

17. Keynote Speech, *Digital Marketing: Trends and Future*, Ain Shams University, Arab Academy for Maritime Science and Technology, Nile University, Cairo, 2018.

18. Keynote Speech, *Digital Marketing: Trends and Future*, American Chamber of Commerce, Cairo, 2018.

19. Keynote Speech, *The Future of Interactive Marketing: Machine Learning, AI, VR, AR & IoT*, Interactive Marketing Research Conference, Amsterdam, 2018.

20. *Delegation and Consignment in Marketing Channels* (with Jeff Cai), Indian School of Business, 2018.

21. *The Real Impact of Artificial Intelligence in Marketing*, Professors Institute, Dallas, 2018.

22. *The Effect of Mobile Service Failure on Shopping Outcomes* (with Unnati Narang and Sridhar Narayanan), University of California, Davis, 2017.

23. *Mobile- and AI-led Future of Retailing*, Keynote Talk at the Latin American Retail Conference, Sao Paulo, 2017.

24. *Identifying and Estimating Satiation: A Structural Hidden Markov Modeling Approach* (with Shane Wang), FGV, Rio de Janeiro, 2017.

25. *The Effects of Service Failure on App Usage and Shopping Outcomes* (with Unnati Narang and Sridhar Narayanan), invited special session, Marketing Science Conference, Los Angeles, 2017.

26. *Mobile App Stickiness: The Effect of App Drop on Shopper Behavior* (with Unnati Narang), University of Washington, Seattle, 2017.

27. *Dynamic Segmentation by Multiple Item Purchases Using Machine Learning: Leveraging Transactional and Attitudinal Data* (with Milad Darani), University of Utah, Salt Lake City, 2017.

28. *Mobile App Stickiness: The Effect of App Drop on Shopper Behavior* (with Unnati Narang), Theory and Practice of Marketing Conference, Charlottesville, 2017.

29. *The Effect of Shifting of New Product Development to Emerging Markets on Shareholder Value*, Texas Tech University, Lubbock, 2017.

30. *Dynamic Segmentation by Multiple Item Purchases Using Machine Learning: Leveraging Transactional and Attitudinal Data* (by and with Milad Darani), UTDFORMS conference, Dallas, 2017.

31. *Mobile App Stickiness: The Effect of App Drop on Shopper Behavior* (with Unnati Narang), Indian School of Business, 2017.

32. *Determinants of International Market Joint Venture Dissolutions in Emerging Markets* (by Kiran Pedada, with Kiran Pedada and Mayukh Dass), Indian School of Business, 2017.

33. *Leveraging Omnichannel Shopping through Mobile*, Disruption in Retail Conference, Wharton School, New York, 2016.

34. *Big Data Applications in Marketing*, Advances in Big Data Modeling, Computation, and Analytics, College Station, 2016.

35. *Mobile Apps and Shopping Behavior* (with Unnati Narang), Theory and Practice of Marketing Conference, Houston, 2016.

36. *Asymmetric Cross-channel Effects: An Empirical Analysis* (with Tarun Kushwaha), IDC, Herzliya, Israel, 2016.

37. *Marketing Expenditures over the Product Life Cycle: Asymmetries between Dominant and Weak Brands*, University of Miami, Miami, 2016.

38. *Mobile Apps and Shopping Behavior* (with Unnati Narang), Professors' Institute, Marketing EDGE, Dallas, 2016.

39. *Big Data and Analytics in Omnichannel Marketing*, Keynote speech, University of Michigan, Ann Arbor, 2015.

40. *Asymmetric Advertising and Cross-channel Effects: An Empirical Analysis* (with Tarun Kushwaha), Theory and Practice of Marketing (TPM) Conference, Atlanta, 2015.

41. *Applying Design Theory for Improving Online Trust and Customer Satisfaction: Adaptive Field Experiments* (with Yakov Bart and Glen Urban), Theory and Practice of Marketing (TPM) Conference, Atlanta, 2015.

42. *Effective Targeting by Sales Force and Resource Allocation Strategy Using Social Contagion Theory* (with Jiaoyang Li), Theory and Practice of Marketing (TPM) Conference, Atlanta, 2015.

43. *Panelist, Innovations in Retailing,* PricewaterhouseCoopers Seminar, Dallas, 2015.

44. *Channel Blurring Consumers*, Tenth Annual Industry Coupon Conference, San Antonio, 2015.

45. *A Flexible Approach to Measuring, Modeling Third Party Salesforce* (with Sudhir Voleti), Theory and Practice of Marketing (TPM) Conference, Evanston, 2014.

46. *Managing Profitability Based on Multichannel and Cross-channel Behavior*, MSI Conference on Multichannel and Multiscreen World, Dallas, 2014.

47. *Discussant, How Multistore Shoppers Buy*, University of Texas at Dallas, 2014.

48. *Sales Targeting Strategy Incorporating Social Contagion*, Bristol Myers Squibb, 2014.

49. *Reshaping Strategy under Uncertainty*, Guruspeak, Mumbai, 2014.

50. *Strategy under Uncertainty*, Guruspeak, Kolkata, 2014.

51. *The Impact of Offshoring New Product Development on Shareholder Value* (with Nicole Hanson), Indian Institute of Technology, Kharagpur, 2014.

52. *Retail Customer Acquisition Strategy,* Galaxy Institute of Management, Chennai, 2014.

53. *Retail Detailed*, Guruspeak, Chennai, 2014

54. *Reimagining Change*, Guruspeak, Delhi, 204

55. *Multichannel Optimization* (with Tarun Kushwaha), Universidad de Chile, Santiago, 2014.

56. *Multichannel Marketing Insights* (with Tarun Kushwaha), Center for Retailing, Universidad de Chile, Santiago, 2014.

57. *The Impact of Offshoring New Product Development to Emerging Markets on Shareholder Value* (with Nicole Hanson), China India Insights Conference, New York, 2013.

58. *The Impact of Offshoring New Product Development to Emerging Markets on Shareholder Value* (with Nicole Hanson), Marketing Science Conference Special Session, Istanbul, 2013.

59. *Managing a Research Career,* University of Michigan, Ann Arbor, 2013.

60. *Managing Hybrid Bundles by Measuring Willingness-to-Pay* (with Jeff Meyer, Raghu Iyengar, and Len Berry), University of Missouri, Columbia, 2013.

61. *The Impact of Offshoring New Product Development to Emerging Markets on Shareholder Value* (with Nicole Hanson), University of Texas, Arlington, 2013.

62. *Discussant, Drip Pricing when Consumers have Limited Foresight: Evidence from Driving School Fees,* University of Texas at Dallas, 2013.

63. *Effective Teaching,* University of Washington, Seattle, 2012.

64. *How Extendable are Brands? BRANDEX: A New Approach to Measuring and Managing Brand Extensions*, AMA Winter Educators' Conference, Las Vegas, 2013.

65. *A New Flexible Approach to Measure, Model, and Improve Sales Agency Productivity* (with Sudhir Voleti), Thought Leadership on the Sales Profession, Harvard Business School, Boston, 2012.

66. *A Flexible Nonparametric Approach to Measure, Model, and Improve Sales Agency Productivity* (with Sudhir Voleti), *Laurent Picard Distinguished Lecture*, McGill University, Montreal, 2012.

67. *The Dynamic Impact of Product-Harm Crises on Brand Equity and Advertising Effectiveness: An Empirical Analysis of the Automobile Industry* (with Yan Liu), University of Texas at Dallas, 2012.

68. *The Dynamic Impact of Product-Harm Crises on Brand Equity and Advertising Effectiveness: An Empirical Analysis of the Automobile Industry* (with Yan Liu), Indian School of Business, Hyderabad, 2012.

