# Exhibit 3
# (Filed Under Seal)