# Exhibit 4
# (Filed Under Seal)