# Exhibit 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON COUNTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, *et al.*,<br><br>Defendants. | No. 1:16-CV-12541-TTL-PTM |

**EXPERT REPORT OF NICK MOLDEN**

**June 5, 2020**

## TABLE OF CONTENTS


**I. Introduction ..... 1**

- A. Qualifications ..... 1
- B. Assignment ..... 4
- C. Summary of Opinions ..... 4

**II. Background ..... 5**

- A. The Smithers Report ..... 5
- B. Emissions Testing ..... 6

**III. Mr Smithers' Measurements and Results Are Not Reliable ..... 18**

- A. Mr Smithers Omits Portions of his Raw Test Data ..... 18
- B. Mr Smithers Failed to Follow any Pre-established or Defined Test Protocol ..... 20
- C. Mr Smithers Inappropriately Manipulated his Test Data ..... 22

**IV. Mr Smithers Used Aggressive Driving Styles and Conditions, Apparently to Generate High Emissions Results ..... 26**

- A. Mr Smithers Driving was Aggressive in Multiple Ways ..... 27
- B. Claimed causes of high-emitting events are invalid ..... 31
- C. Mr Smithers Compares his Results to Inappropriate Certification Limits ..... 33

**V. Mr Smithers' Raw Data Are Consistent With a Failure to Properly Use His Testing Equipment, Which Could Lead to Overstated Emissions Measurements ..... 37**

# I. INTRODUCTION

## A. Qualifications

1. I am the founder and Chief Executive Officer of Emissions Analytics Ltd, a company specializing in vehicle emissions and fuel economy testing. Since its foundation in 2011, the company has conducted testing independently from regulators, governments and automakers, and has published extensive parts of its data in order to give insight for policymakers and players in the marketplace.

2. My particular expertise is in the development of emissions testing methodologies, data analysis, and communications of results to different audiences. I am a graduate of the University of Oxford, with an MA (Hons) in Philosophy, Politics and Economics, focusing on public and industrial economics. I applied skills from that background to a career in business, progressively focusing on automotive data. In 2005, I set up a data analysis firm called Oxford Indices Ltd. The firm focused primarily on automotive data analysis, including product pricing, residual values and promotions.

3. In 2011, I founded Emissions Analytics to focus on emissions testing data in the automotive industry. This grew out of my prior data analysis work by bringing together Portable Emissions Measurement Systems (PEMS) with data analysis techniques. After incorporation, I recruited a team of qualified technical and data analysis personnel with the aim of becoming the best firm, worldwide, in PEMS testing. Since starting, Emissions Analytics has tested around 2,000 vehicles in real-world conditions. Since 2016, Emissions Analytics has published the 'EQUA Index', which is a free-access vehicle ratings system for both the EU and US, based on Emissions Analytics' test data. The index results can be found at www.equaindex.com, along with a description of the test methodology.

4. Emissions Analytics is a commercial company, headquartered in the United Kingdom, with a wholly-owned subsidiary in the United States and a joint venture company in the Republic of South Korea. Its business model is selling access to a database containing emissions and fuel economy data, and conducting customer testing for a range of clients. Clients of Emissions Analytics include automakers, suppliers to automakers, regulators, governments, vehicle fleets, universities, financial institutions and fuel companies. I am responsible for the overall operations of Emissions Analytics, including technical operations, database development, data analysis, sales and business operations, and am supported by teams located in the UK, Germany and the US. As CEO my primary activities include final publication authority on test results, developing new test methodologies and data analytical techniques, presenting results at industry and financial conferences, and liaising with major clients.

5. In 2015, Emissions Analytics won the 'Innovation in Air Quality Technology Award' at the UK National Air Quality Awards. It has more recently won the 2019 Society of Automotive Engineers' Environmental Excellence in Transportation (E2T) Award.

6. In 2017, I co-founded Allow Independent Road-testing Ltd (also known as the AIR Alliance), a not-for-profit company with the objective of addressing air quality and climate change issues through the collection and publication of independent, real-world emissions data. The AIR Alliance has a Scientific Advisory Committee of eleven members, who are each authorities in the sector.[1]

7. I am Chairman of CEN Workshop 90, an expert workshop under the European Committee for Standardisation (CEN), which was initiated in November 2017 and is aimed at standardizing the data collection method underlying comparative vehicle ratings. It published the resulting standardized methodology, CWA17379, in January 2019. I am also Chairman of CEN Workshop 103, a second CEN Workshop with the objective of standardizing data collection around pollution ingress into the vehicle cabin and build-up in the cabin. CEN Workshop 103 formally kicked-off in November 2019. A significant group of participants has already been assembled, including manufacturers, suppliers and regulators such as the California Air Resources Board. Further, formal cooperation has been agreed with the UNECE Informal Working Group on Vehicle Interior Air Quality.

8. I participated in the European Union working group that helped develop the new Real Driving Emissions regulation. This involved contributing data and participating in discussions. I have recently joined the Air Quality Committee of Environmental Protection UK, a long-standing policy group.

9. I also regularly publish and have co-authored on the following academic publications:

| | |
|---|---|
| September 2016 | University of Cambridge: *Research data supporting "Engine maps of fuel use and emissions from transient driving cycles"* https://www.repository.cam.ac.uk/handle/1810/257503 |
| November 2016 | Atmospheric Environment: *A Portable Emissions Measurement System (PEMS) study of $NO_x$ and primary $NO_2$ emissions from Euro 6 diesel passenger cars and comparison with COPERT emission factors* http://www.sciencedirect.com/science/article/pii/S13522310163072X |
| December 2016 | Applied Energy: *Engine maps of fuel use and emissions from transient driving cycles* https://www.sciencedirect.com/science/article/pii/S0306261916312843 |

[1] See https://airindex.com/about-air/our-team/ for additional details.

| | |
|---|---|
| January 2017 | International Journal of Transport Development and Integration: *Real-world environmental impacts from modern passenger vehicles operating in urban settings* https://www.repository.cam.ac.uk/bitstream/handle/1810/256633/TDI010208f.pdf?sequence=7&isAllowed=y |
| July 2017 | University of Lancaster: *In-Cabin Air Quality and Ride Comfort* http://eprints.lancs.ac.uk/87218/ |
| July 2017 | University of Salford: *Particle emissions from Euro 6 diesel cars during real world driving conditions* http://usir.salford.ac.uk/id/eprint/43142/ |
| July 2017 | J and N Group: The future of diesel: *Evidence from a high-volume passenger car real-world test program in Europe* https://jandngroup.com/wp-content/uploads/2017/07/Molden-Presentation.pdf |
| July 2017 | Lancaster University: *Quantifying Solid and Total Particle Number Concentrations from an Array of Vehicles Using the "Plume Chaser Method"* https://eprints.lancs.ac.uk/id/eprint/87206/ |
| March 2018 | Lancaster University: *Vehicle Interior Air Quality: Volatile Organic Compounds* https://eprints.lancs.ac.uk/id/eprint/124338/ |
| April 2018 | Lancaster University: *Vehicle Interior Air Quality Dynamics* https://eprints.lancs.ac.uk/id/eprint/124337/ |
| April 2018 | Science of The Total Environment: *Real world $CO_2$ and $NO_x$ emissions from 149 Euro 5 and 6 diesel, gasoline and hybrid passenger cars* https://www.sciencedirect.com/science/article/pii/S0048969717333296 |
| July 2018 | Lancaster University: *Vehicle Interior Air Quality: Ultrafine Particles* https://eprints.lancs.ac.uk/id/eprint/126228/ |
| February 2019 | Transportation Research Part D: *Transport and Environment: The drivers behind differences between official and actual vehicle efficiency and CO2 emissions* https://www.sciencedirect.com/science/article/pii/S1361920918305972 |
| May 2019 | Society of Automotive Engineers: *Development of a Standard Testing Method for Vehicle Cabin Air Quality Index* https://saemobilus.sae.org/content/02-12-02-0012/references |
| May 2019 | Applied Energy: *Using portable emissions measurement systems (PEMS) to derive more accurate estimates of fuel use and nitrogen oxides emissions from modern Euro 6 passenger cars under real-world driving conditions* |

| | |
|---|---|
| | https://www.sciencedirect.com/science/article/abs/pii/S0306261919304556 |
| July 2019 | Lancaster University: *Air Quality Inside and Outside Vehicles: Complex Patterns of Exposure in Space and Time* https://eprints.lancs.ac.uk/id/eprint/135647/ |
| January 2020 | Atmospheric Environment: *Real-world emissions from non-road mobile machinery in London* https://www.sciencedirect.com/science/article/abs/pii/S1352231020300431 |
| May 2020 | Science of the Total Environment: *Modelling of instantaneous emissions from diesel vehicles with a special focus on NOx: Insights from machine learning techniques* https://www.sciencedirect.com/science/article/pii/S0048969720331454 |

10. I am regularly quoted by media, with recent examples including the following: "A Mucky Business", *The Economist*, September 26, 2015 (discussing Volkswagen diesel emissions testing); "Exhaustive Analysis," *The Economist*, April 30, 2016 (discussing emissions test results and "real-world emissions"); *The Telegraph*, January 15, 2017 (discussing a diesel engine that passed laboratory emissions testing but exceeded legal limits on the road); "New 'Real World' Diesel Tests Fail to Prevent Rush Hour Pollution Peak," *The Guardian*, September 13, 2017 (discussing emissions testing regimes and diesel vehicles); and "UK Approved Fiat's 'Dirty Diesel' Engine," *The Sunday Times*, 15 January 2017.

11. My *curriculum vitae*, which is attached as Appendix 1, provides more details. Appendix 2 lists the testimony that I have provided as an expert witness during the past four years.

### B. Assignment

12. I have been retained by counsel for Robert Bosch LLC (Bosch) to review and respond to certain aspects of the expert report of Juston Smithers submitted by Plaintiffs in this matter (the "Smithers Report"). A list of materials I considered in forming my opinions is attached as Appendix 3.

13. Employees of Emissions Analytics and Analysis Group, Inc., an economic research and consulting firm, working under my direction and supervision, have assisted me in this assignment. I am being compensated at an hourly rate of $750. My compensation in this matter is not contingent upon my findings or the outcome of this litigation.

