# Exhibit 9

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON COUNTS, DONALD KLEIN, OSCAR ZAMORA, DEREK LONG, BASSAM HIRMIZ, JASON SILVEUS, JOHN MISKELLY, THOMAS HAYDUK, CHRISTOPHER HEMBERGER, and JOSHUA RODRIGUEZ, individually and on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, ROBERT BOSCH GMBH, and ROBERT BOSCH LLC,<br><br>Defendants. | No. 1:16-cv-12541-TLL-PTM<br><br>Chief Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

# EXPERT REPORT OF JUSTON SMITHERS

October 28, 2019

## TABLE OF CONTENTS

Page

1. INTRODUCTION AND QUALIFICATIONS ........ 3
2. PURPOSE OF THIS REPORT ........ 4
3. FACTS AND DATA CONSIDERED IN FORMING MY OPINIONS ........ 4
4. OVERVIEW ........ 4
5. DIESEL TECHNOLOGY OVERVIEW ........ 8
   5.1. *Diesel Engine Overview* ........ 8
   5.2. *Control of Emissions In the Cylinder (Engine-Out)* ........ 9
   5.3. *Control of Emissions via Catalysts (Aftertreatment)* ........ 12
6. EMISSION TEST CYCLES ........ 16
   6.1. *FTP-75* ........ 16
   6.2. *HWFET* ........ 18
   6.3. *US06* ........ 18
   6.4. *SC03* ........ 19
   6.5. *Cold CO or -7 FTP* ........ 20
7. TEST VEHICLE INFORMATION ........ 20
8. TEST PROCEDURE OVERVIEW ........ 23
   8.1. *Overview of Emissions Testing* ........ 23
   8.2. *PEMS Is Reliable and Accurate* ........ 24
   8.3. *PEMS Testing Procedure* ........ 26
9. OVERVIEW OF RESULTS ........ 30
   9.1. *City Driving PEMS Results – Cruze Diesel* ........ 30
   9.2. *City Driving PEMS Results – Cruze Gasoline* ........ 30
   9.3. *Highway Driving PEMS Results – Cruze Diesel* ........ 32
   9.4. *Highway Driving PEMS Results – Cruze Gasoline* ........ 33
   9.5. *Emissions vs Ambient Temperature* ........ 35
   9.6. *Emissions vs. Road Grade* ........ 42
   9.7. *Chassis Dynamometer Emissions* ........ 47
10. DEFEAT DEVICES AND EMISSION DERATING STRATEGIES ........ 48
   10.1. [redacted] 49
      10.1.1. [redacted] 49



010611-11/1202930 V1

10.1.2. [redacted] 49
10.1.3. 54
10.1.4. 61
10.1.5. 64
10.1.6. 75
10.1.7. 81
*10.2.* *84*
10.2.1. 84
10.2.2. 89
10.2.3. 95
10.2.4. 102
10.2.5. 103
*10.3.* *107*
10.3.1. 107
10.3.2. 113
10.3.3. 115
10.3.4. 117
*10.4.* *117*
*10.5.* *118*

11. **CONCLUSION** ........ **119**
12. **APPENDIX** ........ **121**
*12.1. Resume* ........ *121*
*12.2. Cruze Diesel Records* ........ *122*
*12.3. Cruze Gasoline Records* ........ *123*
*12.4. OBD Parameters Logged for Cruze Diesel* ........ *124*
*12.5. OBD Parameters Logged for Cruze Gasoline* ........ *126*
*12.6. PEMS Equipment Details* ........ *129*
*12.7. Chassis Dynamometer Description* ........ *130*
*12.8. Chassis Dynamometer Test Results* ........ *131*
*12.9. Study of SCR Performance vs. SCR Inlet Temperature* ........ *132*

Case 1:16-cv-12541-DML-PTM ECF No. 413-10, PageID.37813 Filed 01/20/21 Page 6 of 174

# 1. INTRODUCTION AND QUALIFICATIONS

1. I am the Chief Technology Officer of 44 Energy Technologies Incorporated. I hold a Bachelor of Science (B.S.) degree in Chemical Engineering with an emphasis in environmental technology from the University of California, Berkeley. In my capacity as CTO of 44 Energy, I have consulted as an expert for several legal matters including working for the California Board of Equalization as well as for a number of law firms in the field of class action litigation.

2. I co-founded 44 Energy Technologies in 2013. Over the past six years, our company has worked on a number of consulting projects, primarily in the area of engine emissions and emission control technology. Our company has expertise in the areas of technology development, engine emissions and performance testing, and regulatory compliance.

3. We have conducted extensive testing of modern vehicles using portable emission measurement systems (PEMS) and chassis dynamometers. We have also performed detailed analysis of the data collected during the testing along with analysis of engine and emissions control system operating data.

4. In my role, I serve as a principal consultant and I also manage a team of engineers and technicians to provide portable emission measurement system (PEMS) and chassis dynamometer testing services.

5. As Chief Technology Officer, I rely on an in-depth understanding of diesel and gasoline engines, emissions, state of the art emission control technologies, and regulatory requirements. My work involves a high degree of interaction with the appropriate regulatory agencies including the California Air Resources Board (CARB) and the US Environmental Protection Agency (EPA).

6. Prior to my tenure at 44 Energy, I served as a Senior Engineering Manager for Cleaire Advanced Emission Controls, a company that developed, verified, and manufactured diesel emission control systems for heavy-duty diesel engine applications. In my role, I was responsible for preparing documents for verification and engaging in discussions with staff at both CARB and EPA where I obtained Executive Orders for our emission control products. I also managed a CFR compliant heavy-duty chassis dynamometer laboratory to support our product development and verification programs. This experience provided me with an in-depth understanding of how to operate an emissions test laboratory in compliance with documented procedures of the CFR and to produce test data of the quality to meet CARB and EPA standards.

7. Earlier in my career, I spent three years as a consultant in the Air Sciences division at ENVIRON Corporation where I assisted clients with air quality regulations and compliance, atmospheric dispersion modeling, geographic information systems (GIS) and emissions inventory analyses, and site monitoring. In that role, I supported engineering analysis for our company's expert witnesses.

8. Additionally, I have published peer reviewed papers in the Journal of the American Chemical Society and the Journal of Organic Chemistry and am co-inventor of four United States patents relating to diesel emission controls and advanced biofuels processing technology.

9. Appendix 12.1 of this report contains my Resume, which includes a list of my publications and presentations over the last ten years and my prior testimony in other cases over the last 4 years. 44 Energy is being compensated for my services at $400 per hour. My compensation is not dependent on the outcome of this case or the substance of my opinions.

## 2. PURPOSE OF THIS REPORT

10. Counsel for the plaintiffs have asked me to test and analyze the emissions system of the Chevrolet Cruze gasoline and diesel vehicles to see how the emissions compare between gas and diesel versions, to applicable federal and state regulations, to determine if the emissions differ in a test environment from normal road conditions, to determine the circumstances under which the emissions system is derated in normal driving conditions, and to determine if there was full disclosure to the EPA and CARB of the operation of emissions treatment controls and their effect on emissions output in normal driving conditions.

## 3. FACTS AND DATA CONSIDERED IN FORMING MY OPINIONS

11. In conducting my analysis, I, along with 44 Energy staff working under my direction, have performed testing of Cruze diesel and gasoline vehicles and analyzed those results. I have reviewed and analyzed documents provided to me in the course of this litigation, including pleadings, deposition testimony, confidential documents and data produced by the parties, as well as publicly available information. I have also reviewed papers and standard texts relevant to the issues in this matter. A list of the materials I have reviewed and relied upon in preparing my opinions is shown in the Appendices and footnotes, where applicable. Should I receive new or additional information relevant to my opinions expressed below, I may supplement or revise my opinions.

## 4. OVERVIEW

12. Control of toxic emissions in motor vehicles is regulated by the Environmental Protection Agency (EPA) and California Air Resources Board (CARB) by the use of certification emissions testing across a range of test cycles. This testing is performed on a chassis dynamometer, as will be explained in the following discussion. The test cycles cover a range of normal operating conditions for a vehicle, but they do not cover the entire expected operating range of any vehicle, neither in terms of driving patterns nor ambient temperature.

13. For the emissions regulation program to be successful, it is paramount that pollutants emitted on the various test cycles be representative of the emissions expected in real world operation. Oxides of nitrogen (nitric oxide and nitrogen dioxide, collectively called NOx) are of particular concern because NOx pollution contributes to nitrogen dioxide, particulate matter in the air, and reacts with sunlight in the atmosphere to form ozone.

14. Nitrogen dioxide is one of the six main criteria pollutants regulated by the EPA. "Nitric oxide (NO) and nitrogen dioxide (NO2) are emitted by cars, trucks, buses, power plants, and non-road engines and equipment. Emitted NO is rapidly oxidized into NO2 in the atmosphere. Exposure to nitrogen dioxide has been associated with a variety of health effects, including respiratory symptoms, especially among asthmatic children, and respiratory-related emergency

department visits and hospital admissions, particularly for children and older adults."[1] Thus, all NOx emitted by a vehicle will eventually oxidize into NO2 in the atmosphere.

15. According to an EPA report, exposure to NO2 has been linked with the following health problems:[2]

- Impaired lung host-defense systems and increased risk of susceptibility to both viral and bacterial infections after NO2 exposures have been observed in epidemiologic, human clinical, and animal toxicological studies.
- Human clinical studies report effects of NO2 (1-2 ppm) on airway inflammation in healthy humans. Animal toxicological studies and limited available epidemiologic studies on children support these findings.
- Human clinical studies of allergen and nonspecific bronchial challenges in asthmatics observed increased airway hyperresponsiveness at near ambient concentrations (0.1-0.3 ppm). Increased responsiveness to nonspecific challenges was also observed in animals at higher NO2 levels (e.g., 0.5 ppm).
- Epidemiologic studies provide consistent evidence of an association of respiratory effects with indoor and personal NO2 exposures in children. Multicity studies provide further support for associations between ambient NO2 concentrations (means of 7-70 ppb) and respiratory symptoms in asthmatic children.
- Positive and generally robust associations observed between ambient NO2 levels (means of 3-50 ppb) and increased ED visits and hospital admissions for respiratory causes, especially asthma.
- Generally positive associations between ambient NO2 concentrations and hospital admissions or ED visits for cardiovascular disease; however, the effects were not robust to adjustment for copollutants.
- Positive and generally robust associations between ambient NO2 concentrations and risk of nonaccidental and cardiopulmonary mortality.
- Epidemiologic studies observed decrements in lung function growth associated with long-term exposure to NO2.

16. Adjustments to the emission control strategy can be made for driving in situations not represented on the emission cycles, but they must be disclosed as "auxiliary emission control devices" ("AECDs," discussed later), and their impact must be quantified as part of the certification process. In a GM AECD training document, the operating parameters over which AECDs are required is defined: Figure 4-1.

---

[1] https://www.epa.gov/sites/production/files/2015-10/documents/ace3_criteria_air_pollutants.pdf.

[2] Kotchmar, Dennis J., et.al., "Integrated Science Assessment for Oxides of Nitrogen – Health Criteria," EPA/600/R-08/071, July 2008.

[redacted]

17. [redacted]

18. Testing of the GM vehicles was conducted on both a 2015 model year Chevrolet Cruze diesel and a 2015 Cruze powered by a gasoline engine. A combination of dynamometer and PEMS testing was used to analyze the emissions performance of both vehicles. The gasoline Cruze maintained NOx emissions well below the representative emission standards in nearly every condition tested. The diesel Cruze NOx emissions were well above the representative standards across a wide range of the conditions even though the tested vehicle met the standards tested on the dynamometer certification cycles.

19. [redacted]

3 [redacted]

[redacted]

[redacted]

21. The result is that the emissions quantified on the test cycles during the certification process are not representative of emissions in normal operation and use, concealing the true nature of the emissions treatment system from regulators. When tested in normal driving conditions, emissions are often as high as 36 times the relevant standard and in excess of emissions from the comparable gas vehicles. It is clear that the vehicle was calibrated so that low NOx emissions occur only in the test cycles.

22. Further, these off cycle emissions strategies are the result of specific software manipulation. As explained below, all of the strategies to control NOx emissions in the Cruze diesel are driven by software. The tailpipe NOx emissions are a direct result of the software programmed into the engine control module (ECM), as this programming ultimately controls all functions to reduce NOx emissions.

23. "Defeat Device" is a defined term in the applicable regulations. Although I believe the Cruze diesel vehicles contain coding and configurations that meet the regulatory definition of defeat device, and that GM and Bosch manipulated the testing and AECD disclosure process in a misleading manner, my opinions are not limited to, nor dependent upon, what I believe to be such regulatory violations. Rather, I conclude that, independent of any regulatory definitions or violations, the Cruze diesel vehicles frequently derate or turn off emissions treatment controls in a wide range of conditions that a driver would encounter in normal, real world driving, and that such behavior does not occur with respect to the gasoline vehicle.

# 5. DIESEL TECHNOLOGY OVERVIEW

## 5.1. Diesel Engine Overview

24. One of the distinguishing differences between a gasoline and diesel engine is the manner in which combustion is initiated. In a gasoline engine, a mixture of air and fuel is drawn into the combustion cylinder and ignited by a spark. In a diesel engine, air is drawn into the combustion cylinder and, at a critical point in the compression cycle, fuel is injected into the cylinder, igniting in the compressed air. Thus, in a gasoline engine, fuel and air are mixed *before* being drawn into the cylinder and ignited, whereas in a diesel engine, fuel and air are mixed *at the time of ignition*, resulting in an imperfect and inhomogeneous mixture.

25. Furthermore, diesel engines operate at a higher pressure, a result of the higher compression ratio when compared to gasoline, and typically achieve greater fuel economy compared to similarly-sized gasoline engines. Control of emissions from diesel engines is particularly challenging because of the relatively high levels of nitrogen oxides and diesel particulate matter formed during combustion. Nitrogen oxides are comprised of nitric oxide (NO) and nitrogen dioxide (NO2), collectively called NOx. They are generated as a result of the relatively high temperatures produced in-cylinder during combustion. Diesel particulate matter (PM), also called soot, results from the incomplete combustion of the fuel. Current emission standards impose tight limits on the amount of NOx and PM, and various technologies are used to control emissions emitted from the engine (“engine-out”) and to reduce emissions after they leave the combustion chamber (“aftertreatment”). The aftertreatment system is comprised of a series of catalysts and a diesel particulate filter. The vehicles that are the subject of this work rely on the following emission control devices to achieve control NOx emissions. This opinion will focus on emissions of NOx as this is the pollutant affected by the deployment of the Cruze defeat devices and emissions derating strategies.

## 5.2. Control of Emissions In the Cylinder (Engine-Out)

26. Control of engine-out NOx is important as an overall emission strategy because emissions leaving the combustion chamber must be reduced to levels that the aftertreatment system is capable of fully treating. Catalysts are used, in part, to control NOx emissions. Catalysts are elements placed in the flow path of the exhaust after the engine to facilitate chemical reactions to control emissions. Because of the physical limitations and capacities of the catalysts, engine-out emissions must be carefully coordinated with the aftertreatment system to create a robust design capable of reducing NOx over a wide variety of conditions. Engine-out emissions are controlled through two primary strategies: exhaust gas recirculation (EGR) and fuel injection timing.

27. **EGR**. Exhaust gas recirculation is used to reduce NOx emissions by introducing part of the exhaust exiting the engine back into the engine intake. Since oxides of nitrogen form in oxygen rich, high temperature environments, introducing exhaust gases back into the intake air charge reduces the amount of these compounds that form primarily by reducing the oxygen concentration and increasing the overall heat capacity of the combustion gas mixture. EGR results in lower peak temperatures during combustion and, in turn, lower NOx concentrations. Exhaust gas recirculation is not a new technology and has been regularly used on diesel engines for nearly 40 years[4] and in gasoline engines for more than 40 years.[5]

28. The high pressure EGR loop of the kind used in the Cruze diesel is outlined in Figure 5-1 below. In a high pressure EGR loop, exhaust leaving the exhaust manifold is routed through the EGR cooler and EGR valve before mixing with fresh intake air. The amount of exhaust gas recirculation is controlled by an EGR valve; the EGR valve can be finely adjusted in small increments between 0% (fully closed) and 100% (fully open) to precisely control the amount of EGR, often called the EGR rate.

---

[4] https://ww3.arb.ca.gov/msprog/onroad/cert/pcldtmdv/1980/diamlerbenz_pc_a0030034_3d0_ta0_diesel.pdf.

[5] https://ww3.arb.ca.gov/msprog/onroad/cert/pcldtmdv/1974/chrysler_ldt_a0090012_3d7_ta0.pdf.




**Figure 5-1: Simple diagram of a common high-pressure exhaust gas recirculation (EGR) configuration.**[6]

29. Generally speaking, higher EGR rates result in lower levels of engine-out NOx while lower EGR rates produce higher levels of engine-out NOx. [redacted]

[6] https://www.dieselnet.com/tech/engine_egr.php.

[7] [redacted]

[redacted]

30. Because EGR reduces combustion temperatures, the use of EGR results in a loss in fuel economy. The greater the EGR rate, typically, the greater the fuel economy penalty. Thus, the desire for high fuel economy must be balanced against the need for robust emission control.

31. **Injection Timing**. With modern diesel engines, the injection of fuel into the combustion chamber can be tightly controlled. In fact, modern diesel engines often rely on a series of fuel injection pulses (pilot injections) to precisely control the combustion process. Injection timing can also be tightly controlled. Electronic injection timing has been used as a means of controlling NOx in diesel engines for over 25 years.[8]

32. Timing refers to the position of the piston in its stroke relative to the main injection event.[9] As the crankshaft of the engine rotates and the piston in a particular cylinder moves toward the top of its stroke, fuel may be injected before the piston reaches the top of its stroke (referred to as "top dead center" or TDC). This is also referred to as advanced timing. The timing is measured relative to the degrees of rotation of the crankshaft. For example, injection timing of 2.357 degrees would be 2.357 degrees of crankshaft rotation before the piston reaches TDC.

---

[8] Asmus, T. (1995) Diesel Engines From a Passenger Car Perspective. Proceedings of the 1995 Diesel Engine Emissions Reduction Workshop, University of California - San Diego, July 24-27, 1997.

[9] SAE J1979 defines a standard for injection timing. "FUEL_TIMING shall display the start of the main fuel injection relative to Top Dead Center (TDC). Positive degrees indicate Before TDC, negative degrees indicate After TDC."

33. Similarly, fuel can be injected after the piston reaches TDC, commonly referred to as retarded timing. Retarded timing numbers, like advanced timing, are measured in degrees of crank rotation. By the SAE J1979 standard, retarded timing is a negative number, while advanced timing is positive. A timing value of 0.000 degrees indicates injection at TDC.

34. Injection timing was one of the first emission control strategies employed for diesel engines.[10] Generally speaking, advanced timing allows more time for combustion, results in higher temperatures, and produces relatively high engine-out NOx numbers. Retarded timing, by contrast, leaves less time for combustion, results in lower temperatures, and relatively low engine-out NOx numbers compared to advanced injection timing.

35. As with EGR, the use of retarded injection to lower engine-out NOx results in lower fuel economy. As with EGR, the desire for high fuel economy must be balanced with the need for a robust engine-out NOx control strategy.

## 5.3. Control of Emissions via Catalysts (Aftertreatment)

36. A variety of catalytic aftertreatment devices are used to further reduce NOx emissions once they leave the engine's exhaust manifold. The Cruze employs an overall aftertreatment architecture similar to that used by Volkswagen in its second generation TDI engines.[11] The architecture consists of diesel oxidation catalyst (DOC), followed by a diesel particulate filter (DPF), and a diesel exhaust fluid (DEF) injector and selective catalytic reduction system, Figure 5-3.

[redacted]

[10] Heywood, J.B. (1988) Internal Combustion Engine Fundamentals, New York, NY: McGraw-Hill, ISBN 0-07-028637.

[11] https://www.greencarcongress.com/2015/09/20150921-vw2l html.

[12] [redacted]

37. **DOC**. Exhaust exiting the engine flows first through the diesel oxidation catalyst (DOC). This honeycomb catalyst is typically coated with a precious metal catalyst capable of effectively oxidizing various compounds at relatively low exhaust temperatures. The DOC converts unburned hydrocarbons and the soluble organic fraction of diesel PM to carbon dioxide (CO2) and water. The DOC also oxidizes carbon monoxide (CO) to CO2.

38. The DOC also plays an important role in the chemistry of the diesel particulate filter and the SCR system. It converts engine-out NOx (most of which is NO) to NO2, raising the relative proportion of NO2 to NO. The NO2 generated in this reaction helps to remove PM accumulated in the DPF. The ratio of NO2 to NO also plays a role in the function of the SCR system. During events requiring "cleaning" of the DPF, discussed below, the DOC also generates the heat needed for active regeneration by burning excess fuel leaving the engine.

39. **DPF**. A Diesel Particulate Filter (DPF) traps diesel PM, greatly reducing the amount of black smoke leaving the tailpipe. While the DPF is highly effective at trapping PM, as the mass of trapped PM increases, the resistance to exhaust flow increases also, increasing the load on the engine. Generally speaking, the DPF load is maintained at relatively low levels using "passive regeneration." Passive regeneration is a process whereby NO2 from the DOC is used to oxidize (burn off) PM accumulated in the DPF during normal driving and at normal exhaust temperatures.

40. Under certain conditions, passive regeneration may not be favorable and PM accumulation in the DPF may exceed a maximum threshold. In this case, the engine may initiate an "active regeneration" by raising the exhaust temperatures to approximately 600°C, usually for a period of 15-20 minutes. At these high temperatures, accumulated PM will oxidize to CO2 without the need for a catalyst or NO2. It is generally desirable to limit the use of active regenerations because they dramatically raise the emissions of NOx and lower fuel economy over the period of time where they are active.

41. Regulators account for the increase in NOx related to active regeneration events by requiring OEMs to submit an infrequent regeneration adjustment factor (IRAF), an adjustment to the certification NOx levels that accounts for the frequency of regeneration events and the magnitude of the NOx increase when they occur.[13]

42. **SCR**. A selective catalytic reduction (SCR) catalyst is used in combination with the DEF injector to further reduce NOx. In order to achieve a reduction in NOx, diesel exhaust fluid must be injected in proportion to the NOx entering the SCR system. DEF is a 32.5% percent solution of urea in water. DEF is injected into the exhaust stream from a storage tank by way of a urea injector located upstream of the SCR catalyst. This process is controlled electronically by the vehicle's computer. The urea is mixed with the exhaust so it can distribute uniformly inside the catalyst. The goal is to convert the urea to ammonia (NH3), which is the reactant that reacts directly with NOx to turn the NOx into benign nitrogen and water. While some of the urea decomposes into NH3 in the gas phase before adsorbing onto the surface of the catalyst, most of this decomposition process occurs on the catalyst itself.[14]

---

[13] 40 C.F.R. § 86.004-28(i).

[14] https://www.dieselnet.com/tech/cat_scr.php.