69. *The Effects of Advertising Capital and R&D Capital on Growth in Sales, Profit and Market Value* (with Gautham Gopal Vadakkepatt and Rajan Varadarajan), Special Session on Innovation, AMA Winter Educators' Conference, Austin, 2011.

70. *Research Career*, Texas Christian University, Fort Worth, 2010.

71. *New Product International Launch Window and Performance* (with Reo Song), Indian School of Business, Hyderabad, 2010.

72. *Perspectives on Shopper Marketing*, *MSI* Conference, New York University, New York, 2010.

73. *Marketing Expenditures over the Product Life Cycle: Asymmetries between Dominant and Weak Brands*, University of Iowa, Iowa City, 2010.

74. *Marketing Mix Allocation*, *MSI* Conference on Effective Marketing Spending, University of California, Los Angeles, 2010.

75. *Customer-Channel Segmentation Strategy* (with Tarun Kushwaha), MSI-ISMS Practice Conference, Boston, 2010.

76. *Emerging Research and Emerging Markets, Keynote Speaker,* Great Lakes-NASMEI Conference, Chennai, 2009.

77. *Cross-Channel and Advertising Effects in the Hierarchy of Consumer Decision Making* (with Tarun Kushwaha), Indian School of Business, Hyderabad, 2009.

78. Retailer Pricing and Promotion Decisions, AMA Summer Educators' Conference, Chicago, 2009.

79. *Determinants and Outcomes of B2B Service Innovations: How are they Different from those of B2C Service Innovations?* (with Thomas Dotzel and Len Berry), *PDMA Conference*, Annaheim, 2009.

80. *Cross-Channel and Advertising Effects in the Hierarchy of Consumer Decision Making* (with and presented by Tarun Kushwaha), Joint Statistical Meetings, Washington, D.C., 2009.

81. *Customer-Channel Strategy*, AMA Sheth Doctoral Consortium, Georgia State University, Atlanta, 2009.

82. *Optimal Allocation of Marketing Efforts by Customer-Channel Segment* (with Tarun Kushwaha and Jianhua Huang), Indian School of Business, Hyderabad, 2009.

83. *Advertising and Sales Force Expenditures over the Product Life Cycle*, *HighTower Speaker Series Presentation,* Emory University, Atlanta, 2009.

84. *Measuring and Managing Innovation* (with George Day and David Reibstein), University of Utah Innovation Summit, Park City, 2009.

85. *Empirical Generalization of the Effectiveness of Services Advertising*, Wharton School, Philadelphia, 2008.

86. *Marketing Metrics and ROI*, *MSI* Immersion Conference, Boston, 2008.

87. *Do Business Model Changes Improve Shareholder Value?* (with Alina Sorescu), *MSI* Metrics Conference, Dallas, 2008.

88. *Collaborating with Practitioners*, AMA Summer Educators' Conference, San Diego, 2008.

89. *Mobile Marketing: Marketing's Next Frontier?* AMA Summer Educators' Conference, San Diego, 2008.

90. *Creating and Managing Hybrid Innovations,* Institute for Study of Business Markets (ISBM) Business to Business (B2B) Consortium, Pittsburgh, 2008.

91. *Strategic Allocation of Marketing Resources: Methods and Insights,* AMA Knowledge Coalition's Evidence Based Marketing Conference, Atlanta, 2008.

92. *Hierarchy of Effects of Advertising*, AMA-Sheth Doctoral Consortium, Columbia, 2008.

93. *Mobile Marketing: Interactive and Direct Marketers' Next Frontier?* Direct Marketing Association's Luncheon Speaker, Houston, 2008.

94. *Are Marketing Strategies over the Product Life Cycle Different for Dominant and Weak Brands?* Cheung Kong Graduate School of Business, Beijing, China, 2008.

95. *Do Business Model Changes Improve Shareholder Value?* (with Alina Sorescu), Indian School of Business, Hyderabad, India, 2008.

96. *Service and Hybrid Innovations*, Deloitte Research, Hyderabad, India, 2008.

97. *Cross-Channel and Advertising Effects on the Hierarchy of Consumer Decision Making* (with Tarun Kushwaha), University of Texas, Dallas, 2008.

98. Moderator, *Online Marketing*, *MSI* Conference, Palm Springs, 2008.

99. *Multichannel Marketing that Matters* (Keynote Speech), IADIS (International Association for Development of the Information Society) E-Commerce Conference, Portugal, 2007.

100. *Are Marketing Strategies over the Product Life Cycle Different for Dominant and Fringe Brands?* Ohio State University, Columbus, 2007.

101. *Do Business Model Changes Improve Shareholder Value?* (with Alina Sorescu), University of Southern California, Los Angeles, 2007.

102. *Cross-Channel and Advertising Effects in the Hierarchy of Decision Making* (with Tarun Kushwaha), Direct/Interactive Marketing Research Summit, Chicago, 2007.

103. *Drivers of Online Price Dispersion during Boom, Shakeout, Restructuring and Mature Periods of E-Commerce* (with Xing Pan, Brian Ratchford), Economics Department, Texas A&M University, College Station, 2007.

104. *India and China: Future Economic Superpowers*, Nanyang Technological University, Singapore, 2007.

105. *What E-Tailers Must Know about Their Shoppers* (Lead Academic Talk), Internet Retailer Conference and Exhibition, San Jose, 2007.

106. Innovation and Shareholder Value, ISMS Doctoral Consortium, Singapore, 2007.

107. *Cross-Channel and Advertising Effects on the Hierarchy of Consumer Decision Making* (with Tarun Kushwaha), AMA Sheth Doctoral Consortium, Tempe, 2007.

108. *Online Two-Way Marketing*, UCR Sloan Center for Internet Retailing, Riverside, 2007.

109. *Creating and Managing Hybrid Innovations* (with Len Berry and Thomas Dotzel), Berkeley-Tekes Service Innovation Conference, University of California, Berkeley, 2007.

110. *Market Creating Hybrid Innovations* (with Len Berry, Janet Parish, Susan Cadwallader and Thomas Dotzel), Berkeley-Tekes Service Innovation Conference, University of California, Berkeley, 2007.

111. *Multichannel Marketing* (Lead Academic Talk), Fedex Thought Leadership Conference, *Dallas*, 2007.

112. *Emerging Trends in Multichannel Marketing* (Lead Academic Talk), Sponsors Forum, Center for Retailing Studies, Texas A&M University, College Station, 2007.

113. *Statistical Models in Marketing: An Application to Multichannel Marketing*, Department of Statistics, Texas A&M University, College Station, 2007.

114. *A Meta Analysis of Price and Deal Elasticities* (with Xing Pan), University of Texas at Dallas, 2007.

115. *BRAN*EQT: A Model and Simulator for Managing Multicategory Brand Equity* (with Pablo Azar and Matthew Fuller), Harvard Business School, Boston, 2007.

116. *BRAN*EQT: A Model and Simulator for Estimating, Tracking, and Managing Multicategory Brand Equity* (with Pablo Azar and Matthew Fuller), *MSI* Trustees Meeting, San Francisco, 2006

117. Panelist, Meet the Editors, Direct Marketing Educational Foundation Conference, San Francisco, 2006.

118. *Emerging Trends in Retail Pricing*, Summer AMA Conference Special Session, Chicago, 2006.

119. Panelist, Meet the Editors, *Marketing Science Conference*, Pittsburgh, 2006.

120. *Global Marketing Segmentation*, SDA Bocconi, Milan; University of Bologna, Bologna; LUISS, Rome, 2006.