### C. Summary of Opinions

14. Based on my research and analysis to date, it is my opinion that:

A. The emissions measurements presented in the Smithers Report are not reliable. Mr Smithers omits portions of the raw data from his testing. From the data Mr Smithers has provided, it is clear that he has parsed and deconstructed the test data in a manner that is both inconsistent with principles of reliable emissions testing and error-prone. Mr Smithers' test protocol and data handling methods do not follow best practices typically used in the industry.

B. Based on the test data Mr Smithers did provide, it is clear that he used deliberately chosen aggressive driving styles and driving conditions (including driving speeds and accelerations, and ambient temperature) during his testing, the effect of which resulted in high nitric oxide and nitrogen dioxide (collectively, 'NOx') emissions. He then draws misleading conclusions based on these measurements.

C. Mr Smithers' raw data does not allow the verification in all cases of proper calibration of his PEMS testing equipment, which could lead to emissions measurements that are overstated by a significant and unpredictable amount.

15. I hold each of the opinions in this report to a reasonable degree of scientific certainty. The data, analysis and conclusions in this report are based on my on-going review of documents and other materials available to me. If additional information becomes available, I may amend or supplement this report.

## II. BACKGROUND

### A. The Smithers Report

16. In this section, I discuss the Smithers Report.

17. Mr Smithers was asked to test and analyze the emissions systems of the Chevrolet Cruze gasoline and diesel vehicles, to compare their emissions to one another, to federal and state regulations, and to determine if their emissions in test environments differ from "normal road conditions."[2] Mr Smithers was also asked to determine "circumstances under which the [Cruze diesel] emissions system is derated in normal driving conditions," and to determine if the US Environmental Protection Agency (EPA) and

---

[2] Expert report of Juston Smithers ("Smithers Report"), 28 October 2019, ¶10.

California Air Resources Board (CARB) received "full disclosure [...] of the operation of [the Cruze diesel] emissions treatment controls and their effect on emissions output in normal driving conditions."[3]

18. Mr Smithers opines that PEMS testing is reliable and points to its adoption in various settings, including for use by regulators.[4] Mr Smithers also points to studies that have validated the accuracy of PEMS.[5] He states that analyzers used in chassis dynamometer testing and PEMS testing have, "virtually identical levels of accuracy and are subject to the same strict requirements for calibration and drift."[6] He also discusses how, for PEMS testing, "careful attention [is] paid to" test conditions such as driving aggressiveness, cycle speed, road grade, and ambient temperature.[7]

19. Mr Smithers also opines that under "normal driving conditions," (i.e., under Mr Smithers' own test conditions)[8], NOx emissions of the Cruze diesel vehicle are greater than (1) NOx emissions permitted under EPA standards and (2) NOx emissions of the Cruze gasoline vehicle.[9] For example, Mr Smithers claims that at high temperatures the Cruze diesel has emissions 17 times what is permitted by one EPA standard[10] and that during highway driving the Cruze diesel vehicle emits above the federal emissions standard during nearly half of miles traveled while the Cruze gasoline vehicle virtually never does so.[11]

### B. Emissions Testing

#### 1. *Principles of Reliable Emissions testing*

20. The amount of NOx created by a diesel internal combustion engine is highly variable, and can differ by multiple orders of magnitude between the minimum and maximum values at different moments.

21. By the nature of combustion, the emissions directly out of the engine tend on average to be relatively high and variable. The level of NOx directly out of the engine is highly sensitive to driving conditions and driver behavior, particularly acceleration and road grade, but also other factors such as ambient

---

3 Smithers Report, ¶10.

4 Smithers Report, ¶83-84 and ¶90-91.

5 Smithers Report, ¶30 which refers to Andersson, Jon, et. al., "On-Road and Chassis Dynamometer Evaluations of Emissions from Two Euro 6 Diesel Vehicles," SAE 2014-01-2826, October 2014.

6 Smithers Report, ¶88.

7 Smithers Report, ¶91.

8 Section III, below, discusses why Mr Smithers' own test conditions are not, in fact, representative of normal driving conditions.

9 Smithers Report, ¶¶105-132.

10 Smithers Report, ¶114.

11 Smithers Report, ¶¶108-09.

temperature, altitude, humidity, vehicle payload, tire pressures and drag-inducing external equipment such as roof-racks.

22. The prevailing technologies for reducing NOx emissions combine two elements. First, emissions out of the engine are reduced by Exhaust Gas Recirculation (EGR) where some exhaust gas is redirected back into the combustion chamber in order to reduce the temperature of combustion which is associated with NOx production. Second, 'after-treatment' cleans the emissions coming out of the engine before they are exhausted into the ambient air. The main after-treatment technologies are Lean NOx Traps (LNT) and Selective Catalytic Reduction (SCR), with the latter technology being present on the Cruze diesel tested in this case.

23. Even after the action of the in-engine NOx reduction and the post-engine after-treatment, significant variability will remain between the minimum to maximum values of NOx emitted.

24. As a consequence, the overall performance of a vehicle can only be judged fairly over an extended period of time and over a representative driving cycle or operating event, not just a small number of events where the engine is under high load.

25. This variability can be illustrated by one of the datafiles from Mr Smithers' tests ("PP_2018-12-17 06-09-35 2015 Cruze DSL MN 25_38F in twn St Paul_M01-M02_with_OBD"). The graph in Figure 1 takes a 25-minute excerpt from this file and shows the speed profile, which varies from 0 to 61 mph. Figure 2 then overlays the real-time NOx emissions that were produced from this section of driving.

26. The orange line describes the real-time speed of the vehicle, which shows the vehicle travelling initially on the highway before moving into a lower-speed city area. The blue line shows the second-by-second NOx emissions over the same trip. At steady speed, NOx emissions are often close to zero, as seen on the left side of the chart. At points of acceleration and deceleration, brief, large spikes in NOx can be observed, such as around seconds 370 and 1040.

**Figure 1**




**Figure 2**



27. The variability in the level of NOx (in grams per second) can be expressed numerically, as shown in Figure 3. The table shows how short sections of emissions data can vary significantly from the average value, illustrated using three different methods, but all demonstrating wide variability.

28. First, the 'mean' is the most common type of arithmetic average used to identify the mid-point of a range of values by summing the values and dividing by the total number of values. This is coupled with the 'standard deviation', which measures the spread of values around the mean. If the data sample were to follow a bell-curve (or 'Normal') distribution, 99% of datapoints should fall within three standard deviations either side of the mean. In other words, 99% of datapoints should lie between 0 and 0.00593 g/s, where the top end of this range for this data is almost nine times higher than the mean – a very wide range.

29. A second, alternative measure of the mid-point, is the median, which is calculated by sorting the NOx datapoints in ascending order by value and the median is the middle point in that list. 'Percentiles' are different points on that list that illustrate the spread, with the median being the 50th percentile. The 99th percentile represents a number that is greater than 99% of the readings – this is a measure of the high end of the range. The 1st percentile represents a number that is smaller than 99% of the readings. In this case, the 95th percentile is 0.00329 g/s and the 5th percentile is 0.00001 g/s. The range between these values is 0.00328 g/s, which is 18 times greater than median value. Again, this is indicative of a very wide range of data points.

30. A simple, third approach to illustrating the spread of datapoints is to take the difference between the minimum to the maximum values of NOx. The minimum was 0.00000 g/s and the maximum was 0.03002 g/s. The maximum is 44 times higher than the mean of 0.00068 g/s.

**Figure 3**

| | NOx | Speed |
|---|---|---|
| | | |
| Mean | 0.00068 | 30.6 |
| Standard deviation | 0.00175 | 22.4 |
| | | |
| Minimum | 0.00000 | 0.0 |
| Maximum | 0.03002 | 61.2 |
| | | |
| 1st percentile | 0.00000 | 0.0 |
| 5th percentile | 0.00001 | 0.0 |
| Median | 0.00018 | 26.7 |
| 95th percentile | 0.00329 | 60.8 |
| 99th percentile | 0.00915 | 61.1 |

31. Figure 4 is an illustration of the same metrics, showing visually how the NOx values vary significantly around the mid-points.

**Figure 4**




32. Recognizing this inherent variability in instantaneous NOx emissions is essential to understanding how results can be manipulated to imply certain conclusions. Specifically, it leads to the possibility of selective use of data to achieve a wide range of results. As this analysis of variability shows, peak datapoints are not necessarily representative of average NOx emissions. Therefore, if a test cycle is chosen that includes a disproportionate number of peaks, the overall NOx result will be exaggerated.

33. Against this backdrop of inherent variability, it is not surprising that regulation of NOx emissions from light-duty vehicles by government agencies in many countries takes an average over an extended driving cycle (measured in NOx per unit of distance travelled), rather than prescribing a limit to apply at all points throughout.

34. Identifying whether a vehicle model produces emissions that are below regulatory thresholds requires a notion of a standardized, extended section of relevant and representative driving. This may consist of fixed, deterministic laboratory cycles as for light-duty certification in the USA, on-road 'not to exceed' (NTE) events as defined in the heavy-duty in-service compliance testing in the USA, or more free-form on-road testing within defined 'boundary conditions' as used in some situations in Europe. Any of these

approaches avoids reliance on cycles that are arbitrary, not representative, or too short and thus subject to distortion by the high variability of real-time NOx measurements.

35. The length and nature of the driving cycle is crucial to deriving a NOx result that is representative of the performance of the vehicle. If, for example, a cycle contained a NOx spike due to a sharp acceleration, the overall result could be very high. Conversely, if the cycle were only steady-state driving, the overall result would likely be very low. Neither results would be representative of the overall performance of the vehicle. Indeed, the result from a vehicle at idle would be infinite distance-specific emissions because the vehicle would be producing emissions but never moving.

36. The Smithers Report acknowledges the reality of such variability, where it comments that: "[e]missions over very short periods of driving can often be very high … so results are averaged over longer distances so the data isn't biased toward very short-term transient events with high emissions."[12] Nevertheless, the Report only provides an apparently arbitrary 3.6-mile minimum length and omits the necessary information explicitly to validate that the results presented conform to any criteria for avoiding non-representative short trips.

37. A fair and representative test method should seek to capture a variety of real-world driving conditions, including low and high speeds, different road grades, a certain amount of idling, and different rates of acceleration and deceleration. Where free-form driving is used, it should be possible to trace the overall result back to the raw data and to characterize the dynamic and other conditions of the test, in order to check compliance with any relevant boundary conditions.