43. The dominant reaction to reduce NOx in SCR systems is as follows:

$$4NO + 4NH_3 + O_2 \rightarrow 4N_2 + 6H_2O$$

44. The proportion of NH3 required for each molecule of NO is 4:4 (or, rather, 1:1). To achieve 100% conversion of all NO entering the SCR system, one molecule of NH3 will need to be injected by the DEF injector for each molecule of NO. Injection where NH3 is delivered in exact proportion to the incoming NO is said to be "stoichiometric." Under such conditions, ideal conversions of NOx approaching 100% are possible. If DEF is injected at rates lower than the ideal, or sub-stoichiometric, only part of the incoming NO will be reduced to nitrogen and water. Some NO will therefore pass through the system and be emitted out the tailpipe. If no DEF is injected, no reduction will be achieved, and the NO leaving the tailpipe will be exactly equal to the NO entering the SCR system. Therefore, the injection rate of DEF is of critical importance in determining the efficiency of the SCR system. Higher engine-out NOx emissions will also require higher levels of DEF injection to maintain high conversion rates because of the stoichiometry discussed above. DEF injection must always be proportional to engine-out NOx and thus amount of NOx reduced is thus directly proportional to the amount of DEF injected.

$$NOx_{tailpipe} = NOx_{engine\text{-}out} \times (1 - NH_3/NOx_{engine\text{-}out})$$

45. For example, if 100 molecules of NOx exit the engine and 90 molecules of NH3 are injected, 10 molecules of NOx will leave the tailpipe. The SCR system is thus said to have 90% efficiency because 90% of the incoming NOx is reduced.

100 x (1-90/100) = 10 molecules tailpipe NOx

46. For example, if 100 molecules of NOx exit the engine and 40 molecules of NH3 are injected, 60 molecules of NOx will leave the tailpipe. The SCR system is thus said to have 40% efficiency because 40% of the incoming NOx is reduced.

100 x (1-40/100) = 60 molecules tailpipe NOx

47. The actual chemistry of NOx reduction over an SCR catalyst is more complicated than the above illustration but, generally speaking, the relationship above holds.

48. The main advantage of an SCR catalyst is that efficiencies for NOx reduction in the normal exhaust operating temperature of a diesel engine are typically greater than 90%. Therefore, high reductions of NOx can be expected across a wide range of operating conditions, Figure 5-4.[15] Temperatures of 200°C to 350°C are typical for the Cruze diesel over most of its operating range.

[15] A Simple Approach of Tuning Catalytic Activity of MFI-Zeolites for Low-Temperature SCR of NOx. Xiaofan Yang and Chaitanya Narula Materials Science & Technology Division, Oak Ridge National Laboratory, Oak Ridge, TN 37831.




**Figure 5-4: Typical SCR performance curves.**

49. The actual reduction reaction above occurs on the surface of the catalyst as molecules of NOx and urea/NH3 migrate from the gas phase onto the solid surface of the catalyst. The reactions take place on discrete "sites" on the surface. The number of sites available for reaction for a given catalyst is determined by the macroscopic size of the catalyst itself. A larger SCR catalyst will have a greater capacity to reduce NOx generated by the engine. It is therefore important to size the catalyst such that high efficiencies can be achieved across the range of expected engine-out NOx levels. Similarly, it is important to maintain engine-out NOx levels below the maximum capacity of the catalyst. Engine-out controls and SCR design, sizing, and strategy are therefore intimately linked. If the engine-out NOx exceeds the capacity of a particular size SCR system, only partial reduction is possible and greater tailpipe NOx emissions are expected. In fact, once the maximum capacity of an SCR catalyst is exceeded, DEF injection must be cut back to prevent emissions of NH3 from the tailpipe.

50. [redacted] Higher engine-out NOx levels will generally require the use of more DEF which, in turn, would generally necessitate a larger DEF tank.

---

16 [redacted]

## 6. EMISSION TEST CYCLES

51. US EPA and CARB regulations require that manufacturers test their vehicles over a variety of emission test cycles. Manufacturers must demonstrate compliance with relevant limits on each test cycle for each regulated pollutant.

52. An *emission test cycle* defines a protocol that enables repeatable and tightly controlled measurements of exhaust emissions to evaluate emission compliance. The protocol specifies all conditions under which the vehicle is tested, including lab temperature and vehicle conditions. Most importantly, the test cycle defines the speed over time that is used to simulate a typical driving scenario. Each test cycle is used to simulate driving in a different kind of scenario. It is important to understand that these test cycles were developed from studies of real-world driving patterns and are meant to accurately simulate and account for the emissions of various real-world driving conditions.[17] Test cycles are run on a chassis dynamometer, a kind of rolling treadmill for a vehicle, and emissions are measured during the test cycle. When properly set up, a chassis dynamometer will precisely simulate the forces acting on a vehicle while driving (inertia, drag, rolling resistance), such that the same test cycle driven on the road or on the chassis dynamometer should produce the same results. For light duty passenger vehicles, emissions are measured on a gram (or milligram) per mile basis. The drive cycles are discussed in detail below. A typical chassis dynamometer setup is shown in Figure 6-1.



**Figure 6-1: Typical chassis dynamometer (left) with the emissions analyzers (right).**

### 6.1. FTP-75

53. The test cycle for the FTP-75, shown as target speed versus time, is shown in Figure 6-2.[18] The cycle simulates an urban route with frequent stops, combined with both a cold and a hot start transient phase. The cycle lasts 1,874 seconds (about 31 min) and covers a distance of 11.04 miles at an average speed of 21.2 mph.

---

[17] Heck, R.M, & Farrauto, R.J. (1995) Catalytic Air Pollution Control Commercial Technology, New York, NY, Van Nostrand Reinhold, ISBN 0-442-01783-0, page 92-94.

[18] https://www.epa.gov/sites/production/files/2015-10/ftpdds.gif.

54. The cycle begins with a "Cold Start Phase" (often referred to as Phase 1) where the vehicle is tested after having been brought to the test cell temperature (i.e. the engine is completely cold). This portion of the test is difficult from an emissions standpoint because it takes some time for the catalysts in the aftertreatment system to reach their operating temperature. In the portion of the cycle before the catalysts reach their minimum operating temperature (also called the lightoff temperature), emissions of NOx and other pollutants are relatively high. This phase of the test is meant to quantify the impact of emissions when a vehicle is started from a completely cold state. This would be similar to starting your vehicle in the morning after sitting overnight.

55. During the "Transient Phase" (Phase 2), the vehicle has achieved normal operating temperature. The speed profile is largely reflective of stop and go traffic in city driving conditions.

56. After completion of Phase 2, the engine is turned off and the vehicle is allowed to sit for 9 to 11 minutes. After this waiting period, the engine is started and the "Hot Start Phase" (Phase 3) begins. The test trace for Phase 3 is identical to Phase 1. Phase 3 is meant to quantify the emissions of starting a vehicle that is already mostly warmed up. The challenges of a hot start are similar to a cold start, though less severe because most of the exhaust systems remain relatively hot during the 9-11 minute waiting period.

57. This test can be conducted at any laboratory temperature ranging from 68 to 86°F.[19]




**Figure 6-2: FTP-75 emissions test cycle.**

[19] 40 C.F.R. § 1066.420.

## 6.2. HWFET

58. The HWFET (Highway Fuel Economy Test) is primarily designed to represent highway driving conditions under 60 mph, see Figure 6-3.[20] Although, as the name implies, the test is used to assess highway fuel economy, vehicles are subject to emission standards on this cycle as well. The vehicle is first preconditioned by running one HWFET cycle. After 15 seconds of idle, the emissions test is started and the HWFET is run again.[21]

59. The cycle lasts 765 seconds (about 12.75 min) and covers a distance of 10.26 miles at an average speed of 48.3 mph. Compared to the FTP-75, the test operates at relatively constant speed, though there are a number of small acceleration events.

60. This test can be conducted at any laboratory temperature ranging from 68 to 86°F.




**Figure 6-3: HWFET emissions test cycle.**

## 6.3. US06

61. The US06 is a supplemental FTP cycle (SFTP), added in 2001 to expand the types of test conditions covered by certification. This cycle is a high acceleration, aggressive driving cycle meant to assess very high loads on the engine during hard accelerations. The test also has a highway portion addressing speeds from 60 to 80 mph, see Figure 6-4.[22] The vehicle may be preconditioned in a variety of ways, though the official test starts after a 1 to 2 minute idle period.[23]

---

[20] https://www.epa.gov/sites/production/files/2015-10/hwfetdds.gif.

[21] 40 C.F.R. § 1066.840.

[22] https://www.epa.gov/sites/production/files/2015-10/us06dds.gif.

[23] 40 C.F.R. § 86.132-00.

62. The cycle lasts 596 seconds (about 10 min) and covers a distance of 8.01 miles at an average speed of 48.37 mph.

63. This test can be conducted at any laboratory temperature ranging from 68 to 86°F.




**Figure 6-4: US06 emissions test cycle.**

### 6.4. SC03

64. The SC03 is another supplemental FTP cycle (SFTP), added in 2000 to expand the types of test conditions covered by certification. The primary purpose of the SC03 is to assess the impact of air conditioning operation and the resulting additional load on the engine. The test consists primarily of stop and go operation, see Figure 6-5.

65. The cycle lasts 596 seconds (about 10 min) and covers a distance of 3.58 miles at an average speed of 21.55 mph.

66. The test is run with a laboratory temperature of 95°F and uses an array of lights capable of simulating the heat load from sunlight.[24]

[24] 40 C.F.R. § 86.160-00, 850 W/$m^2$.




**Figure 6-5: SC03 emissions test cycle.**

### 6.5. Cold CO or -7 FTP

67. The Cold CO test, sometimes called the -7 FTP has an identical test cycle and sequence as the FTP-75, with the only difference that the test is run at -7°C (20°F). There is no applicable Cold CO standard for the Cruze diesel. Catalyst lightoff is typically delayed even longer when starting ambient temperatures are low. This test is used in part to assess emissions at low ambient temperature.

## 7. TEST VEHICLE INFORMATION

68. A model year 2015 Chevrolet Cruze diesel was tested in order to understand NOx emissions in both the laboratory and real-world environments. The diesel version of the Cruze was introduced in 2014 and produced until 2015. The 2015 model year test vehicle is representative of both model years. The testing covers CARB/EPA test groups EGMX02.0350 and FGMX02.0350. [redacted] The 2014 and 2015 model year Cruze diesel vehicles are certified to the federal Tier 2 Bin 5 standard and California LEV III 160 standard. In this case, the same vehicle model is used to meet both standards, with the EPA standard being the more stringent of the two for NOx. Furthermore, the California LEV III 160 standard has no standard for NOx only, but is rather a combined standard of both NOx and NMOG.[26]

---

[25] [redacted]

[26] NMOG is generated from unburned fuel and is generally a combination of various hydrocarbons. NMOG emissions are not relevant to this report and not discussed in further detail.

69. FTP-75 Standard[27]

EPA Standard – 70 mg/mile NOx at full useful life (150,000 miles)
CARB Standard – 160 mg/mi (NOx + NMOG) at full useful life (150,000 miles)

70. HWFET Standard

EPA Standard – 90 mg/mile NOx at full useful life (150,000 miles)
CARB Standard – 160 mg/mi (NOx + NMOG) at full useful life (150,000 miles)

71. Prior to purchase, the vehicle was screened for maintenance history to ensure the maintenance schedule had been followed and to ensure the vehicle was accident free. The vehicle received a 172-point inspection and was purchased as a Certified Pre-Owned vehicle by a Chevrolet dealer. The vehicle was then scanned for fault codes to ensure there were no issues with the emission control system or other vehicle systems, see Appendix 12.2.

72. The test vehicle had approximately 16,290 miles at the time of purchase, which is a small fraction of the full useful life of 150,000 miles. The test vehicle is shown below.



**Figure 7-1: 2015 Chevrolet Cruze diesel used for testing.**

27 [redacted]

73. In addition to the Cruze diesel, testing was also conducted on a 2015 gasoline Cruze with emissions test group FGMXV01.8011. This vehicle is certified to a Federal and California Tier 2 Bin 4 standard.[28]

74. FTP-75 Standard

CARB/EPA Standard – 40 mg/mile NOx at full useful life (120,000 miles)

75. HWFET Standard

EPA Standard – 50 mg/mile NOx at full useful life (120,000 miles)

76. Prior to purchase, the vehicle was screened for maintenance history to ensure the maintenance schedule had been followed and to ensure the vehicle was accident free. The vehicle was then scanned for fault codes to ensure there were no issues with the emission control system or other vehicle systems, see Appendix 12.3.

77. The test vehicle had approximately 20,423 miles at the time of purchase, which is a small fraction of the full useful life of 120,000 miles.



**Figure 7-2: 2015 Chevrolet Cruze gasoline used for testing.**

---

[28] https://iaspub.epa.gov/otaqpub/display_file.jsp?docid=32675&flag=1.

# 8. TEST PROCEDURE OVERVIEW

## 8.1. Overview of Emissions Testing

78. The Cruze diesel and gasoline vehicles were tested extensively using a portable emissions measurement system (PEMS) over a wide variety of conditions. PEMS is a collection of measurement devices that allow the measurement of gaseous vehicle emissions of NOx, total hydrocarbon, methane, carbon monoxide, and carbon dioxide as well as particulate matter (PM) emissions during on-road driving. The system is essentially a “portable laboratory” that allows measurement of emissions outside of a conventional chassis dynamometer-based laboratory setting of the type used for certification testing.

79. The Sensors Inc. Semtech system was the PEMS system used for this test work, see Figure 8-1. Details of the PEMS test equipment used can be found in Appendix 12.6.




**Figure 8-1: Sensors Inc. Semtech PEMS**

80. The vehicles were tested with ambient temperatures ranging from -2°F to 103°F. Throughout that temperature range, testing was conducted on flat roads and roads with grades in both city and highway conditions. The effects of all these variables on tailpipe NOx emissions were studied in detail, along with the response and behavior of the vehicle’s emission control system.

81. The Cruze diesel was also tested on a chassis dynamometer according the certification procedures. The vehicle was tested over the FTP-75, HWFET, and Cold CO cycles, as the PEMS testing was designed primarily to mirror speed and acceleration conditions of those tests.

82. During both PEMS and chassis dynamometer testing, data from the ECU (engine control unit, the computer that controls the operation of the engine and the emission control system) was collected using an OBD Mini Logger from HEM Data Corporation. This logger collects data from the vehicle’s on-board diagnostics (OBD) port, including a wide variety of parameters related to the emission control system and operation of the engine. A full list of variables

collected during testing can be found in Appendix 12.4 and 12.5. Data was collected at a frequency of 1 Hz (one data point per second), the same logging frequency as the PEMS unit.

### 8.2. PEMS Is Reliable and Accurate

83. PEMS systems accurately measure emissions and are currently integrated into the European vehicle emission certification process to test RDE (real driving emissions). Both EPA and CARB employ PEMS as part of the heavy duty in-use compliance program to measure emissions against the not to exceed (NTE) standards, where procedures have been codified in the code of federal regulations. Furthermore, both CARB and EPA make wide use of PEMS to evaluate vehicles for the presence of defeat devices. One such study, published by the Center for Alternative Fuels and Emissions (CAFEE) in collaboration with CARB, made heavy use of PEMS to discover the presence of defeat devices in Volkswagen diesels.[29]

84. PEMS has been used since the 1990s to measure real-world vehicle emissions performance. These systems are manufactured by highly respected and well-established emissions measurement equipment suppliers like AVL, Horiba, and Sensors Incorporated. All three of these companies are leading suppliers of emissions measurement systems used for vehicle and engine certification, and they bring their experience in conventional emissions analyzers to bear in designing PEMS. Conventional gas analysis systems are very large and complex. Since the years when chassis dynamometer testing was originally introduced, advances in analyzer technologies over the past three decades have allowed for the miniaturization of conventional laboratory analyzers, yielding major size and weight reductions. These technological advances made it possible for high-accuracy emissions analyzers to be deployed on vehicles while driving on the road outside of the laboratory setting.

85. Conventional emissions testing used for certification of vehicles is performed on a chassis dynamometer. The dynamometer is a "treadmill" for the driven wheels of a vehicle. The driven wheels are placed on rollers attached to an electric motor (and sometimes flywheels) capable of simulating the forces on the vehicle during real-world driving on the road. The chassis dynamometer simulates inertial forces (i.e., the resistance to acceleration or deceleration from the vehicle's weight), static friction, rolling resistance, and aerodynamic drag. When properly calibrated, the chassis dynamometer will simulate real-world driving with a high degree of accuracy. A "coastdown" procedure is used to verify that rolling resistance and drag are accurately simulated. However, the inertial load simulation requires very rapid and precise response from the electric motor for high accuracy. Slow responding systems can under-load the vehicle during acceleration. By contrast, real-world inertial forces on the vehicle are inherent in PEMS testing since this testing is conducted on the road in normal driving.

86. The analyzers used to measure gaseous emissions in the chassis dynamometer setting are accurate to within 1% of the full measurement scale. These analyzers are calibrated before and after each emissions test to ensure that they deliver a high level of accuracy and that the calibration does not appreciably change (or drift) during the emissions test. Furthermore, analyzers undergo monthly 10-point calibrations to ensure their response is accurate throughout the measurement range of each analyzer. These measurements are supplemented with high

[29] Thompson, Gregory J., et. al. "In-Use Emissions Testing of Light-Duty Diesel Vehicles in the United States," CAFEE publication, May 15, 2014.

precision measurement of ambient temperature and relative humidity. NOx is adjusted for those values.

87. PEMS analyzers are subject to the same requirements. In fact, analyzers used by the experts have an accuracy of 0.3% of full scale, well within the 1% requirement used for chassis dynamometer analyzers. These analyzers are also subject to the same monthly 10-point calibration to ensure accuracy throughout the measurement range. The analyzers are also calibrated before and after each test to ensure that they are both accurate and free of excessive drift. Drift has been shown to be far less than 1%, even after several hours of testing. PEMS also employs high accuracy temperature and relative humidity measurements to adjust NOx.

88. Put simply, the analyzers used in chassis dynamometer testing and PEMS testing have virtually identical levels of accuracy and are subject to the same strict requirements for calibration and drift.

89. One primary difference between PEMS and chassis dynamometer emissions testing is that the latter mixes the raw exhaust with ambient air in a dilution tunnel to simulate the effects of vehicle exhaust mixing with ambient air immediately after emission from the tailpipe. In the case of PEMS, the raw exhaust emissions are measured. The dilution tunnel has the largest effect on particulate matter measurements, where sulfate and hydrocarbon aerosols may be formed during the dilution process, thereby increasing particulate matter emissions. In modern diesels using low-sulfur fuels, these effects are much less important than in the past, where hydrocarbon and sulfate formation was much higher. The effect on gaseous pollutants, and in particular NOx, is negligible. Therefore, the raw gas measurement of NOx taken during PEMS testing will closely match the diluted exhaust measurement taken in a dilution tunnel.

90. A wide variety of studies have been performed over the years to validate the accuracy of PEMS. One such study, conducted by experts at Ricardo UK, one of the world's leading vehicle research and development companies, concluded that, when comparing emissions measured in chassis dynamometer and PEMS tests, "NOx emissions agreed within ~10% across a wide range of values."[30] When considering that devices installed to cheat chassis dynamometer tests result in emissions that are often several times, or even orders of magnitude, higher than the chassis dynamometer results, this level of agreement with chassis dynamometer emissions measurement is more than sufficient to identify the presence of defeat devices and to quantify the effects.

91. A PEMS test program can account for ambient temperature, traffic variability, relative positive acceleration (RPA—i.e., the "hardness" or "softness" of the driver's driving style), road quality, and wind speed. The effect of wind speed, in particular, can be averaged out by conducting a large number of tests with variable wind conditions. Tests are typically repeated dozens of times, with careful attention paid to, among other things, the average cycle speed, ambient temperature, RPA, and road grade.

92. In order to perform chassis dynamometer testing to certify a vehicle, on-road data must be collected for each vehicle that is tested to obtain a proper model of the vehicle's rolling resistance and aerodynamic drag (called the vehicle's "road load model"). This procedure is

[30] Anderson, Jon, et. al., "On-Road and Chassis Dynamometer Evaluations of Emissions from Two Euro 6 Diesel Vehicles," SAE 2014-01-2826, October 2014.

Case 1:16-cv-12541-DML-PTM ECF No. 81-10, PageID.3796 Filed 01/20/21 Page 29 of 175

conducted over the road and must be repeated multiple times to account for the effects of variable wind speeds and directions. This kind of repetition is no different than that required to average out the effects of wind speed during PEMS testing.

93. In order for the chassis dynamometer to simulate real-world driving accurately, the testing conducted over the road to create the road load model must be generated with great care, accounting for effects like tire pressure, drive train resistance, state of maintenance, vehicle inertial load, et cetera—the same issues that must be addressed when conducting PEMS tests.

94. Ambient temperatures in excess of 95°F generally cannot be tested in a chassis dynamometer laboratory; the same is true of temperatures lower than 20°F. During certification testing on the FTP-75 and HWFET, ambient temperature is controlled to a window between 68°F and 86°F. PEMS testing can be conducted at a wide variety of temperatures, which is important because many defeat devices are triggered based on changes in ambient temperature.

95. Importantly, it is often not possible to test conditions on a chassis dynamometer that might be experienced in the real world. As was discovered during the Volkswagen diesel scandal, the vehicle's engine control module can often detect that the vehicle is being tested on a chassis dynamometer. The vehicle might also be programmed to behave in ways that are particular only to the certification test cycle, even if the test cycle itself isn't detected explicitly. In addition to being able to detect that a certification test cycle is being run, as with Volkswagen, vehicles can use various sensors to determine that the vehicle is on a chassis dynamometer. Types of algorithms used to detect a chassis dynamometer include, but are not limited to, the following:

a) driven wheels are moving but the front wheels are not turning, a condition only experienced on a chassis dynamometer;
b) on a 2-wheel drive vehicle, the driven wheels are moving but the non-driven wheels are not, a condition only experienced on a chassis dynamometer; and
c) on a vehicle equipped with GPS, the vehicle's wheels are moving while the GPS position is not changing.

96. For this reason, while testing on a chassis dynamometer for defeat devices, it can never be ruled out that the vehicle has been configured to operate differently in a testing environment than in real world driving. Thus PEMS is important for detection and quantification of defeat and strategies designed to derate emissions outside of chassis dynamometer testing.

## 8.3. PEMS Testing Procedure

**City Driving**

97. At my direction, testing was conducted in city driving conditions with the goal of closely approximating the speeds and aggressiveness of the FTP-75 certification cycle. Recognizing that emissions can increase if the drive style is aggressive, every attempt was made to drive the vehicle with conservative, soft accelerations. In addition, the vehicles were driven to control the average test speed to speeds approximating the FTP-75.

98. As previously discussed, the average speed of the FTP-75 across all three phases is 21.2 mph. The average speed for all 278 PEMS test segments was 25.2 mph, though the data is

Case 1:16-cv-12541-TLL-PTM ECF No. 378-10, PageID.3793 Filed 11/01/21 Page 30 of 175

analyzed for speed below and can be parsed to examine results at different speeds. The data was analyzed to account for changing road grades and vehicle speeds, allowing flat road results at various speeds and results on hills to be analyzed independently to account for the effects of each variable. In general, any individual data point is constrained to have a length of greater than 3.6 miles, which is the length of the shortest phase of the FTP-75 (Phases 1 and 3). Emissions over very short periods of driving can often be very high (for example a 10-second sharp acceleration), so results are averaged over longer distances so the data isn't biased toward very short-term transient events with high emissions.

99. In addition to conducting the tests with careful control over the target average speed, the aggressiveness of the driving was carefully controlled. The aggressiveness of a driving pattern can be analyzed using a methodology called Relative Positive Acceleration (RPA). [31, 32] In general, the larger the RPA, the more aggressive the driving and the sharper the acceleration events. Conversely, small RPA values are reflective of conservative driving with relatively light accelerations.

100. A comparison of the RPA values calculated for all 278 PEMS test segments is made to the FTP-75 and US06 in Figure 8-2 below. As can be seen, the values of RPA closely match those for the FTP-75, meaning the PEMS testing aggressiveness is similar to the FTP-75 test cycle. The US06, which is considered an aggressive test cycle, is shown for sake of comparison. RPA values for the US06 are in general 2 to 3 times higher than the FTP-75 and those values for the city driving PEMS testing.