121. *A Model for Estimating Multicategory Brand Equity* (with Pablo Azar and Matthew Fuller), SDA Bocconi, Milan; University of Bologna, Bologna; LUISS, Rome, 2006.

122. *A Model for Estimating Multicategory Brand Equity* (with Pablo Azar and Matthew Fuller), University of California, Davis, 2006.

123. *Delegation and Replenishment in Distribution Channels* (with Yan Dong and Martin Dresner), Wharton Conference on Channels, Philadelphia, 2006.

124. *BRAN*EQT: A Model for Estimating, Tracking, and Managing Brand Equity for Multicategory Brands* (with Pablo Azar and Matthew Fuller), University of Houston, 2006.

125. Panelist, Thought Leadership Conference on *Managing Customers for Profits,* University of Connecticut, Storrs, 2005.

126. *Improving Singapore's Global Competitiveness*, to Deputy Prime Minister, Singapore, 2005.

127. *Global Segmentation: A Cross-National Empirical Analysis*, Nanyang Technological University, Singapore, 2005.

128. *A Model for Estimating Brand Equity for Multicategory Brands* (with Pablo Azar and Matthew Fuller), Singapore Management University, Singapore, 2005.

129. *Do Product Preannouncements Increase Shareholder Value?* (with Alina Sorescu and Tarun Kushwaha), University of Connecticut, Storrs, 2005.

130. *Navigating the Review Process*, Meet the Editors Special Session, AMA Doctoral Consortium, Storrs, 2005.

131. *Managing the Review Process, Meet the Editors Special Session,* AMS Annual Conference, Tampa, 2005.

132. *Panelist, Doctoral Consortium,* University of Houston, Houston, 2005.

133. *Are Marketing Strategies over the Product Life Cycle Different for Dominant and Fringe Firms? An Empirical Analysis,* Vrije Universiteit, Amsterdam, 2005.

134. *An Empirically Derived Taxonomy of Retailer Pricing Strategies* (with Ruth Bolton), *Journal of Retailing* Award Presentation, San Antonio, 2005.

135. Panelist, *Marketing Strategy Special Session,* AMA Winter Educators' Conference, San Antonio, 2005.

136. *Navigating the Review Process*, Meet the Editors Special Session, AMA Winter Educators' Conference, San Antonio, 2005.

137. *When do Firms Proactively and Reactively Use Product Line Length as a Competitive Weapon? An Empirical Analysis*, University of Texas at Dallas, 2005.

138. *Do Product Preannouncements and Announcements Increase Shareholder Value?* (with Alina Sorescu and Tarun Kushwaha), Tulane University, 2004.

139. *Are Multichannel Shoppers More Attractive to the Firm?* (with Tarun Kushwaha), eBusiness Research Center Member Companies, Penn State University, Webinar, 2004.

140. *Emerging Research Opportunities in Interactive Marketing*, Direct and Interactive

Marketing SIG, AMA Summer Educators' Conference, Boston, 2004.

141. *Top 10 Items for the Publishing Journey, AMA* Doctoral Consortium, College Station, 2004.

142. *CHAN4CAST: A Multichannel Multiregion Forecasting Model for Consumer Packaged Goods at PepsiCo* (with Suresh Divakar and Brian Ratchford), *AMA* Doctoral Consortium, College Station, 2004.

143. *International Market Entry Strategy: A Source of Late Mover Advantage?* (with Marc Fischer and Michel Clement), Indiana University, Bloomington, 2004.

144. *Emerging Research Opportunities in Interactive Marketing*, eCommerce Symposium, Bentley College, MA, 2004.

145. *The Impact of International Market Entry Strategy on Order of Entry and Marketing Mix Effects* (with Marc Fischer and Michel Clement), George Washington University, Washington, D.C., 2004.

146. *Retailer Pricing Strategies: What, Why and How?*, U.S. Department of Agriculture, Washington, D.C., 2004.

147. *Multimarketing Instrument Competition,* University of Connecticut, Storrs, 2004.

148. *Multimarket Competition and Collaboration* (with Shweta Oza), SDA University of Bocconi, Milan, Italy, 2003.

149. *Multi Marketing Instrument Competition*, Rice University, Houston, 2003.

150. *Determinants and the Role of Trust on the Internet: A Large Scale Exploratory Empirical Study* (with Yakov Bart, Glen Urban and Fareena Sultan), Texas A&M University, College Station, 2003.

151. *Determinants and the Role of Trust on the Internet: A Large Scale Exploratory Empirical Study* (with Yakov Bart, Glen Urban and Fareena Sultan), American University, Washington, D.C., 2003.

152. *Anticipation and Reaction Elasticities*, Nanyang Technological University, Singapore, 2003.

153. *Multi Marketing Instrument Competition*, INSEAD, Singapore, 2003.

154. *The Roles of the Product Life Cycle and Market Dominance in Marketing Expenditures of Products*, University of Washington, Seattle, 2003.

155. *Do Drivers of Online Price Dispersion Change as Online Markets Grow over Time?* (with Xing Pan and Brian Ratchford), American Economic Association Conference, Washington, D.C. 2003.

156. *M-business: Where is it Headed?,* Keynote Speaker, Annual European Digital Economy conference, Oulu, Finland, 2002.

157. *Price Competition between Pure Play vs. Bricks-and-Clicks e-Tailers: Analytical Model and Empirical Analysis* (with Xing Pan and Brian Ratchford), Cornell Pricing Conference, Ithaca, 2002.

158. *Price Levels and Price Dispersion on the Internet: A Comparison of Pure Play Internet, Bricks-and-Mortar, and Bricks-and-Clicks Retailers* (with Fabio Ancarani), Fordham Pricing Conference, New York, 2002.

159. *When Demand Meets Supply in the Value Chain,* Keynote Speaker, Supply Chain Symposium, Mexico City, 2002.

160. *Customer Based e-Biz Benefits and Metrics* (with Arvind Rangaswamy), eBRC Conference on Realizing Measurable Benefits from e-Investments, New York, 2002.

161. *The Business of Bioinformatics*, AACSB Meeting, Chicago, 2002.

162. *Competition in Multiple Marketing Instruments: Reaction and Anticipation Elasticities*, University of Rotterdam, Rotterdam, Netherlands, 2002.

163. *A Meta Analysis of Price Elasticities* (with Xing Pan), Tilburg University, Tilburg, Netherlands, 2002.

164. *Why are Prices of the Same Item not the Same at Me.com and You.com?* (with Xing Pan and Brian Ratchford), Catholic University, Leuven, Belgium, 2002.

165. *Online Supply Chain Collaboration: A Two-Way Street Model* (with Yan Dong and Kefung Xu), *SAP* Business Innovation Congress, Tampa Bay, 2002.

166. *Customer Responsive Capabilities of Netcentric Firms* (with V. Sambamurthy), *SAP* Business Innovation Congress, Tampa Bay, 2002.

167. *CRM and Personalization: Current Trends and Emerging Issues*, Jamnalal Bajaj Institute of Management Studies, Mumbai, India, 2002.

168. *m-Business: Disruptive Technology or Untethered Extension of Business as Usual?* (with Tony O'Driscoll and Dave Reibstein), Academy of Management Excellence, Chennai, India, 2002.

169. *e-Business Transformation*, ESSEC Business Meet, Paris, 2001.

170. *Marketing in the Digital Economy*, Philips Executives Meet, Paris, 2001.

171. *Can Online Price Dispersion be Explained by Heterogeneity in e-tailer Services?* (with Xing Pan and Brian Ratchford), *MSI* Conference on e-Commerce, Boca Raton, 2001.

172. *Business School and Bioinformatics*, 51st Mid Atlantic Association Conference of Colleges of Business Administration, Pittsburgh, 2001.