38. Even so, nowhere in the world are maximum NOx emissions prescribed in all conceivable driving conditions. At an extreme, one could imagine that a vehicle is required to remain below a regulated emissions limit for every second of its operation, in any driving or ambient condition – but that would not be realistic because, as seen above, NOx emissions are highly variable and therefore such a regulation would be so stringent to the point of practical impossibility. Mr Smithers' testimony acknowledged that "…normal road conditions doesn't mean any possible condition that a driver could potentially encounter."[13]

39. Therefore, conformity to regulations is typically judged against a drive cycle that is representative of real-world driving, but where that driving is subject to certain limitations, or 'boundaries'. The

---

12 Smithers Report, ¶98.

13 Rough transcript of Deposition of Juston Smithers ("Smithers Deposition"), 20 May 2020, p73.

existence of the boundaries makes it possible to conduct testing against defined and practical criteria. The overall emissions performance can then be considered by the emissions over the driving within those boundaries, divided by the distance travelled.

40. There is no universal definition of where the boundaries should lie in order to capture representative driving conditions and behavior.

41. The most common approach is to define a fixed cycle that is driven in controlled laboratory conditions on a chassis dynamometer, such as the US FTP-75 (further discussed below), the European New European Driving Cycle (NEDC), and the World Harmonized Light-duty Transient Cycle (WLTP). This approach has the benefit of repeatability and reproducibility when tested multiple times. However, there can also be limitations of this approach, primarily around the extent to which real-world conditions can be reproduced in the laboratory. As a result, the EU developed the Real Driving Emissions (RDE) regulation (further discussed below), which adds an on-road test in addition to the laboratory cycle, both of which must be passed to achieve certification. A third approach is used in the USA for in-service conformity testing of heavy-duty vehicles, where certain regulated 'events' are defined, which need to be produced during a road test and verified against the applicable not-to-exceed standard.

42. There are many laboratory tests in addition to those used for certification, for example the Artemis cycle, which is most often used in Europe. It is more aggressive than the NEDC or WLTP, and is generally considered to be more reflective of real-world driving than those two cycles. Alternative on-road protocols include the CWA17379 standard as employed by the AIR Alliance for its AIR Index (www.airindex.com) or the proprietary cycle underlying the EQUA Index from Emissions Analytics in Europe and the USA.

43. Laboratory emissions testing is seen as the gold standard for legal certification purposes. This is due to the high levels of repeatability – very similar results from multiple tests on the same vehicle – that can be achieved by physical control of all variables is possible on a static test bench. That high level of repeatability can allow the enforcement of legal compliance against a regulatory standard in a transparent, predictable and non-arbitrary way.

44. The limitations of laboratory testing are the corollary of its strength: because all variables can be controlled, it may not represent all the variabilities that can be experienced on the road with real-world driving. Therefore, there is a risk that NOx values measured in the laboratory will diverge from NOx emissions created in real-world driving. Regulators have developed a number of techniques to combat this risk. In Europe, a combination of a laboratory cycle and on-road testing is used, while in the US

surveillance testing is used to check any systematic variances between the laboratory cycles and real-world results.

45. On-road testing can allow for direct measurement of NOx in real-world conditions. However, as discussed above, even when using on-road testing, it is important to create a representative real-world driving cycle. Even when tests are conducted rigorously, there will still be a poorer level of repeatability than in equivalent laboratory tests. In other words, multiple tests of the same vehicle on the same on-road driving cycle can yield greater variability in NOx results than repeated cycles driven with the same vehicle in a laboratory. Consistent with this, on-road testing alone is not used for light-duty vehicle certification in the USA or Europe. In the United States, on-road testing is not used for light-duty certification at all. In Europe, where it is used in conjunction with laboratory testing, the latter is considered primary.

46. The RDE regulation started in the EU in 2017. It is now being expanded globally through a process under the United Nations Economic Commission for Europe (UNECE).[14]

47. The US takes a different approach. Certification in the US requires a wider range of laboratory tests, covering a wider range of operating conditions than in the EU. To verify that the results are in line with real-world operation, the EPA conducts post-certification surveillance tests on around 150 vehicles each year.[15] The existence of this system creates a disincentive for manipulation of laboratory testing. The EPA uses intelligence from such surveillance to update the certification methodology if required to maintain an alignment between laboratory and real-world behavior.

48. Although no regulatory protocols exist in the US for light-duty certification using PEMS equipment, such equipment is used in the US for heavy-duty conformity testing. From a technological point of view, the US approach uses essentially the same PEMS equipment for gaseous measurement as in Europe, although the exact set-ups can vary slightly. In fact, PEMS equipment was originally developed in the US in the late-1990s and essentially the same equipment was adopted by the EU for

---

[14] United Nations Economic Commission for Europe, "UNECE endorses stringent new vehicle emissions regulation," January 20, 2020; accessed 28 May 2020, available at http://www.unece.org/info/media/presscurrent-press-h/transport/2020/unece-endorses-stringent-new-vehicle-emissions-regulation/doc.html.

[15] United States Environmental Protection Agency, "Private Vehicle Testing: EPA's In-Use Vehicle Emissions Surveillance Program," available at https://www.epa.gov/ve-certification/in-use-testing, accessed 28 May 2020.

its RDE regulation. In whichever region, there is therefore a commonality in equipment and in the need for notions of representative driving cycles.

2. *PEMS Testing*

49. In order to capture accurate and precise data from PEMS equipment, it is necessary to calibrate the equipment against known concentrations – as correctly described in the Smithers Report.[16] This involves calibration at the start and end of each test using bottles of gas with known concentrations and tight tolerances. It is good practice to re-calibrate the equipment every two hours if the test runs over that length.

50. Complete calibration must be performed consistently and regularly in particular for NOx as the sensors have a susceptibility to 'drift'. This means they can lose their accuracy mid-test, most commonly as a result of variations in ambient temperature. The presence of the calibration information allows a quantification of any drift after the test and, if desired, the application of a correction for drift. This drift correction, while not the preferred method and not permitted under RDE, can achieve acceptable results.

51. If drift has occurred, it can have a significant effect on the end NOx measurements, in either direction. Therefore, it is important that test results influenced by drift are either rejected or an accurately and correctly determined drift correction is applied to obtain meaningful test results.

52. To illustrate this, consider two hypothetical examples. First, the most likely element of a PEMS system to drift is the analyzer measuring NOx concentrations, rather than the exhaust flow tube measuring total mass air flow. To take an extreme example, if at the end of the measurement exercise, it was observed that the analyzer had drifted by 100 ppm, if that drift were assumed to have happened in a linear way, spread evenly over the period of the test, and if hypothetically it is assumed that the average true concentration was 100ppm, then the calculated NOx emissions for the entirety of the drive would be exaggerated by 50%, as shown in Figure 5 below.

---

16 Smithers Report, ¶87.

**Figure 5**




53. Put differently, because the hypothetical measurement began with no drift and ended with drift of 100ppm, the average drift during testing would be 50ppm. This would inflate the average measured NOx to 0.15 g/s, 50% higher than the true NOx of 0.1 g/s.

54. An alternative hypothetical example would see the same total drift, but which occurs more quickly at the start of the test, in this case at 100 seconds, as shown in Figure 6. After that, there is no further drift. In other words, drift would inflate the NOx measurement by 0.1 g/s for the majority of the drive. In this case, calculated NOx emissions would be exaggerated by 99% because the average NOx measured with drift would be 0.198 g/s, 99% higher than the true NOx of 0.100 g/s.

**Figure 6**




55. Good functioning of the PEMS weather station – which measures ambient temperature, humidity and pressure – is important as the processing of the tailpipe data, according to the equipment specifications, requires certain calculations and adjustments based on these climatic values. If the weather station is not properly installed and positioned, the resulting emissions values may not be correct.

56. Correct installation of the equipment includes creating a leak-free connection to the tailpipe. This is particularly complex with multiple exhausts and non-standard shapes. Further, if there are any leaks upstream of the end of the tailpipe, these may not easily be identified. Such leaks may be, for example, as a result of a defect in the welding of the exhaust. If there is a leak, pollutant emissions would most likely escape before the end of the tailpipe and, therefore, compromise the accuracy of the test results. Performing a full leak check, including physical testing and inspection of the whole exhaust system, is necessary to avoid this issue.

57. Poor installation of the equipment can also include mounting the external flow tube in such a way that it can collect moisture through condensation, which would interfere with the measurements; placing the analyzer inside the vehicle such that it is subject to excessive heat or vibration; damaging or pinching tubes, cable and connectors in such a way that gas or data flows are inhibited.

58. In summary, laboratory testing delivers the most repeatable results, but by their nature laboratory driving cycles can differ in some ways from real-world experiences. PEMS testing has the capability of conducting measurements in a wider variety of environmental conditions and driving behaviors, but it is more complex to execute due to the multiple influences in the field, and may not produce repeatable observations. Therefore, a high level of skill, diligence, planning and adherence to pre-defined protocols and parameters are required to ensure high quality on-road measurements. Use of PEMS also brings the ability to selectively choose drive cycles and data to produce a pre-desired result.

3. *EPA Testing Cycles*

59. I summarize briefly for context the testing procedures used by the EPA, but the full detail and depth of those procedures is beyond the scope of this report.

60. In the US, in order to obtain regulatory certification that a vehicle meets emissions standards, manufacturers begin by submitting an application to the EPA for a group of vehicles or engines having similar design and emission characteristics.[17]

61. Emissions tested include: Total oxides of nitrogen (NOx), hydrocarbons (HC), particulate matter (PM), carbon monoxide (CO), carbon dioxide (CO2), methane (CH4), nitrous oxide (N2O), and formaldehyde (CH2O).

62. EPA certification testing takes place in a laboratory, using a chassis dynamometer.[18]

63. There are 5 different EPA test cycles, all meant to represent different driving conditions and/or capture different emissions measurements. The FTP-75 test cycle simulates an urban route characterized by frequent stops as well as cold and hot starts, the HWFET test cycle (Highway Fuel Economy Test) measures fuel economy while simultaneously sampling emissions, the US06 cycle is a supplemental cycle that simulates aggressive driving, the SC03 cycle simulates an urban trip on a hot summer day

---

17 United States Environmental Protection Agency, "Overview of Certification and Compliance for Vehicles and Engines," available at https://www.epa.gov/ve-certification/overview-certification-and-compliance-vehicles-and-engines, accessed 28 May 2020.