[31] Weiss, M., Bonnel, P., Hummel, R., Manfredi, U., Colombo, R., Lanappe, G., Le Lijour, P., and Sculati, M., "Analyzing on-road emissions of light-duty vehicles with Portable Emission Measurement Systems (PEMS)," JRC Scientific and Technical Reports, EUR 24697 EN, (2011).

[32] Ericsson, E., "Variability in urban driving patterns," Transportation Research Part D, Vol. 5, pp. 337-354, (2000).




**Figure 8-2: Comparison of relative positive acceleration values for PEMS city driving, the FTP-75, and the US06.**

**Highway Driving**

101. Highway testing was generally conducted at a steady speed of 60 mph, though certain test segments cover higher speed. Testing was conducted in this way as a surrogate for the HWFET test cycle. This cycle is not a constant speed cycle, though 47% of the cycle covers speeds between 50 mph and 60 mph. There are, however, a number of acceleration events on the HWFET that increase the overall aggressiveness of the cycle relative to the steady speed PEMS testing. So, while PEMS testing is conducted at the upper end of the speed range for that test cycle, acceleration events during PEMS testing are limited and 60 mph is believed to be a reasonable surrogate for the HWFET cycle.

102. Furthermore, steady state vehicle operation represents an ideal condition for an emission control system since no variables are changing. In that case, emission controls are expected to be more efficient than in conditions where vehicle speed and load are constantly changing. In the United States, highway speed limits range between 55 mph to 80 mph[33] and 60 mph is viewed to be conservatively low from an emission control standpoint, where drag forces are relatively low and the engine is not under a particularly heavy load. Indeed, in the ambient temperature range

[33] http://www ncsl.org/research/transportation/transportation-review-speed-limits.aspx.

from 68°F to 86°F, which is the window for the HWFET emissions test, fuel economy is measured to be 53.6 mpg on flat roads. [redacted] This is a further indication that engine loads between the PEMS highway testing is comparable to engine load on the HWFET.

103. Average speed for all 403 highway test segments analyzed was 60.8 mph, while the average RPA was 0.030 $m/s^2$. The RPA for the HWFET cycle taken as a whole is 0.070 $m/s^2$, so the PEMS testing is less aggressive, as would be expected from the steady speed condition. The lowest RPA for the US06 is 0.114 $m/s^2$, so the US06 is considerably more aggressive than the steady highway PEMS testing. See Figure 8-3.




**Figure 8-3: Comparison of relative positive acceleration values for PEMS highway driving, the HWFET, and the US06.**

104. As with the city driving data, the highway data was analyzed to account for changing road grades and various vehicle speeds. Results on flat road results and hills were analyzed independently to isolate the effect of road grade. In general, any individual data point is constrained to have a length of greater than 3.6 miles for the same reasons outlined in the city driving section.

[redacted]

# 9. OVERVIEW OF RESULTS

## 9.1. City Driving PEMS Results – Cruze Diesel

105. The 2015 Cruze diesel was tested over the course of 1,825 miles and 278 test segments in city driving conditions. When averaged over all tests, the vehicle emitted 288 mg/mile NOx, or 4.1 times the federal standard of 70 mg/mile and 18 times the Cruze gasoline emissions (see below). Maximum emissions were 2,527 mg/mile, or 36 times the standard and 158 times the Cruze gasoline emissions (see below). Note that maximum emissions were not the result of excessively short test segments or active regeneration events. The fraction of vehicle miles traveled (VMT) the vehicle spends above certain emissions thresholds is plotted in Figure 9-1. The vehicle spends 82.6% of vehicle miles traveled above the emission standard of 70 mg/mile, with only 17.4% of VMT below the standard. The vehicle spends 59.7% of VMT over twice the standard, 29.2% of VMT over four times the standard, and 7.8% over ten times the standard.




**Figure 9-1: Fraction of vehicle miles traveled spent at various multiples of the FTP-75 standard, 2015 Cruze diesel.**

## 9.2. City Driving PEMS Results – Cruze Gasoline

106. The 2015 Cruze gasoline was tested over the course of 752 miles and 87 test segments in city driving conditions. When averaged over all tests, the vehicle emitted 16 mg/mile NOx, well below the federal standard of 40 mg/mile. Relative to the Cruze diesel, the gasoline Cruze spends

very little time above the standard, with only 5.8% of VMT above the standard, with most of those events occurring during cold starts. Relative to the diesel, the gasoline vehicle spends most of its VMT well below the standard, whereas the diesel version of the Cruze spends the vast majority of its VMT well above the standard, which is notable because the Cruze diesel Tier 2 Bin 5 standard is less stringent than the Cruze gasoline Tier 2 Bin 4 standard.




**Figure 9-2: Fraction of vehicle miles traveled spent at various multiples of the FTP-75 standard, 2015 Cruze gasoline.**

107. The NOx emissions from the diesel Cruze are compared to the average gasoline Cruze NOx emissions in Figure 9-3 below for city driving conditions. The diesel Cruze only spends 0.5% of VMT with emissions below the gasoline Cruze, with 99.5% of the VMT above the emissions of the gasoline Cruze. Cruze diesel emissions are 5 times the gasoline emissions 79.1% of the VMT, 10 times the gasoline emissions 53.3% of the VMT, and 30 times the gasoline emissions 12.3% of the VMT.




**Figure 9-3: Fraction of vehicle miles traveled spent by the 2015 Cruze diesel at various multiples of the 2015 gasoline Cruze emissions, city driving conditions.**

### 9.3. Highway Driving PEMS Results – Cruze Diesel

108. The Cruze diesel was tested over 6,236 miles and 403 test segments in steady highway driving conditions. The average NOx emissions were found to be 220 mg/mile over the course of all those tests, or 2.4 times the federal standard of 90 mg/mile. Maximum emissions were found to be 1,902 mg/mile, or 21 times the standard. These maximum emissions were not the result of an excessively short test segment or active regeneration. The fraction of VMT spent at various multiples of the standard is plotted in Figure 9-4. The vehicle spends 47.3% of vehicle miles traveled above the emission standard of 70 mg/mile, with only 52.7% of VMT below the standard. The vehicle spends 32.3% of VMT over twice the standard, 19.5% of VMT over four times the standard, and 5.2% over ten times the standard.




**Figure 9-4: Fraction of vehicle miles traveled spent at various multiples of the HWFET standard, 2015 Cruze diesel.**

## 9.4. Highway Driving PEMS Results – Cruze Gasoline

109. The 2015 Cruze gasoline vehicle was tested over the course of 2,887 miles and 135 test segments in steady highway conditions. The average NOx emissions were found to be 3 mg/mile compared to a federal standard of 50 mg/mile. Virtually 100% of the VMT were found to be below the federal standard, Figure 9-5.




**Figure 9-5: Fraction of vehicle miles traveled spent at various multiples of the HWFET standard, 2015 Cruze gasoline.**

110. The NOx emissions from the diesel Cruze are compared to the average gasoline Cruze NOx emissions in Figure 9-6 below for highway driving conditions. The diesel Cruze only spends 0.4% of VMT with emissions below the gasoline Cruze, with 99.6% of the VMT above the emissions of the gasoline Cruze. Cruze diesel emissions are 10 times the gasoline emissions for 85.4% of the VMT, 30 times the gasoline emissions for 47.3% of the VMT, and 100 times the gasoline emissions for 23.6% of the VMT.




**Figure 9-6: Fraction of vehicle miles traveled spent by the 2015 Cruze diesel at various multiples of the 2015 gasoline Cruze emissions, highway driving conditions.**

## 9.5. Emissions vs Ambient Temperature

**City Driving – Cruze diesel and Cruze gasoline**

111. The effect of ambient temperature on NOx emissions was studied extensively in both city and highway driving conditions, with temperatures ranging from -2°F to 103°F. Prior to analyzing the independent effect of ambient temperature on city driving the data is filtered to remove segment lengths less than 3.6 miles. The data is also filtered to remove downhill and uphill grades,[35] as this allows for a direct comparison to the standards, all of which are performed on simulated flat roads. Furthermore, cold starts and hot starts are removed from the analysis, as these events also tend to increase NOx. Finally, test segments with active regenerations are removed from the analysis.

112. As can be seen in Figure 9-7, emissions increase sharply at temperatures above 86°F, the upper-end temperature of the FTP-75 certification test. At temperatures as low as 91.9°F, emissions of NOx can reach levels as high as 2,038 mg/mile, or 29 times the federal standard.

[35] For this and all subsequent analyses, flat roads are considered to be those roads with a grade between -0.3% and 0.3%, inclusive.

Emissions also increase as ambient temperature decreases, where emissions increase to levels as high as 605 mg/mile at 7.6°F, or 8.6 times the federal standard.




**Figure 9-7: NOx emissions on the 2015 Cruze diesel as a function of ambient temperature in city driving conditions. The red line shows the FTP-75 standard of 70 mg/mile.**

113. The 2015 Cruze gasoline vehicle is left almost completely unfiltered, including short segment lengths and hills, as the gasoline vehicle is almost completely insensitive to those variables. The only events that are filtered out are the cold starts. When analyzed over a similar temperature range, the gasoline Cruze is found to be completely insensitive to ambient temperature, see Figure 9-8. In all but 2 test segments, the gasoline Cruze maintained city driving emissions of NOx below the 40 mg/mile standard.




**Figure 9-8: NOx emissions on the 2015 Cruze gasoline as a function of ambient temperature in city driving conditions. The red line shows the FTP-75 standard of 40 mg/mile.**

114. The results from the plots are summarized in Table 9-1 below. These results are obtained as a mileage-weighted average of the results from each individual test segment. Emissions from the diesel Cruze are lowest in the certification temperature window at 109 mg/mile. Above and below that window, emissions rise as temperature increases and decreases, respectively. On average, emissions in the temperature window between 95 and 102°F (the highest temperature tested) are 1,224 mg/mile, or 17 times the standard. In the temperature window between 0 and 10°F, emissions are 523 mg/mile on average, or 7.5 times the standard.

115. By contrast, in no case does the 2015 Cruze gasoline vehicle exceed the 40 mg/mile FTP-75 emission standard for any of the temperature windows tested. This is particularly significant because the gasoline vehicle was not filtered to remove any road grades, which means the gasoline Cruze data is the result of an even more challenging set of emission control conditions. Even with those more challenging conditions included in the dataset, the gasoline vehicle is able to maintain emissions below the FTP-75 standard while the diesel Cruze generally does not.

**Table 9-1: Average NOx emissions as a function of temperature for both the diesel and gasoline versions of the Cruze in city driving conditions.**

| Temperature | Diesel<br>Average NOx Emissions<br>(mg/mile) | Gasoline<br>Average NOx Emissions<br>(mg/mile) |
|---|---|---|
| -5-0°F | Not Tested | 29 |
| 0-10°F | 523 | 16 |
| 10-30°F | 219 | 12 |
| 30-50°F | 160 | 14 |
| 50-68°F | 140 | 14 |
| 68-86°F (cert window) | 109 | 12 |
| 86-95°F | 292 | 6 |
| 95-102°F | 1,224 | Not tested |

116. In the temperature window between 10 and 30°F, the diesel Cruze emits 18.3 times more NOx than the gasoline Cruze. In the window between 30 and 68°F, the diesel Cruze emits 10 to 11.4 times more NOx than the gasoline Cruze. Between 86 and 95°F, the diesel Cruze emits 48.7 times the NOx of the gasoline Cruze.

**Highway Driving – Cruze diesel and Cruze gasoline**

117. In order to study the effect of ambient temperature on the Cruze diesel in steady highway conditions, the data was filtered in a similar fashion as with the city driving. Only highway speeds below 65 mph were considered. Only flat roads were considered, and cold starts, hot starts, and active regenerations were removed from the dataset. The resulting emissions as a function of ambient temperature are plotted in Figure 9-9. As the temperature moves above the HWFET maximum temperature of 86°F, NOx emissions begin to rise sharply with ambient temperature. With an ambient temperature of 98.5°F, emissions rise to levels as high as 1,226 mg/mile, or 14 times the HWFET standard of 90 mg/mile. Nearer to 95°F, NOx emissions are 389 mg/mile, or 4.3 times the standard.

118. Similarly, there is a sharp increase in NOx emissions as ambient temperatures begin to fall below 10°F, with NOx emissions as high as 307 mg/mile at 13.7°F, or 3.4 times the standard. As temperatures fall to 5.2°F, emissions increase to 535 mg/mile, or 5.9 times the standard. At an ambient temperature of -2.2°F, emissions increase to 1,602 mg/mile, or 18 times the standard.




**Figure 9-9: NOx emissions on the 2015 Cruze diesel as a function of ambient temperature in steady highway conditions. The red line shows the HWFET standard of 90 mg/mile.**

119. Similarly, the gasoline Cruze was analyzed for steady highway performance as a function of ambient temperature. Emissions were found to be largely independent of road grade or highway speed, so no data segments are removed from the analysis.

120. The NOx emissions as a function of ambient temperature for the 2015 gasoline Cruze are shown in Figure 9-10. The vehicle is able to maintain emissions at a fraction of the HWFET standard of 50 mg/mile across the entire range of ambient temperatures tested (-1.9°F to 94.1°F).




**Figure 9-10: NOx emissions on the 2015 Cruze gasoline as a function of ambient temperature in steady highway conditions. The red line shows the HWFET standard of 50 mg/mile.**

121. The results from both the gasoline and diesel Cruze vehicles are summarized in Table 9-2. As with the city driving results, averages are obtained as a mileage-weighted average of the results from each individual test segment. Emissions from the diesel Cruze are lowest in the window from 10 degrees to 86°F. Sharp increases are observed both above and below this range. Average emissions increase to 638 mg/mile in the temperature window from 95 to 102°F (the highest temperature tested), 7.1 times the standard. Between 0 and 10°F, emissions rise to 596 mg/mile on average, 6.6 times the standard. Between -5°F and 0°F, NOx emissions are 1,206 mg/mile, or 13 times the standard. It is important to note that this dataset specifically excludes any driving on anything but flat roads. Emissions increase categorically and significantly when even relatively modest grades are introduced, as will be shown later.

122. As with the city driving data, the results from the gasoline Cruze are all below the standard for steady highway driving. Emissions are, on average, 6-14% of the HWFET standard of 50 mg/mile across the entire temperature range tested.

**Table 9-2: Average NOx emissions as a function of temperature for both the diesel and gasoline versions of the Cruze in steady highway driving conditions.**

| Temperature | Diesel Average NOx Emissions (mg/mile) | Gasoline Average NOx Emissions (mg/mile) |
|---|---|---|
| -5-0°F | 1,206 | 7 |
| 0-10°F | 596 | 4 |
| 10-30°F | 88 | 5 |
| 30-50°F | 57 | 4 |
| 50-68°F | 30 | 3 |
| 68-86°F (cert window) | 69 | 3 |
| 86-95°F | 114 | 3 |
| 95-102°F | 638 | Not tested |

123. It is illustrative to put the NOx emission values of the diesel Cruze in context with regard to historical emissions standards. In 1973, GM certified a wide variety of its vehicles on a single CARB Executive Order, A-6-1.[36] The emission levels on the Executive Order are shown in Figure 9-11. The 101 Engine Family includes the compact Chevrolet Vega, pictured in Figure 9-12, which is certified to a NOx emission standard of 2,100 mg/mile of NOx. With temperatures as low as 92.6°F, recall that the Chevrolet Cruze diesel emits 2,199 mg/mi of NOx in city driving conditions. Thus, an increase in temperature of 6.2°F from the 86°F upper limit of the FTP-75 certification test causes the Cruze to exceed the emissions of a vehicle certified 50 years ago.

| Engine Family | Hydrocarbons gms/mi | Carbon Monoxide gms/mi | Nitrogen Oxides gms/mi |
|---|---|---|---|
| 101 | 2.1 | 24 | 2.1 |
| 102 | 2.4 | 38 | 2.8 |
| 104 | 2.7 | 30 | 2.5 |
| 105 | 2.7 | 23 | 2.3 |
| 202 | 3.0 | 30 | 2.9 |
| 302 | 2.0 | 30 | 2.8 |
| 402 | 2.5 | 29 | 2.5 |
| 501 | 2.2 | 26 | 2.4 |
| 601 | 2.9 | 34 | 2.1 |

**Figure 9-11: Emission certification levels for a variety of General Motors vehicles from the 1973 CARB Executive Order, A-6-1.**

[36] https://ww3.arb.ca.gov/msprog/onroad/cert/pcldtmdv/1973/gm_pc-ldt_a0060001_1d2-2d3-4d1-5d1-5d8-6d6-7d5-7d7-8d2_ta0.pdf.



**Figure 9-12: 1973 Chevrolet Vega, certified to a NOx standard of 2,100 mg/mile.**

## 9.6. Emissions vs. Road Grade

124. The effect of road grade on emissions from both the 2015 Cruze diesel and 2015 Cruze gasoline were also studied in steady highway conditions. Road grade is an important real-world parameter because very few miles of controlled access highways in the United States have a truly flat road grade, discussed later.

125. The Cruze diesel data is filtered to remove speeds greater than 65 mph, active regenerations, cold starts, and hot starts. The resulting dependence on road grade is shown in Figure 9-13. Only ambient temperatures between 68 and 86°F are considered to eliminate the compounding effect of ambient temperature. With a road grade in excess of 2.0%, emissions increase sharply to values as high as 981 mg/mile, or 11 times the HWFET standard of 90 mg/mile. Generally speaking, the data points with low emissions at higher road grades are for test segments with a short duration.




**Figure 9-13: 2015 Cruze diesel NOx emissions as a function of road grade in steady highway conditions, speeds of 65 mph and lower.**

126. If highway speeds up to 65 and 75 mph are included in the analysis, the emissions associated with road grade are increased further, Figure 9-14. As with Figure 9-13, the data points with low emissions at higher road grades are for test segments with a short duration.




**Figure 9-14: 2015 Cruze diesel NOx emissions as a function of road grade in steady highway conditions, speeds of 75 mph and lower.**

127. The 2015 Cruze gasoline was also tested in steady highway conditions at various road grades, with highway speeds up to 72 mph. No ambient temperature filtering was performed, as the vehicle NOx emissions are insensitive to ambient temperature. The emissions as a function of road grade are plotted in Figure 9-15. NOx emissions on the gasoline Cruze are not dependent on road grade.




**Figure 9-15: 2015 Cruze gasoline NOx emissions as a function of road grade in steady highway conditions, all highway speeds.**

128. The results for the two different speed scenarios for the diesel vehicle are summarized and compared with the gasoline vehicle in Table 9-3. Once the road grade exceeds 2.0% for the Cruze diesel for speeds less than 65 mph, emissions increase to 577 mg/mile on average, or 6.4 times the HWFET standard of 90 mg/mile. When speeds up to 75 mph are included in the analysis, emissions exceed the standard by a factor of 1.6 for grades between 1.1 and 2.0%. Above 2.0% grade, emissions increase to 604 mg/mile, or 6.7 times the standard. For the gasoline Cruze, emissions are 6% to 8% of the HWFET standard of 50 mg/mile regardless of road grade.

**Table 9-3: NOx emissions for the 2015 Cruze diesel and 2015 Cruze gasoline as a function of road grade.**

| | Cruze Diesel | | Cruze Gasoline |
|---|---|---|---|
| Grade | NOx (mg/mile) Speeds < 65 mph | NOx (mg/mile) Speeds < 75 mph | NOx (mg/mile) All Speeds |
| Flat | 69 | 86 | 3 |
| 0.3%-1.0% | 44 | 107 | 4 |
| 1.1-2.0% | 81 | 144 | 4 |
| 2.1+ | 577 | 604 | 3 |

129. Road grades are common on controlled access highways in the United States. The following plot shows the road grade distribution for 127,000 miles of controlled access highways

in the United States.[37] Figure 9-16 and Figure 9-17 show the road grade distribution for the highways studied. Less than 20% of the highway mileage analyzed is flat. Roughly 40% of highway mileage in the United States has a grade of 1.0% of more, and roughly 20% of highway mileage has a grade of 2.0% or more. Based on that distribution, it would therefore be expected that emissions from the Cruze diesel would be over 6 times the HWFET emission standard 20% of the time.

130. Approximately 10% of highway mileage has a road grade of 3.0% or more, where emissions can reach levels as high as 981-1,343 mg/mile, depending on speed, or 11 to 15 times the standard. It is important to note this analysis only considers ambient temperatures between 68 and 86°F. When the compounding effect of high and low ambient temperature is considered, the frequency and severity of the high NOx emissions would be expected to increase.




**Figure 9-16: Road grades on controlled access highways in the United States.**

[37] Wood, Eric, et. al. "EPA GHG Certification of Medium- and Heavy-Duty Vehicles: Development of Road Grade Profiles Representative of US Controlled Access Highways," NREL Study under Contract DE-AC36-08GO28308, May 2015.




**Figure 9-17: Distribution of road grades for 127,000 miles of controlled access highways in the United States.**

## 9.7. Chassis Dynamometer Emissions

131. The 2015 Cruze diesel was tested on a chassis dynamometer on the FTP-75, HWFET, and Cold CO test cycles. Testing was conducted according to the procedures outlined in the code of federal regulations, and the results are presented below in Table 9-4. A description of the test laboratory and test equipment can be found in Appendix 12.7. The test result files can be found in Appendix 12.8.

**Table 9-4: Chassis dynamometer test results for certification test cycles.**

| Test | NOx Result (mg/mile) | Standard (mg/mile) |
|---|---|---|
| FTP-75 | 78 | 70 |
| HWFET | 2 | 90 |
| US-06 | 89 | 140 |
| Cold CO | 203 | N/A |

132. The result from the FTP-75, at 78 mg/mile, is slightly over the standard of 70 mg/mile but not enough to substantially impact the expected on-road results. Furthermore, the emissions from the stabilized phase (Phase 2) of the FTP-75 are quite low, at 35 mg/mile. The vast majority of the analysis performed on the Cruze diesel was with the vehicle fully warmed up. The NOx emissions from the HWFET and US06 cycles are well below the standard at 2 mg/mile and 89 mg/mile, respectively. There is no standard for the Cold CO cycle, but the results are used later in the analysis. These results confirm that the vehicle is in proper working order and that the emission control systems are functioning as designed.

## 10. DEFEAT DEVICES AND EMISSION DERATING STRATEGIES

133. The high NOx emissions measured and summarized in section 9 for the 2015 Cruze diesel are the result of the presence of emission derating strategies. Again, although not required for my conclusions here, it also is my opinion that these strategies would likely be considered "defeat devices" if disclosed to regulators. A defeat device is defined in 40 C.F.R. § 86.1803-01 as:

> Defeat device means an auxiliary emission control device (AECD) that reduces the effectiveness of the emission control system under conditions which may reasonably be expected to be encountered in normal vehicle operation and use, unless:
>
> (1) Such conditions are substantially included in the Federal emission test procedure;
>
> (2) The need for the AECD is justified in terms of protecting the vehicle against damage or accident;
>
> (3) The AECD does not go beyond the requirements of engine starting; or
>
> (4) The AECD applies only for emergency vehicles and the need is justified in terms of preventing the vehicle from losing speed, torque, or power due to abnormal conditions of the emission control system, or in terms of preventing such abnormal conditions from occurring, during operation related to emergency response. Examples of such abnormal conditions may include excessive exhaust backpressure from an overloaded particulate trap, and running out of diesel exhaust fluid for engines that rely on urea-based selective catalytic reduction.

134. Further, an auxiliary emission control device (AECD) is defined in the same section of the CFR as:

> Auxiliary Emission Control Device (AECD) means any element of design which senses temperature, vehicle speed, engine RPM, transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system.