173. *Asymmetries in MultiMarketing Instrument Competition*, Sloan School of Management, MIT, Cambridge, 2001.

174. *Drivers of e-Tailer Price Dispersion* (with Xing Pan and Brian Ratchford), Center for eBusiness@MIT, MIT, Cambridge, 2001.

175. *Multiple Touch Point Marketing* (with Arvind Rangaswamy), *AMA* Faculty Consortium on e-Commerce, College Station, 2001.

176. *Mobile e-Business: Growing Pains vs. Gains*, IBM Academic Conference, Armonk, 2001.

177. *e-CRM: Emerging Trends and Future Issues*, ESSEC e-Business Symposium, Paris, 2001.

178. *Customer Price Sensitivity, Satisfaction and Loyalty in Online Markets* (with Amy Smith and Arvind Rangaswamy), SDA Bocconi, Milan, 2001.

179. *Marketing Mix Strategies over the Product Life Cycle*, Conference on Strategic Issues in the Pharmaceutical Industry, Evanston, 2001.

180. *Analyzing Purchases among Multiple Categories*, Choice Symposium, Monterrey, 2001.

181. *Asymmetries in Multiple Marketing Mix Competition, Marketing Science Institute* and *Marketing Science* Special Interest Conference on Competitive Responsiveness, Boston, 2001.

182. *A Brave New World: Covering e-Business*, National Media Symposium, College Park, 2001.

183. *Meta Analysis of Price and Deal Elasticities* (with Xing Pan), University of California, Irvine, 2001.

184. *The Impact of International Market Entry on Global Competitive Advantage*, Indian Institute of Management, Bangalore, 2001.

185. *Meta Analysis of Price and Deal Elasticities* (with Xing Pan), Singapore Management

University, Singapore, 2001.

186. *Customer Relationship Management (CRM),* Dragoco Senior Executives Meet, Chennai, 2001.

187. *Drivers of Price Dispersion on the Internet* (with Xing Pan and Brian Ratchford), Temple University, Philadelphia, 2000.

188. *Competition and Network Externalities* (with Barry Bayus), Katz School of Business, University of Pittsburgh, Pittsburgh 2000.

189. *Advertising, Sales Force and Marketing Mix Allocation Strategies over the PLC: Asymmetries Between Dominant and Fringe Brands*, Bauer College of Business, University of Houston, Houston, 2000.

190. *Proactive Marketing Strategies for Services*, Katz Consulting Group, St. Michaels, 2000.

191. *Competitive Marketing Strategy in the Networked Economy*, Doctoral Consortium, *American Marketing Association*, London, Canada, 2000.

192. *The Growing Revolution in B2B e-Marketspaces*, IBM e-Business Research Conference, Armonk, 2000.

193. *e-Business Re-volution in the Auto Industry*, Canadian Pacific Railway Senior Executive Meet, Windsor, 2000.

194. *e-Business Valuation*, e-Business Research Conference, Washington, D.C., 2000.

195. *Online Customer Satisfaction and Loyalty* (with Amy Smith and Arvind Rangaswamy), Marriott International Senior Management Summit, Bethesda, 2000.

196. *Customer Satisfaction and Loyalty on the Internet* (with Amy Smith and Arvind Rangaswamy), Nanyang Technology University, Singapore, 2000.

197. *Network Effects and Competition* (with Barry Bayus), Hong Kong University of Science and Technology, Hong Kong, 2000.

198. *B2B e-Marketplaces or Hubs*, Warehouse of the Future: Innovative Technologies in Supply Chain Management Conference, Atlanta, 2000.

199. *Customer Satisfaction and Loyalty on the Internet: An Empirical Analysis of Online and Offline Customers* (with Amy Smith and Arvind Rangaswamy), University of Texas at Austin, 2000.

200. *To Be or B2B, that's the Question,* Web Consortium, Institute for Study of Business Markets (ISBM), Philadelphia, 2000.

201. *The Online Medium and Customer Price Sensitivity* (with Amy Smith and Arvind Rangaswamy), Pennsylvania State University, University Park, 1999.

202. *Customer Value E-Bundles*, IBM's Strategic Group Conference, Lost Angeles, 1999.

203. *Strategic E-Business Thinking: Evolution or Revolution?* IBM's First Academic E-Business Conference, Armonk, 1999.

204. *Market Entry and New Product Strategies* at the American Marketing Association's Doctoral Consortium, University of Southern California, Los Angeles, 1999.

205. *Matching Attitudinal Data and Scanner Data to Explain Consumer Purchases of Multiple Items* (with Dick Durand, P.K. Kannan, and Gabriel Biehal), *AMA Summer Educators' Conference*, Marketing Research SIG special session, San Francisco, 1999.

206. *Marketing Mix Modeling*, *SmithKline Beecham* Senior Executive Meets, Philadelphia, 1999.

207. *Late Mover Advantage: How Innovative Late Entrants Outsell Pioneers* (with Greg Carpenter and Lakshman Krishnamurthi) at the *Advanced Research Techniques (ART)* forum of *AMA*, Santa Fe, 1999.

208. *Competing on Value, Not Price, on the Internet* at the *National Account Management Association (NAMA)* Leadership Conference, Chicago, 1998.

209. *Consideration Sets Reconsidered: The Role of Cross-Category Effects, Innovative Entries, Price Bundling, Network Effects, and Online Choice Environment*, at HEC, Paris, 1998.

210. *How Does Internet Marketing Affect Price Sensitivity toward Marriott? A Research Study,* (with Arvind Rangaswamy and Mike Pusateri) at Marriott International, Bethesda, 1998.

211. *Emerging Marketing Issues in Electronic Commerce: Some Key Research Avenues* at the IBM T.J. Watson Research Center, Hawthorne, NY, 1998.

212. *Determinants of New Product Introduction and Incumbent Response Strategies*, University of North Carolina, Chapel Hill, 1998.

213. *Business Models in e-Commerce: A Marketing Perspective*, at Advanced Technology Program (ATP) conference on Electronic Commerce, National Institute of Standards and Technology (NIST), Gaithersburg, 1998.

214. *Determinants of New Product Introduction and Incumbent Response Strategies*, Penn State University, University Park, 1998.

215. *Network Effects and Competition: An Empirical Analysis of the Video Games Industry* (with Barry Bayus), Cornell University, Ithaca, 1998.

216. *Asian Economic Crisis: Opportunities and Challenges*, Federation of Indian Exporters Organization Seminar, Bangalore and Chennai, India, 1997.

217. *The Changing Face of Global Marketing*, Madras Management Association Seminar, Chennai, India, 1997.

218. *Cross-channel Analysis of Consumer Behavior* (with Jeff Inman) at Frito-Lay, Inc., Dallas, 1998.

219. *A RETAILER DECISION MODEL FOR DECISIONS ON REGULAR PRICE, DEAL DEPTH, AND DEAL FREQUENCY: ANALYSIS OF NATIONAL AND STORE BRANDS* (WITH LAKSHMAN KRISHNAMURTHI) AT FRITO-LAY, INC., DALLAS, 1997.

220. *Cross-Channel Variation in Consumer Shopping Behavior* (with Jeff Inman) before the Board of Trustees and member companies at the *Marketing Science Institute* conference, Chicago, 1997.

221. *International Joint Ventures*, at Maryland State Department of Business and Economic Development, Baltimore, 1997.

## OTHER PRESENTATIONS

Over 200 presentations.