18 United States Environmental Protection Agency, "Technical Capabilities of the National Vehicle and Fuel Emissions Laboratory," available at https://www.epa.gov/vehicle-and-fuel-emissions-testing/technical-capabilities-national-vehicle-and-fuel-emissions, accessed 28 May 2020.

with the air conditioner engaged, and the cold test simulates driving on a cold day using the FTP-75 cycle.[19]

64. The Cruze vehicles were certified under this procedure.[20] While certification was entirely in the laboratory, the Smithers Report relies for its conclusions on results that are based on on-road testing. Therefore, as Mr Smithers' measurements were taken in circumstances and with driving behavior different from the certification tests, in my opinion his results cannot directly show non-compliance.

## III. MR SMITHERS' MEASUREMENTS AND RESULTS ARE NOT RELIABLE

### A. Mr Smithers Omits Portions of his Raw Test Data

65. The Smithers Report sets out results from 278 city and 403 highway 'test segments' on the Cruze diesel vehicle, in paragraphs 105 and 108 respectively. The raw data from which these test segments are said to be derived was provided in the form of 64 raw data electronic files.

66. I have been able to estimate the amount of raw data excluded. There is a mismatch between the size of raw datafiles and results in the report. The total data (in SAMPLE mode) across the diesel files is 191.8 hours, compared to 183.2 hours reported in the Smithers Report. Therefore, there are 8.6 hours (5% of the total data) not contained in the report.

67. When testing is conducted for certification to governmental authorities, such editing of data is not permitted. For example, under the EU's RDE regulation, no editing or manipulation of the data file is permitted, to avoid compromise of the data. For example, the following extract from COMMISSION REGULATION (EU) 2016/427 of 10 March 2016 details that all the test rows must be reported, and this format has in effect become best practice for handling PEMS data: "Data shall be exchanged between the measurement systems and the data evaluation software by means of a standardized reporting file that contains a minimum set of mandatory and optional parameters. The data exchange file shall be structured as follows: The first 195 lines shall be reserved for a header that provides specific

---

19 United States Environmental Protection Agency, "All EPA Emissions Standards," available at https://www.epa.gov/emission-standards-reference-guide/epa-emission-standards-light-duty-vehicles-and-trucks-and, accessed 28 May 2020.

20 United States Environmental Protection Agency, "Certified Vehicle Models (Model Years: 2014 – Present)," available at https://www.epa.gov/sites/production/files/2020-01/light-duty-vehicle-models-2014-present.xlsx, accessed 28 May 2020.

information about, e.g. the test conditions, the identity and calibration of the PEMS equipment (Table 1). Lines 198-200 shall contain the labels and units of parameters. Lines 201 and all consecutive data lines shall comprise the body of the data exchange file and report parameter values (Table 2). The body of the data exchange file shall contain at least as many data lines as the test duration in seconds multiplied by the recording frequency in Hertz."[21]

68. In addition, it appears that data was removed from the raw datafiles, such that the missing 8.6 hours described above is an understatement of the total amount of data that Mr Smithers collected but did not include in his Report. By comparing the start and end time stamps of each file and comparing them to the number of data rows, it is possible to get a measure of whether any data has been removed. In this respect, there are nine instances of note, which total 4,386 data rows, as shown in Figure 7 below. Also shown in the table is the number of 'missing rows' as a proportion of the total number of rows, and the time stamp location of where rows have been omitted.

**Figure 7**

| Filename | Proportion of file | Number of rows | Time of discontinuity |
|---|---|---|---|
| | | | |
| PP_2018-08-21 15-55-58 Chevy Cruze 2015 Intl Blvd_M1-M4(w obd) | 4.3% | 403 | 01:26:44.100 |
| PP_2018-08-23 15-27-01 Chevy Cruze 2015 South 5 to RF_M1-M4 With_OBD | 4.3% | 467 | 01:22:06.842 |
| PP_2018-08-28 15-50-15 2015 Cruze Manteca to RF_M1-M4(w obd) | 5.3% | 355 | 00:33:21.384 |
| PP_2018-09-04 15-14-16 2015 Cruze hot Manteca in twn and back to RF_M1-M4_wti_OBD | 4.7% | 511 | 01:09:35.728 |
| PP_2018-09-06 14-10-00 2015 Cruze Manteca in twn and back RF_M1-M4_With_OBD | 3.7% | 499 | 00:50:01.210 |
| PP_2018-09-12 13-38-50 2015 Cruze in twn Oakland_M1-M4_with_OBD_and_MeasTemps | 6.2% | 584 | 23:17:34.539 |
| PP_2018-10-01 10-07-02 2015 Cruze Oakland 3 mi restarts SnG_M1-M4_with_OBD | 5.9% | 810 | 21:29:18.224 |
| PP_2018-10-04 13-32-22 2015 Cruze South I5 to RF 70 mph cc_M1-M4_with_OBD | 2.9% | 267 | 22:57:25.998 |
| PP_2018-11-29 11-21-05 2015 Cruze DSL in twn Oakland_M1-M6_with_OBD | 6.0% | 490 | 23:17:34.539 |

69. Although Mr Smithers did not provide extensive data about the odometer readings on different dates, I have identified gaps in odometer readings that suggest the vehicle was driven for significant distances with no corresponding test data provided. In particular, I have seen odometer readings for 20 May 2016 (16,863) and 28 March 2018 (20,114), which is additional mileage of 3,251. Over the same period, the number of miles showing in test data is 1,306. Therefore, there are 1,945 miles (60%) unaccounted for from this time period.

70. There is also a seeming contradiction in Mr Smithers' deposition testimony between his description of the initial testing performed using AVL equipment – the data from which was not used due to it not

[21] Commission Regulation (EU) 2016/427 of 10 March 2016, Appendix 8 "Data exchange and reporting requirements," Section 3.2, "Data Exchange."

passing quality control[22] – and a later statement that "…every segment that was driven on this vehicle and tested with PEMS is included in the analysis."[23]

71. Mr Smithers' data was made even more difficult to assess and less transparent because there were eight datafiles – shown in Figure 8 – where the date stamps were inconsistent with the other files.[24] It appears that actual European dates from the equipment configuration have been incorrectly read into the US date format (MMDDYYYY) for these files, rather than correctly being read into the European format that was used in all other files (DDMMYYYY). Moreover, the column labelling is in the US format despite the dates actually being presented in the European format. Therefore, strictly, the dates are incorrect (for example, with a 4 September date incorrectly showing as 9 April due to the reversing of the day and month), although it is possible to recognize the error in the context of the other datafiles and the filenames. The filenames, however, potentially add to the uncertainty as they are in the YYYYMMDD format. Overall, this raises the concern of where else there may be errors in the configuration of the equipment or the data processing software that have not been identified.

**Figure 8**

| Filename |
|---|
| |
| PP_2018-09-04 11-34-13 2015 Cruze hot RF to Manteca with I5_M1-M4_With_OBD_and_MeasTemps |
| PP_2018-09-04 15-14-16 2015 Cruze hot Manteca in twn and back to RF_M1-M4_wti_OBD |
| PP_2018-09-04 18-47-18 I5 Hot HWY Temps and In town Manteca_M1-M3 |
| PP_2018-09-06 11-39-09 2015 Cruze RF to Manteca_M1-M4_With_OBD_and_MeasTemps |
| PP_2018-09-06 14-10-00 2015 Cruze Manteca in twn and back RF_M1-M4_With_OBD |
| PP_2018-09-07 12-26-09 Drive out to Ryer Island for FTP HWFET and SCO3 hot start tests_M01-M02 (w obd) |
| PP_2018-09-07 15-27-58 SCO3 final_M01-M02(w obd) |
| PP_2018-09-12 13-38-50 2015 Cruze in twn Oakland_M1-M4_with_OBD_and_MeasTemps |

### B. Mr Smithers Failed to Follow any Pre-established or Defined Test Protocol

72. There is no clear test protocol used by Mr Smithers and, therefore, it is impossible to verify whether Mr Smithers conducted tests for which no results are presented at all. It is also impossible to know whether the vehicle was driven according to instructions, or if specific instructions were given or followed in all cases. While a standard operating procedure appears to have been used for installation,

---

[22] See Smithers Deposition, 20 May 2020, p151. All Smithers Deposition references are to the initial 'rough' versions of the transcript, as the final version was not available to me at the time of filing this report.

[23] Smithers Deposition, 21 May 2020, p57.

[24] This is an allied problem to Mr Smithers' deposition testimony that "there was a problem with the time zone that the PEMS software would stamp into the test file." Smithers Deposition, 20 May 2020, pp164-165.

operation, maintenance and calibration of the PEMS equipment, this did not extend to the drive cycle used.

73. The absence of a test protocol leads to significant variability in the dynamic conditions of each test segment (or trip) presented in the Smithers Report. Nevertheless, the Report attempts to show the effects of certain conditions, such as ambient temperature and road grade, on emissions.

74. As discussed above, different dynamic conditions are highly relevant to the overall NOx result, as the production of NOx is highly sensitive to the vehicle operation, and the difference between high and low values can be multiple orders of magnitude.

75. As further discussed above, this variability means that the choice of the length of trips can also bias the reported NOx result.

76. The Smithers Report itself acknowledges this issue (at paragraph 98), where it comments that: "[e]missions over very short periods of driving can often be very high … so results are averaged over longer distances so the data isn't biased toward very short-term transient events with high emissions."

77. Nevertheless, the Smithers Report neither provides a benchmark for a sufficient minimum distance or duration, nor the necessary information to validate that the results presented conform to such criteria. Mr Smithers also acknowledged at his deposition that "normal driving conditions" are "…fairly open to interpretation."[25]

78. Although there is no universal standard for these benchmarks, various standardized methodologies do have such benchmarks, which have become established best practice. Under the EU's RDE regulation there are a number of minima and maxima that apply to the duration or distance of the urban, rural and motorway parts of the test, as well as overall. The total test can be no more than 120 minutes in duration, with a target composition of 34% urban, 33% rural and 33% motorway.[26] For each of those percentages there is a tolerance of plus or minus 10% in order to achieve a valid RDE test result.