135. AECDs must be described in detail as part of the certification application process to EPA and CARB.

136. In simple terms, regulatory defeat devices are mechanisms of reducing the effectiveness of the emission control system when the vehicle is driven off the test cycle but in conditions that are "reasonably to be expected to be encountered in normal vehicle operation and use."[38] In the case of modern vehicles, where nearly every aspect of the vehicle's operation is controlled by the engine control unit (ECU), defeat device strategies are largely based on software. There are exceptions in the defeat device definition that allow for the protection of the engine from damage, engine start conditions, and for emergency vehicles. As will be shown in the following analysis, none of those exceptions apply to the strategies employed in the Cruze diesel.

137. Furthermore, it will be shown that the performance of the vehicle's emission control system was manipulated on two of the certification emission test cycles in ways that game the test cycle. The strategies employed alter the operation of the emission control system operation

[38] 40 C.F.R. § 86.1803-01.

in ways that are specific to the test cycle. This type of manipulation is often called "cycle beating."

138. Defeat devices are explicitly prohibited in 40 CFR § 86.1809-12(a): "No new light-duty vehicle, light-duty truck, medium-duty passenger vehicle, or complete heavy-duty vehicle shall be equipped with a defeat device."

10.1. [redacted]

39 [redacted]

Case 1:16-cv-12541-TLL-PTM ECF No. 37-12, PageID.2370 Filed 11/05/20 Page 53 of 175

[redacted]

[redacted]

[redacted]

[48] GMCOUNTS000096442.

Case 1:16-cv-12541-TLL-PTM ECF No. 37-10, PageID.2263 Filed 11/05/20 Page 56 of 75

[redacted]

[redacted]

[redacted]

56 [redacted]

Case 1:16-cv-12541-DLC-PTM ECF No. 37-1, PageID.3296 Filed 11/05/21 Page 59 of 175

[redacted]

57 [redacted]

Case 1:16-cv-12541-TLL-PTM ECF No. 381-19, PageID.29379 Filed 11/05/21 Page 60 of 175

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

Case 1:16-cv-12541-DLC-PTME ECF No. 374-1, PageID.23979 Filed 11/05/20 Page 63 of 175

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[65] GMCOUNTS000337593.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

### 10.1.7. Observed SCR Efficiency in City Driving and Highway Driving PEMS Tests

199. The city driving data is filtered to remove active regenerations, hot starts, and cold starts. The observed SCR inlet temperature distribution is shown in Figure 10-32. In total, 84% of the tests had inlet temperatures to the SCR system in a region where high NOx reduction is expected (200-350°C). However, only 26% of the tests showed SCR efficiencies in excess of 90%, and 33% of the city driving tests had an efficiency between 80 and 90%, leaving 41% of the tests with an efficiency of less than 80%. See Figure 10-33. The average engine-out NOx emission rate for all tests was 1,169 mg/mile, so efficiencies less than 80% will result in average tailpipe NOx emissions of 233 mg/mile or more. [redacted]




**Figure 10-32: SCR inlet temperature distribution during city driving tests.**




**Figure 10-33: SCR efficiency distribution for city driving tests.**

200. The steady highway driving data is filtered to remove active regenerations. As with the city driving data, the observed SCR inlet temperature distribution is shown in Figure 10-34. In total, 94% of the tests had inlet temperatures to the SCR system in a region where high NOx reduction is expected (200-350°C). However, only 38% of the tests showed SCR efficiencies in excess of 90%, Figure 10-35. 22% of the steady highway driving tests had an efficiency between 80 and 90%, leaving 40% of the tests with an efficiency of less than 80%. The average engine-out NOx emission rate for all tests was 807 mg/mile, so efficiencies less than 80% will result in [redacted]

Case 1:16-cv-12541-DML-PTM ECF No. 41-2, PageID.2379 Filed 11/05/20 Page 86 of 175




**Figure 10-34: SCR inlet temperature distribution during steady highway driving tests.**




**Figure 10-35: SCR efficiency distribution for steady highway driving tests.**

10.2. [redacted]

**City Results**

202. During testing, as previously explained, important vehicle parameters are logged from the ECM to determine how the emission control system is operating. Among those, the EGR valve position is analyzed for each test as a surrogate for the EGR rate. The EGR rate is the flow of EGR relative to the flow of fresh intake air. The flow of EGR is regulated by the EGR valve, which can be set to any position between fully open (100% valve position) and fully closed (0% valve position), to set the EGR rate.

203. [redacted]

204. As previously discussed, the data is filtered to remove segment lengths less than 3.6 miles, road grades, cold starts, hot starts, and active regenerations (all of which would result in higher overall emissions).




**Figure 10-36: NOx emissions in city driving conditions as a function of ambient temperature.**

205. A summary of the emission results for various temperature bins is presented in Table 10-1, along with various parameters monitored from the ECM.

**Table 10-1: NOx emissions as a function of ambient temperature for city driving conditions.**

| Temperature | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| 68-86°F (cert window) | 109 | 17.7% | 82% | -0.504 | 4.9 |
| 86-95°F | 292 | 12.9% | 81% | -0.727 | 7.4 |
| 95-102°F | 1224 | 4.5% | 66% | -0.363 | 22.8 |

[redacted]

[redacted]




**Figure 10-37: NOx emissions as a function of EGR valve position, city driving conditions.**

209. The average inlet temperature to the SCR system is presented in Table 10-2 below. The inlet temperature in all three cases is well above the temperature required to achieve a high NOx reduction across the SCR system.[73]

---

[73] See Appendix 12.9.

**Table 10-2: SCR inlet temperature for city driving PEMS tests.**

| Temperature | SCR Inlet Temperature (°C) |
|---|---|
| 68-86°F (cert window) | 244 |
| 86-95°F | 246 |
| 95-102°F | 275 |

**Highway Results**

210. [redacted] Figure 10-38 shows the data presented in Section 9, but zoomed in to capture the temperature range from 68°F to 102.1°F, the maximum temperature tested. The upper and lower bounds for the FTP-75, HWFET, and US06 certification cycle ambient temperatures are listed. As before, results are filtered to remove speeds higher than 65 mph, road grades, and active regenerations (all of which would result in an overall increase in emissions).




**Figure 10-38: NOx emissions in steady highway conditions as a function of ambient temperature.**

211. A summary of the emission results for various temperature bins is presented in Table 10-3, along with various parameters monitored from the ECM.

**Table 10-3: NOx emissions as a function of ambient temperature for steady highway conditions.**

| Temperature | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| 68-86°F (cert window) | 69 | 13.7% | 85% | 2.683 | 7.8 |
| 86-95°F | 114 | 12.5% | 81% | 2.304 | 8.7 |
| 95-102°F | 638 | 5.8% | 63% | 2.426 | 24.7 |

[redacted]




**Figure 10-39: NOx emissions as a function of EGR valve position, steady highway driving conditions.**

215. The average inlet temperature to the SCR system is presented in Table 10-4 below. As with the city driving case, the inlet temperature in all three cases is well above the temperature required to achieve a high NOx reduction across the SCR system.

**Table 10-4: SCR inlet temperature for steady highway driving PEMS tests.**

| Temperature | SCR Inlet Temperature (°C) |
|---|---|
| 68-86°F (cert window) | 283 |
| 86-95°F | 278 |
| 95-102°F | 290 |

[redacted]

[redacted]

218. When testing with PEMS, a very precise and calibrated temperature probe is also used to measure ambient temperature. This probe is typically mounted to the top of the vehicle. The temperature probe is surrounded by white metal shields to reflect sunlight and prevent the sun from raising the probe temperature. See Figure 10-41.




**Figure 10-41: PEMS temperature probe.**

219. This environmental temperature value from the vehicle's ECM was monitored and logged during PEMS testing. At high ambient temperatures, environmental temperature consistently biased to a temperature higher than that measured by the PEMS ambient temperature probe.

220. The following parity plot, Figure 10-42, shows the OAT (i.e. environmental temperature) measured during testing against the PEMS ambient temperature measurement. In a parity plot, if the two measurements are in perfect agreement, the data points will fall on the blue line. In the plot, the blue points represent data collected during steady highway driving, while the red points represent data collected during stop and go city driving. Most of the points fall *above* the parity line, which means the environmental temperature is higher than the measured ambient temperature during a test. On average, the environmental temperature is 4.5°F higher than the PEMS ambient temperature in city driving and 2.9°F higher in highway driving. In some cases in city driving, the discrepancy is as high as 20°F. It appears that as the temperature increases, the discrepancy between the two measurements widens.

[redacted]




**Figure 10-42: OAT vs PEMS temperature at high ambient temperatures.**

222. At temperatures between the cold and hot extremes (30-80°F), the OAT and PEMS data fall mostly on the parity plot, which means at these mid-range temperatures there is good agreement between the vehicle's OAT and the PEMS ambient temperature, see Figure 10-43.




**Figure 10-43: OAT vs PEMS temperature at mid-range ambient temperatures.**

223. At colder temperatures, we observe a trend opposite to that at higher temperature. See Figure 10-44. The OAT tends to measure a *lower* temperature than the PEMS temperature probe. As temperatures approach the coldest temperatures measured, a consistent difference between 3-5°F is observed.




**Figure 10-44: OAT vs PEMS temperature at low ambient temperatures.**

224. On average the OAT reads 2.5°F lower in cold temperatures in highway conditions and 2.6°F lower in city conditions, with a maximum discrepancy of 6.5°F.

[redacted]

226. The 2015 gasoline Cruze tested did not display the same behavior as the diesel Cruze with regard to ambient temperature measurement. In fact, the measured temperature in the case of the gasoline version of the Cruze measures somewhat lower than the PEMS ambient temperature sensor (about 4°F in most cases) but is very consistent across the entire ambient temperature range, Figure 10-45.

Case 1:16-cv-12541-DML-PTM ECF No. 37-12, PageID.28005 Filed 05/20/21 Page 98 of 175




**Figure 10-45: Environmental temperature as measured by the Cruze gasoline vehicle compared to the PEMS ambient temperature.**

[redacted]

228. Recall from Section 6 that the SC03 is an air conditioning cycle, used to determine the emission impacts of operating the air conditioning system at a temperature higher than the certification temperature for the FTP-75, HWFET, and US06. In fact, as previously discussed, the test cycle is run with an ambient temperature of 95°F and with an array of lights capable of simulating the radiation load from the sun. This test has its own relevant standards. The test was not designed as a pass/fail test for adjustments to an emission control strategy based on high

ambient temperature, and meeting the emission standard on this cycle does not amount to a "pass" for a high ambient temperature adjustments to the emission control system. However, the results can be used as one means of quantifying the impact, though those results would be limited, of course, to the condition of 95°F and would not assess the impact at higher ambient temperatures.

[redacted]

[redacted]

[redacted]

[redacted]

237. With that in mind, it is further important to understand the sequence of environmental temperatures leading up to the running of an actual SC03 emissions test. Per the procedure in 40 C.F.R. § 86.132-00(o), the vehicle is tested after the FTP-75. The FTP-75 is allowed to be run at any temperature between 68°F and 86°F, but practically speaking most laboratories operate at 72-73°F (comfortable room temperature). Per section (o)(i), the vehicle may be preconditioned (or warmed up) by running the SC03 test cycle one time prior to executing the actual SC03 emissions test. See Figure 10-51.

[79] *Id.*

[redacted]

[redacted]

243. The definition of defeat device, referenced above, is repeated for purposes of the current discussion below.

> Defeat device means an auxiliary emission control device (AECD) that reduces the effectiveness of the emission control system under conditions which may reasonably be expected to be encountered in normal vehicle operation and use, unless:
>
> (1) Such conditions are substantially included in the Federal emission test procedure;
>
> (2) The need for the AECD is justified in terms of protecting the vehicle against damage or accident;
>
> (3) The AECD does not go beyond the requirements of engine starting; or
>
> (4) The AECD applies only for emergency vehicles and the need is justified in terms of preventing the vehicle from losing speed, torque, or power due to abnormal conditions of the emission control system, or in terms of preventing such abnormal conditions from occurring, during operation related to emergency response. Examples of such abnormal conditions may include excessive exhaust backpressure from an overloaded particulate trap, and running out of diesel exhaust fluid for engines that rely on urea-based selective catalytic reduction.

[redacted]

[redacted]

246. The cooling system for any internal combustion engine consists of a reservoir of coolant that circulates through the engine block and various components. This flowing coolant picks up heat from the parts of the engine that need cooling. The coolant then flows through the radiator, where air passing over the coils of the radiator removes the heat from the coolant. A fan next to the radiator may be engaged to help increase the circulation of air over the radiator and improve heat exchange and cooling performance. The temperature of the coolant is governed by a thermostat, which allows coolant to circulate when the coolant temperature is too high and stops the flow of coolant when the temperature is too low. Like the thermostat in a house, the system targets a constant temperature (in this case, a constant coolant temperature).

247. While the ability of the radiator to reject heat to the surrounding air can be impacted by the surrounding air temperature, overheat of the engine or any of the associated parts is not directly linked to ambient temperature. It is tied only to the coolant temperature.

[redacted]

249. During PEMS testing of the Cruze diesel, the coolant system temperature was monitored for all test segments. The average temperatures during operation in both city and steady highway driving conditions are shown in Table 10-5. In general, the coolant system does not deviate significantly from the coolant temperature measured at moderate temperatures between 68 and 86°F. Thus the coolant system is not significantly stressed under high ambient temperature conditions. If the coolant system is incapable of maintaining the setpoint temperature from the thermostat because of additional heat load, the coolant temperature will rise.

---

[redacted]

**Table 10-5: Average coolant temperature measured during PEMS testing of Cruze diesel at various ambient temperatures, city and steady highway driving.**

| Temperature | Average Coolant Temperature – City Driving (°C) | Average Coolant Temperature – Steady Highway Driving (°C) |
|---|---|---|
| 68-86°F (cert window) | 92.2 | 93.3 |
| 86-95°F | 94.5 | 93.3 |
| 95-102°F | 94.1 | 90.4 |

[redacted]

### 10.2.5 [redacted]

251. As early as 1972,[87] EPA states that, "it is the intent of the [Clean Air] Act that the vehicles be designed, built, and equipped so that when they are being used by the motoring public emissions will be reduced to the extent indicated by the prescribed standards during the period of their useful life." See Figure 10-54. In other words, EPA expects that there is a real-world link between emissions measured on the dynamometer test cycles and those measured in real-world use.

[redacted]

[87] EPA Advisory Circular No. 24, December 11, 1972.

> 1. In a letter of July 12, 1972, the Administrator notified all manufacturers of light duty motor vehicles that the Agency considers sensors and devices which may adversely affect emission control under conditions or during operations likely to occur in actual vehicle use to be inconsistent with the intent of the Clean Air Act. Specifically, it is the intent of the Act that vehicles be designed, built, and equipped so that when they are being used by the motoring public emissions will be reduced to the extent indicated by the prescribed standards during the period of their useful life. The fact that it may not be practicable to test prototype or production vehicles in order to assure the reductions under many conditions which the vehicle will encounter does not mean intentional obviation of these reductions outside the parameters of the test procedure is consistent with the Act.

**Figure 10-54: EPA A/C 24 guidance on defeat devices.**

252. Furthermore, EPA goes on in the same document to say that, "An AECD is generally deemed to be a Defeat Device if it is determined by EPA to reduce the effectiveness of an emission control system . . . in response to ambient, underhood, or passenger compartment air temperature outside the 68° - 86°F range."

253. EPA talks specifically about high ambient temperatures in a 1998 letter to manufacturers.[88] Although the letter was meant to address issues related to heavy-duty diesel engines at the time, EPA states that, "while this guidance specifically addresses issues arising in the context of heavy-duty diesel engines using retarded injection timing for NOx control, manufacturers of other vehicles or engines should use the discussion of AECDs relating to onboard computers and electronic controls during the certification process, and compliance with the prohibition against defeat devices, because the same regulatory and statutory requirements concerning AECDs and defeat devices apply to these manufacturers as to manufacturers of heavy-duty diesel engines."

254. EPA states that, "The Agency believes that the manufacturer is obligated to design and install an emissions control system that functions effectively in the real world, i.e., "in normal operation and use." It goes on to say an AECD is not justified in terms of engine protection, "if the need for engine protection is the result of inadequate design of the engine, when viewed in comparison to currently available technology." It goes on to cite, as a specific example, that "the exemption [from definition as a defeat device] would not apply where a manufacturer does not specify adequate cooling capacity for vehicles using the engine but relies instead on the over temperature protection strategy to cool the engine in normal operation and use."

255. Critically important in the current context, EPA states, **"In the summer, many areas of the country experience numerous days where the temperature approaches or exceeds 100 degrees F ambient. The adverse health impacts from excess NOx emissions – excessive ozone formation – are most acute on hot days. EPA believes that vehicle operation at 100 degrees F and above is "normal" and that NOx emission controls can and should be designed to work on the hot summer days when they are needed the most." See Figure 10-55. This policy was established more than 20 years ago and clearly establishes that emission controls for NOx must be effective at ambient temperatures above 100°F. It is EPA's position that such temperatures constitute normal operating temperature.**

[88] EPA VPCD-98-13, October 15, 1998.

Many manufacturers have over temperature protection strategies that advance timing when coolant or other temperatures reach certain thresholds. While such engine protection strategies are clearly contemplated by the exemption from the defeat device definition, the exemption would not apply where a manufacturer does not specify adequate cooling capacity for vehicles using the engine but relies instead on the over temperature protection strategy to

cool the engine in normal operation and use. In the summer, many areas of the country experience numerous days where the temperature approaches or exceeds 100 degrees F ambient. The adverse health impacts from excess NOx emissions - excessive ozone formation – are most acute on hot days. EPA believes that vehicle operation at 100 degrees F and above is "normal" and that NOx emission controls can and should be designed to work on the hot summer days when they are needed the most. Accordingly, EPA will screen over temperature

**Figure 10-55: EPA policy on high ambient temperature and NOx emission controls.**

256. In 2001, EPA released further guidance related to the use of EGR in diesel engines and AECDs.[89] This document is targeted specifically at heavy-duty diesel engines but, as with VPCD-98-13, it is believed the same fundamental principles would apply. EPA states that, "It is possible to have an AECD which, due to its inferior design, results in higher emission levels under non-FTP conditions compared to alternatively available designs. An example might be a relatively unsophisticated EGR system which performs well enough under FTP conditions to meet the FTP standards, but this same operation under speeds and loads not well represented by the FTP or at higher temperatures would result in insufficient exhaust gas re-circulation and significantly increased NOx emissions."

257. Again, EPA seems to make clear that NOx control systems should be designed to control NOx in conditions and ambient temperatures not represented on the test cycle. It goes on to say, "Thorough disclosure of the presence of such an AECD and its expected impact on emission performance is essential in allowing EPA to evaluate the AECD and determine whether it represents a defeat device. Clearly, any AECD which is not fully identified in the manufacturer's application for certification and for which emissions impacts are not provided cannot be appropriately evaluated by EPA and therefore cannot be determined to be acceptable by EPA."

[redacted]

[89] EPA Advisory Circular 24-3, January 19, 2001.

[90] GMCOUNTS000365682.

[redacted]

[redacted]

10.3. [redacted]

268. As with the analysis for high ambient temperature, a number of important vehicle parameters were logged when testing the Cruze diesel at low ambient temperature with PEMS, among them EGR valve position, injection timing, and engine-out NOx emissions.

[redacted]

270. As previously discussed, the data is filtered to remove segment lengths less than 3.6 miles, road grades, cold starts, hot starts, and active regenerations.




**Figure 10-56: NOx emissions in city driving conditions as a function of ambient temperature.**

271. A summary of the emission results for various temperature bins is presented in Table 10-6, along with various parameters monitored from the ECM.

**Table 10-6: NOx emissions as a function of ambient temperature for city driving conditions.**

| Temperature | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| -5-0°F | Not Tested | | | | |
| 0-10°F | 523 | 9.4% | 64% | -0.288 | 9.2 |
| 10-30°F | 219 | 10.1% | 82% | -0.553 | 7.3 |
| 30-50°F | 160 | 11.2% | 86% | -0.723 | 7.0 |
| 50-68°F | 140 | 16.3% | 82% | -1.193 | 3.3 |
| 68-86°F (cert window) | 109 | 17.7% | 82% | -0.504 | 4.9 |

[redacted]

[redacted]

273. The relationship between tailpipe emissions and EGR valve position over the low ambient temperature range is plotted in Figure 10-57. The plot shows a relatively strong correlation with EGR valve position, though the compounding influence of the intermittent use online dosing blurs the trend somewhat in city driving conditions[redacted]




**Figure 10-57: NOx emissions as a function of EGR valve position, city driving.**

274. The inlet temperatures to the SCR system, Table 10-7, are above the temperature necessary for high NOx conversion. See Appendix 12.9 for details.

**Table 10-7: SCR inlet temperature for city driving PEMS tests.**

| Temperature | SCR Inlet Temperature (°C) |
|---|---|
| 0-10°F | 204 |
| 10-30°F | 213 |
| 30-50°F | 225 |
| 50-68°F | 223 |
| 68-86°F (cert window) | 244 |

**Highway Results**

275. As with the city results, the high NOx emissions from ambient temperatures below 68°F in steady highway conditions are primarily the result of reductions in EGR with decreasing ambient temperature. Figure 10-58 shows the data presented in Section 9, but zoomed in to capture the temperature region from 86°F down to -2.2°F, the lowest temperature tested. The upper and lower bounds in the plot represent the upper and lower temperature limits for the certification test cycle. As before, results are filtered to remove speeds higher than 65 mph, road grades, and active regenerations.




**Figure 10-58: NOx emissions in steady highway conditions as a function of ambient temperature.**

276. A summary of the results for various temperature bins is presented in Table 10-8, along with various parameters monitored from the ECM.

**Table 10-8: NOx emissions as a function of ambient temperature for steady highway driving conditions.**

| Temperature | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| -5-0°F | 1206 | 1.8% | 46% | 0.131 | 34.1 |
| 0-10°F | 596 | 4.8% | 66% | 0.054 | 24.5 |
| 10-30°F | 88 | 9.0% | 89% | -0.370 | 12.4 |
| 30-50°F | 57 | 10.7% | 88% | -0.771 | 7.3 |
| 50-68°F | 30 | 13.2% | 93% | 2.850 | 7.9 |
| 68-86°F (cert window) | 69 | 13.7% | 85% | 2.683 | 7.8 |

[redacted]

278. The relationship between EGR valve position and tailpipe NOx emissions for the temperature range above is shown in Figure 10-59. Tailpipe emissions generally increase as the EGR rate is reduced, with emissions categorically well in excess of the standard when EGR is deactivated.




**Figure 10-59: NOx emissions as a function of EGR valve position, steady highway driving conditions.**

279. The inlet temperatures to the SCR system, Table 10-9, are above the temperature necessary for high NOx conversion. See Appendix 12.9 for details.

**Table 10-9: SCR inlet temperature for city driving PEMS tests.**

| Temperature | SCR Inlet Temperature (°C) |
|---|---|
| -5-0°F | 248 |
| 0-10°F | 262 |
| 10-30°F | 267 |
| 30-50°F | 268 |
| 50-68°F | 292 |
| 68-86°F (cert window) | 283 |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## 10.4. Influence of Road Grade on Emissions

295. In the context of engine-out emissions and their effect on the performance of the SCR system, it is possible to understand the increase in NOx emissions as a function of road grade. As shown in Figure 9-13 and Figure 9-14, steady highway tailpipe emissions are strongly influenced by road grade. During testing in steady highway conditions on road grades, various parameters from the ECM were monitored. A summary is presented for conditions where speed is limited to 65 mph and below (Table 10-13) and 75 mph and below (Table 10-14).