## TEACHING EXPERIENCE

*Strategic Digital Marketing,* Texas A&M University (undergraduate), 2018-preent.
*Marketing Management,* Texas A&M University (MBA), 2009-2011.
*Marketing Strategy*, Texas A&M University (EMBA), 2004-present.
*Customer Value Management*, Texas A&M University (EMBA), 2006-present.
*International Marketing*, Texas A&M University (EMBA), 2005-present.
*Research for Marketing Decisions* (Master's), Texas A&M University, 2004-2008, 2011-present.
*Seminar in Marketing Models* (Ph.D.), Texas A&M University, 2004-present.
*Marketing Research* (undergraduate), Texas A&M University, 2014-present.
*Digital/e-Business Strategy* (MBA), University of Maryland, 2001-2004.
*Marketing Management* (MBA), University of Maryland, 1994-2003.
*International Marketing* (MBA), University of Maryland, 1996-2002.
*MBA Consulting Projects* (MBA), University of Maryland, 1996-2001.
*Seminar in Competitive Marketing Strategy* (Ph.D.), University of Maryland, 1995-1999.
*Marketing Research Methods* (MBA), Northwestern University, 1993-94.
*Management of New Products, Marketing Channels, Marketing for Nonprofit Organizations* (Undergraduate-Continuing Education), Northwestern University, 1991-94.
Consultant, *Teaching Assistants' Consulting Group***,** Northwestern University, 1991-1994.

**EXECUTIVE DEVELOPMENT EXPERIENCE**

1. *Leading through Strategic Data Analytics*, *Humana* Executive Development Program.

2. *Leveraging Social Media,* Executive Development Program, 2010.

3. *Marketing Leadership, Halliburton* Executive Development Program, Texas A&M University, 2009-present.

4. *Marketing Strategy, Kuwait Oil Company* Executive Development Program, Texas A&M University, 2015.

5. *Marketing Strategy, Halliburton* Executive Development Program, Texas A&M University, 2005-present.

6. *Marketing Strategy, KBR* Executive Development Program, Texas A&M University, 2007-2008.

7. *Global Strategy*, *Volvo* Executive Development Program, 2003.

8. *Marketing Management, CEIBS*, Shanghai, China, 2001.

9. *Global Marketing Strategies, Northrop Grumman* Executive Development Program, University of Maryland, 2001, 2002.

10. *Global Marketing Strategies, ARINC* Executive Development Program, University of Maryland, 2000, 2001.

11. *Digital Business Strategy, Philips* Executive Development Program, 2000.

12. *Marketing in the New Economy*, *Bureau of National Affairs* Executive Development Program, 2001.

13. *International Marketing Strategies*, *Northrop Grumman* Executive Development Program, University of Maryland, 1997-1999.

14. *Electronic Commerce and Internet Marketing, Marriott* Executive Development Program, University of Maryland, 1997-98.

15. *Pricing Strategies: A Marketing Perspective*, *Concert-British Telecom* Executive Development Program, 1997.

16. *Marketing in the International Economy*, *Marriott* Executive Development Program, University of Maryland, 1996-97.

## INTERNATIONAL ACADEMIC EXPERIENCE

Visiting Professor, National University of Singapore, 2018.
Visiting Professor, Singapore Management University, Singapore, 2005, 2007.
Visiting Professor, SDA Bocconi, Milan, 2003, 2006.
Visiting Professor, Bologna University, Bologna, 2006.
Visiting Professor, LUISS, Rome, 2006.
Visiting Professor, Indian School of Business, Hyderabad, 2006, 2008-18.
Visiting Professor, INSEAD, Singapore, 2003.
Visiting Professor, Nanyang Technological University, Singapore, 2003.
Visiting Professor, CEIBS, Shanghai, 2001.

## GRADUATE STUDENT SUPERVISION

Chair, Doctoral Dissertation Committee:

1. <u>Tarun Kushwaha</u>
Tenured Associate Professor of Marketing, University of North Carolina, Chapel Hill, 2013-present.
Winner of $5,000 research grant from the Direct Marketing Educational Foundation.
Honorable Mention, Inaugural *Journal of Retailing*, Levy-Weitz Dissertation proposal competition
Finalist, eBRC, Penn State University's doctoral student dissertation competition.
Fellow, AMA-Sheth Doctoral Consortium, 2006.

2. <u>Nicole Hanson</u>
Assistant Professor, California State University, Los Angeles, 2015-present.
Fellow, AMA-Sheth Doctoral Consortium, 2013.
Winner, ISBM Doctoral Dissertation Award, 2014.

3. <u>Hooman Mirahmad</u>
Assistant Professor Designate, Towson University, 2019-.
Finalist, ISBM Doctoral Dissertation, 2018.

4. <u>Milad Darani</u>
Assistant Professor Designate, Kent State University, 2019-.
Fellow, Doctoral Consortium, Houston, 2018.

5. <u>Unnati Narang</u>
Doctoral Candidate, Texas A&M University.
Winner, Shankar Spiegel Doctoral Dissertation Proposal, 2018.
Winner, AMA Doctoral SIG Mathew Joseph Award for Emerging Marketing Scholar Ph.D. student, 2019.
Winner, PDMA Award for Emerging Marketing Scholar Ph.D. student, 2019.
Fellow, Marketing Strategy Consortium, Indiana University, 2019.
Fellow, PDMA Consortium, University of Illinois at Urbana Champaign, 2019.

Co-Chair, Doctoral Dissertation Committees:

6. Xing Pan
Assistant Professor of Marketing, University of California, Riverside, 2007-present.
Winner of research award from SAP for outstanding doctoral research in e-Business, 2003.
Winner of Best dissertation proposal by Economics Club, Washington D.C., 2001.
Winner of award for outstanding doctoral student at the Smith School, University of Maryland, 2002.
Winner of Mary Kay Award for the Best Dissertation, from Academy of Marketing Science, 2004.
Fellow, AMA-Sheth Doctoral Consortium, 2002.

7. Kartik Kalaignanam
Tenured Associate Professor, University of South Carolina, Columbia, 2013-present.
Winner, Product Development Management Association (PDMA) Dissertation Competition Award.
Finalist, ISBM Doctoral Student Dissertation Proposal Competition.
Fellow, AMA-Sheth Doctoral Consortium, 2005.

8. Bharadhwaj Sivakumaran
Chaired Professor, Great Lakes Institute of Management, Chennai, 2009-present.
Assistant Professor, Indian Institute of Technology, Chennai, 2004-09.
Assistant Professor, Nanyang Technological University, Singapore, 2002-2004.

9. Thomas Dotzel
Assistant Professor, University of Nebraska, 2019-present.
Assistant Professor, McGill University, Montreal, 2009-2019.
Winner, Liam Glynn Award, Frontiers in Services Conference, 2006.
Finalist, ISBM Doctoral Dissertation Award Competition, 2008.
Outstanding Doctoral Student Research Award, Mays Business School, 2007.
Association of Former Students' Outstanding Doctoral Student Teaching Award, Texas A&M University, 2009.
Phil Gramm Fellowship, Texas A&M University, 2009.
Fellow, AMA-Sheth Doctoral Consortium, 2007.
Fellow, University of Houston Doctoral Consortium, 2007, 2008.

10. Jeff Meyer
Tenured Associate Professor, Bowling Green University, 2010-present.
Winner, *Marketing Science Institute* (*MSI*) Alden Clayton Dissertation Award, 2009.
First Runner-Up, Fisher IMS and AMA SERVSIG Best Dissertation Proposal Award, 2009-10.
Finalist, ISBM Doctoral Dissertation Award Competition, 2009.
Outstanding Doctoral Student Research Award, Mays Business School, 2009.
Fellow, AMA-Sheth Doctoral Consortium, 2008.
Fellow, University of Houston Doctoral Consortium, 2008, 2009.