79. The testing shown in the Smithers Report appears to have a variable test procedure, yet does not disclose what it is, which creates the potential for bias.

---

[25] Smithers Deposition, 20 May 2020, pp72-73.

[26] See, for example, Commission Regulation (EU) 2016/247 of 10 March 2016, Annex, Section 6 "Trip Requirements." I also note that under the RDE regulation, the urban portion may not comprise less than 29% of the total trip.

80. In Mr Smithers' deposition, he acknowledges that he believed that the test driver was given instructions on how to drive verbally rather than on the basis of a written test protocol – "I believe we discussed what we wanted to do and he ran it."[27] This reinforces the likelihood that the test procedure was variable, which is further supported by his affirmative answer to the question, "…did you give him instructions prior to each test drive?"[28] He went on further to say that the specific instructions were not written down after being given.[29] The risk of bias is significantly greater as a result of this process.

81. The risk of introducing bias, I believe, was not fully appreciated or was ignored. To the question in his deposition, "And you ran it any way just to see if there was something interesting?" Mr Smithers replied, "Correct a lot of what you're doing … is detective work you're trying to understand how the system behaves. So if you run the system in unexpected conditions sometimes you get unexpected results and it gives you an additional clue into what's going on with a vehicle."[30] This approach risks significant selection bias. In other words, high emissions events would have been of particular interest to Mr Smithers, which may well have led to skewing further test requests to elicit more high emissions events. As Mr Smithers said later in his deposition, "The instruction to them [the drivers] was here are the average speeds and the types of accelerations we are trying to hit and go out with the PEMS testing and run the tests."[31]

### C. Mr Smithers Inappropriately Manipulated his Test Data

82. Depending on how a data file is split into trips and analyzed, a wide range of NOx results can be produced from the same source data.

83. The Smithers Report presents the results from his 278 city and 403 highway 'test segments', which are also referred to here as 'trips', for the purposes of his Figures 9-1, 9-3 and 9-6. Mr Smithers extracted these trips from the 64 raw datafiles, typically extracting multiple trips from each file. As no set test procedure was followed, the trips extracted were highly variable in duration. The city trips vary from

---

27 Smithers Deposition, 20 May 2020, p159.
28 Smithers Deposition, 20 May 2020, p163.
29 Smithers Deposition, 20 May 2020, p163.
30 Smithers Deposition, 20 May 2020, p183.
31 Smithers Deposition, 21 May 2020, p25.

2 to 57 minutes in length; the highways trips vary from 1 to 50 minutes.[32] The average city trip duration is 17 minutes; for highway trips it is 15 minutes.

84. Further, for the purposes of his Figures 9-7 and 9-9, only a subset of the trips was used, which were of at least 3.6 miles in length, with road grade between -0.3% and 0.3% inclusive. These constraints are potentially arbitrary, and can affect the data sample then used for these charts. The result is that the number of city trips is reduced to 115 (41% of the original total), varying from 6 to 42 minutes in length, while the highway trips are reduced to 137 (34% of the original total), varying from 5 to 50 minutes in length. The average city trip duration is 26 minutes; for highway trips it is 24 minutes.

85. Figure 9, below, illustrates the potential for variability in the length of trips to affect the emissions result. I analyzed one, randomly selected, of the datafiles Mr Smithers provided (PP_2018-12-17 06-09-35 2015 Cruze DSL MN 25_38F in twn St Paul_M01-M02_with_OBD), which has 22,376 seconds of sample data (6.2 hours).

86. If this datafile is split into sequential, non-overlapping trip windows of different lengths, it is possible to see the variability in results that can arise. The entire datafile had 22,376 seconds of data. One could, therefore, split the files into 22,376 distinct 'trips' of one second each. The measured NOx across these windows would have a median (50th percentile) measurement of 0.00024 g/s. Alternatively, one could apply a 10-second window (resulting in 2,237 trips), or windows of 30 seconds, 1 minute, 5 minutes, 10 minutes, and 30 minutes. I performed such splits and calculated the median, and 1st, 5th, 95th and 99th percentiles, as shown in Figure 9 below.

32 Mr Smithers testified that his report does not disclose a methodology for determining when his segments begin and end, and indeed, he has no written methodology because this was "intuitive" to him. Smithers Deposition, pp54-56.

**Figure 9**




87. Figure 10 below shows the data underlying Figure 9, and adds the percentage differences on each measurement between the five and 30 minute window sizes. This shows that, for example, the 95th percentile value is 60% lower if the window is 30 minutes compared to 5 minutes.

**Figure 10**

| NOx (g/s) | 1 second | 10 second | 30 second | 1 minute | 5 minutes | 10 minutes | 30 minutes | 30 vs 5 mins |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 1% Percentile | 0.00000 | 0.00001 | 0.00001 | 0.00004 | 0.00064 | 0.00038 | 0.00084 | 30% |
| 5% Percentile | 0.00002 | 0.00003 | 0.00006 | 0.00014 | 0.00083 | 0.00061 | 0.00085 | 2% |
| Median | 0.00024 | 0.00041 | 0.00076 | 0.00095 | 0.00202 | 0.00122 | 0.00127 | -37% |
| 95% Percentile | 0.00618 | 0.00574 | 0.00433 | 0.00363 | 0.00410 | 0.00250 | 0.00164 | -60% |
| 99% Percentile | 0.01835 | 0.01242 | 0.00848 | 0.00719 | 0.00526 | 0.00382 | 0.00167 | -68% |
| | | | | | | | | |
| 5%-95% range | 0.00616 | 0.00571 | 0.00427 | 0.00349 | 0.00327 | 0.00189 | 0.00079 | -76% |

88. As the Smithers Report uses trips with lengths from 1 minute to 57 minutes, this demonstrates that the results presented may reflect more the selection of trip lengths rather than the inherent emissions performance of the vehicle.

89. Figure 11 takes Figure 9-7 from the Smithers Report and overlays the results from the raw datafiles provided. The datapoints in the upper oval are the trips (or 'test segments') as presented in the report.

These datapoints are extracted from the raw datafiles provided. The lower oval represents the results from the overall datafiles – that is, without splitting them into smaller trips – which were not shown in the report, and is overlaid on the original chart. The individual datapoints are not marked, but they lie within this lower, darker oval. It is possible to derive the much higher values that Mr Smithers used through nothing more than the selective choice of shorter trips from within the overall datafiles. In doing so, the apparent level of emissions is much higher, even though those trips may have been selectively short and not representative of a fuller driving cycle.

**Figure 11**




90. In short, through biased trip selection, it is possible to create almost any result.

## IV. MR SMITHERS USED AGGRESSIVE DRIVING STYLES AND CONDITIONS, APPARENTLY TO GENERATE HIGH EMISSIONS RESULTS

91. In preparing this report, I also analyzed the 64 of Mr Smithers' raw datafiles as a whole, rather than as he split them into a larger number of trips. Going back to the raw data reduced the instances where data may have been omitted, and it reduced the strong bias created by the variable trip selection. This does not completely remove bias, as each entire file still reflects the instructions from Mr Smithers to cover certain behaviors of interest. But it allows the test conditions, dynamicity and resulting emissions to be compared to the regulated limits in a more meaningful way.

92. The divergent nature of even the full raw files is consistent with a process of experimentation in creating test cycles, potentially creating a bias towards certain types of events intended to generate elevated emissions. The Levchenko report purports to set out how the Cruze ECU was effectively reverse-engineered. Such reverse-engineering raises the possibility of understanding the key algorithms and control strategies in the after-treatment system. If this were achieved, it offers the potential capability to devise test cycles that trigger the control strategies in such a way that leads to elevated emissions results.

93. The Cruze was certified by the EPA consistent with the requirements of its regulations. The EPA's protocol for certification testing is made up of several test cycles including the FTP-75 test described in the Smithers Report, and the more challenging cycles (including US06, SC03) that make up the Supplemental FTP (SFTP) procedure. While certification was entirely in the laboratory, Mr Smithers bases his conclusions entirely on on-road testing using PEMS. Therefore, because Mr Smithers' measurements were taken in circumstances and with procedures fundamentally different from the certification tests, his results could not directly show any non-compliance merely because Mr Smithers observed higher NOx emissions in conditions different from those that arise during the defined conditions of certification tests.

94. In order to assess Mr Smithers' data and his conclusions based on that data, it is nevertheless necessary to propose a reasonable concept of real-world driving. The Smithers Report does consider driving dynamics to a limited extent, but chooses an inappropriate measure that underestimates dynamicity and rather downplays the importance of dynamics by making broad comments about "…conservative, soft accelerations,"[33] and instead the report focuses on the effect of ambient temperature and road gradient.

---

33 Smithers Report, ¶97.

95. Nevertheless, it is possible to assess Mr Smithers' analysis and conclusions by analyzing the driving dynamics he uses in detail, based on the whole data files provided.

## A. Mr Smithers Driving was Aggressive in Multiple Ways

### 1. *Aggressiveness of Driving Style*

96. Relative Positive Acceleration (RPA) is used in the Smithers Report (for example at paragraph 99) to quantify the aggressiveness of the driving style. It is a measure of the weighted average acceleration rate across a trip. As it is a weighted average, it tends to underestimate the aggressiveness of the trip, by 'disguising' any peaks in acceleration. This is particularly important as high NOx emissions tend to be associated strongly with acceleration peaks, as discussed above.

97. Rather than using RPA alone, a measure called 'v*a_pos@95' would have been more appropriate. This is a measure more sensitive to the peaks of acceleration. It is calculated at the 95th percentile of the products of instantaneous speed and positive acceleration. This metric has become established and commonly used in the field following its first promulgation in the 2nd RDE Act in the EU, EC/2016/646, in October 2015.

98. As shown earlier, light-duty vehicles are driven in a transient fashion, and it is at the peaks of acceleration (and engine load more generally) that the peaks of NOx are often seen. Therefore, the suitable metric for describing speed and acceleration needs to capture the peaks. If only a metric of averages is used, it will likely underestimate how dynamic the driving is, yet still be measuring the NOx created at the peaks. Therefore, the NOx emissions will appear high for relatively low dynamicity. This is what the Smithers Report tries to argue: that NOx emissions are excessive under normal driving. In fact, the use of RPA disguises the fact that his driving was generally more dynamic than normal.