**Table 10-13: NOx emissions as a function of road grade for steady highway driving conditions, speeds lower than 65 mph.**

| Grade | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| Flat | 69 | 13.7% | 85% | 2.675 | 7.8 |
| 0.3%-1.0% | 44 | 14.8% | 89% | 2.466 | 7.4 |
| 1.1-2.0% | 81 | 12.0% | 82% | 2.414 | 13.9 |
| 2.1+ | 577 | 7.0% | 71% | 2.921 | 29.4 |

**Table 10-14: NOx emissions as a function of road grade for steady highway driving conditions, speeds lower than 75 mph.**

| Grade | Average NOx Emissions (mg/mile) | EGR Valve Position (%) | SCR (% Reduction) | Injection Timing (deg) | Engine Out NOx (mg/s) |
|---|---|---|---|---|---|
| Flat | 86 | 13.0% | 85% | 3.371 | 9.3 |
| 0.3%-1.0% | 107 | 12.1% | 86% | 3.431 | 12.4 |
| 1.1-2.0% | 144 | 10.8% | 87% | 2.891 | 16.4 |
| 2.1+ | 604 | 6.9% | 69% | 3.051 | 30.0 |

[redacted]

[redacted]

## 10.5. Hot and Cold Start Emissions

298. Catalyst lightoff and engine warmup is of great interest in emission control testing, which is why both cold start and hot start phases are included in the FTP-75 test. For trips of very short duration (for example less than the 3.6 miles represented by Phase 1 of the FTP-75), the emission control system never achieves the warmed-up state, so overall emissions are high relative to the warmed-up state. A hot start – a condition where the vehicle has only been turned off for a short period of time – creates similar issues, though to a lesser extent than the cold start.

299. As previously discussed, Phase 1 of the FTP is a cold start test, while Phase 3 is a hot start test. These results were collected during chassis dynamometer testing and can be compared to similar cold and hot start conditions during PEMS testing. The cold and hot start results in Table 10-15 are 3.5-3.6 miles in duration, similar to the FTP-75, and typically involve dynamic stop and go driving. During testing, a total of 15 cold start tests were performed meeting those criteria.

[redacted]

[redacted]

## 11. CONCLUSION

303. Based on my technical expertise, review of GM, EPA, and Bosch documents and testing, I conclude as follows. Starting in 2010, GM and Bosch were in a rush to get the Cruze diesel to market in an effort to compete with Volkswagen's TDI offerings. The high fuel economy targets for the program drove GM and Bosch to make emission control strategy decisions that would ultimately lead to relatively high engine-out NOx. Rather than design a robust system that was "calibrated without regard to the test cycle," the approach to emission controls largely constrained low NOx emissions to those conditions experienced on the test cycle.

304. In fact, there are few areas outside the test cycles, either higher load or varying ambient temperature, where NOx emissions are not multiples of the standard (and often an order of magnitude above the standard) [redacted]

100 "The Dirty 30 Highly Polluting Diesel Cars in Europe and the National Regulators Failing to Act," Transport and Environment, June 2016.

307. A consumer would be unaware of the derating of the emissions control systems in real world driving conditions.

308. By comparison, the gasoline Cruze was demonstrated to produce NOx emissions far below the standard across every condition measured: high ambient temperature, low ambient temperature, city driving, highway driving, driving at high speeds, and driving on road grades. In no case were NOx emissions found to be sensitive to the kinds of off-cycle conditions that drove the diesel Cruze emissions well above the standard.

309. As designed and calibrated, the Cruze diesel does not meet the letter or the spirit of the certification laws and regulations, and multiple defeat devices and emissions derating strategies are deployed. In my opinion said strategies were not fully disclosed to regulators. In many real-world operating conditions described in this report, emissions are more akin to vehicle emissions from cars produced 50 years ago than to cars produced in the last 5 years.

# 12. APPENDIX

## 12.1. Resume

# Juston L. Smithers

## PROFESSIONAL EXPERIENCE

### Testimony in the Last Four Years

None

**44 Energy Technologies, Oakland, California**
**Chief Technology Officer and Treasurer, 2013-present**

Co-founder and Chief Technology Officer. Lead expert in automotive emissions expert witness practice. Responsible for development and deployment of new technologies, corporate technology strategy, finance, and operations. Technical lead on consulting contracts. Jointly responsible for new business development.

44 Energy Technologies provides consulting services in the area of energy, transportation, and environmental technologies. The company also provides expert witness services in the automotive industry. The 44 team has extensive experience with fuels, engines, emissions, and advanced powertrain technologies. In addition, 44 understands the role of government policy, regulation, and legislation as a driving force to create market opportunities for new products and technologies, as well as the regulation and enforcement of rules and standards. To that end, 44 can effectively advise clients on program development and implementation to capitalize on these opportunities.

The company provides consulting and contracting services including opportunity identification, grant and proposal writing, program management, building teams of contractors and experts, testing, and engineering analysis.

**Cleaire Advanced Emission Controls, San Leandro, California**
**Senior Engineering Manager, 2010-2012**

Manager of the California Air Resources Board (CARB) verification program. Responsible for managing verification team, program timeline, and relationships with CARB staff. Successfully obtained Executive Orders for several diesel retrofit products critical to Cleaire's business. Responsible for research, development, and deployment of new technologies, including product design, bench testing, prototyping, and commercialization. Re-designed and led Failure Mode and Effects Analysis (FMEA) effort to identify and minimize highest risk failure modes in products. Led program to demonstrate performance and durability of in-use systems using large field trial arrays and chassis dynamometer testing.

Rebuilt and managed heavy-duty chassis dynamometer laboratory, ensuring CARB regulatory compliance and high accuracy and repeatability. Data used to

support CARB Executive Orders. Developed and implemented testing, safety, QA/QC, and maintenance procedures–abort/failure rate reduced from 20% to near 0%, and unscheduled downtime virtually eliminated. Responsible for technical oversight of laboratory, lab employees, third-party testing contracts, and scheduling.

**Lawrence Berkeley National Lab, Berkeley, California**
**Independent Consultant, January-March 2010**

Developed LabVIEW control and data acquisition system and rebuilt instruments for project to study ambient black carbon concentrations in the Bay Area.

**Cleaire Advanced Emission Controls, San Leandro, California**
**Independent Consultant, January-March 2010**

Overtook lead management role for a chassis dynamometer test campaign to complete a major, time-sensitive program for CARB verification of a Cleaire product.

**Primafuel, Signal Hill, California**
**Manager of Product Engineering, 2008-2010**

Responsible for the transition of all research technologies to industrial products, including engineering and design of bench top, pilot scale, and commercial systems. Process engineering to generate P&IDs, perform Hazop/PHA analysis, unit operation design and specification, and bid package preparation for EPC. Designed, prototyped, and commercialized two technologies to increase oil yields from centrifugation in corn ethanol waste streams by 30%. Systems are currently in-use in multiple ethanol plants in the US and Canada. Developed prototype for company's CLARITY advanced separations platform. Demonstrated continuous chromatographic purification of glycerin, a biodiesel reactor byproduct, from crude to pharmaceutical grade (>99.7% purity). Co-developed CLARITY process for extraction of succinic acid, glycerin, PUFAs and other high-value compounds from fermentation broth and algal oils. Performed economic analysis and feasibility studies of all product concepts and prototypes. Conducted technical sales and applications engineering for corn oil extraction system.

**Cleaire Advanced Emission Controls, San Leandro, California**
**Senior Engineer, 2002-2008**

One of four lead engineers to take Cleaire from a small start-up to a successful company with 50+ employees. Designed, validated, and commercialized NOx and PM reduction technologies through bench, dynamometer, field testing, and CARB verification. Evaluated and optimized catalyst performance and durability for all Cleaire products, including NOx reduction catalysts and DPF regeneration catalysts. Managed the development and commercialization of diesel particulate

filter (DPF) cleaning product. The DPF cleaner was independently reviewed by West Virginia University and determined to be the best commercial available product at the time.

**ENVIRON International, Emeryville, California**
**Associate Engineer, 2000-2002**

Member of Air Sciences group, which advised and helped clients achieve regulatory compliance goals. Work included emissions inventories, atmospheric dispersion modeling, health risk assessments, Title V permitting, and Environmental Impact Reports for industrial facilities, including several major petrochemical plants. Prepared technical arguments and evaluated depositions for expert witnesses.

**University of California, Berkeley**
**Research Scientist, 1998-2000**

Led project exploring the reaction mechanism in Fischer-Tropsch synthesis over a cobalt/silica catalyst. Developed new techniques for the synthesis of fluorescent monomers and polymerizable liquid crystals.

## EDUCATION

**University of California, Berkeley**
B.S. Chemical Engineering, 2000 with Honors, with an emphasis in Environmental Technology

## AWARDS

Tau Beta Pi Engineering Honor Society

Berkeley, College of Chemistry Dean's List, every semester of B.S. program

## PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

Society of Automotive Engineers, member

American Institute of Chemical Engineers, past member

Air and Waste Management Associate, past member

## PATENTS

US Patent 9,169,498: Recovery of desired co-products from fermentation stillage streams

US Patent 8,609,874: Recovery of desired co-products from fermentation stillage streams

US Patent 8,236,977: Recovery of desired co-products from fermentation stillage streams

US Patent 8,048,207: Method for delivering a fluid to a diesel particulate filter

## PUBLICATIONS

Mary A. Reppy, David H. Gray, Brad A. Pindzola, Juston L. Smithers, and Douglas L. Gin; “A New Family of Polymerizable Lyotropic Liquid Crystals: Control of Feature Size in Cross-Linked Inverted Hexagonal Assemblies via Monomer Structure,” Journal of the American Chemical Society; 2001; 123(3); 363-371.

Mary A. Reppy, Martin E. Cooper, Juston L. Smithers, and Douglas L. Gin; “A Novel Fluorescent Monomer for the Selective Detection of Phenols and Anilines,” Journal of Organic Chemistry; 1999; 64(11); 4191-4195.

## 12.2. Cruze Diesel Records

CERTIFIED PRE-OWNED

# 172-POINT
## VEHICLE INSPECTION AND RECONDITIONING

Inspection Date 4 / 13 / 16 VIN # 1G1PF5S24F7153752

Stock # C19709 R.O.# 255233 Vehicle Original In-Service Date ___/___/___

Year 15 Make Chev Model Cruze

Ext. Color White Int. Color Silver Mileage 16,290

Dealer BAC 112112 Dealership Name Chase Chev

City Stockton State CA Zipcode 95212

**Note:** Guidelines for completing this form are available as a free downloadable file on the **DWD Store** or by going to **www.GMCertifiedResourceCenter.com**. Radio ID# LRMCB3C6

## INVESTIGATE VEHICLE HISTORY

THIS CERTIFIED INSPECTION PROCESS IS REQUIRED FOR ALL CERTIFIED PRE-OWNED VEHICLES. ALL 172 INSPECTION POINTS MUST BE COMPLETED.

| | | YES | NO |
|---|---|---|---|
| 1 | Is this vehicle still covered by its original factory warranty? | ☐ | ○ |
| 2 | Owner's Manual/Warranty Booklet Present | ☐ | ○ |
| | REVIEW THE VEHICLE'S HISTORY: | PASS | FAIL |
| 3 | GWM – Investigate Vehicle History Report | ☐ | ○ |
| | Open Recalls | ☐ | ○ |
| | Branded Title | ☐ | ○ |
| | Warranty Block | ☐ | ○ |
| 4 | Vehicle History Report (Check One) | ☐ | ○ |

☐ CARFAX VEHICLE HISTORY REPORTS
☐ AutoCheck
☐ Other ______

| | | PASS | FAIL |
|---|---|---|---|
| 5 | Check for Vehicle Trouble Codes | ☐ | ○ |

| | | YES | NO |
|---|---|---|---|
| 6 | Is this vehicle free of any aftermarket modifications like Body/Chassis lift kits, engine performance chips? | ☐ | ○ |

Certain modifications may cause the vehicle to be ineligible for Certification. Refer to the Certified Pre-Owned Operations Manual.

Acceptable Aftermarket Items:

| | | PASS | FAIL |
|---|---|---|---|
| 7 | *Is this vehicle a good candidate to be Certified?* | ☐ | ○ |

Pass / Yes checked boxes, continue with Inspection process.

Fail / No checked boxes, notify Certified Pre-Owned Manager and discontinue the Inspection process.

## MAINTENANCE

ALL REQUIRED MAINTENANCE NECESSARY WITHIN THE NEXT SCHEDULED INTERVAL HAS BEEN COMPLETED.

| | CHANGE / REPLACE | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED |
|---|---|---|---|---|
| 8 | Engine Oil and Filter | ☐ | ○ | ✓ |
| 9 | INSPECT / CHECK | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED |
| | Air / Cabin Filter (if equipped) | ✓ | ○ | ☐ |
| | Hoses / Clamps | ✓ | ○ | ☐ |
| | Drive / Serpentine Belt | ✓ | ○ | ☐ |
| | Wiper Blades (Front / Back) | ✓ | ○ | ☐ |
| | LOAD TEST — READING | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED |
| 10 | Battery Status: 12.71 Volts | ✓ | ○ | ☐ |
| 11 | Clean and Secure Battery Connections | ✓ | ○ | ☐ |
| 12 | Battery Tray, Retainer & Vent Tubes | ✓ | ○ | ☐ |

## MAINTENANCE, CONT.

| | CHECK, TOP OFF OR CHANGE | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED |
|---|---|---|---|---|
| 13 | Power Steering Fluid | ☐ | ○ | ☐ |
| 14 | Transmission Fluid | ✓ | ○ | ☐ |
| 15 | Windshield Fluid | ✓ | ○ | ☐ |
| 16 | Engine Coolant | ✓ | ○ | ☐ |
| 17 | Brake Fluid | ✓ | ○ | ☐ |

## CHECK TIRES AND BRAKE PADS

MINIMUM TIRE TREAD DEPTH REQUIRED ON ALL TIRES IS 5/32NDS ACROSS THE TREAD PLANE. ALL FOUR TIRES MUST BE MATCHING BRANDS AND SIZE.

18 RIGHT FRONT — 7 /32nds Tire Tread Depth; 8 mm remaining Brake Pad Thickness

19 RIGHT REAR — 7 /32nds Tire Tread Depth; 8 mm remaining Brake Pad Thickness



20 LEFT FRONT — 7 /32nds Tire Tread Depth; 8 mm remaining Brake Pad Thickness

21 LEFT REAR — 7 /32nds Tire Tread Depth; 8 mm remaining Brake Pad Thickness

22 Tire Manufacturer & Brand: GY Assurance

23 Tire Size / Specifications: P215/55R17

MINIMUM OF 5mm ON FRONT / 3mm ON REAR REMAINING WEAR OF FRICTION MATERIAL ON PADS/SHOES IS REQUIRED.

## DETAILING

INSPECT AND CLEAN THOROUGHLY TO ENSURE THE CUSTOMER IS SATISFIED WITH OVERALL VEHICLE APPEARANCE.

| | INTERIOR | COMPLETED |
|---|---|---|
| 24 | Carpet / Floor Mats / Seat Covers | ☐ |
| 25 | Headliner / Dash Pad | ☐ |
| 26 | Interior Trim Panels | ☐ |
| 27 | All Glass Surfaces | ☐ |
| 28 | Trunk Compartment / Spare Cover | ☐ |
| 29 | Instrument Panel / Cover / Pad | ☐ |
| 30 | Storage Compartments / Ashtray | ☐ |
| 31 | Remove Foreign Odors | ☐ |
| | EXTERIOR | COMPLETED |
| 32 | Wash or Wax | ☐ |
| 33 | Reasonably Free of Dents | ☐ |
| 34 | Remove Road Tar / Oil / Stains | ☐ |
| 35 | Tires / Wheels Free of Dirt & Brake Dust | ☐ |
| 36 | Recondition Surface Chips / Scratches | ☐ |

## ROAD TEST

INSPECTION CHECK POINTS TO BE COMPLETED AFTER DRIVING VEHICLE

| | ENGINE | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| 37 | Start Up | ✓ | ○ | ☐ | |
| 38 | Idle Quality | ✓ | ○ | ☐ | |
| 39 | Sound Quality | ✓ | ○ | ☐ | |
| 40 | Service / Warning Lights | ✓ | ○ | ☐ | |
| 41 | Acceleration | ✓ | ○ | ☐ | |
| | TRANSMISSION | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
| 42 | Shift Interlock | ✓ | ○ | ☐ | ○ |
| 43 | Shifting 1st-2nd-3rd...OD | ✓ | ○ | ☐ | ○ |
| 44 | Manual | ☐ | ○ | ☐ | ✓ |
| 45 | ~~AWD/~~2WD/~~4WD~~ | ✓ | ○ | ☐ | ○ |
| | VEHICLE STABILITY | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | |
| 46 | Alignment / Drift | ✓ | ○ | ☐ | |
| 47 | Vibration | ✓ | ○ | ☐ | |
| 48 | Squeaks / Rattles | ✓ | ○ | ☐ | |
| 49 | Wind Noise | ✓ | ○ | ☐ | |
| 50 | Anti-Lock Brakes | ✓ | ○ | ☐ | |
| 51 | Smooth Stop | ✓ | ○ | ☐ | |
| | STEERING | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | |
| 52 | Steering Wheel Centered | ✓ | ○ | ☐ | |
| 53 | Ease of Turning | ✓ | ○ | ☐ | |
| 54 | Steering Wheel Alignment | ✓ | ○ | ☐ | |
| | HVAC | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
| 55 | Air Conditioning | ✓ | ○ | ☐ | ○ |
| 56 | Heat | ✓ | ○ | ☐ | |
| 57 | Fan / Speeds | ✓ | ○ | ☐ | |
| 58 | Defrost | ✓ | ○ | ☐ | ○ |
| 59 | Rear Defrost | ✓ | ○ | ☐ | ○ |
| 60 | Air Inlet Grilles / Louvers | ✓ | ○ | ☐ | |
| 61 | Recirculation | ✓ | ○ | ☐ | ○ |
| 62 | Climate Control | ☐ | ○ | ☐ | ✓ |
| | OTHER | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
| 63 | Wipers (Front / Rear) | ✓ | ○ | ☐ | |
| 64 | Speedometer / Odometer | ✓ | ○ | ☐ | |
| 65 | Headlights / ~~Fog Lamp~~ Aiming | ✓ | ○ | ☐ | |
| 66 | Turn Signals / Hazards | ✓ | ○ | ☐ | |
| 67 | Mirrors / Defrost | ✓ | ○ | ☐ | ○ |
| 68 | Cruise / Resume | ✓ | ○ | ☐ | ○ |
| 69 | Traction Control | ✓ | ○ | ☐ | ○ |
| 70 | Dash Panel Gauges / Compass | ✓ | ○ | ☐ | ○ |

## FUNCTIONAL

INSPECT AND/OR VERIFY OPERATION OF ALL COMPONENTS, REPLACE OR REPAIR AS NECESSARY.

| | | YES | NO | N/A |
|---|---|---|---|---|
| 71 | OnStar Pre-activation Completed | ✓ | ○ | ◇ |
| | SiriusXM Equipped (If yes, fill in Radio ID above) | ✓ | ○ | |

| | | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| 72 | Air Bags (All) | ✓ | ○ | ☐ | ○ |
| 73 | Parking Brake | ✓ | ○ | ☐ | ○ |
| 74 | Convertible Top | ☐ | ○ | ☐ | ✓ |

Reference Number:

3299829

Cross-reference this number on R.O.

GM FrontLine Ready: GM CPO Compliant

WHITE COPY: Purchaser GOLD COPY: Dealer Service

YELLOW COPY: Dealer Sales

GM reserves the right to disqualify a vehicle from the CBG Certified Pre-Owned Vehicles program for failure to meet program standards based on service history files, an independent vehicle history report, and/or information obtained by GM Global warranty management systems.

I certify that this vehicle has undergone inspection, and if necessary, repair and/or reconditioning in accordance with CBG Certified Pre-Owned Vehicles process. Upon final inspection I have determined that the vehicle is eligible to be certified and is not subject to any open safety or non-compliance recall(s). Required Signatures:

CERTIFIED TECHNICIAN (PRINT) Jose A. Herrera Signature [signature] Date: 4/13/16

SERVICE MANAGER (PRINT) Matt Constant Signature [signature] Date: 4/13/16

USED VEHICLE MANAGER (PRINT) ______ Signature ______ Date: __/__/__

The authorized Service Manager and Used Vehicle Manager signatures certify that this vehicle has been carefully inspected and currently meets the requirements of the CBG Certified Pre-Owned Vehicles program. No claim is made that this vehicle is in new condition.