11. Gautham Gopal Vadakkepatt
Assistant Professor, George Mason University, 2014-present.

Finalist, ISBM Doctoral Dissertation Award Competition, 2009.
Outstanding Doctoral Student Research Award, Mays Business School, 2010.
Fellow, AMA-Sheth Doctoral Consortium, 2009.
Fellow, University of Houston Doctoral Consortium, 2009.
Doctoral Dissertation Research Award, Center for New Ventures and Entrepreneurship, Mays Business School, 2008.

12. Reo Song
Assistant Professor, California State University, Long Beach, 2015-present.
Fellow, Haring Symposium, Indiana University, 2010.
Fellow, Marketing Science Doctoral Consortium, 2008.

13. Wonjoo Yun
Assistant Professor, Oakland University, 2014-present.
Fellow, AMA-Sheth Doctoral Consortium, 2012.
Fellow, Marketing Science Doctoral Consortium, 2012.
Fellow, University of Houston Doctoral Symposium, 2012.

14. Zhongjian Lin
Assistant Professor of Economics and Econometrics, Emory University, 2014-present.

Member, Doctoral Dissertation Committees:

1. Yan Dong
Associate Professor of Supply Chain and Logistics, University of South Carolina, 2013-present.
2. David Dorsett
Visiting Assistant Professor of Marketing, Florida Institute of Technology, Melbourne, 2000-01.
3. Ann Mirabito
Associate Professor of Marketing, Baylor University, Waco, 2007-present.
4. Paul Dwyer
Assistant Professor of Marketing, Willamette University, Willamette, 2008-present.
5. Xiaoyuan Wang
Assistant Professor, University of Electronic Science and Technology of China, Chengdu, China, 2014-present.
6. Joon Ho Lim
Assistant Professor of Marketing, Illinois State University, Normal, 2016-present.
7. Guanglu Zhang
Post Doctoral Fellow, Carnegie Mellon University, 2019-present.
8. Ephraim Karsagi
Transfer Pricing Senior Associate, KPMG, 2019-present.
9. Zeiling Bei
Assistant Professor, University of Missouri, Columbia, 2018-present.
10. Kiran Pedada
Assistant Professor, Indian School of Business, 2018-present.
Winner, Mary Kay Doctoral Dissertation Competition, 2019.

Co-Chair, Research Paper Committees: Xing Pan, Bharadhwaj Sivakumaran, and Ashwin Aravindakshan.
Chair, Master's Independent Studies: Lori Behrens, Vijay Kapoor, Sandrine Bakos, Louis Cantaloupe, and Sohil Parsana.
Member, Master's Thesis Committee: Jeison George.

**PROFESSIONAL SERVICE**

1. Editor-Emeritus, *Journal of Interactive Marketing (JIM)*, 2010-present.
2. Co-Editor, *Journal of Interactive Marketing (JIM)*, 2002-09.
    Helped journal become the flagship journal for direct/interactive/Internet/digital/e-marketing.
    Helped redirect flow of research in direct/interactive/Internet/digital/e- marketing.
    Helped substantially improve the impact factor of *JIM* and elevate to the Top 6 marketing journals.
    Brought out pioneering special issues on emerging topics such as online pricing, multichannel marketing, CRM and data mining.
    Helped improve managerial impact of the journal by publishing articles from thought leaders and leading practitioners.
3. Associate Editor, *Journal of Marketing Research*, 2014-present.
4. Area Editor, *Journal of Marketing*, 2015-2018.
    - Outstanding AE Award, 2016.
5. Associate Editor, *Management Science,* 2001-07.
6. Associate Editor, *International Journal of Research in Marketing*, 2018-present.
7. <u>Editorial Review Board</u>:
    - *Marketing Science* (2001-present)
        - Best Guest Area Editor, 2004-05.
        - Top 3 Most Productive Reviewers, 2002.
        - Guest Area Editor, 2004-08.
    - *Journal of Marketing Research* (2009-present)
    - *Journal of Marketing* (2002-05, 2009-present)
    - *International Journal of Research in Marketing* (2000-present)
    - *Journal of Retailing (*1998-present)
    - *Journal of Academy of Marketing Science* (1999-2012; 2015-present)
    - *Journal of Customer Needs and Solutions* (2013-present)
    - *Journal of Shopper Research* (2015-present)
8. Chair, Interactive Marketing Research Conference, 2019.
9. Contributor, the Ph.D. project.
10. Chair, Theory and Practice in Marketing Conference, 2016.
11. Chair, Thought Leadership Conference on *Mobile Marketing and its Implications for Retailing*, 2015.
12. Chair, Paul E. Green Award Committee, *Journal of Marketing Research*, 2015.
13. Co-Chair, *MSI* Conference on Omnichannel Marketing, 2008.
14. Member, AMA/Irwin/McGraw-Hill Distinguished Marketing Educator Award Committee, 2012-13.

15. Member, INFORMS Marketing Strategy Council, 2010-2013.
16. Member, *Journal of Interactive Marketing*, Policy Board, 2011-present.
17. Advisor, Program Committee, Marketing Dynamics Conference, 2011.
18. Member, Program Committee, Great Lakes-NASMEI Marketing Conference, 2011.
19. Co-Chair, First *MSI* Conference on *Marketing in Emerging Markets: The Indian Perspective*, ISB, 2010.
20. Judge, *MSI* Research Competition on Modeling Multichannel Customer Behavior, 2010.
21. Judge, *ISMS* Doctoral Dissertation Competition, 2010.
22. Co-Chair, Thought Leadership Conference on Innovations in Retailing, 2010.
23. Judge, *INFORMS-MSI* Practice Prize Competition, 2010.
24. President, *AMA* Special Interest Group (SIG) on Marketing Strategy, 2006-08.
25. Co-Chair, Thought Leadership Conference on Marketing Perspectives in a Multichannel Multimedia Retailing Environment, 2009.
26. Co-Chair, *MSI* Metrics Conference, 2008.
27. Member, Program Committee, 2007 *ACR* Pre-Conference Program on e-Commerce.
28. Co-Chair, Research Program Committee, 2007 Direct/Interactive Marketing Research Summit.
29. Member, Board of Advisors, Marketing Science Conference, 2007.
30. Vice President (Membership), *INFORMS* Society for Marketing Science, 2004-06.
31. Co-Organizer, *Workshop on CRM: Data Mining Meets Marketing*, New York University, 2005.
32. Co-Chair, *INFORMS Marketing Science* Conference, 2003.
33. Marketing Research Track Co-Chair, *AMA* Winter Educators' Conference, Austin, 2002.

<u>Reviewer</u>:
*AMA Doctoral Dissertation* competition, *ISBM Doctoral Dissertation* competition, *MSI Doctoral Dissertation Competition, eBRC Doctoral Dissertation Competition, EMAC-McKinsey Doctoral Dissertation Competition, PDMA Dissertation Competition*.
External Examiner, Doctoral Thesis: University of Toronto, Toronto, McMaster University, Hamilton.
External Examiner, Doctoral/Master's Thesis: Nanyang Technological University, Singapore.
External Examiner, University Grants Council, Hong Kong.
External Reviewer, Social Sciences and Humanities Research Council of Canada.
External Reviewer, Israel Science Foundation.
External Reviewer, National Science Foundation (NSF) Grants.

## SERVICE AT TEXAS A&M UNIVERSITY

Member, TAMIDS Research Advisory Committee, 2019-present.
Director, CRS Director Search Committee, 2019.
Member, University Committee on Information Technology Governance, 2017-present.
Member, University Data Science Committee, 2016-present.
Member, Organizing Committee, University Conference on Advances in Big Data Modeling, Computation, and Analytics, 2016-present.
Director of Research, Center for Retailing Studies, 2012-present.
Marketing Ph.D. Program Director, 2006-2012.