99. In order to illustrate this, it is possible to consider two different drive cycles with the same RPA value (and same average speed) but with significantly different levels of aggressiveness, as captured by the v*a_pos@95 measure. Consider the drive cycle depicted in Figure 12 below. For clarity, this does not come from Mr Smithers' data, but is generic data used for illustrative purposes. The RPA is 0.179, average speed is 15.4 mph and the v*a_pos@95 is 8.491. This cycle could be described as moderately dynamic.

**Figure 12**




100. Compare this drive cycle to the alternative shown below in Figure 13. Rather than a moderately dynamic cycle, there are repeated sharp accelerations interspersed with steady-state driving. The RPA is still 0.179 and the average speed is still 15.4 mpg. Therefore, if just these two metrics were used to characterize the cycles, it would be concluded that they were the same. However, the second chart includes a number of more aggressive driving events that the first. As a result, the v*a_pos@95 in the second case is 15.601, or 84% greater. This is relevant for emissions, as NOx is formed disproportionately under high engine loads, and therefore it is my opinion that the second case would generate higher NOx emissions, even though Mr Smithers' chosen metric for aggressiveness would portray these as equally aggressive.

**Figure 13**




101. The EU RDE regulation sets boundaries based on both RPA and v*a_pos@95.

102. Had Mr Smithers used this more appropriate metric, it would be clear that he did not make "…every attempt [...] to drive the vehicle with conservative, soft accelerations" in many cases, as he claims (at paragraph 97). The v*a_pos@95 on Mr Smithers' city drives, averaged across the whole raw datafiles provided, was 15.4 $m^2s^{-3}$, 26% higher than the equivalent value on the FTP-75 certification cycle. The v*a_pos@95 on Mr Smithers highway drives, averaged across the whole raw data file provided, was 16.7 $m^2s^{-3}$, 80% higher than the equivalent value on the HWFET cycle of 9.3 $m^2s^{-3}$, although 40% lower than on the US06 cycle of 28.0 $m^2s^{-3}$.

103. Therefore, both Mr Smithers' city and highway tests were significantly more aggressive than both the FTP-75 and HWFET cycles, which would very likely lead to higher NOx emissions.

2. *Trip Length and Driving Speeds*

104. The city trip lengths presented in the Smithers Report average 17 minutes, 46% shorter than the FTP-75 certification cycle. The speeds of the city trips presented in the Smithers Report average 25 mph, 18% higher than on the FTP-75 certification cycle.

105. The highway trip lengths presented in the Smithers Report average 15 minutes, 71% shorter than the combination of the FTP-75, US06 and SC03 cycles required for the SFTP. The speeds of the highway trips average 61 mph, which is 26% higher than the HWFET cycle, and 26% higher than on the US06 cycle.

106. In 38 of the 64 (59%) datafiles the maximum instantaneous speed was above the California and Minnesota highway speed limits of 70 mph.[34] Of these 38 files, the average maximum speed was 76 mph, 9% above those speed limits. In relation to the higher speed limit in Arizona of 75 mph,[35] 17 of the 64 files (27%) exceeded this, with an average of 81 mph – 8% above. This average maximum speed was 59% higher than the average overall speed on these trips, and almost four times higher than the average speed on the FTP-75 cycle. This further demonstrates that the driving style tended towards being high load and aggressive.

3. *Road Grades*

107. There is no benchmark for road grades from the official US cycles as they have no gradients as they are conducted in the laboratory. However, the European RDE regulation does specify limits to

---

34 California Vehicle Code, Section 22356; Minnesota Statutes, Section 169.14.

35 Arizona Revised Statutes Title 28, Section 28-701 - 703.

gradients for its on-road tests: cumulative positive altitude gain of no more than 1200 meters per 100km. The road grades in Mr Smithers' data are in most cases within these boundaries. Two of the files have values significantly in excess of this threshold: "PP_2018-08-30 11-28-37 Extreme Driving Hills and Heavy Accel_M01-M02(w obd)" and "PP_2018-08-30 15-02-29 Hill Driving 2 Marin Ave Grizzly Peak_M01-M02(w obd)," and Mr Smithers testified that his work did not exclude tests with steep road grades.[36] On average these files are more than three times this gradient boundary and, therefore, any associated elevated emissions should not, in my opinion, be considered evidence of non-compliance in normal driving conditions or even representative of average real-world driving conditions.

4. *Ambient Temperature*

108. Ambient temperature is a further important boundary condition. Again, it cannot be considered reasonable that a vehicle must have emissions below the limit at any temperature. The FTP-75 and US06 certification cycles are conducted between 68 and 86 degrees Fahrenheit, while the air conditioning SC03 cycle is at 95 degrees and the cold FTP is at 20 degrees. Therefore, a reasonable envelope may be 20 to 95 degrees, although even within this window it is likely that engineering needs may require the vehicle's systems to operate differently at different temperatures.

109. The boundary condition on European RDE testing is the equivalent of 32 to 86 degrees Fahrenheit. There are further 'extended' boundaries: 19 to 95 degrees. In the latter case, the emissions results may be scaled down by a fixed factor so, in reality, these boundaries do not have full force.

110. As quoted in the Smithers Report (paragraph 255), EPA guidance is that NOx emissions should be controlled at 100 degrees Fahrenheit, as these are common conditions in certain places during the year. This is slightly more stringent than the upper boundary of the 'extended' European RDE conditions.

111. Overall, in my opinion it is reasonable that any approximation to typical real-world driving should fall within an envelope of around 20 to 100 degrees Fahrenheit, which is consistent with conditions considered by regulators in the USA and Europe. Both regions cover geographical regions with temperatures that span this whole range, but relatively few days outside. It may well be that, even within this range, the extremes reflect temperatures that only occur occasionally and thus are less representative of 'typical' driving conditions.

112. Three of the datafiles provided ("PP_2016-06-08 15-45-32 cruze victorville stop and go_M1-M3", "PP_2018-09-19 18-17-47 Palm Springs Town Driving_M1-M3(w obd)" and "PP_2018-09-20 13-04-

---

[36] Smithers Deposition, 21 May 2020, p96.

31 Palm Springs Experimentation 1_M01-M02(w obd)") show high NOx emissions and have high but not completely atypical average ambient temperatures (97, 92 and 98 degrees Fahrenheit respectively). However, these three files also have driving conditions outside the dynamic boundaries considered above and, consequently, it has not been shown that it is temperature that is the prime cause of these elevated emissions.

113. If we consider only the datafiles that lie within both the temperature and dynamic boundaries proposed here, the average NOx emissions are 148 mg/mile – approximately twice the FTP-75 limit, which is much lower than the extremes represented in the Smithers Report. Nevertheless, the dynamics are more aggressive in the datafiles than on the FTP-75 and, therefore, it is not the appropriate certification reference – this is discussed in the last section.

114. In summary, many of the datafiles have dynamics and ambient conditions that lie outside boundaries that could reasonably describe typical real-world conditions. It appears that analyses in the Smithers Report of emissions against temperature and gradient variables are confounded by differences in driving dynamics – hence the variation in results for similar temperatures or gradients – and biases by cherry-picking of data.

**B. Claimed causes of high-emitting events are invalid**

115. The Smithers Report puts forward analysis that purports to show a link between factors such as temperature and road grade, and high NOx emissions.

116. This argument is supported by the graphs in the Smithers Report which show that, even at high or low temperatures, the NOx is sometimes high and sometimes low. This is consistent with another variable often affecting NOx apart from temperature: driver aggressiveness, which is ignored by Mr Smithers in drawing his conclusions. This emphasizes the limitations in using RPA as the aggressiveness metric, and why v*a_pos@95 would have been more suitable.

117. This means that high NOx that is ascribed to high ambient temperature may in fact be caused by a coincident high driving aggressiveness. The Smithers Report does not delineate or attempt to analyze this simultaneous effect. Therefore, it is not possible to draw the conclusions that Mr Smithers does.

118. Looking in more detail at the patterns in temperature, it highlights a relationship between the temperature and the level of driver aggressiveness, as shown in Figure 14 below. Temperature is on the horizontal axis and aggressiveness on the vertical. Blue points represent city driving, and orange highway driving. The horizontal line represents the equivalent upper RDE boundary.

**Figure 14**




119. The linear regression between temperature and aggressiveness (which is represented by the dotted best-fit line, with correlation coefficient ($r^2$) that rates the strength of fit on a scale from 0 to 1, with 1 being a perfect fit) suggests that tests were driven more aggressively at higher temperatures. There is no practical reason why this should be so. Therefore, it suggests that these cycles may have been deliberately driven more aggressively to exaggerate a relationship between temperature and NOx emissions.

120. This would also explain why, in Figure 9-7 in the Smithers Report, for example, at the high temperature NOx is high for some trips, but also remains low for others. This phenomenon indicates that it is driver aggressiveness which is acting as a confounding effect.

121. In addition to the positive correlation between temperature and aggressiveness, the graph illustrates how in some cases the level of aggressiveness exceeded the upper RDE boundary – where a datapoint is above the equivalent horizontal line.

122. A further way to visualize this is to plot NOx emissions (on the vertical) against ambient temperature (on the horizontal) as in Figure 15 below. The size of the bubble represents the level of driver aggressiveness. This shows a clear bias towards more aggressive driving at higher temperatures

(as the bubbles are larger on the right side of the figure). Whether deliberate or not, the consequence is that the elevated NOx emissions at higher temperatures may be explained by this rather than other factors.

**Figure 15**




### C. Mr Smithers Compares his Results to Inappropriate Certification Limits

123. Mr Smithers opines that under "normal driving conditions," emissions (i.e., NOx) of the Cruze diesel vehicle are greater than EPA standards. As discussed above, the driving conditions Mr Smithers used for testing are not representative of normal conditions. Additionally, Mr Smithers' claim that the Cruze diesel's emissions are greater than EPA standards is based on comparison to inappropriate certification limits.

124. The Cruze was certified to the light-duty passenger car limit under Tier 2 Bin 5, equivalent to 70 mg/mile at full useful life, judged over the FTP-75 test cycle, as described above, 90 mg/mile on the highway HWFET test cycle, as well as the Supplemental FTP standard discussed later.