IMPORTANT: Before Certified Pre-Owned vehicles are listed or sold, GM requires dealers to complete all safety recalls. The dealer acknowledges that the appropriate systems have been checked, and that any open recalls have been addressed. The customer understands that the recall status of any vehicle is available at recalls.gm.com, and that he/she has received a copy of this vehicle's report from recalls.gm.com dated __/__/__

CUSTOMER INITIAL ______ DEALERSHIP INITIAL ______

CUSTOMER NAME (PRINT) ______ Signature ______ Date: __/__/__

## FUNCTIONAL, CONT.

| No. | Item | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| 75 | Weather Stripping | ✓ | | | |
| 76 | Door Reflectors / Child Safety Locks | ✓ | | | |
| 77 | Fuel Door and Cap | ✓ | | | |
| 78 | Spare Tire / Jack / Tools | ✓ | | | |
| 79 | Spare Tire Cover or Retractor | ✓ | | | |
| 80 | Alarm / Theft Deterrent | ✓ | | | |
| 81 | Seat Belts / Retractors | ✓ | | | |
| 82 | Auxiliary / Cigarette Outlet | ✓ | | | |
| 83 | Key FOB / Keys / Remote Start | ✓ | | | |

## ENGINE COMPARTMENT

INSPECT OPERATION OF ALL COMPONENTS, REPLACE OR REPAIR AS NECESSARY.

| No. | Item | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED |
|---|---|---|---|---|
| 84 | Brake System | ✓ | | |
| 85 | Cooling System | ✓ | | |
| 86 | Ignition System | ✓ | | |
| 87 | AC Compressor | ✓ | | |
| 88 | Vacuum System | ✓ | | |
| 89 | Engine Insulator / Blanket | ✓ | | |
| 90 | Fuel System | ✓ | | |
| 91 | Power Steering System | ✓ | | |
| 92 | Check for Proper Labels / Decals | ✓ | | |

## UNDER VEHICLE

INSPECT OPERATION AND INTEGRITY OF ALL COMPONENTS, REPLACE OR REPAIR AS NECESSARY.

| No. | Item | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| 93 | Visual Inspection Clean, No Leaks | ✓ | | | |
| | **BRAKES** | | | | |
| 94 | Calipers | ✓ | | | |
| 95 | Rotors / Drums | ✓ | | | |
| 96 | Hydraulic Lines | ✓ | | | |
| 97 | Parking Brake Cable | ✓ | | | |
| | **SUSPENSION** | | | | |
| 98 | Control Arms | ✓ | | | |
| 99 | Springs / Sway Bars | ✓ | | | |
| 100 | Shock Absorbers / Struts / Air Suspension | ✓ | | | |
| 101 | Gear / Rack & Pinion | ✓ | | | |
| | **DRIVETRAIN** | | | | |
| 102 | Engine / Transmission Mounts | ✓ | | | |
| 103 | CV Joints / Boots | ✓ | | | |
| 104 | Axles / Differentials | ✓ | | | |
| 105 | Driveshaft / Universal Joints | ✓ | | | |
| | **OTHER** | | | | |
| 106 | Frame | ✓ | | | |
| 107 | Tow Hooks | | | | ✓ |
| 108 | Exhaust System | ✓ | | | |
| 109 | Wheel Lugs (All) | ✓ | | | |
| 110 | Air Deflector | ✓ | | | |

## INTERIOR

INSPECT THE OPERATION/CONDITION OF ALL COMPONENTS, REPLACE OR REPAIR AS NECESSARY.

| No. | Item | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| | **LIGHTING** | | | | |
| 111 | Interior / Ambient | ✓ | | | |
| 112 | Visor / Map / Glove Box | ✓ | | | |
| 113 | Instrument Cluster / Dash | ✓ | | | |
| 114 | Rear Compartment / Cargo / Storage Net | ✓ | | | |
| | All lamp assemblies and bulbs must be working | | | | |
| | **SEATING** | | | | |
| 115 | Driver Seat / Functioning Controls | ✓ | | | |
| 116 | Passenger Seat / Functioning Controls | ✓ | | | |
| 117 | Rear | ✓ | | | |
| 118 | Third Row | | | | ✓ |
| 119 | Lumbar (All) | ✓ | | | |
| 120 | Head Rests (All) | ✓ | | | |
| 121 | Heated / ~~Cooling~~ Seats | ✓ | | | |
| 122 | Seat Adjustment Power / Manual | ✓ | | | |
| | **TRIM/CONTROLS** | | | | |
| 123 | Door / Trim / Armrest / Speaker Grilles (All) | ✓ | | | |
| 124 | Floor Mats & Retainers | ✓ | | | |
| 125 | Headliner / Pillar Trim | ✓ | | | |
| 126 | Sill Plate / Kick Panel | ✓ | | | |
| 127 | Pull / Assist Handles | ✓ | | | |
| | **STEERING WHEEL** | | | | |
| 128 | Overall Condition | ✓ | | | |
| 129 | Horn | ✓ | | | |
| 130 | Touch Controls | ✓ | | | |
| 131 | Tilt / Telescoping | ✓ | | | |
| 132 | Audio Controls | ✓ | | | |
| | **AUDIO/VIDEO** | | | | |
| 133 | Radio | | | | |
| | Buttons / Knobs Clean & Clear | ✓ | | | |
| | All Features Function Properly | ✓ | | | |
| 134 | CD / ~~Cassette~~ | ✓ | | | |
| 135 | Speakers (All) | ✓ | | | |
| 136 | Sync System (Reset) | | | | ✓ |
| 137 | Navigation System / Disc | | | | ✓ |
| 138 | DVD Player / Headsets | | | | ✓ |
| 139 | Antenna | ✓ | | | |
| | **OTHER** | | | | |
| 140 | Trunk & Gas Cover Release | ✓ | | | |
| 141 | Inside Rear View Mirror | ✓ | | | |
| 142 | Power Sunroof | | | | ✓ |
| 143 | Dash Controls / Driver Information Center | ✓ | | | |
| 144 | Clock (Check / Reset) | ✓ | | | |
| 145 | Sun Visors / Coat Hooks | ✓ | | | |
| 146 | Cargo Area / Trunk | ✓ | | | |
| 147 | Accessory Power Outlets | ✓ | | | |
| 148 | Cup Holders / Map Pockets / Storage | ✓ | | | |

## EXTERIOR

REVIEW EXTERIOR ITEMS TO ENSURE THEY ARE CLEAN AND DAMAGE FREE.

| No. | Item | INSP. COMPLETED | SVC. REQUIRED | SVC. COMPLETED | N/A |
|---|---|---|---|---|---|
| | **GLASS** | | | | |
| 149 | Windshield | ✓ | | | |
| | All Side Glass Panels | ✓ | | | |
| | Panoramic & Sunroof | | | | ✓ |
| | Rear | ✓ | | | |
| | Mirrors | ✓ | | | |
| | Replace glass if damage exists or crack larger than 3/16" exists. Must be aligned and sealed properly. | | | | |
| | **LIGHTS** | | | | |
| 150 | Head Lamps | ✓ | | | |
| 151 | High Beams | ✓ | | | |
| 152 | Parking | ✓ | | | |
| 153 | Fog | | | | ✓ |
| 154 | Turn Signals | ✓ | | | |
| 155 | Hazards | ✓ | | | |
| 156 | Side Marker | ✓ | | | |
| 157 | License Plate | ✓ | | | |
| 158 | Back-up / Reverse | ✓ | | | |
| 159 | Brake & High Mount Stop | ✓ | | | |
| 160 | Daytime Running Lights | ✓ | | | |
| | All lamp assemblies and bulbs must be working | | | | |
| | **BODY PANELS** | | | | |
| 161 | Bumper & Fascias Front / Rear | ✓ | | | |
| 162 | Grille / Hood / Trunk / Roof | ✓ | | | |
| 163 | Emblems / Name Plates | ✓ | | | |
| 164 | Bedliner (Trucks Only) | | | | ✓ |
| 165 | Moldings / Applique | ✓ | | | |
| 166 | Fender / Panels Front / Back (All) | ✓ | | | |
| 167 | Doors (All) | ✓ | | | |
| 168 | Running Boards / Side Steps | | | | ✓ |
| 169 | Lift Gate | | | | ✓ |
| 170 | Door or Pull Handles | ✓ | | | |
| | **OTHER** | | | | |
| 171 | Wheels (All) | ✓ | | | |
| 172 | Covers / Center Caps | ✓ | | | |

## HYBRID VEHICLES

| No. | TRANSMISSION | MEETS STD. | SVC. REQ'D |
|---|---|---|---|
| H1 | Hybrid Battery (Inspect Air Intake) | | |
| H2 | Battery Energy Control Module (Check Using Scan Tool) | | |
| H3 | Starter / Generator Control Module (Check for Codes and Software Updates) | | |
| H4 | Confirm Auto Stop | | |
| H5 | Confirm Auto Restart | | |

(Hybrid section crossed out by hand.)

NOTES

©2015 General Motors all rights reserved.

# CARFAX® Vehicle History Report™

An independent company established in 1986

US $39.99

**Vehicle Information:**
**2015 CHEVROLET CRUZE DIESEL**
VIN: 1G1P75SZ4F7153752
SEDAN 4 DR
FRONT WHEEL DRIVE

- No accident / damage reported to CARFAX
- CARFAX 1-Owner vehicle
- 3 Service history records
- Personal vehicle
- Last owned in California
- 16,300 Last reported odometer reading




This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 5/12/16 at 2:53:48 PM (EDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History

The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2015 |
| Type of owner | Personal |
| Estimated length of ownership | 1 yr. 1 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 14,976/yr |
| Last reported odometer reading | 16,300 |

## CARFAX Title History

CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem |

**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. **View Certificate**

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | No Recalls Reported |
| **Basic Warranty**<br>No data reported to CARFAX. | No Data Reported |

Tell us what you know about this vehicle

## CARFAX Detailed History

Glossary

**Owner 1**

Purchased: 2015
Type: Personal
Where: California
Est. miles/year: 14,976/yr
Est. length owned: 3/7/15 - 4/12/16 (1 yr. 1 mo.)

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.




| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 03/07/2015 | 169 | California Motor Vehicle Dept. Lodi, CA | Odometer reading reported |
| 03/12/2015 | | California Motor Vehicle Dept. Lodi, CA | Title issued or updated<br>First owner reported<br>Titled or registered as personal vehicle<br>Loan or lien reported |
| 04/21/2015 | | California Motor Vehicle Dept. Lodi, CA | Title issued or updated<br>Loan or lien reported |
| 07/21/2015 | 6,537 | Chase Chevrolet Inc Stockton, CA 209-475-6600 chasechevrolet.com | Recommended maintenance performed<br>Oil and filter changed |
| 01/21/2016 | 12,895 | Chase Chevrolet Inc Stockton, CA 209-475-6600 chasechevrolet.com | Recommended maintenance performed |
| 04/12/2016 | 16,290 | Dealer Inventory | Vehicle offered for sale |
| 04/14/2016 | 16,300 | Chase Chevrolet Inc Stockton, CA | Pre-delivery inspection completed<br>Oil and filter changed |

| | | |
|---|---|---|
| | 209-475-6600<br>chasechevrolet.com | Emissions inspection performed |
| 04/14/2016 | Chevrolet Certified Dealer<br>Stockton, CA | Offered for sale as a Chevrolet Certified Pre-Owned Vehicle<br><br>White exterior |
| 04/18/2016 | California Motor Vehicle Dept.<br>Lodi, CA | Title issued or updated<br>Loan or lien reported |
| 05/05/2016 | Dealer Inventory | Vehicle offered for sale |
| 05/12/2016 | myCARFAX | Manufacturer Recommended Maintenance Schedules |




Get this vehicle's maintenance schedule, service history and recall alerts at myCARFAX.com.

**Print this CARFAX Report and take it to your pre-purchase inspection**

Tell us what you know about this vehicle

Have Questions? Please visit our Help Center at www.carfax.com.

## CARFAX Glossary

View Full Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:** facebook.com/CARFAX @CarfaxReports CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
SYSTEMATIC RETRIEVAL OF THE CONTENT OR OTHER DATA FROM THIS SITE TO CREATE OR COMPILE, DIRECTLY OR INDIRECTLY, IN WHOLE OR IN PART, A COLLECTION, COMPILATION, DATABASE OR DIRECTORY WITHOUT THE EXPRESS WRITTEN PERMISSION OF CARFAX IS STRICTLY PROHIBITED. THE CARFAX VEHICLE HISTORY REPORT IS SUBJECT TO THE CARFAX.COM TERMS OF USE.
© 2016 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
5/12/16 2:53:48 PM (EDT)

# CARFAX VEHICLE HIGHLIGHTS

**2015 CHEVROLET CRUZE DIESEL**
**VIN: 1G1P75SZ4F7153752**
**Body Style: SEDAN 4 DR**
**Drivetrain: FRONT WHEEL DRIVE**
**Certified on 04/14/2016**

CARFAX 1 OWNER

Information excerpted from the CARFAX Vehicle History Report and/or Safety & Reliability Ratings; see full reports for additional information, glossary of terms, source attributions, disclaimers & limitations. Go to carfax.com for complete Buyback Guarantee terms and conditions.

## OWNERSHIP HISTORY:

**Number of Owners:** CARFAX 1 OWNER

| | |
|---|---|
| **Last owned in the following state/province:** | California |
| **Annual average mileage:** | 14,911 LOW MILEAGE* |

*Below industry annual average of 15,000 miles

## STATE DMV-REPORTED TITLE PROBLEMS:

None of these major title problems were reported by a state Department of Motor Vehicles:

BUYBACK CARFAX GUARANTEE

| | |
|---|---|
| **Salvage, Junk, Rebuilt, Fire, Flood, Hail, Lemon** | Guaranteed No Problem |
| **Not Actual Mileage, Exceeds Mechanical Limits** | Guaranteed No Problem |

## ACCIDENTS AND OTHER ISSUES:

No issues reported to CARFAX on the following:

| | |
|---|---|
| **Total Loss** | ✓ No Issues Reported |
| **Structural Damage** | ✓ No Issues Reported |
| **Airbag Deployment** | ✓ No Issues Reported |
| **Odometer Rollback** | ✓ No Issues Reported |
| **Other Accidents / Damage** | ✓ No Issues Reported |

SHOW ME THE CARFAX

© 2016 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
5/12/16 2:53:48 PM (EDT)

# CARFAX® SmartBuyer Checklist

**Vehicle Information:**
**2015 CHEVROLET CRUZE DIESEL**
VIN: 1G1P75SZ4F7153752
SEDAN 4 DR
FRONT WHEEL DRIVE

**CARFAX Vehicle History Report Summary:**

- No accident / damage reported to CARFAX
- CARFAX 1-Owner vehicle
- **3** Service history records
- Personal vehicle
- Last owned in California
- **16,300** Last reported odometer reading




**Notes & Observations:**

Enter your notes or additional questions here.

Salesperson:
Appointment Time:
Price:
Color:

## PRINT AND TAKE THIS CHECKLIST WITH YOU

This checklist utilizes information from your CARFAX report to help you make an informed used car purchase.

### General Questions

Review the manufacturer's certification process and the items covered.

### Test Drive and Visual Inspection

Turn on the ignition without starting the car. Do all the warning lights and gauges work?

Ensure the airbag light appears momentarily and goes out upon starting the vehicle.

Is the odometer consistent with the last reading of 16,300 on the CARFAX report summary above?

Do the tires appear to be in good shape and without uneven wear?

Test all internal controls. Do all lights, turn signals, windows and the heater and air conditioner work?

### Mechanical Questions

Are the brakes and other safety equipment in good working order?

Does the vehicle appear to have been well maintained?

When should you schedule the next regular service?

# CARFAX® Warranty Check™

CARFAX cannot calculate the remaining coverage for this 2015 CHEVROLET CRUZE DIESEL (1G1P75SZ4F7153752) because no original manufacturer warranty information was reported to CARFAX by its source.

| | |
|---|---|
| **VIN:** | 1G1P75SZ4F7153752 |
| **Estimated start date of warranty:** | 03/12/2015 |
| **Last CARFAX reading reported on 04/14/2016:** | 16,300 miles |
| **Today's Date:** | May 13, 2016 |

| Type of Coverage: | Original Warranty: |
|---|---|
| Basic | No data reported to CARFAX |
| Drivetrain | No data reported to CARFAX |
| Emissions | No data reported to CARFAX |
| Corrosion | No data reported to CARFAX |
| Transferable | No data reported to CARFAX |
| Roadside Assistance | No data reported to CARFAX |
| Safety belt & inflatable restraint | No data reported to CARFAX |
| Specific Components | No data reported to CARFAX |

CARFAX Warranty Check provides an **estimate** of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the CHEVROLET web site.

# CARFAX BUYBACK GUARANTEE

## CARFAX Buyback Coverage

**Visit http://www.carfax.com/manifest/bbg/register.cfx to register your CARFAX Buyback Guarantee and sign up for myCARFAX**

| | |
|---|---|
| **Guarantee Coverage:** 05/12/2016 - 05/12/2017 | |
| **CARFAX Vehicle Description:** 2015 CHEVROLET CRUZE DIESEL | |
| **VIN:** 1G1P75SZ4F7153752 | **Body Style:** SEDAN 4 DR |
| **Driveline:** FRONT WHEEL DRIVE | |

## CARFAX will buy this vehicle back if

you find that any of these severe problems were reported by a Department of Motor Vehicles and were not included in this report.

| **SEVERE DAMAGE** | **ODOMETER PROBLEMS** | **LEMON HISTORY** |
|---|---|---|
| Salvage/Junk<br>Rebuilt/Reconstructed<br>Dismantled<br>Fire/Flood/Hail | Exceeds Mechanical Limits<br>Not Actual Mileage | Manufacturer Buyback |

**Visit the Buyback Guarantee registration page to register the CARFAX Buyback Guarantee and sign up for myCARFAX.**

**Terms and Conditions Apply**

View Terms and Conditions for CARFAX Buyback Guarantee coverage

© 2016 CARFAX, Inc., an IHS company. All rights reserved. Patents pending. 05/13/2016 11:39:49

## 12.3. Cruze Gasoline Records

# CARFAX® Vehicle History Report™

An independent company established in 1986

US $39.99

**Vehicle Information:**
**2015 CHEVROLET CRUZE LT**
VIN: 1G1PC5SB9F7212549
SEDAN 4 DR
1.4L I4 F DOHC 16V
GASOLINE
FRONT WHEEL DRIVE
**Standard Equipment | Safety Options**

**CARFAX Report Provided By:**
Steves Chevrolet Buick
1285 E F St
Oakdale, CA 95361
833-253-7285
http://www.steveschevroletbuick.com/

- No accidents reported to CARFAX
- No damage reported to CARFAX
- CARFAX 1-Owner vehicle
- Regular oil changes
- Personal lease vehicle
- **20,423** Last reported odometer reading




This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 10/17/18 at 8:44:29 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History

The number of owners is estimated

CARFAX 1 OWNER

| | Owner 1 |
|---|---|
| Year purchased | 2015 |
| Type of owner | Personal lease |
| Estimated length of ownership | 2 yrs. 10 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 6,984/yr |
| Last reported odometer reading | 20,423 |

## CARFAX Title History

CARFAX guarantees the information in this section

CUSTOMER COPY JS

| | Owner 1 |
|---|---|
| **Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon** | Guaranteed No Problem |
| **Not Actual Mileage \| Exceeds Mechanical Limits** | Guaranteed No Problem |

BUYBACK CARFAX GUARANTEE

**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. **Register | View Terms | View Certificate**

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported |

| | |
|---|---|
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** |

## CARFAX Detailed History

Glossary

**Owner 1**

Purchased: 2015
Type: Personal lease
Where: California
Est. miles/year: 6,984/yr
Est. length owned: 5/7/15 - 4/3/18 (2 yrs. 10 mo.)

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.




| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 03/03/2015 | | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Vehicle offered for sale |
| 03/26/2015 | 6 | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Pre-delivery inspection completed<br>Tire condition and pressure checked |
| 04/25/2015 | 7 | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Vehicle sold |
| 05/07/2015 | | California<br>Motor Vehicle Dept.<br>Modesto, CA | Title issued or updated<br>First owner reported<br>Titled or registered as personal lease vehicle<br>Loan or lien reported |
| 10/27/2015 | | California<br>Motor Vehicle Dept.<br>Modesto, CA | Title issued or updated<br>Loan or lien reported |
| 10/31/2015 | 4,317 | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Tire condition and pressure checked<br>Oil and filter changed |
| 04/18/2016 | 8,671 | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Maintenance inspection completed<br>Tires rotated<br>Oil and filter changed<br>Tire condition and pressure checked |
| 02/07/2017 | 15,265 | American Chevrolet<br>Modesto, CA<br>209-575-1606<br>americanchevrolet.com | Tire condition and pressure checked<br>Tires rotated<br>Oil and filter changed |
| 04/03/2018 | 20,322 | Vehicle Manufacturer<br>California | Vehicle sold at auction |
| 04/06/2018 | 20,421 | California | Passed safety inspection |




Millions of used vehicles are bought and sold at auction every year.

| | | | |
|---|---|---|---|
| | | Inspection Station | Passed emissions inspection |
| 04/12/2018 | | Steves Chevrolet Buick<br>Oakdale, CA<br>209-847-2261<br>steveschevroletbuick.com/ | Pre-delivery inspection completed<br>Oil and filter changed<br>Cooling system checked<br>Washer fluid reservoir replaced<br>Emissions inspection performed |
| 05/23/2018 | 20,423 | Dealer Inventory | Vehicle offered for sale |




This vehicle uses an indicator light to alert users when it's time to change the oil. Oil changes have been reported to CARFAX at least every 7,500 miles, which is in line with manufacturer guidelines. Track your service history for free at myCARFAX.com.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

View Full Glossary

**CARFAX Well Maintained - Regular Oil Changes**
CARFAX identifies a "Well Maintained - Regular Oil Change" vehicle as having a regular oil change history when all its recommended oil changes, based on the vehicle's maintenance schedule, have been reported to CARFAX. CARFAX uses the manufacturer's schedule and assumes normal driving conditions. When an oil change schedule is not available, CARFAX may analyze reported service events to determine what is typical for the same make and model vehicle. Dealers and service shops may publish different recommended service schedules.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:** facebook.com/CARFAX @CarfaxReports CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
10/17/18 8:44:29 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2015 CHEVROLET CRUZE vehicle (VIN: 1G1PC5SB9F7212549), which is based on information supplied to CARFAX and available as of 10/17/18 at 9:44 PM (EDT).

Customer Signature ____________ Date

Dealer Signature ____________ Date

# NMVTIS Check

# VIN: 1G1PC5SB9F7212549

## 2015 CHEVROLET CRUZE LT (VIN decoded by CARFAX)

Run date: 10/17/2018 08:44PM CDT

### NMVTIS Title Information:

| Title Issue Date | Odometer Reading | Issue State | Title Type |
|---|---|---|---|
| 10/27/2015 | 7 mi. | CA | Current |
| 05/08/2015 | 7 mi. | CA | Historical |

### NMVTIS Brand Information:

| Brand Date | Brander Name | Brand |
|---|---|---|
| No information reported | | |

### NMVTIS Junk & Salvage Information:

| Date Vehicle Was Deemed Salvage/Junk or Obtained in Inventory | Source | Description |
|---|---|---|
| No information reported | | |

### NMVTIS Insurance Information:

| Date of Total Loss Declaration | Source |
|---|---|
| No information reported | |

### NMVTIS Consumer Access Product Disclaimer

The National Motor Vehicle Title Information System (NMVTIS) is an electronic system that contains information on certain automobiles titled in the United States. NMVTIS is intended to serve as a reliable source of title and brand history for automobiles, but it does not contain detailed information regarding a vehicle's repair history

All states, insurance companies, and junk and salvage yards are required by federal law to regularly report information to NMVTIS. However, NMVTIS does not contain information on all motor vehicles in the United States because some states are not yet providing their vehicle data to the system. Currently, the data provided to NMVTIS by states is provided in a variety of time frames; while some states report and update NMVTIS data in "real-time" (as title transactions occur), other states send updates less frequently, such as once every 24 hours or within a period of days.

Information on previous, significant vehicle damage may not be included in the system if the vehicle was never determined by an insurance company (or other appropriate entity) to be a "total loss" or branded by a state titling agency. Conversely, an insurance carrier may be required to report a "total loss" even if the vehicle's titling-state has not determined the vehicle to be "salvage" or "junk."

A vehicle history report is NOT a substitute for an independent vehicle inspection. Before making a decision to purchase a vehicle, consumers are **strongly encouraged to also obtain an independent vehicle inspection** to ensure the vehicle does not have hidden damage. The Approved NMVTIS Data Providers (look for the NMVTIS logo) can include vehicle condition data from sources other than NMVTIS.

NMVTIS data **INCLUDES** (as available by those entities required to report to the System):

- Information from participating state motor vehicle titling agencies.
- Information on automobiles, buses, trucks, motorcycles, recreational vehicles, motor homes, and tractors. NMVTIS may not currently include commercial vehicles if those vehicles are not

included in a state's primary database for state records (in some states, those vehicles are managed by a separate state agency), although these records may be added at a later time.

- Information on "brands" applied to vehicles provided by participating state motor vehicle titling agencies. Brand types and definitions vary by state, but may provide useful information about the condition or prior use of the vehicle.
- Most recent odometer reading in the state's title record.
- Information from insurance companies, and auto recyclers, including junk and salvage yards, that is required by law to be reported to the system, beginning March 31, 2009. This information will include if the vehicle was determined to be a "total loss" by an insurance carrier.
- Information from junk and salvage yards receiving a "cash for clunker" vehicle traded-in under the Consumer Assistance to Recycle and Save Act of 2009 (CARS) Program.

Consumers are advised to visit www.vehiclehistory.gov for details on how to interpret the information in the system and understand the meaning of various labels applied to vehicles by the participating state motor vehicle titling agencies.

## CARFAX® Consumer Access Disclaimer

The information contained in the NMVTIS Title Information, NMVTIS Brand Information, NMVTIS Junk & Salvage Information, NMVTIS Insurance Information and NMVTIS Brand Definition Glossary sections of this NMVTIS Check and the information that can be accessed through one or more hyperlinks on this NMVTIS Check were obtained directly from NMVTIS. CARFAX does not enter, supply, or validate this information or any other information in NMVTIS. Any vehicle specifications included in this NMVTIS Check are based on a decoding of the VIN using information provided by third party data sources, which information may contain errors or omissions. Therefore, CARFAX does not warrant or assume any liability for the accuracy or completeness of any information provided in this NMVTIS Check.