Member, Promotion and Tenure Committee, Mays Business School, 2004-2007, 2015-2018.
Member, Mays Strategic Planning Committee, 2015-2016.
Organizer, Mays Marketing Department Research Camp, 2006-present.
Member, CRS Director Search Committee, 2013-2014.
Member, Research Council, Mays Business School, 2005-2008, 2009-2012.
Member, International Business Policy Committee, 2009-2011.
Member, Ph.D. Graduate Instruction Committee, 2006-present.
Member, MBA Graduate Instruction Committee, 2009-2011.
Member, EMBA Graduate Instruction Committee, 2015-present.
Member, Global EMBA Task Force, 2008-2010.
Member, University Distinguished Graduate Student Award Committee, 2010-2011.
Member, Department Head Search Committee, 2005-2006, 2009-2010.
Member, Center for Retailing Studies Faculty Advisory Council, 2006-2008, 2012-present.
Mentor, Regents Scholar Program, 2006-2009.
Organizer, Mays Marketing Research Seminar Series, 2006-2007.
Mentor, Freshman Business Initiative, 2005-2006.
Member, Department Faculty Recruitment Committee, 2004-present.
Member, Department Ph.D. Council, 2004-present.

## SERVICE AT UNIVERSITY OF MARYLAND

Marketing Core Course Coordinator, 2003-04.
Member, Strategy Council, Marketing Department, 2002-03.
Member, Salary Review Committee, 2002.
Member, Marketing Department Recruiting Committee, 2002.
Chair, Global Task Force, 2001.
Faculty Advisor, BIO/Pharma Club, 2000-01.
Co-Director, *QUEST* Program, 1998-2000.
Member, *IBM SUR* Grant Proposal Committee, 1998-99.
Faculty Advisor, MBA Marketing Club, 1996-2000.
Member, *DARPA* Net-centricity Project Task Force, 1999.
Member, Center for Knowledge Management and Information Technology Task Force, 1998-99.
Member, *Krowe* Awards for Teaching Innovation Committee, 1998.
Member, Promotion and Tenure Process Guidelines Task Force, 1996-97.
Member, Staff Awards Committee, 1997.

## PROFESSIONAL AFFILIATIONS

Research Fellow and Board Member, Retail Analytics Council, 2016-present.
Advisory Board Member, B2B Leadership Board, 2011-present.
Member, INFORMS Marketing Committee, 2010-present.
Advisory Board Member, Academic Liaison Committee, CMO Council, 2010-present.
Academic Trustee, *Marketing Science Institute*, 2007-13.
Member, Board of Trustees, Direct Marketing Educational Foundation, 2006-2009.
Member, Board of Advisors, Marketing Science Conference, 2007.
Member, Board of Advisors, *NASMEI*, 2003-present.

Advisory Board Member, Kotler-Srinivasan Centre for Marketing Analytics, GLIM, 2010-present.
Advisory Board Member, *Ingenium* Corporation, 1998-2004.
Advisory Board Member, Technology Entrepreneurship Community Center (TECC), Washington, D.C., 2001-04.
Advisory Board Member, *Hospitality Sales and Marketing Association International* (*HSMAI*) Research Foundation, 1998-2001.
Senior Research Fellow, eBusiness Research Center, Penn State University, 2000-10.
Fellow, *Academy of Marketing Science*, 2004-present.
Member, Marketing College, *Institute for Operations Research and Management Science (INFORMS)*, 1992-present.
Member, *American Economic Association*, 2002-03.
Member, *American Marketing Association (AMA)*, 1992-present.
Member, The Indus Entrepreneurs (TiE) & Indian CEO Council, Washington, DC, 1999-present.

## BUSINESS EXPERIENCE

Business Development Manager, *HSBC Corporation*, 1988-90.
Product Executive, *Blow Plast Mattel Toys (India)***,** 1987-88.

## MEDIA APPEARANCES

Made several appearances as an *International Marketing/Business Expert* for *CNN*.
Appeared as *International Economics/Business Expert* on *C-SPAN*, the TV channel for United States Congressional issues.
Appeared as an e-business expert for NBC.
Appeared as a marketing expert on Maryland Public Television.
Appeared as an e-business expert on Maryland Flagship Channel.
Made appearances as e-Business and Hi-Tech expert on GreatIdeasRadio, a Washington, D. C.-based business radio program.
Appeared as a marketing expert on Voice of America.
Appeared as a marketing expert on CNN, CGTN, ABC and CBS, Texas.
Appeared as an expert in Sirius XM's Wharton Business Radio.
Quoted in several publications, including the *New York Times*, *Washington Post*, *Baltimore Sun*, *Telegraph, Orlando Sentinel*, *Sales and Marketing Management*, *CIO Insight*, *Houston Chronicle, Information World*, *CFO First Mover*, *Energy User News*, *The Eagle,* and *NextMarkets*.

## EXPERT WITNESS EXPERIENCE

Cases involving affiliate marketing, digital marketing, search advertising, and search engine optimization. trademark and trade dress infringement, infringement of Internet technology, ecommerce, retailing, online marketing and personalization dispute, Internet intellectual property infringement, customer service discrimination, digital divide, affinity/interactive marketing, wrongful termination of business contract, market research methods, marketing communication, advertising strategy, marketing strategy, product defects, and product recalls.

## SOME CONSULTING/EXECUTIVE TRAINING/SPEAKING ENGAGEMENTS

ARINC, Airtel, AkzoNobel, Alcatel Lucent, Allstate Insurance, Atos, Avendra, Axis Bank, Bank of Baroda, Bharat Petroleum Corporation Ltd., Boston Scientific, Bureau of National Affairs, Cap Gemini Ernst & Young, Colgate-Palmolive, Deloitte, Fedex, Frito-Lay, Giant Food, Glaxo SmithKline, Granherne, Halliburton, HEB, Hewlett Packard, Honeywell, HSBC, Humana, IBM, Ingenium, Intel, International Paper, Lockheed Martin, Mahindra Group, Marriott International, Medtronic, Microsoft, Northrop Grumman, PepsiCo, Philips, PNC Bank, Sirius XM, Times Internet, United Nations Foundation, Vodafone, Volvo Group, Wegmans, and Zachry.

## OTHER

U.S. Citizen.

## 6. APPENDIX B: PRIOR TESTIMONY IN LAST FOUR YEARS

AKH v UIUC. Was deposed by the Plaintiff AKH.

Chrysler-Dodge-Jeep EcoCruze Clean Turbo Diesel Marketing, Sales Practices, And Products Liability Litigation. Was deposed by the Defendant FCA.

Dikla Gavrieli Unatin v Kfir Gavrieli. Was deposed by the Plaintiff Gavrieli Unatin.

# 7. APPENDIX C: DOCUMENTS RELIED UPON

## a. Legal Documents

1. Frist Amended Class Action Complaint, June 11, 2018.

## b. Public Sources and Data Sources


2. Aaker, David. *Managing Brand Equity: Capitalizing on the Value of a Brand Name*. New York: Macmillan, 1991.
3. Beene, Ryan. "Automakers Like Video, But Still Pour Gas On TV For Big Product Launches." *Advertising Age*, July 8, 2013. Last Accessed October 21, 2019. http://adage.com/article/print-edition/automakers-pour-gas-tv-big-product-launches/242957/.
4. Liese, Julie. "Auto Focus: What's Driving U.S. Automotive Advertising." *Advertising Age*, October 13, 2014.
5. Liu, Yan, Venkatesh Shankar, and Wonjoo Yun. "Crisis Management Strategies: The Long-term Effect of Product Recalls on Firm Value." *Journal of Marketing* 81 (5) (2017): 30-48.
6. Landor. Last Accessed October 21, 2019. https://landor.com/work/bp.
7. *Advertising Age*, Marketing Fact Pack 2015 Edition, December, 2014.
8. *Advertising Age*, Marketing Fact Pack 2016 Edition, December, 2015.