125. Based on what can be determined from Mr Smithers' raw datafiles, his test drives were more aggressive than the FTP-75. Figure 16 illustrates how all but two of Mr Smithers' tests are above FTP-75 in aggressiveness, and 19% of the tests are in excess of the RDE upper dynamic boundary.

**Figure 16**




126. The graph plots the value for v*a_pos@95 on the horizontal axis against the average NOx emissions from each datafile representing city driving – defined as having an average speed up to 40 mph. The FTP-75 has a v*a_pos@95 of 12.2, whereas the datafile values range from 10.0 to 24.4 $m^2s^{-3}$. For comparison the average maximum boundary under RDE is 17.9.

127. As a result, comparing to the FTP-75 70 mg/mile limit is an unfairly stringent comparator, given the actual, more aggressive driving dynamics used for Mr Smithers' tests. The US regulations acknowledge this, with a higher limit applied when testing cars in more challenging ways.

128. Under the 'Supplemental FTP' standard, emissions averages across the FTP-75, US06 and SC03 (weighted 0.35, 0.28 and 0.37 respectively) cycles are judged against such a higher limit. In the case of the Cruze, the relevant limit was 648 mg/mile at full useful life. This limit combined NOx and non-methane organic gases (NMOG), but the latter can be considered small for this type of vehicle.

129. If the same weighted average is applied to the v*a_pos@95 values from the three EPA cycles, the resulting value is 18.3 $m^2s^{-3}$ for the SFTP standard. As the average of Mr Smithers' tests, at 15.7 $m^2s^{-3}$, is well above the aggressiveness of the FTP-75 cycle, the SFTP limit is a more appropriate benchmark than the FTP-75 limit.

130. Overall, the 'problem zone' is where the NOx is above either the FTP-75 certification limit for low aggressiveness driving, a linear line between FTP-75 and SFTP for intermediate aggressiveness, and the upper limit of the RDE boundary. In other words, it is necessary to infer the appropriate limit against which the Cruze should be judged according to the aggressiveness of Mr Smithers test cycle, which is done by a form of averaging of the FTP-75 and SFTP. There are three tests out of 26 (12%) that fall in this zone, all of which are highly marginal, and which correlate with either very low or high temperatures.

131. Of the three datapoints in this zone, one was a test conducted in hot temperatures around 97 degrees Fahrenheit and two were tests conducted at low temperatures, 22 and 18 degrees Fahrenheit respectively. All these are either outside or close to the margins of the temperature envelope that I described above that, in my opinion, defines the outer boundaries of representative real-world driving conditions.

132. Figure 9-1 in the Smithers Report reports 17.4% of vehicle miles travelled had emissions below the FTP-75 standard. If we were to correct Figure 9-1 to use this more appropriate threshold (i.e. the combination of benchmarks that defines the boundary of the problem zone), we would see at least 96% of vehicle miles traveled had emissions below the appropriate standard.

133. Applying a similar approach to the highway driving results, defined as datafiles showing an average speed in excess of 40 mph, the analysis can be seen in the graph below, Figure 17.

**Figure 17**




134. The average v*a_pos@95 values from Mr Smithers' tests is 16.7 $m^2s^{-3}$, again quite close to the weighted average of the SFTP value of 18.3. The average RDE upper dynamic boundary for these tests is 22.5, with 5% of Mr Smithers' tests exceeding that threshold. This further illustrates that Mr Smithers' tests should more appropriately be judged by the higher SFTP limit, if any. In this case, a large proportion of the tests falls below the limit.

135. Overall, the 'problem zone' is where the NOx is above either the HWFET certification limit for low aggressiveness driving, a linear line between HWFET and SFTP for intermediate aggressiveness, and the upper limit of the RDE boundary. In other words, it is necessary to infer the appropriate limit against which the Cruze should be judged according to the aggressiveness of Mr Smithers' test cycle, which is done by averaging of the HWFET and SFTP. There are four cases out of 38 (11%) that fall in this zone, two of which are highly marginal, and the other two correlate with very low temperatures. Both these very low temperatures are outside the 'extended' RDE temperature boundaries as well as the envelope that I described above.

136. Figure 9-4 in the Smithers Report reports 52.7% of vehicle miles travelled had emissions below the HWFET standard. If we were to correct Figure 9-4 to use this more appropriate threshold (i.e. the

combination of benchmarks that defines the boundary of the problem zone), we would see at least 88% of vehicle miles traveled had emissions below the appropriate standard.

## V. MR SMITHERS' RAW DATA ARE CONSISTENT WITH A FAILURE TO PROPERLY USE HIS TESTING EQUIPMENT, WHICH COULD LEAD TO OVERSTATED EMISSIONS MEASUREMENTS

137. Mr Smithers' opinion is that PEMS testing is a reliable measurement technique. He asserted in his deposition that "…I don't believe PEMS testing has uncertainty."[37] It is true that reliable emissions can be gathered through the use of PEMS, if the equipment is set-up, calibrated, used and maintained according to manufacturer specification, and good practice is used in the choice of test methodologies. However, even if this is done, PEMS testing is not reproducible to the same extent as a chassis dynamometer test, and the uncertainties need to be properly acknowledged and quantified in order to create robust analysis of the data.

138. As PEMS equipment is less complex to operate than a chassis dynamometer, this has led to a larger number of practitioners of PEMS testing, and it is relatively easy to produce data using PEMS. This is why it is important to have transparency around equipment operation and test methodology in order to be confident that the data produced is accurate (within known margins of error).

139. The inspection of Mr Smithers' PEMS equipment was conducted on 20 February 2020. A material issue was identified with the reliability of the equipment. The maintenance logs indicate, in my opinion, an unusually high number of failures of the non-dispersive ultra-violet (NDUV) sensor that is responsible for measuring the NOx emissions, which may suggest some wider issue with the equipment. The failure rate was approximately once per year. In my experience, this type of sensor fails on average around once every two years, or approximately half as frequently as Mr Smithers' equipment failed.

140. Some of the datafiles disclosed are missing calibration values, which means it is impossible to verify whether the equipment was in fact properly calibrated for those tests. For eight of the 64 raw datafiles analyzed – all from tests in 2016 – the calibration values were partially missing.

141. Figure 18 below illustrates how a properly constructed raw datafile should look like. The 'SAMPLE' data should be sandwiched between 'CALIBRATION' rows at the start of the test and

---

[37] Smithers Deposition, 21 May 2020, p20.

matching 'CALIBRATION' rows at the end. In each of the eight files, one of these calibration phases was missing.

142. The presence of the calibration information is essential to assess whether any measurement drift has occurred, the importance of which was discussed earlier in this report.

**Figure 18**

A quality data file will have an uninterrupted time series (column AB) and will have the live 'SAMPLE' data (column AC) sandwiched between 'CALIBRATION' data. By calibration before and after live testing it is possible to quantify – and potentially adjust for – analyser drift.

PP_2016-05-27 20-57-42 Ojai S Clarita_M01-M02.xlsx - Excel

| | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 5/28/16 | 03:59:31.751 | CALIBRATI | 0.068 | 0.0026 | -0.4 | -11.9 | 20.15 | 0 | n/a | n/a | |
| 75 | 5/28/16 | 03:59:32.751 | CALIBRATI | 0.068 | 0.0024 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 76 | 5/28/16 | 03:59:33.751 | CALIBRATI | 0.061 | 0.0023 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 77 | 5/28/16 | 03:59:34.751 | CALIBRATI | 0.057 | 0.0026 | -0.4 | -11.9 | 20.15 | 0 | n/a | n/a | |
| 78 | 5/28/16 | 03:59:35.751 | CALIBRATI | 0.055 | 0.003 | -0.4 | -11.9 | 20.15 | 0 | n/a | n/a | |
| 79 | 5/28/16 | 03:59:36.751 | CALIBRATI | 0.051 | 0.0035 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 80 | 5/28/16 | 03:59:37.751 | CALIBRATI | 0.049 | 0.0038 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 81 | 5/28/16 | 03:59:38.751 | SAMPLE | 0.052 | 0.0034 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 82 | 5/28/16 | 03:59:39.751 | SAMPLE | 0.055 | 0.0026 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 83 | 5/28/16 | 03:59:40.751 | SAMPLE | 0.057 | 0.0021 | -0.4 | -11.9 | 20.16 | 0 | n/a | n/a | |
| 181 | 5/28/16 | 04:01:18.751 | SAMPLE | 0.009 | 0.0009 | 0 | 0 | 20.23 | 0 | n/a | n/a | |
| 182 | 5/28/16 | 04:01:19.751 | SAMPLE | 0.009 | 0.0005 | 0 | 0 | 20.23 | 0 | n/a | n/a | |
| 183 | 5/28/16 | 04:01:20.751 | SAMPLE | 0.004 | 0.0001 | -0.1 | 0 | 20.22 | 0 | n/a | n/a | |
| 184 | 5/28/16 | 04:01:21.751 | SAMPLE | -0.001 | 0.0001 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 185 | 5/28/16 | 04:01:22.751 | SAMPLE | -0.005 | 0.0002 | -0.1 | 0 | 20.24 | 0 | n/a | n/a | |
| 186 | 5/28/16 | 04:01:23.751 | SAMPLE | -0.004 | 0.0004 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 187 | 5/28/16 | 04:01:24.751 | SAMPLE | 0.002 | 0.0007 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 188 | 5/28/16 | 04:01:25.751 | SAMPLE | 0.01 | 0.0008 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 189 | 5/28/16 | 04:01:26.751 | SAMPLE | 0.012 | 0.0007 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 190 | 5/28/16 | 04:01:27.751 | SAMPLE | 0.002 | 0.0004 | -0.1 | 0 | 20.23 | 0 | n/a | n/a | |
| 191 | 5/28/16 | 04:01:28.751 | SAMPLE | -0.003 | 0.0002 | -0.1 | 0 | 20.24 | 0 | n/a | n/a | |
| 192 | 5/28/16 | 04:01:29.751 | SAMPLE | 0.002 | 0.0002 | -0.1 | 0 | 20.24 | 0 | n/a | n/a | |
| 193 | 5/28/16 | 04:01:30.751 | SAMPLE | 0.008 | 0.0004 | -0.1 | 0 | 20.25 | 0 | n/a | n/a | |
| 194 | 5/28/16 | 04:01:31.751 | SAMPLE | 0.013 | 0.0005 | -0.1 | 0 | 20.24 | 0 | n/a | n/a | |
| 195 | 5/28/16 | 04:01:32.751 | CALIBRATI | 0.027 | 0.0003 | -0.1 | 0 | 20.33 | 0 | n/a | n/a | |
| 196 | 5/28/16 | 04:01:33.751 | CALIBRATI | 0.225 | 0.0047 | -0.1 | 0 | 20.58 | 0 | n/a | n/a | |
| 197 | 5/28/16 | 04:01:34.751 | CALIBRATI | 0.48 | 0.0988 | 8.2 | 26.4 | 17.2 | 0 | n/a | n/a | |
| 198 | 5/28/16 | 04:01:35.751 | CALIBRATI | 0.433 | 0.2145 | 7.7 | 25 | 7.76 | 0 | n/a | n/a | |
| 199 | 5/28/16 | 04:01:36.751 | CALIBRATI | 0.109 | 0.1872 | 3.7 | 11.8 | 2.37 | 0 | n/a | n/a | |
| 200 | 5/28/16 | 04:01:37.751 | CALIBRATI | -0.031 | 0.045 | 1.7 | 5.2 | 0.69 | 0 | n/a | n/a | |
| 201 | 5/28/16 | 04:01:38.751 | CALIBRATI | -0.049 | 0.0028 | 0.8 | 2.6 | 0.22 | 0 | n/a | n/a | |
| 202 | 5/28/16 | 04:01:39.751 | CALIBRATI | -0.052 | 0.0003 | 0.3 | 1.5 | 0.07 | 0 | n/a | n/a | |
| 203 | 5/28/16 | 04:01:40.751 | CALIBRATI | -0.054 | 0.0002 | 0.1 | 1 | 0.02 | 0 | n/a | n/a | |
| 204 | 5/28/16 | 04:01:41.751 | CALIBRATI | -0.054 | 0.0005 | 0 | 0.7 | 0.01 | 0 | n/a | n/a | |
| 205 | 5/28/16 | 04:01:42.751 | CALIBRATI | -0.051 | 0.0006 | 0 | 0.4 | 0 | 0 | n/a | n/a | |
| 206 | 5/28/16 | 04:01:43.751 | CALIBRATI | -0.047 | 0.0001 | 0 | 0.4 | 0 | 0 | n/a | n/a | |
| 207 | 5/28/16 | 04:01:44.751 | CALIBRATI | -0.038 | -0.0006 | 0 | 0.2 | 0 | 0 | n/a | n/a | |
| 208 | 5/28/16 | 04:01:45.751 | CALIBRATI | -0.031 | -0.0011 | 0 | 0.2 | 0 | 0 | n/a | n/a | |