**NMVTIS Brand Definition Glossary**

| **Brand Name** | **Description** |
|---|---|
| Agricultural Vehicle | The vehicle will primarily be operated on private roads for agricultural purposes. |
| Antique | The vehicle is over 50 years old. |
| Bond Posted | The insurance company has issued a bond on the vehicle because the ownership of the vehicle cannot be proven; this allows the vehicle to be sold and titled. Note: This brand is not valid after January 17, 2003. |
| Classic | The vehicle is over 20 years old and adheres to other jurisdiction-specific criteria, e.g., vehicle make, condition, etc. |
| Collision | Vehicle damaged by collision. |
| Crushed | The frame or chassis of the vehicle has been crushed or otherwise destroyed so that it is physically impossible to use it in constructing a vehicle. |
| Disclosed Damage | The vehicle has sustained damage to the extent that the damage is required to be disclosed under the jurisdiction's damage disclosure law. |
| Dismantled | The vehicle can only be sold as parts and can not be legally driven. |
| Fire Damage | Vehicle damaged by fire. |
| Flood Damage | Vehicle damaged by freshwater flood (or it is unknown whether the damage was caused by fresh water or saltwater). |
| Former Rental | Former Rental |

NMVTIS Brand Definition Glossary

| Brand Name | Description |
|---|---|
| Gray Market | Vehicle was manufactured for use outside the United States and has been brought into the United States. The vehicle is not in compliance with applicable federal standards.<br>OR:<br>Vehicle was manufactured for use outside the United States and has been brought into the United States. The vehicle is in compliance with applicable federal standards. |
| Hail Damage | Vehicle damaged by hail. |
| Hazardous Substance Contaminated Vehicle | The jurisdiction has determined that the vehicle has been contaminated by a 'hazardous substance' and is unsafe for use. Excluding flood damaged vehicles. A 'hazardous substance' is any substance that could diminish the safety of the vehicle or cause injury to its occupants. The 'hazardous substance' has one or more, but is not limited to the following intrinsic 'hazardous properties':<br>· Explosiveness<br>· Flammability<br>· Ability to oxidize (accelerate a fire)<br>· Human toxicity (acute or chronic)<br>· Corrosiveness (to human tissue or metal)<br>· Eco toxicity (with or without bioaccumulation)<br>· Capacity, on contact with air or water, to develop one or more of the above properties. |
| Inoperable Vehicle | A motor vehicle that is substantially disassembled and for this reason is mechanically unfit or unsafe to be operated or moved upon a public street, highway, or public vehicular area. An "inoperable vehicle" has not been identified as either "junk" or "salvage". Inoperable vehicles may be titled, but no registration may be issued until such time that the vehicle has been determined roadworthy according to state regulations. |
| Junk | The vehicle is incapable of safe operation for use on the roads or highways and has no resale value except as a source of parts or scrap, or the vehicle's owner has irreversibly designated the vehicle as a source of parts or scrap. This vehicle shall never be titled or registered. Also known as non-repairable, scrapped, or destroyed. |
| Kit | A vehicle that has been built by combining a chassis with a different (non-matching VIN) frame, engine, and body parts. The VIN on the chassis is used as the vehicle's VIN. |
| Logging Vehicle | The vehicle will primarily be operated on private roads for logging purposes. |

**NMVTIS Brand Definition Glossary**

| Brand Name | Description |
|---|---|
| Manufacturer Buy Back | A vehicle that has been bought back by the manufacturer under jurisdiction -defined regulations or laws, such as lemon laws. For example, the manufacturer could be obligated to buy back the vehicle when a specified number of repair attempts fail to correct a major problem on a new vehicle, or if a new vehicle has been out of service for repair for the same problem for a cumulative period of 30 days or more, within one year of purchase. |
| Memorandum Copy | The title document is a facsimile title and not the active (original or duplicate) title document. |
| Original Police | Vehicle is currently registered as a police vehicle. |
| Original Taxi | Vehicle is currently registered as a taxi. |
| Owner Retained | A vehicle that has been declared by the insurance company to be a total loss but the owner maintains possession and ownership of the vehicle. |
| Prior Non Repairable / Repaired | A vehicle constructed by repairing a vehicle that has been destroyed or declared to be non-repairable or otherwise declared to not be eligible for titling because of the extent of damage to the vehicle but has been issued a title pursuant to state law after falling within this criterion with this brand on the face of the certificate of title. |
| Prior Owner Retained | A vehicle that was previously branded Owner Retained and was sold. The new owner's title contains this brand. |
| Prior Police | Vehicle previously registered as a police vehicle. |
| Prior Taxi | Vehicle previously registered as a taxi. |
| Rebuilt | The vehicle, previously branded "salvage", has passed anti-theft and safety inspections, or other jurisdiction procedures, to ensure the vehicle was rebuilt to required standards. Also known as prior salvage (salvaged). |
| Reconstructed | A vehicle that has been permanently altered from original construction by removing, adding, or substituting major components. |
| Recovered Theft | The vehicle was previously titled as salvage due to theft. The vehicle has been repaired and inspected (or complied with other jurisdiction procedures) and may be legally driven. |
| Refurbished | Any vehicle modified by the installation of a new cab and chassis for the existing coach which has been renovated, resulting in a vehicle of greater value or a vehicle with a new style. |
| Remanufactured | Vehicle was reconstructed by the manufacturer. |
| Replica | A vehicle with a body built to resemble and be a reproduction of another vehicle of a given year and given manufacturer. |
| Saltwater Damage | Vehicle damaged by saltwater flood. |
| Salvage Retention | The vehicle is branded salvage and is kept by the owner. |

NMVTIS Brand Definition Glossary

| Brand Name | Description |
|---|---|
| Salvage-Damage or Not Specified | Any vehicle which has been wrecked, destroyed or damaged, to the extent that the total estimated or actual cost of parts and labor to rebuild or reconstruct the vehicle to its pre-accident condition and for legal operation on roads or highways exceeds a jurisdiction-defined percentage of the retail value of the vehicle. The retail value of the vehicle is determined by a current edition of a nationally recognized compilation (to include automated data bases) of retail values.<br>Salvage-Damage or Not Specified also includes any vehicle to which an insurance company acquires ownership pursuant to a damage settlement, or any vehicle that the vehicle's owner may wish to designate as a salvage vehicle by obtaining a salvage title, without regard to extent of the vehicle's damage and repairs, or any vehicle for which the jurisdiction cannot distinguish the reason the vehicle was designated salvage. |
| Salvage - Reasons Other Than Damage or Stolen | Any vehicle the reporting jurisdiction considers salvage based on criteria, such as abandonment, not covered by the Salvage- Damage or Not Specified and Salvage-Stolen Brands. Note - Percent of damage is not reported with brand. |
| Salvage Stolen | Any vehicle the reporting jurisdiction considers salvage because an insurance company has acquired ownership pursuant to a settlement based on the theft of the vehicle. |
| Street Rod | The vehicle has been modified to not conform with the manufacturer's specifications, and the modifications adhere to jurisdiction-specific criteria. |
| Test Vehicle | The vehicle is built and retained by the manufacturer for testing. |
| Totaled | A vehicle that is declared a total loss by a jurisdiction or an insurer that is obligated to cover the loss or that the insurer takes possession of or title to. |
| Undisclosed Lien | The vehicle has entered the titling jurisdiction from a jurisdiction that does not disclose lien-holder information on the title. The titling jurisdiction may issue a new title without this brand if no notice of a security interest in the vehicle is received, within a jurisdiction-defined timeframe. Note: This brand is not valid after January 17, 2003. |
| Vandalism | Vehicle damaged by vandals. |
| Vehicle Contains Reissued VIN | The chassis VIN has been reissued, i.e. the same VIN is reused. |
| Vehicle Non-conformity Corrected | A non-safety defect reported to the jurisdiction by the vehicle manufacturer has been corrected. |
| Vehicle Non-conformity Uncorrected | A non-safety defect reported to the jurisdiction by the vehicle manufacturer remains uncorrected. |
| Vehicle Safety Defect Corrected | A safety defect reported to title jurisdiction by the vehicle manufacturer has been corrected. |

**NMVTIS Brand Definition Glossary**

| Brand Name | Description |
|---|---|
| Vehicle Safety Defect Uncorrected | A safety defect reported to the jurisdiction by the vehicle manufacturer remains uncorrected. |
| VIN replaced by a new state assigned VIN | A title should not be issued for the VIN. This brand can be issued for rebuilt vehicles. |
| Warranty Return | Vehicle returned to the manufacturer because of a breach in the warranty. |
| **ODOMETER BRANDS** | |
| Actual | The true mileage for the vehicle. The odometer has not been tampered with, reached its mechanical limits, or been altered. |
| Call Title Division | The titling authority knows of some problem with the odometer reading that it cannot print on a title. Titling authority will discuss the problem (manual process) with authorized inquirers. |
| Exceeds Mechanical Limits | The odometer reading is less than the true mileage of the vehicle because the odometer cannot display the total number of true miles. |
| Exempt from Odometer Disclosure | The vehicle falls within criteria that allow it to change ownership without disclosure of the odometer reading. |
| Junk Automobile - CARS.gov | Pursuant to the Consumer Assistance to Recycle and Save Act of 2009 (CARS) this vehicle is incapable of operating on public streets, roads, and highways. The vehicle has no value except as a source of parts or scrap, shall be crushed or shredded within a specified time period (including the engine block), and shall not be exported prior to crushing or shredding. For additional information concerning the CARS program visit CARS.gov. |
| Not Actual | The odometer reading is known to be other than the true mileage for the vehicle.<br>OR:<br>Odometer tampering verified - the odometer reading is known to be other that the true mileage for the vehicle, due to tampering. |
| Odometer Discrepancy | The titling authority has reason to believe that the odometer reading does not reflect the true mileage of the vehicle because of known previous recorded values of odometer for the vehicle. |
| Odometer may be Altered | The titling authority has reason to believe that the odometer reading does not reflect the true mileage of the vehicle because of an alteration to the odometer. |
| Odometer Replaced | The odometer in the vehicle is not the odometer put in the vehicle when manufactured. |
| Pending Junk Automobile - CARS.gov | The National Highway Traffic Safety Administration - (NHTSA) Consumer Assistance to Recycle and Save (CARS) program is processing an application, which, if approved, will render this vehicle incapable of operating on public streets, roads, and highways. The vehicle will have no value except as a source of parts or scrap, shall be crushed or shredded within a specified time period (including the engine block), and shall not be exported prior to crushing or shredding. For additional information concerning the CARS program visit CARS.gov. |

| NMVTIS Brand Definition Glossary | |
|---|---|
| **Brand Name** | **Description** |
| Reading at Time of Renewal | The odometer reading was recorded when the registration was renewed. |
| Rectify Previous Exceeds Mechanical Limits Brand | A state other than the brander corrected Exceeds Mechanical Limits. |

Last Updated March 1, 2016

# GM RECALL CENTER

If a recall has been issued for your GM vehicle, including Chevrolet, Buick, GMC, Cadillac, Pontiac, Oldsmobile, Saturn, HUMMER or SAAB, find it here.

## Currently, there are no recalls or programs associated with your 2015 Chevrolet Cruze

VIN: 1G1PC5SB9F7212549

Results last updated: Oct 17, 2018

## FAQs

No Results

**I heard the year, make and model of the vehicle I own is involved in a recall, but I haven't received a letter and no recalls are listed on this page. why?**

## What now?

It is recommended that you contact your preferred Certified Service Dealer or SAAB Official Service Center and discuss your concerns with a member of the management team, as they will ultimately be responsible for completing the recall repairs for your vehicle.

**For more information on the Takata Airbag Recall, you can go to www.GMTakataAirbag.com or call 1-866-467-9700.**

## 12.4. OBD Parameters Logged for Cruze Diesel

| |
|---|
| Calculated Load Value (%) |
| Engine Coolant Temperature (C) |
| Engine RPM (RPM) |
| Vehicle Speed (km/hr) |
| Air Flow Rate from Mass Air Flow Sensor (g/s) |
| Bank 1 - Sensor 1 lambda (Wide range O2S) 1D () |
| Bank 1 - Sensor 1 O2 Voltage (Wide range O2S) (v) |
| Ambient Air Temperature (Deg C) |
| Accelerator Pedal Position D (%) |
| Accelerator Pedal Position E (%) |
| Fuel Injection Timing (Deg) |
| Engine Fuel Rate (L/h) |
| Drivers Demand Engine - Percent Torque 1 (%) |
| Actual Engine - Percent Torque (%) |
| Engine Reference Torque (Nm) |
| Intake Air Temperature Bank 1 Sensor 1 (C) |
| Intake Air Temperature Bank 1 Sensor 2 (C) |
| Intake Air Temperature Bank 1 Sensor 3 (C) |
| EGR A Valve Commanded Position (%) |
| EGR A Valve Actual Position (%) |
| EGR A Error (%) |
| Exhaust Gas Recirculation Temperature Bank 1 Sensor 1 (C) |
| Exhaust Gas Recirculation Temperature Bank 1 Sensor 2 (C) |
| Charge Air Cooler Temperature Bank 1 Sensor 1 (C) |
| Exhaust Gas Temperature Bank 1 Sensor 1 (C) |
| Exhaust Gas Temperature Bank 1 Sensor 2 (C) |
| Exhaust Gas Temperature Bank 1 Sensor 3 (C) |
| Diesel Particulate Filter Bank 1 Delta Pressure (kPa) |
| Total Run Time with EI-AECD #1 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #1 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #2 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #2 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #3 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #3 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #4 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #4 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #5 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #5 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #6 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #6 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #7 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #7 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #8 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #8 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #9 Timer 1 Active (Sec) |

| |
|---|
| Total Run Time with EI-AECD #9 Timer 2 Active (Sec) |
| Total Run Time with EI-AECD #10 Timer 1 Active (Sec) |
| Total Run Time with EI-AECD #10 Timer 2 Active (Sec) |
| NOx Sensor Concentration Bank 1 Sensor 1 (ppm) |
| NOx Sensor Concentration Bank 1 Sensor 2 (ppm) |
| NOx Control System - Reagent Tank Level (%) |
| SCR inducement system actual state - inducement system active (bit) |
| SCR inducement system actual state - reagent level too low (bit) |
| SCR inducement system actual state - incorrect reagent (bit) |
| SCR inducement system actual state - deviation of reagent consumption (bit) |
| SCR inducement system actual state - NOx emissions too high (bit) |
| DPF Regen Status - DPF Regen in progress (bit) |
| DPF Regen Type - Active DPF Regen (bit) |
| NOx Adsorber Regen Status - Desorption (regen) in progress (bit) |
| NOx Adsorber Desulfurization Status - Desulfurization in progress (bit) |
| Normalized Trigger for DPF Regen (%) |
| Average Time Between DPF Regens (min) |
| Average Distance Between DPF Regens (km) |
| PM Sensor active status Bank 1 Sensor 1 (bit) |
| PM Sensor regen status Bank 1 Sensor 1 (bit) |
| PM Sensor normalized output value Bank 1 Sensor 1 (%) |
| Latitude |
| Longitude |
| Altitude |
| Velocity |
| Heading |
| Date |
| Time |
| FixType |
| NumSats |
| DOP |

## 12.5. OBD Parameters Logged for Cruze Gasoline

| |
|---|
| Calculated LOAD Value (bit) |
| Engine Coolant Temperature (offset) |
| Short Term Fuel Trim - Bank 1 (%) |
| Short Term Fuel Trim - Bank 3 (128)) |
| Long-term Fuel trim Bank 1 (%) |
| Long-term Fuel Trim Bank 3 (%) |
| Fuel Pressure (gauge) ((gauge)) |
| Intake Manifold Absolute Pressure (bit) |
| Engine RPM (RPM) |
| Vehicle Speed Sensor (bit) |
| Intake Air Temp (Deg C) |
| Air Flow Rate from Mass Air Flow Sensor (g/s) |
| Absolute Throttle Position (bit) |
| Bank 1 - Sensor 1 present at that location (location) |
| Bank 1 - Sensor 2 present at that location (location) |
| Bank 1 - Sensor 3 present at that location (location) |
| Bank 1 - Sensor 4 present at that location (location) |
| Bank 2 - Sensor 1 present at that location (location) |
| Bank 2 - Sensor 2 present at that location (location) |
| Bank 2 - Sensor 3 present at that location (location) |
| Bank 2 - Sensor 4 present at that location (location) |
| O2 Sensor Bank 1. Sensor 1 (uses PID $13) or O2 Sensor Bank 1. Sensor 1 (uses PID $1D) (V) |
| Bank 1 - Sensor 1 O2 Voltage (v) |
| SHRFT Bank 1. Sensor 1 (uses PID $13) or SHRFT Bank 1. Sensor 1 (uses PID $1D) (128)) |
| Bank 1 - Sensor 1 Short Term FT (%) |
| Bank 1 - Sensor 2 O2 Voltage (v) |
| SHRFT Bank 1. Sensor 2 (uses PID $13) or SHRFT Bank 1. Sensor 2 (uses PID $1D) (128)) |
| Bank 1 - Sensor 2 Short Term FT (%) |
| OBD II (California ARB) (1) |
| OBD Reqmt for vehicle design (State) |
| Time Since Engine Start (count) |
| Available Parameters $21-40 () |
| Distance Traveled While MIL is Activated (count) |
| Distance Travelled While MIL is Activated (km) |
| Commanded Evaporative Purge (bit) |
| Fuel Level Input (bit) |
| Number of warm-ups since DTCs cleared (count) |
| No. of warm-ups since DTC cleared (Count) |
| Distance traveled since DTCs cleared (count) |
| Distance since diagnostic trouble codes cleared (km) |
| Evap System Vapor Pressure (signed) |
| Barometric Pressure ((absolute)) |
| Barometric Pressure (kPa) |
| Catalyst Temperature Bank 1. Sensor 1 (offset) |
| Catalyst Temp Bank 1 Sensor 1 (C) |
| Calculated LOAD Value (bit) |
| Engine Coolant Temperature (offset) |
| Short Term Fuel Trim - Bank 1 (%) |

| |
|---|
| Available Parameters $41-60 () |
| Monitor Status - Misfire Enabled 1 (bit) |
| Misfire monitoring enabled ((yes)) |
| Fuel system monitoring enabled (spark ignition and compression ignition) ((yes)) |
| Comprehensive component monitoring enabled (spark ignition and compression ignition) ((yes)) |
| Compression ignition monitoring supported (supported) |
| Misfire monitoring complete (spark ignition and compression ignition) ((NO)) |
| Fuel system monitoring complete (spark ignition and compression ignition) ((NO)) |
| Comprehensive component monitoring complete (spark ignition and compression ignition) ((NO)) |
| Catalyst monitoring enabled (spark ignition supported) ((yes)) |
| Heated catalyst monitoring enabled (spark ignition supported) ((yes)) |
| Evaporative system monitoring enabled (spark ignition supported) ((yes)) |
| Secondary air system monitoring enabled (spark ignition supported) ((yes)) |
| Oxygen sensor monitoring enabled (spark ignition supported) ((yes)) |
| Oxygen sensor heater monitoring enabled (spark ignition supported) ((yes)) |
| EGR and/or VVT system monitoring enabled (spark ignition and compression ignition) ((yes)) |
| Monitor Status - A/C system refrigerant enabled (bit) |
| Catalyst monitoring complete (spark ignition supported) ((NO)) |
| Heated catalyst monitoring complete (spark ignition supported) ((NO)) |
| Evaporative system monitoring complete (spark ignition supported) ((NO)) |
| Secondary air system monitoring complete (spark ignition supported) ((NO)) |
| Oxygen sensor monitoring ready (spark ignition supported) ((NO)) |
| Oxygen sensor heater monitoring complete (spark ignition supported) ((NO)) |
| EGR and/or VVT system monitoring complete (spark ignition and compression ignition) ((NO)) |
| Monitor Status - A/C system refrigerant complete (bit) |
| Control module voltage (bit) |
| Absolute Load Value (bit) |
| Fuel/Air Commanded Equivalence Ratio (3.0499999999999999E-5) |
| Commanded Equivalence Ratio () |
| Relative Throttle Position (bit) |
| Ambient Air Temperature (offset) |
| Absolute Throttle Position B (bit) |
| Accelerator Pedal Position D (bit) |
| Accelerator Pedal Position E (bit) |
| Commanded Throttle Actuator Control (bit) |
| Type of fuel currently being utilized by the vehicle (VARIABLE) |
| Available Parameters $61-80 () |
| IAT Bank 1. Sensor 1 supported (supported) |
| IAT Bank 1. Sensor 2 supported (supported) |
| IAT Bank 1. Sensor 3 supported (supported) |
| IAT Bank 2. Sensor 1 supported (supported) |
| IAT Bank 2. Sensor 2 supported (supported) |
| IAT Bank 2. Sensor 3 supported (supported) |
| Intake Air Temperature Bank 1. Sensor 1 (offset) |
| Intake Air Temperature Bank 1. Sensor 2 (offset) |
| Available Parameters $41-60 () |
| Monitor Status - Misfire Enabled 1 (bit) |
| Misfire monitoring enabled ((yes)) |

| |
|---|
| Intake Air Temperature Bank 1. Sensor 3 (offset) |
| Intake Air Temperature Bank 2. Sensor 1 (offset) |
| Intake Air Temperature Bank 2. Sensor 2 (offset) |
| Intake Air Temperature Bank 2. Sensor 3 (offset) |
| Latitude |
| Longitude |
| Altitude |
| Velocity |
| Heading |
| Date |
| Time |
| FixType |
| NumSats |
| DOP |

## 12.6. PEMS Equipment Details

Innovation.

*Built on Experience.*

Complete PEMS solutions






photo used with permission Copyright © PSA Peugeot

## EXPERIENCE

**Innovative gas measurement solutions since 1969.**

Founded in 1969, Sensors, Inc. has a long history of innovative gas analysis solutions and measurement technologies. This experience is evidenced in every design detail of our products, and in every aspect of our services.

## INDUSTRY KNOWLEDGE

**We work closely with the organizations that develop and meet emissions standards.**

World-wide regulatory agencies, OEMs, and research institutions count on us to keep our finger on the pulse of developing standards, latest technologies, and newest trends.

## ACCESSIBILITY

***Small enough to care. Large enough to respond quickly to our customers' emissions and gas analysis needs anywhere.***

Sensors is a nimble organization dedicated to a singular focus – PEMS. Our global presence and fast response teams work hard to make sure you get the attention you need, with the global resources you deserve.

## SUPPORT

***Emissions and gas analysis equipment backed by experienced engineers and technicians.***

All of our products and services are backed by a support team of experienced engineers and technicians to get you up and running quickly.

# SEMTECH® DS+ SYSTEM

- **Meets regulatory requirements worldwide**

- **Reduced cost of ownership**
    - Low power consumption
    - Low annual maintenance cost
    - Automated test preparation
    - Automated post-processing and reporting
    - Multi-user real-time remote system access

- **Ease of Installation**
    - Lightweight construction
    - Quick disconnect T-pins allow simple, fast installation/removal
    - Simplified modular set-up with hidden pneumatic and electrical connections
    - Power-over-Ethernet (POE) for peripherals

- **Ease of use**
    - Automated warm-up and calibration
    - Automated calibrations and linearity checks
    - Control from in-vehicle control module
    - Browser-based operations (no need to install software on PC)
    - Can be operated by tablet
    - Multi-function cab module for ECM access, data markers, INCA interface, and data uploads
    - Built-in driver aid to meet live RDE trip requirements

- **Safety**
    - Meets all best safety practices
    - 12V operation
    - Emergency stop within driver/operator reach

- **Ruggedization/Adaptability**
    - Heavy duty mounting and support system
    - Capable of operating in harsh environments and conditions
    - DS+ is easily configured to specific test requirements
    - Flexible mounting system can be adapted to on- and off-road equipment

- **Accessories for heavy-duty applications**
    - Shock mount plate with quick disconnects
    - Heated lines up to 5 m
    - Exhaust flow tubes up to 6 inches
    - Options for Extended Fairing or custom enclosures for environmental protection




Copyright © PSA Peugeot Citroen photo used with permission




EFM not shown in this system layout

# SEMTECH® DS+ SYSTEM

## measures...

**CO $CO_2$ NO $NO_2$ Flow PN**

For:

- (EU) No. 692/2008 (+ amendments)
- (EU) No. 2017/1151 (+ amendment)
- Bharat VI (India)
- National 6 (China)




photo used with permission Copyright © UTAC CERAM

The **SEMTECH® DS+** system is our 5th generation PEMS unit - designed, developed, and manufactured to meet Light Duty Real Driving Emissions (RDE) requirements as described in EU Regulation No. 692/2008 and its amendments 2016/427 and 2016/646, EU Reg No. 2017/1151 and its amendment 2017/1154, as well as India's Bharat VI and China's National 6. The **SEMTECH® DS+** system is also compliant with the EPA's 40 CFR Part 1065 Subparts D and J.