## 8. APPENDIX D: CONTENT ANALYSIS OF ADS

### a. METHODOLOGY

76. To conduct content analysis of Cruze Clean Turbo Diesel ads, I obtained a set of available TV and print advertisements for the Cruze Clean Turbo Diesel from the Counsel for the plaintiffs.

77. I recruited the assistance of three coders with similar age and educational background to review all the ads in reasonable detail. Thus, they are likely to be consistent in their evaluations. To ensure that all the coders remained "blind" to the purpose of the study, they were not made aware of the details regarding the purpose of the study, the legal dispute at issue, or how the results of the study were going to be used.

78. The first two coders independently reviewed the ads and coded the ads based on the instructions. Words, phrases, and themes corresponding to the three key relevant attributes, power/performance, fuel efficiency/economy, and environmental friendliness were provided to the coders for coding. Each The third coder reviewed those ads whose coding by the first two coders exhibited discrepancies. The third coder also followed the same instructions and coded these ads independently. Each coder was asked to review the audio, visual/image, and text components of each ad for words, phrases, or themes associated with each attribute separately.

79. For each word, phrase or theme for each ad, if the codes were congruent between the first coders, the congruent coding was used in the final analysis. If the coding of a word, phrase, or theme by the first two coders were discrepant, the third coder's coding was used in the final analysis.

### b. INSTRUCTIONS TO CODERS

**Coders 1 and 2**

- Watch the given video ads and look at and read the print ads.
- Pay attention to the video, audio and text in each ad.

- As you watch, listen and read, look out for the following words/phrases/images/themes in the ads.
- For each ad watched/looked at/read, complete the attached spreadsheet.
- Code "1" if you find the word/phrase/image/theme in the ad under the corresponding column.
- To focus on each coding type (Image, audio, text), you can watch/view/read the ad separately (i.e., you can watch/view/read the same ad three times).
- If you are unsure whether you might have coded an ad correctly, go back and watch/look at/read the ad again until you are confident that you coded correctly.

**Coder 3**

Attached are two spreadsheet each containing coding by two coders of the same set of video and print ads for the presence of different words/phrases/themes in image/audio/text of the ads. Blank cells mean a default code of '0." Also attached is another spreadsheet without codes. You will adopt the following procedure and enter your codes in this third (your) spreadsheet.

- Cells have been highlighted in your spreadsheet where the coding of Coder 1 and Coder 2 do not match (e.g., Coder 1 has coded '1' in a cell, while Coder 2 has not coded it as a '1' in the same cell).
- Watch the video ads and look at and read the print ads corresponding to the mismatched (i.e., highlighted) cells.
- Pay attention to the video, audio and text in each ad.
- As you watch, listen and read, look out for the following words/phrases/images/themes in the ads
- For each ad watched/looked at/read, complete the attached spreadsheet.
- For the highlighted cells only, Code "1" if you find the word/phrase/image/theme in the ad under the corresponding column.
- To focus on each coding type (Image, audio, text), you can watch/view/read the ad separately (i.e., you can watch/view/read the same ad three times).
- After you finish coding all the mismatched cells in your spreadsheet, fill the rest of the cells with the same matched codes from Coders 1 and 2.

- Check all the codes in your spreadsheet to ensure that you have entered the codes correctly.
- If you are unsure whether you might have coded an ad correctly, go back and watch/look at/read the ad again until you are confident that you coded correctly.

### c. List of Words/Phrases/Themes for Power/Performance Attribute

**Image (in video and print ad)**

- Power
- Horsepower
- Torque
- Performance
- Strength
- Force
- Speed
- Acceleration
- Ruggedness
- Engine revving
- Gear shift
- Boost
- Engine overboost
- V6-engine
- 6 cylinder
- Weather performance (e.g., cold-weather start)
- Turbo
- Turbocharger
- Muscle
- Lifting
- Ploughing through
- Driving fast
- Driving through/around obstacles
- Males
- Older people
- High income people
- Tough/Strong/Muscular people
- People having fun driving
- Helmet
- Speedometer
- Vehicle pickup

**Audio (in video ad)**

- All the words/phrases/themes included under "Image"
- Tough/Toughness
- Engine roar
- Endurance
- Potent/Potence
- Durable/Durability
- Bursting sound
- Burst
- Quick
- Race/Racing
- 0-60 or 0-X miles
- Thrill/Thrilling
- Fun
- Enjoy/Enjoyment

**Text (in video and print ad)**

- All the words/phrases/themes listed under "Image and Audio"

### d. List of Words/Phrases/Themes for Fuel Efficiency/Economy Attribute

**Image (in video and print ad)**

- Fuel efficient/fuel efficiency
- Mileage
- MPG
- Miles
- EPA estimated
- Low fuel
- Less fuel
- Fuel economic/Fuel economy
- Distance
- Fill/filling/fill-in
- Fuel fill up at a fuel station
- Running cost
- Odometer
- Fuel tank level indicator
- Fuel tank
- Infrequent visit to fuel station
- Smile at fuel station
- Money saved at fuel station

**Audio (in video ad)**

- All the words/phrases/themes included under "Image"
- More money
- More bang for the buck
- Save/Saving(s)
- Spend/Spending
- Expenditure(s)
- Cost(s)
- Cheap
- Inexpensive
- Value
- Time between fill-ins
- Miles between fill-ins
- Refuel

**Text (in video and print ad)**

- All the words/phrases/themes listed under "Image and Audio"

### e. List of Words/Phrases/Themes for Environmental Friendliness Attribute

**Image (in video and print ad)**

- Clean/Cleaning
- Dirt
- White
- Wash/Washing
- Bright
- Wipe/Wiping
- Cloud
- Clean air
- Environment
- Nature
- Landscape/Greenery
- Tree
- Plant
- Vegetable
- Fruit
- Seed
- Root

- Leaf
- Flower
- Forest
- Green color
- Monument
- Windmill
- Solar panel
- Sun
- Sky
- Ocean
- Lake
- Pond
- River
- Stream
- Water
- Water drop/droplet
- Rain
- Animal
- Bird
- Insect
- Earth
- Globe
- Mountain
- Beach
- Wind
- Air
- Carbon
- Emission
- Smoke
- Gas
- Clean power
- Turbine
- Atmosphere
- Fossil fuel
- Geothermal
- Landfill
- Petroleum
- Pesticide
- Smog
- Wetland
- Wildlife

**Audio (in video ad)**

- All the words/phrases/themes included under "Image"
- Pristine
- Original
- Pure
- Fresh
- Neat
- Natural
- Breath/Breathe
- Oxygen
- Pollute/Pollution
- Noisy/Noise
- Quiet
- Loud
- Silent
- Conservation
- Environment
- Eco
- Ecology
- Sustainable/Sustainability
- Climate
- Climate change
- Atmosphere
- Ozone
- Carbon dioxide
- Carbon monoxide
- NOx
- Social
- Bio
- Disposable
- Deforestation
- Extinct
- Energy
- Global warming
- Greenhouse gas
- Waste
- Life
- Preserve/Preservation
- Renewable
- Foliage
- Refuse
- Reuse
- Recycle
- Compost

- Contaminant
- Diversity
- Endangered
- Habitat
- Methane
- Organic
- Toxic
- EPA
- Alternative energy

**Text (in video and print ad)**

- All the words/phrases/themes listed under “Image and Audio”