PP_2016-05-27 20-57-42 Ojai S C

143. There should also be no discontinuity in the time series. Any discontinuity suggests manual editing of the raw data, which may indicate exclusion of certain data or the introduction of errors. Figure 19

gives an example from one of the raw datafiles of such discontinuities. In total, there were nine instances, as detailed earlier in this report.

**Figure 19**

Discontinuity in the time series (column AB) between the 'SAMPLE' phase (column AC) and the 'STANDBY' mode of the test equipment. Around six minutes of data is missing.




| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 8413 | 22/08/2018 | 01:19:42.614 | SAMPLE | 8.363 | 0.0033 | 2.7 | 9.9 | 9.23 | |
| 8414 | 22/08/2018 | 01:19:43.614 | SAMPLE | 8.148 | 0.0037 | 2.7 | 10 | 9.47 | |
| 8415 | 22/08/2018 | 01:19:44.614 | SAMPLE | 8.042 | 0.0036 | 2.7 | 10.1 | 9.6 | |
| 8416 | 22/08/2018 | 01:19:45.614 | SAMPLE | 8.049 | 0.003 | 2.7 | 10.1 | 9.63 | |
| 8417 | 22/08/2018 | 01:19:46.614 | SAMPLE | 8.127 | 0.0024 | 2.7 | 10.2 | 9.6 | |
| 8418 | 22/08/2018 | 01:19:47.614 | SAMPLE | 8.3 | 0.002 | 2.7 | 10.3 | 9.4 | |
| 8419 | 22/08/2018 | 01:19:48.614 | SAMPLE | 8.537 | 0.0019 | 2.7 | 10.3 | 8.98 | |
| 8420 | 22/08/2018 | 01:19:49.614 | SAMPLE | 8.68 | 0.002 | 2.7 | 10.3 | 8.73 | |
| 8421 | 22/08/2018 | 01:19:50.614 | SAMPLE | 8.638 | 0.0024 | 2.8 | 10.4 | 8.85 | |
| 8422 | 22/08/2018 | 01:19:51.614 | SAMPLE | 8.556 | 0.0024 | 2.8 | 10.4 | 8.98 | |
| 8423 | 22/08/2018 | 01:19:52.614 | SAMPLE | 8.6 | 0.0026 | 2.9 | 11.3 | 8.78 | |
| 8424 | 22/08/2018 | 01:19:53.614 | SAMPLE | 8.565 | 0.0029 | 3 | 12.8 | 8.73 | |
| 8425 | 22/08/2018 | 01:19:54.614 | SAMPLE | 8.423 | 0.0029 | 3.1 | 13 | 9.32 | |
| 8426 | 22/08/2018 | 01:19:55.614 | SAMPLE | 8.265 | 0.0026 | 3.1 | 13.3 | 9.27 | |
| 8427 | 22/08/2018 | 01:19:56.614 | SAMPLE | 8.17 | 0.0025 | 3.2 | 13.6 | 9.58 | |
| 8428 | 22/08/2018 | 01:19:57.614 | SAMPLE | 7.988 | 0.003 | 3.2 | 13.8 | 9.57 | |
| 8429 | 22/08/2018 | 01:19:58.614 | SAMPLE | 7.882 | 0.0032 | 3.3 | 13.8 | 9.81 | |
| 8430 | 22/08/2018 | 01:19:59.614 | SAMPLE | 7.846 | 0.0032 | 3.3 | 13.8 | 9.99 | |
| 8431 | 22/08/2018 | 01:20:00.614 | SAMPLE | 8.123 | 0.0027 | 3.2 | 13.5 | 9.57 | |
| 8432 | 23/08/2018 | 01:26:44.100 | STANDBY | 4.425 | 0.0118 | 3.2 | 8.3 | 14.24 | |
| 8433 | 23/08/2018 | 01:26:45.100 | STANDBY | 4.425 | 0.0116 | 3.2 | 8.3 | 14.24 | |
| 8434 | 23/08/2018 | 01:26:46.100 | STANDBY | 4.431 | 0.0114 | 3.2 | 8.3 | 14.25 | |
| 8435 | 23/08/2018 | 01:26:47.100 | STANDBY | 4.447 | 0.0114 | 3.2 | 8.3 | 14.25 | |
| 8436 | 23/08/2018 | 01:26:48.100 | STANDBY | 4.45 | 0.0115 | 3.2 | 8.3 | 14.24 | |
| 8437 | 23/08/2018 | 01:26:49.100 | STANDBY | 4.427 | 0.0117 | 3.2 | 8.3 | 14.24 | |
| 8438 | 23/08/2018 | 01:26:50.100 | STANDBY | 4.399 | 0.0115 | 3.2 | 8.3 | 14.23 | |
| 8439 | 23/08/2018 | 01:26:51.100 | STANDBY | 4.384 | 0.011 | 3.2 | 8.3 | 14.26 | |
| 8440 | 23/08/2018 | 01:26:52.100 | STANDBY | 4.387 | 0.0106 | 3.2 | 8.3 | 14.25 | |
| 8441 | 23/08/2018 | 01:26:53.100 | STANDBY | 4.406 | 0.0106 | 3.3 | 8.3 | 14.26 | |
| 8442 | 23/08/2018 | 01:26:54.100 | STANDBY | 4.416 | 0.0107 | 3.3 | 8.3 | 14.24 | |
| 8443 | 23/08/2018 | 01:26:55.100 | STANDBY | 4.406 | 0.0106 | 3.3 | 8.3 | 14.24 | |
| 8444 | 23/08/2018 | 01:26:56.100 | STANDBY | 4.398 | 0.0106 | 3.3 | 8.3 | 14.25 | |
| 8445 | 23/08/2018 | 01:26:57.100 | STANDBY | 4.406 | 0.0106 | 3.3 | 8.3 | 14.26 | |
| 8446 | 23/08/2018 | 01:26:58.100 | STANDBY | 4.408 | 0.0106 | 3.3 | 8.3 | 14.25 | |
| 8447 | 23/08/2018 | 01:26:59.100 | STANDBY | 4.395 | 0.0109 | 3.3 | 8.3 | 14.23 | |
| 8448 | 23/08/2018 | 01:27:00.100 | STANDBY | 4.388 | 0.0113 | 3.3 | 8.3 | 14.23 | |
| 8449 | 23/08/2018 | 01:27:01.100 | STANDBY | 4.397 | 0.0114 | 3.3 | 8.3 | 14.26 | |
| 8450 | 23/08/2018 | 01:27:02.100 | STANDBY | 4.4 | 0.011 | 3.3 | 8.3 | 14.26 | |

144. In certain datafiles, there are annotations which identify parts of tests that Mr Smithers rejected due to excessive drift. This can be a fair practice, but the reason and circumstances for the rejection should be well documented and explained. It also emphasizes the potential issues arising from missing calibration information in these eight raw data files.

145. All data from a test should be provided, identifying relevant sub-segments so there is complete traceability back to the raw data, test equipment and calibration values.

146. Without a complete set of underlying data and an explicit link to the results reported, nothing meaningful can be concluded, due to uncertainties about data accuracy and a lack of driving dynamics as essential context. The answer given during deposition as to how segments were selected was that Mr Smithers used "…my engineering judgement based on when the conditions would change…" and confirmed that there was no "…written description of the methodology."[38] Therefore, the data analysis cannot be reproduced and the potential presence of bias fully analyzed.

---

[38] Smithers Deposition, 21 May 2020, p55.

**Date:**

**June 5, 2020**

**Nick Molden**