The regulations cover instrument specifications and testing of passenger car and light duty commercial vehicles (< 3.5 tons) with basic analytical measurements of CO, $CO_2$, NO, $NO_2$, and Particle Number (PN).

Modules required for this application include:

**SEMTECH® SCS** (conditions the gas sample and prepares it for the gas analysis),

**SEMTECH® GAS** (houses the gas analyzers),

And optionally the

**SEMTECH® EFM4** or **EFM5** (exhaust flow meter), and

**SEMTECH® CPN** (Continuous Particle Number).

Adaptable to a variety of applications, the system is mounted inside the vehicle or on a tow bar rack, with or without a flow meter. Accessories range from GPS, Weather Probe, I/O modules, heated lines, to weather enclosures.

## SEMTECH® DS+ SYSTEM

### measures...

## CO $CO_2$ NO $NO_2$ Flow THC or THC/$CH_4$ PN or PM (US)

For in-use compliance testing per:

- HD Europe: Regulation (EU) 2018/932 and Regulation (EU) 2016/1718
- NRMM Europe: Regulation (EU) 655-2017 and Regulation (EU) /2016-1628
- National 6 (China) Heavy Duty
- 40 CFR Part 86 Heavy Duty




**SEMTECH® DS+** is our 5th generation PEMS - designed, developed and manufactured to meet a variety of regulations including the EPA's 40 CFR Part 1065 Subparts D and J; the European Union's Regulation 49; and China's National 6. In addition, the PM2 module has secured alternate system approval with the US EPA 40 CFR Part 1065.920.

The regulations cover instrument specifications and testing of heavy duty on-road vehicles (> 3.5 tons) with basic analytical measurements of CO, $CO_2$, NO, $NO_2$, THC (optionally with $CH_4$), and PN or PM.

Modules required for this application include:

> **SEMTECH® SCS** (conditions the gas sample and prepares it for the gas analysis),
>
> **SEMTECH® GAS** (houses the gas analyzers),
>
> **SEMTECH® FID or Dual FID** (houses the flame ionization detector),

And optionally the

> **SEMTECH® EFM4** or **EFM5** (exhaust flow meter, not show in this photo) and
>
> **SEMTECH® CPN** or **PM2** (for Continuous Particle Number or Particle Mass measurements)

The system is adaptable to a variety of applications, mounted inside or outside the vehicle with the flow meter accompanying the SCS or mounted remotely. Extended heated lines, ruggedized mounting plates and environmental enclosures complete the system.

# SEMTECH® BASE SYSTEM

## BASE SYSTEM



Sensors' "base" PEMS or Portable Emission Measurement System includes a Sample Conditioning System (**SEMTECH® SCS**), a Gas Analyzer System (**SEMTECH® GAS**), and an In-vehicle Control Module (**SEMTECH® ICM**).

The **SEMTECH® ICM** provides for in vehicle monitoring and emergency shut down of all **SEMTECH®** modules.

Scalable architecture enables a variety of add-on modules to meet the needs of the both light-duty and heavy-duty applications, while meeting worldwide regulatory standards.

## EASY TO USE



**Integration**: All of the modules and accessories offer plug-and-play compatibility.

**Automation**: Program the Calibration Module to run at a pre-set time, and arrive with a system that is warmed up and ready to start data collection.

**Host Software:** The host software is completely web-based – user does not need to install software on their laptop. User may operate the system from a tablet with an intuitive user interface.

**Post processing software:** A range of post processors available for 1-click report generation to satisfy the known regulatory requirements for light duty RDE, heavy duty on road, and NRMM across the globe.

## EASY TO INSTALL



**Installation:** The full system is easy to install either inside or outside the vehicle. Lightweight construction with built in sliders allows for quick single-person installation. Quick disconnect T-pins allow simple/secure, fast installation/removal.

**Connections:** Minimal number of external connections using a hidden pneumatic and electrical interface. Hot swapping from shore to battery power. Power-over-Ethernet (POE) for peripherals.

**Compact:** Simplified modular set-up with external mounting of gaseous and PN (or THC) utilizing a hitch mountable load rack.

# SYSTEM CONTROL, DATA ACQUISITION & TREATMENT

## WEB-BASED MONITORING & CONTROL



The core of the **SEMTECH®** system data structure is a web server located in the Sample Conditioning System, which offers the following features:

**Data Management:** All information generated by each device in the **SEMTECH®** analyzer is gathered in real time, and immediately available for access from any personal computing device with web-browsing capabilities. A smartphone or tablet can be used to start a calibration, view data or check the analyzer status. No laptop is required for routine operation of the **SEMTECH®** system.

**Analyzer Control:** The management system enables access to the analyzer by multiple users, simultaneously, without conflict. For example, a technician can calibrate the system, while an engineer verifies vehicle interface protocols.

## SENSORTECH POST-PROCESSING & REPORTING SW

**Real-Time Data Processing:** The **SEMTECH®** host software provides immediate access to information critical to the completion of a successful test sequence, including essential real-time hardware diagnostics, to ensure that all conditions are met. This critical real-time test information is available simultaneously to multiple users.




**Post-Processing & Reporting:** Data Processing and reporting is fast and easy using the powerful SensorTECH Pro and SensorTECH CT software packages. The following versions are available:

- RDE LDV Compliance software supports European Commission Reg. (EU) 2017/1151.
- RDE HDV Compliance software supports European Commission Reg. (EU) 2016/1718.
- NRMM Compliance software supports draft versions of European Commission Reg. (EU) 2017/655.
- National 6 Compliance software supports China 6 regulations for light- and heavy-duty vehicles.
- National 5 Compliance software supports China 5 regulations for heavy duty vehicles.
- Bharat 6 Compliance software supports Indian Bharat 6 regulations for light duty vehicles
- US HDIUT Compliance software supports the US Heavy Duty In-use Testing regulations for on-highway heavy-duty vehicles.

## SEMTECH® DS+ PEMS Configuration Guide



# SEMTECH® GAS MODULE

## measures...

## CO $CO_2$ NO $NO_2$




**SEMTECH's Base System** includes the SCS and GAS Modules. This base system along with the EFM4 began as **SEMTECH® LDV** and has since evolved to **SEMTECH® DS+** for all Sensors, Inc.'s PEMS units.

While the **SEMTECH® SCS** Module is used for real-time sample conditioning, power distribution and data acquisition & control, the **SEMTECH® GAS** Module includes all transducers required for the measurement of Carbon Monoxide, Carbon Dioxide, Nitric Oxide and Nitrogen Dioxide.

| GAS MEASUREMENT PERFORMANCES | | | | |
|---|---|---|---|---|
| Parameter | CO | $CO_2$ | NO | $NO_2$ |
| Maximum Range | 8% vol | 18% vol | 0 to 3000 ppm | 0 to 1000 ppm |
| Resolution | 10 ppm | <0.01% vol. | 0.1 ppm | 0.1 ppm |
| Zero Drift (over 4 hrs) | ≤ ±50 ppm | < ±0.1% vol. | ≤ 5 ppm with $\Delta t \leq 10°C$ and using purified $N_2$ as zero gas | |
| Span Drift (over 4 hrs) | ≤ 2% of span value or ≤ ±50 ppm, whichever is greater | ≤ 2% of span value or ≤ ±0.1% vol., whichever is greater | ≤ 2% of reading or ≤ 5 ppm, whichever is greater | |
| Linearity | $\lvert x_{min} \times (a_1 - 1) + a_0 \rvert \leq 0.5\%$ of span<br>Standard Error of Estimates (SEE) ≤ 1% of span | | Slope $a_1$ between 0.99 and 1.01<br>Coefficient of Determination $r^2 \geq 0.998$ | |
| Accuracy | < ± 2% of reading or ≤ ± 0.3% of full scale, whichever is larger | | | |
| Precision | ≤ 1% of full scale of span | | | |
| Repeatability | ≤ ± 2% of point or ≤ ± 1% of span, whichever is larger | | | |
| Noise | ≤ 1% of span | | | |
| Sample Flow Rate | 3 l/min (LPM) nominal | | | |
| Rise Time | $T_{10-90} \leq 2.5$ seconds | | | |
| System Response Time | $T_{0-90} \leq 10$ seconds | | | |
| Data Rate | 5 Hz | | | |

| SPECIFICATIONS | | |
|---|---|---|
| Parameter | SCS Module | GAS Module |
| Voltage | 12 VDC | 12 VDC from SCS |
| Power Consumption | 60W typical (Max. 150W) | 50W typical (Max. 150W) |
| Communications | TCP/IP over Ethernet | |
| Storage Temperature | -10°C to +60°C (dry) | |
| Operating Temperature | -10°C to +45°C (0-100% RH non-condensing) and up to 3000 m | |
| Dimensions (W x D x H) | 43.7 x 40.6 x 9.9 cm<br>17.2 x 16.0 x 3.9 in | 43.7 x 31.2 x 13.5 cm<br>17.2 x 12.3 x 5.3 in |
| Weight | 10.9 kg \| 24.0 lbs | 8.9 kg \| 19.6 lbs |
| Electromagnetic Interference & Susceptibility | CE Standards; IEC 61326:2002-2 | |

## SEMTECH® EFM4 AND EFM5 MODULES

### measures...

# EXHAUST FLOW

Sensors offers exhaust flow meters for the measurement of total raw exhaust mass flow from either compression or spark ignition engines and vehicles. All of our EFMs operate under Bernoulli's principle using averaging pitot tubes, and employing 5 high performance, dual-stage, differential pressure transducers, allowing for operation over extremely wide dynamic ranges.




## SEMTECH® EFM4

**SEMTECH® EFM4** combines a single flow tube integrated with the electronics; a simplified system for those requiring only a single tube size. The **EFM4** is available in 8 different flow tube diameters.

## SEMTECH® EFM5

**SEMTECH® EFM5** utilizes the same electronics and transducers as the **EFM4** but employs interchangeable tube sizes providing a versatile solution for those measuring a range of engine sizes. Eight flow tube diameters are available and can be used with a single, separate electronics module.




| Parameter | EFM | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Flow Tube OD (cm / in) | 2.5 / 1.0 | 3.8 / 1.5 | 5.1 / 2.0 | 6.4/ 2.5 | 7.6 / 3.0 | 10.1 / 4.0 | 12.7 / 5.0 | 12.7 / 6.0 |
| Flow Tube Length (cm / in) | 50.8 / 20 | 50.8 / 20 | 50.8 / 20 | 64.0 / 25 | 64.0 / 25 | 64.0 / 25 | 76.2 / 30 | 91.4 / 36 |
| Exhaust Temperature Range | -5°C to 700°C | | | | | | | |
| Exhaust Temperature Accuracy | ± 1% of reading or ± 2°C, whichever is greater | | | | | | | |
| Flow Measurement Linearity | $\lvert x_{min} \times (a_1 - 1) + a_0 \rvert$ < 1% of max. Slope $a_1$ between 0.99 and 1.01<br>Standard Error of Estimates (SEE) < 1% of max Coefficient of Determination $r^2 > 0.990$ | | | | | | | |
| Flow Measurement Accuracy | ± 2% of reading or ± 0.5% of Full Scale, whichever is greater. | | | | | | | |
| Resolution | Resolution 0.1 kg/hr | | | | | | | |

# SEMTECH® FID AND DUAL FID MODULES




## measures...

## THC or THC and $CH_4$

**SEMTECH® FID** or **Flame Ionization Detector** measures Total Hydrocarbons (THC) using a vacuum flame ionization detection unit.

The system is designed to minimize the loss of hydrocarbons prior to analysis by maintaining the required temperature through the use of a heated filter, heated sample line and stainless-steel fitting, which all have low gas adsorption characteristics.

The **SEMTECH®** Dual FID employs two FIDs to simultaneously measures total hydrocarbon and methane, using only one sample line. The **SEMTECH®** Dual FID may be integrated as a module of the **SEMTECH®** DS+ system.

| PERFORMANCE SPECIFICATIONS * | |
|---|---|
| Supported Ranges | 30000 $ppmC_1$, 10000 $ppmC_1$, 1000 $ppmC_1$, and 100 $ppmC_1$ |
| Zero Drift | Zero Drift ≤ ± 1% of full scale of selected range over 1 hour |
| Span Drift | Span Drift ≤ ± 2% of full scale of selected range over 8 hours |
| Sample Flow Rate | Sample Flow Rate 800 ml / min |

| FID SPECIFICATIONS | |
|---|---|
| Power | 12 VDC |
| Warm-up Time | Warm-up Time 30 minutes minimum;<br>60 minutes to meet performance specifications |
| Storage Temperature | Dry -10 to 60 °C ambient |
| Operating Environment | -10 to 45 °C ambient<br>and up to 2500 m (8200 ft.) |
| Power Usage | < 300 Watts |
| Dimensions (W x D x H) | 43.6 x 31.1 x 13.5 cm<br>17.2 x 12.3 x 5.3 in |
| Weight | 11.2 kg 24.6 lb. |
| Data Transmission | Ethernet |
| Electromagnetic Interference and Susceptibility | CE Standards: IEC 61326:2002-2 |

| GAS REQUIREMENTS & CONSUMPTION | | |
|---|---|---|
| **Gas Use** | **Description** | **Consumption** |
| FID Fuel Consumption | $H_2$ 40% Ba. He (<0.1 ppm THC) | Single: 220 ml/min (CCM)<br>Dual: 370 ml/min (CCM) |
| Span Gas | $C_3H_8$ | 500 ml/min (CCM) |
| Zero Gas | Purified $N_2$ / Purified Synthetic Air | 800 ml /min (CCM) |

* Performance specifications for linearity, accuracy, repeatability, precision, noise, rise time, response time and data rate are the same as the base GAS module.

# SEMTECH® CPN MODULE

## measures...

## PARTICLE NUMBER

**SEMTECH® CPN** continuously measures condensation particle number in real-time, in a package designed for on-board measurements. Capable of conducting continuous, long-term testing, the system uses a non-collecting measurement method, and can operate for extended periods without maintenance. The CPN offers the following benefits:




**Low Cost of Ownership:** With little maintenance required, the CPN remains a low-cost solution throughout the life of the system

**All Day Testing:** A large butanol reservoir ensures uninterrupted, extended testing.

**Real-Time Data:** The system is capable of second-by second data acquisition, for real-time testing.

**Large Dynamic Range:** Two dilution ratios are available, making the system capable of accurate measurements over a large dynamic range.

**Portable System:** The system is designed for real world testing in a PEMS package. It can be used as a stand-alone measurement device, or in conjunction with the **SEMTECH® base** system, for complete emissions analysis.

| PARAMETER | CPN |
|---|---|
| Particle Size Range | Minimum: 23 nm<br>Maximum: d50 (Correlation to PNP system demonstrated) |
| Particle Concentration Range | CPC 0-$10^4$ #/$cm^3$ single count mode |
| Measurement Range | Adjustable by $PND_2$ dilution ration<br>(exceeds that of diffusion charger devices) |
| Dimensions (W x D x H) | 43.6 x 31.1 x 18.0 (cm)<br>17.2 x 12.3 x 7.1 (in) |
| Weight | 20 kg<br>44 lbs. |
| Power Requirements | 12 VDC; <200W at steady state<br>(including 1m heated sampling line) |
| Operating Environment | -10 to 40 °C<br>And up to 3000m |

# SEMTECH® PM2 MODULE




## measures...

## PARTICULATE MASS

**SEMTECH® PM2** is our 2nd generation on-board Particulate Matter (PM) measurement device that combines real time and cumulative PM mass measurements.

The real-time PM measurement is based on an ion mobility technique. The cumulative PM measurement is based on the gravimetric method, using industry standard 47 mm filter cartridges.

The combination of the two techniques allows **SEMTECH® PM2** to meet US EPA's 40 CFR Part 1065 requirements for Heavy Duty In-use (HDIU) compliance testing applications as an alternative method.

The **SEMTECH® PM2** is designed to measure particulate mass either as a standalone device, or in conjunction with the **SEMTECH®** base system.

| PM SPECIFICATIONS | |
|---|---|
| Power | 12 VDC |
| Normal Operation (Base Module) | No heated line: 12 amps<br>With 2m of heated line: 20-25 amps |
| Base Dimensions (L x W x H) | 43.6 x 31.1 x 19.2 (cm)<br>17.2 x 12.3 x 7.6 (in) |
| Base Weight | 19 kg (41 lbs) |
| Pump Dimensions (L x W x H) | 43.6 x 31.1 x 17.7 (cm)<br>17.2 x 12.3 x 7.0 (in) |
| Pump Weight | 10 kg (22 lbs) |
| Normal Operation (Pump Module) | 30 amps |
| Storage Temperature Dry | -10 to 60 °C |
| Operating Environment | -10 to 45 °C ambient |
| Sample Flow Rate | 1 to 2 l/min |
| Constant Dilution Ratio | 10-20:1 |

| PERFORMANCE SPECIFICATIONS | |
|---|---|
| Measurement Technique | Ion mobility & gravimetric PM |
| Particle Size | Particle size Minimum: 23 nm (dependent on selected trap voltage)<br>Maximum: 2.5 µm (dependent on measured particle size distribution) |
| Concentration | Concentration From 1 µg/m³ to 250 mg/m³ |
| Rise Time | < 2.5 seconds |
| System Response Time | < 12 seconds |
| Maximum Data Rate | 5 Hz (high speed internal averaging) |

## HEATED LINES



- Micro-processor controlled lines reduce power requirements.
- Available in multiple lengths (0.5m – 5m) to meet all applications.
- Manifolds reduce number and length of lines required for multiple modules.

## POWER SUPPLIES



- Ensures continuous power for warm-up through in-use operation.
- Supplies 120 amps at 120 VAC/12 VDC (or 220 VAC/12 VDC.
- Dual or quad versions available

## CALIBRATION MODULE



- Automated warm-up and calibration.
- User-defined sequence of warm-up, zero-span-zero routines.

## HITCH MOUNT / SHOCK MOUNT PLATE



- Tow bar rack with hitch mount anchor for external mounting.
- Shock mount plate for heavy duty isolation of 20G vertical.
- Quick disconnect T-pins allow simple, fast installation/removal.

## GPS



- Meets RDE and Part 1065 req's.
- Accurately tracks driven test route. Data recorded from GPS includes signal quality, date, time, latitude, longitude, altitude and speed.

## I/O MODULE



- Extensive array of features allow deployment across a wide variety of applications.
- Robust, stand-alone, low power data logger with extensive communications capabilities and built-in display.

## WEATHER PROBE



- Robust device for relative humidity and ambient pressure measurements, which are critical to correcting raw data measurements to standard conditions.

## FAIRING(s)



- Standard assy. protects system from harsh environments.
- Panels provide for easy access.
- Extended assy. (as shown) accommodates 1 added module (FID or CPN) and incorporates heated line strain relief.

NOTE: Specifications are subject to change. While due caution has been exercised in the production of this document, errors and omissions may occur. Always consult with your Sensors, Inc. authorized representative for the latest information on these products.

sensors

Incorporated 1969

# Thank You for 50 Years of Trust

**Sensors, Inc.** | 6812 State Road Saline, Michigan 48176 | USA
P: 734.429.2100 F: 734.429.4080 www.sensors-inc.com

**Sensors Europe GmbH** | Feldheider Strasse 60 40699 Erkrath | Germany
P: +49 (0) 2104.14188.0 F: +49 (0) 2104.14188.14

**Sensors Asia Ltd.**, | 21/F Chinachem Tower 34-37 Connaught Road Central | Hong Kong
P: +(852) 9033.0089

*Rev 20181211*

NOTE: Specifications are subject to change. While due caution has been exercised in the production of this document, errors and omissions may occur. Always consult with your Sensors, Inc. authorized representative for the latest information on these products.

## 12.7. Chassis Dynamometer Description

Chassis Dyno Type: RPL 1220
Chassis Dyno S/N: R1254

Tolerances:
Force: 0.10% of full scale
Repeatability of Force measurement: 0.05% of full scale
Hysteresis: 0.10% of full scale
Speed Measurement: 0.08 Km/h

TEST CELL 3
Test Cell 3 is equipped with an AVL AWD chassis dynamometer and is used for passenger car, light truck, UTV and large motorcycle testing. Tailpipe exhaust emissions are measured with an AVL iGem i60 Emissions Bench and CVS system.





TRC AVL Chassis Dynamometer & Exhaust Emissions Bench

Test Cell 3, Facility Specifications:
Temperature Range: 20°F (-7°C) to 100°F (37°C). 20°F testing requires low to mild ambient temperatures and humidity.
Humidity Range: 10% to 60% RH
Cell Entrance Door: 9 ft (2.74 m) by 9 ft (2.74 m)
Restraint Systems: 4-post, front wheel closure system, and one pair of wheel blocks

Test Cell 3, AVL AWD Dynamometer Specifications:
Maximum Speed: 125 MPH (200 Km/h)
Maximum Force Front Axle: 2,250 lb (10,000 N)
Maximum Force Rear Axle: 2,250 lb (10,000 N)
2WD Minimum Specified Inertia:: 880 lb (400 Kg)
2WD Maximum Specified Inertia: 7,700 lb (3,500 Kg)
4WD Minimum Specified Inertia:: 1,763 lb (800 Kg)
4WD Maximum Specified Inertia: 11,900 lb (5,400 Kg)
Roll Diameter: 48 inch (1219.2 mm)
Minimum Wheelbase: 82.5 inch (2,100 mm)
Maximum Wheelbase: 185 inch (4,700 mm)

The AVL AWD Dynamometer can be operated independently in front axle only, rear axle only and AWD modes.

## 12.8. Chassis Dynamometer Test Results

[Provided in Native Format.]

## 12.9. Study of SCR Performance vs. SCR Inlet Temperature

310. In addition, the SCR performance was studied during the stabilized phase of the FTP-75 (Phase 2), see Figure 12-1. This is a relatively low speed, transient test with a low SCR temperature that converges on (and even drops below) 200°C for the last 320 seconds of the cycle. The orange line shows the SCR inlet temperature. The red oval captures the area where the exhaust temperature is lowest (near 200°C on the plot). The blue line shows the SCR efficiency in this region. The average SCR reduction during this period is 94.5%, while the average inlet SCR temperature is 196.1°C. The gray line shows the NOx emissions in g/mile, which are 35 mg/mile for the entire phase, see Section 9.7. This testing was used to understand the true lightoff temperature of the Cruze SCR catalyst; based on the Cruze diesel's performance on the FTP-75, NOx conversion efficiencies greater than 90% are expected over the SCR system at temperatures as low as 200°C.




**Figure 12-1: SCR efficiency as a function of SCR inlet temperature during Phase 2 of the FTP-75.**

DATED this 28th day of October, 2019.

Juston L. Smithers, CTO
44 Energy Technologies, Inc.