# Exhibit 10

Atmospheric Environment 145 (2016) 81–91

ELSEVIER

Contents lists available at ScienceDirect

Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv




# A Portable Emissions Measurement System (PEMS) study of $NO_x$ and primary $NO_2$ emissions from Euro 6 diesel passenger cars and comparison with COPERT emission factors

CrossMark

Rosalind O'Driscoll [a, *], Helen M. ApSimon [b], Tim Oxley [b], Nick Molden [c], Marc E.J. Stettler [d], Aravinth Thiyagarajah [d]

[a] *Centre for Environmental Policy, Imperial College London, 1326 Princes Gardens, London, SW7 1NA, United Kingdom*
[b] *Centre for Environmental Policy, Imperial College London, 13-15 Princes Gardens, London, SW7 1NA, United Kingdom*
[c] *Emissions Analytics, Kimball Smith Limited, Kings Worthy House, Court Road, Kings Worthy, Winchester, SO23 7QA, United Kingdom*
[d] *Centre for Transport Studies, 6th Floor, Skempton Building, Imperial College London, Department of Civil and Environmental Engineering, London, SW7 2BU, United Kingdom*

## HIGHLIGHTS

- Largest Euro 6 PEMS study to date with 39 vehicles.
- Detailed analysis of fraction primary $NO_2$ and absolute $NO_2$ emissions.
- Analysis of EGR, LNT and SCR $NO_x$ control technologies.
- Comparison between real world emissions and COPERT emissions factors.
- Comparison of urban and motorway driving and effect of acceleration on $NO_x$ emission.

## ARTICLE INFO

*Article history:*
Received 13 May 2016
Received in revised form
6 September 2016
Accepted 12 September 2016
Available online 13 September 2016

*Keywords:*
Euro 6 emission standards
$NO_x$
Primary $NO_2$
Diesel exhaust aftertreatment
COPERT

## ABSTRACT

Real world emissions of oxides of nitrogen ($NO_x$) often greatly exceed those achieved in the laboratory based type approval process. In this paper the real world emissions from a substantial sample of the latest Euro 6 diesel passenger cars are presented with a focus on $NO_x$ and primary $NO_2$. Portable Emissions Measurement System (PEMS) data is analysed from 39 Euro 6 diesel passenger cars over a test route comprised of urban and motorway sections. The sample includes vehicles installed with exhaust gas recirculation (EGR), lean $NO_x$ traps (LNT), or selective catalytic reduction (SCR). The results show wide variability in $NO_x$ emissions from 1 to 22 times the type approval limit. The average $NO_x$ emission, 0.36 (sd. 0.36) g $km^{-1}$, is 4.5 times the Euro 6 limit. The average fraction primary $NO_2$ ($fNO_2$) is 44 (sd. 20) %. Higher emissions during the urban section of the route are attributed to an increased number of acceleration events. Comparisons between PEMS measurements and COPERT speed dependent emissions factors show PEMS measurements to be on average 1.6 times higher than COPERT estimates for $NO_x$ and 2.5 times for $NO_2$. However, by removing the 5 most polluting vehicles average emissions were reduced considerably.

© 2016 Elsevier Ltd. All rights reserved.

## 1. Introduction

In the past decade the European Union (EU) has seen a reduction in emissions of air pollutants. Of these pollutants nitrogen dioxide ($NO_2$) is prominent due to its direct negative effects on human health, including low lung function and increased risk of cancer (Adam et al., 2015; Hamra et al., 2015; WHO, 2013). Recent evidence has linked $NO_2$ to hundreds of thousands of premature deaths across Europe each year (COMEAP, 2010; EEA, 2015a; RCP, 2016). The EU First Daughter Directive (99/30/EC) sets an annual mean limit for $NO_2$ concentrations of 40 $\mu g^{-3}$ and an hourly mean limit of 200 $\mu g^{-3}$ (with an allowance of 18 exceedances per year). These limits have been legally binding for member states since January

* Corresponding author.
*E-mail address:* rosalind.odriscoll09@imperial.ac.uk (R. O'Driscoll).

http://dx.doi.org/10.1016/j.atmosenv.2016.09.021
1352-2310/© 2016 Elsevier Ltd. All rights reserved.

EXHIBIT
7

2010. Consecutive regulations have so far failed to fully reduce concentrations of $NO_2$ to acceptable levels. One tenth of Europe's urban population still live in areas where $NO_2$ concentrations exceed limits set for the protection of human health (EEA, 2015b).

The EU has introduced successive emission standards (the Euro standards) limiting grams per kilometre (g $km^{-1}$) emissions of oxides of nitrogen ($NO_x = NO + NO_2$). The most recent Euro 6 standard sets the limit of 0.08 g $NO_x$ $km^{-1}$ (EC, 2008). Current type approval consists of the New European Driving Cycle (NEDC) performed on a chassis dynamometer in laboratory conditions. There is currently no dedicated $NO_2$ emissions standard and its necessity is yet undecided (Degraeuwe et al., 2016). This paper argues that this is an important omission.

Real world emissions data (from Portable Emissions Measurement Systems, PEMS) for Euro 6 diesel cars is not abundant in literature with most sample sizes being limited (Franco et al., 2014; Weiss et al., 2012). In this study we present PEMS measurements from 39 Euro 6 diesel passenger cars. The findings of this paper should be considered in an air quality context. We compare PEMS data to the Euro 6 emission standard and the real driving emission (RDE) not-to-exceed limit for $NO_x$. We also focus on absolute $NO_2$ emissions in g $km^{-1}$. This paper gives insight into real world Euro 6 g $km^{-1}$ $NO_x$ and $NO_2$ emissions and compares these to projections by the air quality emissions model COPERT (Computer Program to Calculate Emissions from Road Transport). We consider the nature of $NO_x$ emissions and which policy measures may be most effective in tackling air quality limit value exceedances in urban areas. We also investigate the fraction of $NO_x$ emitted as primary $NO_2$, effect of exhaust after treatments, engine size and differences between urban and motorway driving.

### 1.1. Background

From 1999 to 2010 atmospheric $NO_x$ concentrations have fallen in line with Euro standards (Table 1), though they have fallen by a lesser amount than anticipated when legislation was introduced. However, $NO_2$ concentrations have remained constant and in some cases increased. Transport emissions from diesel vehicles have been held widely responsible (Anttila et al., 2011; Beevers et al., 2012; Carslaw et al., 2011a, 2011b; Henschel et al., 2015; Hu et al., 2012). This is a consequence of the tendency of on road diesel $NO_x$ emissions to exceed regulatory limits, which are only achieved during the lab based type approval process (Franco et al., 2014; Weiss et al., 2012, 2011b) in combination with the deeper market penetration of diesel in Europe. This was driven by the promise of lower carbon dioxide ($CO_2$) emissions and associated tax incentives.

When $NO_x$ is released into the atmosphere as a mixture of NO and $NO_2$ chemical reactions take place with ozone ($O_3$). $O_3$ reacts with the NO component of $NO_x$ to produce $NO_2$. This is balanced by the photo-dissociation of $NO_2$ to NO and characterised by the equilibrium photo-stationary state equations-

$$(i)\ NO + O_3 \rightarrow NO_2 + O_2 \qquad (ii) NO_2 + h\nu(+O_2) \rightarrow NO + O_3 \qquad 1$$

Given well mixed air and sufficient time this results in an equilibrium ratio of $NO_2$ to $NO_x$ (Clapp and Jenkin, 2001). However, at road-side locations there is insufficient time for such reactions and often ozone is already depleted, limiting reactions with NO. In these circumstances the proportion of $NO_x$ emitted directly as primary $NO_2$ becomes the dominant factor (Carslaw et al., 2016; Degraeuwe et al., 2016). Because of this high levels of primary $NO_2$ are particularly associated with causing high road-side concentrations of $NO_2$. Introduction of successive Euro standards have marked an increase in the fraction of $NO_x$ emitted as primary $NO_2$ ($fNO_2$). This is mainly due to the addition of oxidative after-treatment systems known as diesel oxidation catalysts (DOCs) (Alvarez et al., 2008; Carslaw et al., 2011b, 2016; Grice et al., 2009). After passing through the DOC emissions flow through a reducing environment. The majority of Euro 6 vehicles are installed with either lean $NO_x$ traps (LNT) or selective catalytic reduction (SCR) in combination with exhaust gas recirculation (EGR) (ICCT, 2015).

The recent Volkswagen "defeat device" emissions scandal has expedited and intensified reform of the EU type approval process. To address discrepancies between type approval and real world emissions as of September 2017 new models registered for sale in the EU will be subject to RDE test procedures (EC, 2015a). However, all new vehicles sold will not be subject to RDE until 2019. It has been decided by the European Parliament that the on road emission limit will be higher than the Euro 6 standard. The RDE emission limit will take the form of a not-to-exceed (NTE) value dependant on a conformity factor (CF)

$$NTE_{pollutant} = CF_{pollutant} \times \text{Euro 6 emission standard} \qquad 2$$

The agreed conformity factor for $NO_x$ of 2.1 (NTE limit of 0.168 g $km^{-1}$) will be legally binding as of September 2017, to be reduced to 1.5 in September 2020 (Europarl, 2016). The EU is also planning to move away from a solely pre-market compliance procedure and introduce market surveillance for vehicles in circulation (EC, 2015b).

The RDE element of the new light duty type approval procedure will utilise PEMS. PEMS were developed in the late 1990's and approved for EU engine certification of heavy duty engines in 2009, becoming mandatory for heavy duty type approval in 2011 (EC, 2011, 2009). PEMS, along with remote sensing, exposed the discrepancies between certification and on road emissions, (Carslaw, 2005; Rubino et al., 2007; Weiss et al., 2011b). Their introduction to light duty test procedure is expected to reduce the problem of $NO_2$ exceedances in urban areas (Degraeuwe et al., 2016; Weiss et al., 2012). Vehicle emissions are dependent on a wide variety of operating and environmental conditions including acceleration, traffic congestion, driving style, wind and temperature (Kousoulidou et al., 2013). As a result, even with repeated testing, PEMS data has attached a greater level of variability than laboratory measurements where these external factors can be controlled and regulated (Weiss et al., 2011b). However, it is precisely this that makes PEMS more representative of real world situations.

PEMS already play a substantial role in emissions inventories, development of emissions models and emissions factors for projections (Collins et al., 2007; Frey et al., 2003). This includes COPERT, which is used by the UK for $NO_x$ emissions projections, road transport emissions modelling and the Emissions Factor Toolkit (DEFRA, 2014; Kousoulidou et al., 2013). COPERT is used by 22 of the 28 EU member states for road transport inventories and emissions projections (Kioutsioukis et al., 2010).

**Table 1**
Euro standards and emissions limits (EC, 2007; Europarl, 2016).

| Tier | Introduced | $NO_x$ limit g $km^{-1}$ |
|---|---|---|
| Euro 4 | Sep-05 | 0.25 |
| Euro 5 | Sep-09 | 0.18 |
| Euro 6a | Sep-14 | 0.08 |
| Euro 6c (RDE) | Sep-17 | 0.168 |

## 2. Methodology

A Portable Emissions Measurement System was used to measure real driving emissions of 39 Euro 6 diesel passenger cars. The

**Table 2**
Specification of test vehicles.

| Vehicle ID | Year of manufacture | Engine displacement [ℓ] | Mileage at start [km] | $NO_x$ after-treatment |
|---|---|---|---|---|
| E1.5 | 2015 | 1.5 | 1675 | EGR |
| E1.6 | 2014 | 1.6 | 2363 | EGR |
| E2.2a | 2012 | 2.2 | 6013 | EGR |
| E2.2b | 2012 | 2.2 | 225 | EGR |
| E2.2c | 2013 | 2.2 | 1164 | EGR |
| E2.2d | 2015 | 2.2 | 590 | EGR |
| E2.2e | 2015 | 2.2 | 531 | EGR |
| L1.4a | 2014 | 1.4 | 2245 | LNT |
| L1.4b | 2014 | 1.4 | 1463 | LNT |
| L1.5 | 2015 | 1.5 | 1263 | LNT |
| L2.0a | 2015 | 2.0 | 1059 | LNT |
| L2.0b | 2014 | 2.0 | 2568 | LNT |
| L2.0c | 2014 | 2.0 | 745 | LNT |
| L2.0d | 2015 | 2.0 | 451 | LNT |
| L2.0e | 2015 | 2.0 | 1312 | LNT |
| L2.0f | 2013 | 2.0 | 2019 | LNT |
| L2.0g | 2014 | 2.0 | 640 | LNT |
| L2.0h | 2014 | 2.0 | 2563 | LNT |
| L2.0i | 2015 | 2.0 | 2910 | LNT |
| L2.0j | 2014 | 2.0 | 1000 | LNT |
| L2.0k | 2014 | 2.0 | 1492 | LNT |
| L2.0l | – | 2.0 | 742 | LNT |
| L2.0m | 2014 | 2.0 | 4356 | LNT |
| L2.0n | 2015 | 2.0 | 4276 | LNT |
| L2.0o | 2014 | 2.0 | 1696 | LNT |
| L2.0p | 2014 | 2.0 | 4192 | LNT |
| S1.6a | 2014 | 1.6 | 2406 | SCR |
| S1.6b | 2014 | 1.6 | 544 | SCR |
| S1.6c | 2013 | 1.6 | 2178 | SCR |
| S1.6d | 2014 | 1.6 | 2028 | SCR |
| S2.0a | 2015 | 2.0 | 2502 | SCR |
| S2.0b | 2015 | 2.0 | 2093 | SCR |
| S2.0c | 2014 | 2.0 | 2567 | SCR |
| S2.0d | 2014 | 2.0 | 5270 | SCR |
| S2.0e | 2013 | 2.0 | 4061 | SCR |
| S2.0f | 2014 | 2.0 | 3842 | SCR |
| S2.0g | 2015 | 2.0 | 1184 | SCR |
| S3.0h | – | 3.0 | 1861 | SCR |
| S3.0i | – | 3.0 | 1393 | SCR |

– Data not available.

cars were category M1[1], made by 13 different manufacturers, ranged in engine size and used standard diesel fuel. Emissions were analyzed for entire trips as well as separately for urban and motorway sections. Emissions measurements were then compared to the equivalent emissions projections from COPERT 4v11 speed dependent emission factors.

### 2.1. Test vehicles

Vehicles have been assigned a Vehicle ID which reflects the $NO_x$ aftertreatment installed and engine size. The mix of $NO_x$ after-treatments, 7 EGR, 19 LNT and 13 SCR, reflects the 2014 sales mix of diesel cars in the EU (ICCT, 2015) (all vehicles are fitted with EGR though most are fitted with EGR in combination with a second technology, vehicles labelled EGR operate EGR only). Engine sizes range from 1.4ℓ–3ℓ and are an accurate reflection of the size distribution of the diesel fleet in Europe (Eurostat, 2013). The 13 manufacturers sampled made up 70% of new vehicle registrations in the UK in 2015, were among the 20 most popular and accounted for the majority of 2014 EU sales (ICCT, 2015; SMMT, 2016). All vehicles started with a low mileage. Table 2 describes the vehicles used in this study.

### 2.2. Test route

Vehicles were tested on open roads in the Greater London area. Each vehicle was measured for one trip over the same route though slight variations occurred for some cars (this was unavoidable due to the real world nature of the tests i.e. road works and diversions). The route was comprised of an urban and motorway section. In order to analyse real world urban and motorway emissions trips were broken down by purpose built software into motorway and urban sections. Sections were identified using GPS co-ordinates and will henceforth be referred to as urban or motorway Sections. A, B or C roads (UK) in built up urban/residential areas with a speed limit of 30 mph were identified as urban. M roads (UK) were identified as motorway. The new RDE type approval regulation (Regulations 2016/427) categorise urban, rural and motorway using speed bins. This study does not aim to replicate the RDE type approval process but to inform air quality policy makers of the real world emissions in urban locations. For this reason the speed bin approach has not been adopted.

Table 3 gives the average driving characteristics across all trips and all GPS selected urban and motorway sections. The vehicles were tested at different times of the year, resulting in an ambient temperature range of 3–29 °C. At lower temperatures $NO_x$ emission controls are less effective (DfT, 2016). This paper presents emission

[1] "Vehicles used for the carriage of passengers and comprising not more than eight seats in addition to the driver's seat" (UN Economic and Social Council (ECOSOC), 2011).

**Table 3**
Driving characteristics.

| | Trip | Urban | Motorway | NEDC |
|---|---|---|---|---|
| Route distance [km] | 84.3 (sd. 16.6) | 34.8 (sd. 6.0) | 37.7 (sd. 5.3) | 11.02 |
| Avg. vehicle speed [km $h^{-1}$] | 45.6 (sd. 4.9) | 26.5 (sd. 2.9) | 103.8 (sd. 5.6) | 34 (sd. 31) |
| Avg. RPA[a] [m $s^{-2}$] | 0.25 (sd. 0.12) | 0.26 (sd. 0.12) | 0.15 (sd. 0.16) | 0.15 (sd. 0.03) |
| Max elevation [m asl[b]] | 54.7 (sd. 22.2) | 28.6 (sd. 7.6) | 51.9 (sd. 22.4) | – |
| Min elevation [m asl[b]] | −4.7 (sd. 6.6) | −4.5 (sd. 6.6) | 4.7 (sd. 4.0) | – |
| **Share[%] (time)** | | | | |
| Idle($v \leq 2$ km $h^{-1}$) | 10.2 (sd. 4.8) | 13.7 (sd. 6.7) | 1.5 (sd. 0.8) | 22.9 |
| Low ($2 < v \leq 50$ km $h^{-1}$) | 62.5 (sd. 7.4) | 84.0 (sd. 6.7) | 5.1 (sd. 5.1) | 55.3 |
| Medium ($50 < v \leq 90$ km $h^{-1}$) | 8.7 (sd. 3.0) | 2.4 (sd. 2.5) | 13.7 (sd. 4.8) | 14.6 |
| High ($v > 90$ km $h^{-1}$) | 18.6 (sd. 4.5) | 0 (sd. 0) | 83.7 (sd. 7.6) | 7.2 |

[a] Relative Positive Acceleration.
[b] Above sea level.




**Fig. 1. Speed distributions for entire route (a)**, urban and motorway speed distributions separated **(b)** and relative positive acceleration **(c)** Test cycle data from (Tutuianu et al., 2013).

measurements of vehicles in real world driving situations. As temperatures in Northern Europe vary widely by season and the ambient temperatures measured fall within this range we present measurements taken at different ambient temperatures without adjustment. Temperature effects were found to be modest as compared with the overall variability (see Supporting information).

As the area in which the tests were performed was relatively flat (<60 m elevation gain over 85 km) the effect of road gradient is not considered in this study.

On road emissions tests capture a large range of driving characteristics not replicated by the lab based NEDC. The speed distribution of each trip was comparable to the NEDC (Fig. 1a). However, when considering relative positive acceleration (RPA)<sup>2</ sup> PEMS tests display a variety of driving characteristics not captured by the NEDC (Fig. 1c) (Tutuianu et al., 2015). The majority of driving conditions within the study are characterised as low RPA (range of 0.1–0.4 m $s^{-2}$, velocity under 50 km $h^{-1}$). Extreme events are classified as RPA above 1 m $s^{-2}$ at low velocity or a low RPA at a high velocity (above 120 km $h^{-1}$) (Weiss et al., 2011a). Fig. 1c shows that the driving style during PEMS testing was representative of normal European driving as defined by the World Harmonized Light-duty Test Cycle (average 0.1 m $s^{-2}$ and 0.2 m $s^{-2}$ for motorway and urban respectively (Tutuianu et al., 2015)). For speed profiles of NEDC and WLTC see supplementary information.

Fig. 1a shows the speed distributions of the PEMS tests were consistent and comparable to the NEDC and WLTC. Fig. 1b identifies one motorway section containing lower speeds. Further investigation found this section to have a mean speed of 80 (sd. 36) km $h^{-1}$, below the motorway section average. During this test there had been congestion on the motorway. As the aim of this study is to represent emissions during real world driving (including congestion) and no measurements from this vehicle were anomalous the vehicle is included in all analysis.

### 2.3. PEMS

All tailpipe emissions measurements were conducted by Emissions Analytics using a SEMTECH-DS, developed by Sensors Inc (Sensors Inc, 2010). The SEMTECH unit includes multiple gas analysers, a GPS receiver (recording vehicle speed, latitude, longitude and altitude), exhaust flow meter and an interface for connection to the vehicles on-board engine diagnostics (OBD) port. Non-Dispersive Ultraviolet (NDUV) is used to measure nitric oxide (NO, reported as $NO_2$) and $NO_2$ simultaneously and separately with $NO_x$ calculated as the sum of both (Sensors Inc, 2014).

Power is provided by external batteries meaning engine operation is not affected, apart from additional load due to the weight of the PEMS. The PEMS add a weight of approximately 95 kg, brought up to 220 kg when including drivers (supplemented by additional weights if necessary to ensure consistency). This may bias results, affecting the power to mass vehicle ratio (Weiss et al., 2012) and potentially increasing $CO_2$ emission by up to 3%; it is reasonable to

[2] RPA is the integral of the product of instantaneous speed and positive acceleration, divided by a chosen “sub-trip” distance. It is calculated by breaking a journey into “sub-trips” defined as any section of driving 5 s or more in duration for which the vehicle has a velocity more than 2 km $h^{-1}$. RPA is then calculated for each sub-trip and compared to the average emission over the trip. Motorway sub-trips are therefore longer than urban, consequently there is less of them. For detailed derivation of relative positive acceleration see Weiss et al., 2011a.

assume a similar margin for $NO_x$ (Fontaras and Samaras, 2010; Weiss et al., 2012). Driver behaviour was normal (non-aggressive driving) and consistent between tests. PEMS were installed and operated following manufacturers recommendations. A leak test and a zero and span (known gas concentration) calibration were performed before and after each test run, if the zero or span test showed an error of >3% the PEMS test was deemed invalid and repeated. (For gas concentrations used see supplementary material). Measurements were made at a frequency of 1 Hz (giving a 1 s time resolution). SEMTECH-DS PEMS measurements fulfil official emissions testing requirements of the EU and US and are accurate within the range of lab based testing methods (EC, 2011; EPA, 2008a, 2008b; Weiss et al., 2012).

Fig. 2 is a 1000 s extract of the 1 Hz raw PEMS data with speed in kilometres per hour and emissions of $NO_x$ and $NO_2$ in grams per second. The high resolution of PEMS sampling allows insights that other snapshot measurement techniques may overlook. Fig. 2 shows $NO_x$ emissions are delivered in peaks that coincide with acceleration.

### 2.4. COPERT 4v11

COPERT is a software tool developed by the European Environment Agency. It is the recommended tool for calculation of vehicle emissions by the European Monitoring and Evaluation Program (EMEP) (EEA, 2013). It is widely used in modelling studies in European countries. This study uses the latest COPERT emissions factors, 4v11, introduced in September 2014. COPERT's Euro 6 emission factors are derived from emissions data compiled in the Handbook on Emission Factors of Road Transport (HBEFA). HBEFA emissions factors are developed from measurements of the ERMES driving cycle on a chassis dynamometer and expanded to all driving conditions by the simulation tool PHEM (Passenger car and Heavy duty vehicle Emission Model). Measurements for Euro 6 came from 20 vehicles (Pastramas et al., 2014; Rexeis et al., 2013).

To compare PEMS data and COPERT emissions factors the approach of the INCERT (Interface for the Comparison of Emissions from Road Transport) model was replicated with software purpose built by the authors (Kousoulidou et al., 2013). PEMS data was split into links of equal length and the average speed of each link was calculated. This generated the speed profile required by COPERT. In this study COPERT emissions estimates were calculated using the iMove model (Valiantis et al., 2007). iMove has been embedded in the BRUTAL model (Oxley et al., 2012), the road transport submodel of the UK Integrated Assessment Model (Oxley et al., 2013) and derives emissions using the 4v11 speed dependent emission factors and a speed profile. COPERT's reliability increases as road link length increases above 400 m (Samaras et al., 2014), in this analysis road links were taken as a uniform 1 km in length (illustration in supplementary material).

COPERT 4v11 Euro 6 diesel car emission factors lie in the range of between 2 and 4 times the emissions limit of 0.08 g $km^{-1}$ (Fig. 3) and have a flat rate 30% primary $NO_2$ emission (Pang, 2015). Though COPERT emission factors are speed dependant they are not highly sensitive to speed, the curve is relatively flat. The Euro 6 emissions factors are less sensitive to speed than the Euro 5 factors. COPERT is not adept at modelling very low speeds (less than 10 km $h^{-1}$), as this study uses a mean speed over a 1 km link modelling within this range was avoided.

### 2.5. Data analysis

$NO_x$ measurements were not corrected for ambient air humidity in order to present emissions as they occurred in real-world driving (Franco et al., 2014; Weiss et al., 2012). Cold start emissions (defined as the first 300 s of each PEMS test (Weiss et al., 2011a)) were removed to ensure continuity as not all engines were soaked overnight (left outside overnight before trip to ensure after treatment system, engine coolant and engine were completely cold).

The RDE Regulations 2016/427 lay out specific boundary conditions, constraints, data analysis and treatment to be performed on PEMS data during the RDE type approval process. Our tests do not attempt to replicate the RDE type approval process and do not follow the data smoothing, $CO_2$ window averaging or any data omissions that form this process. For an outline of the key areas in which our tests differ from the RDE regulation see supporting information. Comparison between type approval limits and PEMS results are for comparison only, vehicles are not legally required to achieve limits under the conditions of our PEMS testing.




**Fig. 3.** COPERT 4v11 speed dependent emissions factors for $NO_x$.




**Fig. 2.** Extract of vehicle L2.0p real time PEMS data showing $NO_x$, $NO_2$, and speed.

Case 1:16-cv-12541-DML-PTM ECF No. 412-11, PageID.38089 Filed 01/20/21 Page 7 of 12



Trip average emissions were calculated by dividing the accumulated emissions over a trip by the distance travelled. Results are stated in grams per kilometer for comparison with regulation and the dimensionless deviation ratio (DR) (Joint Research Council, 2011; Thompson et al., 2014) which measures by how much on road emissions deviate from the applicable emissions standard.

$$DR_i = \frac{m_i/s_i}{ES} \quad (3)$$

where: $DR_i$ = deviation ratio for trip of pollutant *i*, $m_i$ = mass of pollutant *i* emitted over trip in g, $s_i$ = distance of trip, ES = emission standard in g km.$^{-1}$

Emissions are compared to the Euro 6 emission standard (henceforth referred to as the euro standard, 0.08 g $NO_x$ km$^{-1}$) and the not-to-exceed limit (hence force referred to as the NTE, 0.168 g $NO_x$ km$^{-1}$). Results are presented as the mean and standard deviation (sd.).

## 3. Results

### 3.1. Trip averages

We found significant variability in emissions of $NO_x$ and $NO_2$ within different aftertreatment technologies and engine sizes. The study trip average $NO_x$ emission of 0.36 sd. 0.36 g $NO_x$ km$^{-1}$ was 4.6 times the euro standard. Two vehicles, one using LNT the other using SCR (L2.0b, S2.0e) had emissions lower than the type approval limit during real world driving. A further two (L2.0a, S2.0e) were within the 3% margin (potentially added by weight of PEMS). 11 vehicles performed within the NTE limit, though one vehicle (S2.0c) met the NTE whilst exceeding 0.08 g $NO_2$ km$^{-1}$. The worst vehicle (S3.0h) produced $NO_x$ emissions 22 times higher than the emission standard. Of the 39 vehicles, 22 exceeded the Euro 6 $NO_x$ standard with $NO_2$ emissions alone (i.e. trip average over 0.08 g $NO_2$ km$^{-1}$).

Our results show high values of primary $NO_2$ emissions with a study average of 0.17 sd. 0.19 g $NO_2$ km$^{-1}$. Vehicle L2.0j produced the highest primary $NO_2$ emission of 0.801 g $NO_2$ km$^{-1}$, ten times the Euro 6 limit for total $NO_x$ (Fig. 4). There was large variability in $fNO_2$ and only moderate correlation between $fNO_2$ and g $NO_2$ km$^{-1}$. Large absolute $NO_2$ emissions are found to occur with average $fNO_2$, demonstrating the importance of discussing $NO_2$ as an absolute emission rather than solely as a fraction of $NO_x$ (Fig. 5).

The study mean $fNO_2$ was 44 (sd. 20) % with the highest trip average ratio of 88% from vehicle L2.0j and lowest of 10% from L2.0a, both LNT. This shows how different manufacturers use the same technology to varied effect. Trip average $NO_x$ and $NO_2$ emissions were not found to vary between after treatment technologies. However, SCR had a higher average $fNO_2$ of 55 (sd. 12) % compared to EGR and LNT (which were not significantly different to one another) of 38 (sd. 21) %. Although the average SCR $NO_2$ emission of 0.20 (sd. 0.19) g km$^{-1}$ was higher than LNT (0.17 (sd. 0.23) g km$^{-1}$) and almost double EGR (0.12 (sd. 0.08) g km$^{-1}$) the large variability resulted in no statistically significant difference between $NO_x$ control technologies.

Vehicles fitted with both SCR and LNT were able to meet the Euro 6 standard in real driving. However, SCR and LNT vehicles also made up the 5 highest emitters of $NO_2$ and four of the five highest for $NO_x$. In this study no vehicle fitted with EGR achieved the euro standard but neither did EGR equipped vehicles emit the highest levels of $NO_2$.

Engine size was found to have significant effect, 2ℓ engines performed better than all other sizes, though not all 2ℓ engines performed well. The lowest 15 $NO_x$ emitters were 2ℓ engines and 12 of the lowest 15 $NO_2$ emitters. The mean emissions (0.26 (sd. 0.22) g $NO_x$ km$^{-1}$ and 0.14 (sd. 0.20) g $NO_2$ km$^{-1}$) from 2ℓ engines were 2 and 1.5 times lower than the non 2ℓ average. There was still wide variability within the 2ℓ engines and it should be noted that not all engine sizes were evenly represented in this study.

Observation of raw PEMS data (Fig. 2) showed that $NO_x$ emissions are delivered in peaks that coincide with acceleration. In agreement with this Fig. 6a shows a clear trend of increasing average $NO_x$ in sub-trips with higher RPA values (i.e. sub-trips containing more acceleration). For $NO_2$ emissions the relationship with acceleration is less pronounced.

Fig. 7 shows the magnitude of sub-trip $NO_x$ (a) and $NO_2$ (b) emission by speed and RPA. The size and colour each of points corresponds to average sub-trip emission in g km$^{-1}$, the larger and redder the point the higher the emission from that sub-trip (point size scale and colour scale are in units of g km$^{-1}$). The majority of the worst $NO_x$ sub-trips (large red and orange points) occurred at




**Fig. 5.** Trip average $NO_2$ against ratio $fNO_2$.




**Fig. 4.** Trip average $NO_x$ and deviation ratio.




**Fig. 6.** Boxplot of $NO_x$ (a) and $NO_2$ (b) average of sub-trips by relative positive acceleration (Whiskers extend 1.5* interquartile range from the 1st and 3rd quartile, blue points are outliers, red points are speed bin means (some outliers have been cropped out of this graph).




**Fig. 7.** Sub-trip $NO_x$ (a) and $NO_2$ (b) by relative positive acceleration and speed.

low average speeds (<20 km $h^{-1}$) with a higher RPA. High RPA in a sub-trip with a low average speed indicates high numbers of acceleration events occur in the sub-trip. For $NO_2$ (Fig. 7b) the worst emitting sub-trips (large red points) had a low RPA and low average speed, though sub-trips with higher RPA at low speed were worse than the average.

Analysis of instantaneous acceleration showed instantaneous $NO_x$ and $NO_2$ were much higher during acceleration than deceleration and the magnitude of the acceleration did not have a large effect on emission size for accelerations above around 4 m $s^{-2}$. This agrees with findings from analysis of RPA sub trips that more frequent acceleration events lead to higher emissions (see Supporting material).

### 3.2. PEMS trip average comparison with COPERT

In comparison with COPERT (which represents an average emission for the fleet) PEMS measurements have wider variation between vehicles.

Fig. 8 shows COPERT estimates (green) of trip average $NO_x$ and $NO_2$ alongside PEMS averages (red). The PEMS measurements were higher in some instances and lower in others but overall were higher. The COPERT average (green line) was lower than that found in this study (red line) for both $NO_x$ and $NO_2$.

COPERT estimated an average of 0.23 (sd. 0.01) g $NO_x$ $km^{-1}$ and 0.07 (sd. 0.003) g $NO_2$ $km^{-1}$ across the study. On average PEMS trip average $NO_x$ emissions were 1.6 times the corresponding COPERT estimate and PEMS $NO_2$ emissions were 2.5 times COPERT estimates. 24 vehicles trip average PEMS emissions were higher than the COPERT average, by as much as 12.2 times for $NO_2$ and 11.7 times for $NO_x$. PEMS average $fNO_2$ (44%) was 1.5 times higher than




**Fig. 8.** Comparison of COPERT 4v11 projections to PEMS measurements for $NO_x$ (a) and $NO_2$ (b). Green line is COPERT average, red line is PEMS average. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

COPERT's fixed 30%.

Fig. 9a shows the trend in PEMS mean speed bin $NO_x$ emission (red points) follows the curve of COPERT's speed dependent emissions factors (green line). Mean speed binned PEMS $NO_2$ emissions (red points Fig. 9b) also follow a similar curve to COPERT.




**Fig. 9.** Boxplot of $NO_x$ (a) and $NO_2$ (b) PEMS data by speed and comparison to COPERT 4v11 emission factors (some outliers have been cropped).

However, at some points the PEMS median (black central line in box) for $NO_2$ is closer to COPERT's estimate than the mean. As previously stated, the PEMS average $NO_x$ and $NO_2$ was found to be 1.6 and 2.5 times COPERT's. This indicates that large variability at the more polluting end of our study resulted in higher real world average emissions, and that higher emissions assumed to be outliers (blue dots) have a significant effect on trip average emissions. As discussed, PEMS data often shows high peaks in emissions associated with acceleration which are not represented in the speed dependent COPERT estimates, which present an average.

### 3.3. *GPS selected urban and motorway sections*

The sections of the trip identified by GPS as urban and motorway driving are now analysed. When compared to their motorway counterparts urban $NO_x$ emissions were 1.7 (sd. 1.0) times higher, though there was large variability (see Fig. 10). Similarly for $NO_2$ urban emissions were 1.7 (sd. 0.9) times higher. 9 vehicles from a mix of all control technologies had higher motorway than urban emissions for $NO_x$ and $NO_2$, though in these cases the magnitude of the difference was small. The average RPA of the urban sections was nearly double that of the motorway.

Urban sections average $NO_x$ emissions were 0.43 (sd. 0.42) g $km^{-1}$, 5.4 times the type approval limit. The average urban $NO_2$ emission of 0.21 (sd. 0.24) g $km^{-1}$ exceeded the Euro 5 standard limit of 0.18 g $NO_x$ $km^{-1}$ with $NO_2$ alone. The highest urban $NO_2$ emission (0.96 g $km^{-1}$, L1.4b) was nearly 4 times the Euro 4 emission limit for total $NO_x$. The highest emissions over an urban section were 27.3 times the euro standard by vehicle S3.0h. $fNO_2$ was unchanged from the trip average (43 sd. 22%). 2 vehicles (L2.0a, L2.0b) achieved the euro standard and 11 the NTE over the urban section.

Motorway section emissions were lower than urban; 0.31 (sd. 0.37) g $NO_x$ $km^{-1}$ (3.9 times the type approval limit) and 0.15 (sd. 0.19) g $NO_2$ $km^{-1}$. Again there was large variability, the highest motorway emission was 21.6 times the type approval limit. $fNO_2$ was not significantly different (45 sd. 21%) to the trip and urban averages. 15 vehicles achieved the NTE and 5 performed within the




**Fig. 10.** Comparison of urban and motorway trip average $NO_x$ emissions (caution y axis varies).

euro standard for motorway sections.

### 3.4. GPS urban and motorway sections comparison with COPERT

Again there was much more variation in PEMS emissions than COPERT's estimates, and again the PEMS emissions were higher in some instances and lower in others. Though the mean speeds of the urban sections were much lower than the motorway, COPERT's average estimate was similar for both (0.24 (sd. 0.01) g $NO_x$ $km^{-1}$, 0.07 (sd. 0.003) g $NO_2$ $km^{-1}$ and 0.22 (sd. 0.01) g $NO_x$ $km^{-1}$, 0.07 (sd. 0.002) g $NO_2$ $km^{-1}$ for urban and motorway respectively). This is because (as seen in Fig. 3) COPERT's Euro 6 emission factors are not highly sensitive to speed.

The PEMS average urban $NO_2$ emission was 2.8 times the COPERT estimate. On average urban PEMS measurements of $NO_x$ were 1.8 times the COPERT estimate and motorway 1.4 times. The average ratio $fNO_2$ from motorway and urban sections was higher than COPERT's assumed 30%.

## 4. Discussion

This paper analyses the on road $NO_x$ emissions of 39 Euro 6 diesel cars. Of the vehicles tested 2 achieved a trip average within the Euro 6 type approval limit (0.08 g $NO_x$ $km^{-1}$) and 11 within the impending Euro 6 not-to-exceed limit for real driving emissions (0.168 g $NO_x$ $km^{-1}$). Huge variation between vehicles with emissions as much as 22 times the limit indicate caution should be used when discussing Euro 6 compliant vehicles as a uniform body.

The composition of engine sizes, $NO_x$ aftertreatment technologies and variety of manufactures ensures the findings of this study are likely to be representative of the Euro 6 fleet (Eurostat, 2013; Franco et al., 2014). Average vehicle speeds (45.6 (sd. 4.9) km $h^{-1}$) and idling percentages (10.2 (sd. 4.8) %) were within the range of new the World-harmonized Light duty Test Cycle (51 $km^{-1}$, and 13%, respectively (Tutuianu et al., 2015; Weiss et al., 2012)), assuring PEMS tests were representative of normal European driving.

Our results show large variability in the urban performance of Euro 6 vehicles with emissions between 0.7 and 27 times the type approval limit, with an average of 5.4. This is lower than earlier findings (Franco et al., 2014; May et al., 2014), which may be expected as Euro 6 technology has progressed in the interim. This variability has implications for air quality policies aiming to reduce emissions in urban areas. The vehicle models tested in this study will be available to buy new until 2019. Action against the worst emitters may help to improve the effectiveness of all air quality policies relying on Euro 6 technology.

We found both LNT and SCR were able to meet the type approval limit for $NO_x$. There was huge variability in primary $NO_2$ emissions within each aftertreatment group (for example the highest SCR $NO_2$ emission was 20 times the lowest). This makes it difficult to make recommendations or draw conclusions about the relationship between $NO_x$ control and primary $NO_2$. The mean SCR $NO_2$ emission was higher than that of LNT and EGR, though not statistically significant. The only statistically significant difference between control technologies is found in the percentage primary $NO_2$. SCR vehicles averaged (55 (sd. 12) % compared to EGR and LNT's 38 (sd. 21) %.

The average COPERT 4v11 emission factor for Euro 5 diesel is 0.63 $NO_x$ g $km^{-1}$ (Fig. 3), this is in a similar range as the value found in PEMS studies (Weiss et al., 2012). Our study identified 5 vehicles (over 10% of those sampled) with real world $NO_x$ emissions $\approx$ 10 times the type approval limit. We analysed the effect of removing all vehicles with emissions higher than 0.63 g $km^{-1}$ (i.e. the potential effect of permitting only vehicles with on road emissions certified lower than on road Euro 5). Fig. 11 shows the trip average $NO_x$ emissions of the remaining vehicles once the 5 emitting over 0.63 g $km^{-1}$ have been removed.

When the worst emitters were removed the study average $NO_x$ became 0.25 (sd. 0.13) g $NO_x$ $km^{-1}$, 3.1 times the type approval limit and far closer to the COPERT estimate. Likewise $NO_2$ emissions fell to 0.11 (sd. 0.10) g $NO_2$ $km^{-1}$. This also brought down the urban mean emission to 3.8 times the type approval limit. We also removed the 5 worst emitters for $NO_2$ (as they were not the same as for $NO_x$) but found this produced the same reduction in mean for $NO_2$ whilst delivering less of a reduction in $NO_x$.

Our results indicate policies to improve smooth vehicle flow through towns and cities will improve urban $NO_2$ concentrations, as sub-trips with higher relative positive acceleration (RPA) at lower speeds generated the highest emissions. This indicates regulation of traffic flows in urban areas and avoidance of congestion is essential in tackling urban $NO_x$ emissions. Complementary to this eco-driving, which has been found to successfully reduce fuel consumption and $CO_2$ emissions in transport fleets, if promoted and adopted in urban centres may help reduce urban $NO_x$ concentrations (Liimatainen, 2011) though further work is required to confirm the relationship between eco-driving and $NO_x$ reduction.

$NO_2$ emissions varied hugely and were best described by the absolute emission in g $km^{-1}$, as high $fNO_2$ did not always correlate to high g $NO_2$ $km^{-1}$. Fig. 12 shows the trip average $NO_x$ and $NO_2$ of the 11 vehicles that performed within the real world NTE limit of 0.168 g $NO_x$ $km^{-1}$. One vehicle was able to not exceed the NTE limit for $NO_x$ whilst exceeding 0.08 g $NO_2$ $km^{-1}$. This indicates that the NTE for $NO_x$ may not be as effective as hoped in reducing $NO_2$ concentrations in urban areas and an additional dedicated $NO_2$




**Fig. 11.** Trip average $NO_x$ (a) and $NO_2$ (b) and comparison to COPERT with 5 worst performing vehicles removed.




**Fig. 12.** Trip average $NO_x$ (a) and ratio $fNO_2$ against average $NO_2$ (b) for the 11 vehicles that met the real world not-to-exceed limit.

limit should be considered. This will be of particular importance in reducing roadside concentrations and exceedances.

With additional data regarding drag coefficients, frontal area and rolling resistance, a power based metric could be used in future studies.

## 5. Conclusions

The main conclusions of our study are:

- Primary $NO_2$ emissions from Euro 6 diesel passenger cars varied widely, the average $NO_2$ emission of 0.17 (sd. 0.19) g $km^{-1}$ was over double the Euro 6 limit for total $NO_x$. The average $fNO_2$ was 44 (sd. 20) %. The average urban section $NO_2$ emission of 0.21 (sd. 0.24) g $km^{-1}$ was higher than the Euro 5 emission limit for total $NO_x$. High g $NO_2$ $km^{-1}$ did not always correlate with high $fNO_2$ or high g $NO_x$ $km^{-1}$, therefore measures aiming to reduce $NO_2$ concentrations should consider a dedicated g $NO_2$ $km^{-1}$ limit.
- There was huge variability in the on road $NO_x$ emissions of Euro 6 diesel passenger cars. All but 2 exhibited higher $NO_x$ than the type approval limit and many substantially exceeded it. The average $NO_x$ emission of 0.36 (sd. 0.36) g $km^{-1}$ equates to 4.5 times the type approval limit which rose to 5.4 for urban driving. To effectively reduce $NO_2$ concentrations in areas with danger of limit value exceedance policy makers should consider discriminating on the basis of actual on road emissions as opposed to Euro standards of vehicles.
- Trip average emissions were higher than COPERT's in the majority of cases. COPERT emission factors matched well the mean $NO_2$ emissions by speed but variability at the more polluting end of the study led to real world emissions being on average 2.5 times COPERT estimates, growing to 2.8 for urban driving. The study average $fNO_2$ was higher than the COPERT assumption of 30%.
- There was no clear best between the after-treatment technologies though both SCR and LNT were able to meet the Euro 6 standard and NTE limit whilst EGR alone was not. SCR systems had a higher ratio $fNO_2$ (55 sd. 12%) but this did not translate to a significantly higher $NO_2$ g $km^{-1}$.
- Urban section $NO_x$ emissions were 1.7 (sd. 1.0) times those of motorway sections. This was found in part to be due to more frequent acceleration events. Urban driving emissions could be reduced by more effective management of traffic flows, easing of congestion and promotion of eco-driving, though further work is required to confirm this.

## Acknowledgment

This work was produced as part of a Department of Environment Food & Rural Affairs (DEFRA) studentship. All data was provided by Emissions Analytics.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at http://dx.doi.org/10.1016/j.atmosenv.2016.09.021.

## References

Adam, M., Schikowski, T., Carsin, A.E., Cai, Y., Jacquemin, B., Sanchez, M., Vierkotter, A., Marcon, A., Keidel, D., Sugiri, D., Al Kanani, Z., Nadif, R., Siroux, V., Hardy, R., Kuh, D., Rochat, T., Bridevaux, P.-O., Eeftens, M., Tsai, M.-Y., Villani, S., Phuleria, H.C., Birk, M., Cyrys, J., Cirach, M., de Nazelle, A., Nieuwenhuijsen, M.J., Forsberg, B., de Hoogh, K., Declerq, C., Bono, R., Piccioni, P., Quass, U., Heinrich, J., Jarvis, D., Pin, I., Beelen, R., Hoek, G., Brunekreef, B., Schindler, C., Sunyer, J., Kramer, U., Kauffmann, F., Hansell, A.L., Kunzli, N., Probst-Hensch, N., 2015. Adult lung function and long-term air pollution exposure. ESCAPE: a multicentre cohort study and meta-analysis. Eur. Respir. J. 45, 38–50. http://dx.doi.org/10.1183/09031936.00130014.

Alvarez, R., Weilenmann, M., Favez, J.-Y., 2008. Evidence of increased mass fraction of NO2 within real-world NOx emissions of modern light vehicles — derived from a reliable online measuring method. Atmos. Environ. 42, 4699–4707. http://dx.doi.org/10.1016/j.atmosenv.2008.01.046.

Anttila, P., Tuovinen, J.-P., Niemi, J.V., 2011. Primary NO2 emissions and their role in the development of NO2 concentrations in a traffic environment. Atmos. Environ. 45, 986–992. http://dx.doi.org/10.1016/j.atmosenv.2010.10.050.

Beevers, S.D., Westmoreland, E., de Jong, M.C., Williams, M.L., Carslaw, D.C., 2012. Trends in NOx and NO2 emissions from road traffic in Great Britain. Atmos. Environ. 54, 107–116. http://dx.doi.org/10.1016/j.atmosenv.2012.02.028.

Carslaw, D.C., 2005. Evidence of an increasing NO/NO emissions ratio from road traffic emissions. Atmos. Environ. 39, 4793–4802. http://dx.doi.org/10.1016/j.atmosenv.2005.06.023.

Carslaw, D., Beevers, S., Westmoreland, E., Williams, M., Tate, J., Murrells, T., Stedman, J., Li, Y., Grice, S., Kent, A., Tsagatakis, I., 2011a. Trends in NOx and NO2 Emissions and Ambient Measurements in the UK.

Carslaw, D., Beevers, S.D., Tate, J.E., Westmoreland, E.J., Williams, M.L., 2011b. Recent evidence concerning higher NOx emissions from passenger cars and light duty vehicles. Atmos. Environ. 45, 7053–7063. http://dx.doi.org/10.1016/j.atmosenv.2011.09.063.

Carslaw, D.C., Murrells, T.P., Andersson, J., Keenan, M., 2016. Have vehicle emissions of primary NO2 peaked? Faraday Discuss. 189, 439–454. http://dx.doi.org/10.1039/C5FD00162E.

Clapp, L.J., Jenkin, M.E., 2001. Analysis of the relationship between ambient levels of O3, NO2 and NO as a function of NOx in the UK. Atmos. Environ. 35, 6391–6405. http://dx.doi.org/10.1016/S1352-2310(01)00378-8.

Collins, J.F., Shepherd, P., Durbin, T.D., Lents, J., Norbeck, J., Barth, M., 2007. Measurements of in-use emissions from modern vehicles using an on-board measurement system. Environ. Sci. Technol. 41, 6554–6561. http://dx.doi.org/10.1021/es0627850.

COMEAP, 2010. The Mortality Effects of Long-term Exposure to Particulate Air Pollution in the United Kingdom.

DEFRA, 2014. Emission Factor Toolkit (Version 6), User Guide.

DfT (Department for Transport), April 2016. Vehicle Emissions Testing Programme; Moving Behind Britain. Cm 9259.

Degraeuwe, B., Thunis, P., Clappier, A., Weiss, M., Lefebvre, W., Janssen, S., Vranckx, S., 2016. Impact of passenger car NOx emissions and NO2 fractions on urban NO2 pollution — scenario analysis for the city of Antwerp, Belgium. Atmos. Environ. 126, 218–224. http://dx.doi.org/10.1016/j.atmosenv.2015.11.042.

EC, 2007. Regulation (EC) No 715/2007 of the European parliament and of the council of 20 June 2007 on type approval of motor vehicles with respect to emissions from light passenger and commercial vehicles (Euro 5 and Euro 6)

and on access to vehicle repair and mai. Off. J. Eur. Union L 171/1, ANNEX I.
EC, 2008. Commission regulation (EC) No 692/2008 of 18 July 2008 implementing and amending regulation (EC) No 715/2007 of the european parliament and of the council. Off. J. Eur. Union L 199/1.
EC, 2009. Regulation (EC) No 595/2009 of the European Parliament and of the Council of 18 June 2009 on type-approval of motor vehicles and engines with respect to emissions from heavy duty vehicles (Euro VI). Off. J. Eur. Union L 188/1, Article 12.
EC, 2011. COMMISSION REGULATION (EU) No 582/2011 of 25 May 2011 implementing and amending Regulation (EC) No 595/2009 of the European Parliament and of the Council with respect to emissions from heavy duty vehicles (Euro VI) and amending Annexes I and III to Direct. Off. J. Eur. Union. Off. J. Eur. Union L 167/1, Article 2.
EC, 2015a. Amending Regulation (EC) No 692/2008 as regards emissions from light passenger and commercial vehicles (Euro 6).
EC, 2015b. European Commission - PRESS RELEASES - FAQ - Air Pollutant Emissions Standards [WWW Document]. Eur. Com. Press Release Database. URL. http://europa.eu/rapid/press-release_MEMO-15-5705_en.htm (accessed 02.03.16).
EEA, 2013. EMEP/EEA Air Pollutant Emission Inventory Guidebook, 2013.
EEA, 2015a. Air Quality in Europe - 2015 Report, pp. 1977–8449.
EEA, 2015b. Exceedance of Air Quality Limit Values in Urban Areas. EEA- European Environment Agency.
EPA, 2008a. Determination of PEMS Measurement Allowances for Gaseous Emissions Regulated under the Heavy-duty Diesel Engine In-use Testing Program. Revised Final Report. EPA - United States Environmental Protection Agency.
EPA, 2008b. CFR Part 1065, Subpart J - Field Testing and Portable Emission Measurement Systems | US Law | LII/Legal Information Institute. EPA - United States Environmental Protection Agency, p. 40.
Europarl, 2016. Parliament Decides Not to Veto Car Emissions Test Update [WWW Document]. URL. http://www.europarl.europa.eu/news/en/news-room/20160129IPR11905/Parliament-decides-not-to-veto-car-emissions-test-update (accessed 02.03.16).
Eurostat, 2013. Passenger Cars in the EU - Statistics Explained [WWW Document]. URL. http://ec.europa.eu/eurostat/statistics-explained/index.php/Passenger_cars_in_the_EU#Further_Eurostat_information (accessed 02.04.16).
Fontaras, G., Samaras, Z., 2010. On the way to 130gCO2/km—Estimating the future characteristics of the average European passenger car. Energy Policy 38, 1826–1833. http://dx.doi.org/10.1016/j.enpol.2009.11.059.
Franco, V., Sánchez, F.P., German, J., Mock, P., 2014. Real-world Exhaust Emissions from Modern Diesel Cars. A Meta-analysis of Pems Emissions Data from EU (EURO 6) and Us (Tier 2 BIN 5/ULEV II) Diesel Passenger Cars. Part 1: Aggregated Results (Berlin, Germany).
Frey, H.C., Unal, A., Rouphail, N.M., Colyar, J.D., 2003. On-road measurement of vehicle tailpipe emissions using a portable instrument. J. Air Waste Manag. Assoc. 53, 992–1002. http://dx.doi.org/10.1080/10473289.2003.10466245.
Grice, S., Stedman, J., Kent, A., Hobson, M., Norris, J., Abbott, J., Cooke, S., 2009. Recent trends and projections of primary NO2 emissions in Europe. Atmos. Environ. 43, 2154–2167. http://dx.doi.org/10.1016/j.atmosenv.2009.01.019.
Hamra, G.B., Laden, F., Cohen, A.J., Raaschou-Nielsen, O., Brauer, M., Loomis, D., 2015. Lung Cancer and exposure to nitrogen dioxide and traffic: a systematic review and meta-analysis. Environ. Health Perspect. 1, 10.1289.
Henschel, S., Le Tertre, A., Atkinson, R.W., Querol, X., Pandolfi, M., Zeka, A., Haluza, D., Analitis, A., Katsouyanni, K., Bouland, C., Pascal, M., Medina, S., Goodman, P.G., 2015. Trends of nitrogen oxides in ambient air in nine European cities between 1999 and 2010. Atmos. Environ. 117, 234–241. http://dx.doi.org/10.1016/j.atmosenv.2015.07.013.
Hu, J., Wu, Y., Wang, Z., Li, Z., Zhou, Y., Wang, H., Bao, X., Hao, J., 2012. Real-world fuel efficiency and exhaust emissions of light-duty diesel vehicles and their correlation with road conditions. J. Environ. Sci. 24, 865–874. http://dx.doi.org/10.1016/S1001-0742(11)60878-4.
ICCT, 2015. European Vehicle Market Statistics, Pocketbook 2015/16 [WWW Document]. URL. http://theicct.org/sites/default/files/publications/ICCT_EU-pocketbook_2015.pdf (accessed 03.01.16).
Sensors Inc, 2010. SEMTECH-DS on Board Vehicle Emissions Analyzer User Manual.
Sensors Inc, 2014. NO/NO Gas Analyzer - A SEMTECH ECOSTAR Product [WWW Document]. URL. http://www.sensors-inc.com/brochures/SEMTECH-NOx.pdf (accessed 25.05.15).
Joint Research Council, 2011. Analyzing on-road Emissions of Light-duty Vehicles with Portable Emission Measurement Systems (PEMS) [WWW Document]. JRC 62639. http://dx.doi.org/10.2788/23820.
Kioutsioukis, I., Kouridis, C., Gkatzoflias, D., Dilara, P., Ntziachristos, L., 2010. Uncertainty and sensitivity analysis of national road transport inventories compiled with COPERT 4. Procedia - Soc. Behav. Sci. 2, 7690–7691. http://dx.doi.org/10.1016/j.sbspro.2010.05.181.
Kousoulidou, M., Fontaras, G., Ntziachristos, L., Bonnel, P., Samaras, Z., Dilara, P., 2013. Use of portable emissions measurement system (PEMS) for the development and validation of passenger car emission factors. Atmos. Environ. 64, 329–338. http://dx.doi.org/10.1016/j.atmosenv.2012.09.062.
Liimatainen, H., 2011. Utilization of fuel consumption data in an ecodriving incentive system for heavy-duty vehicle drivers. Intell. Transp. Syst. IEEE Trans. http://dx.doi.org/10.1109/TITS.2011.2142182.
May, J., Bosteels, D., Favre, C., 2014. An Assessment of Emissions from Light-Duty Vehicles Using PEMS and Chassis Dynamometer Testing [WWW Document]. URL. http://www.aecc.eu/content/pdf/2014-01-1581.pdf (accessed 01.05.16).
Oxley, T., Elshkaki, A., Kwiatkowski, L., Castillo, A., Scarbrough, T., ApSimon, H., 2012. Pollution abatement from road transport: cross-sectoral implications, climate co-benefits and behavioural change. Environ. Sci. Policy 19–20, 16–32. http://dx.doi.org/10.1016/j.envsci.2012.01.004.
Oxley, T., Dore, A.J., ApSimon, H., Hall, J., Kryza, M., 2013. Modelling future impacts of air pollution using the multi-scale UK Integrated Assessment Model (UKIAM). Environ. Int. 61, 17–35. http://dx.doi.org/10.1016/j.envint.2013.09.009.
Pang, Y., 2015. COPERT 4 Emission Factors for Euro 6 Diesel Cars Used in the NAEI and in the Emission Factors Toolkit.
Pastramas, N., Samaras, C., Mellios, G., Ntziachristos, L., 2014. Update of the Air Emissions Inventory Guidebook - Road Transport 2014 Update.
RCP, 2016. Every Breath We Take; the Lifelong Impact of Air Pollution (London).
Rexeis, M., Hausberger, S., Kühlwein, J., Luz, R., 2013. Update of Emission Factors for EURO 5 and EURO 6 Vehicles for the HBEFA Version 3.2 [WWW Document]. URL. http://www.hbefa.net/e/documents/HBEFA32_EF_Euro_5_6_TUG.pdf (accessed 16.03.16).
Rubino, L., Bonnel, P., Hummel, R., Krasenbrink, A., Manfredi, U., De Santi, G., Perotti, M., Bomba, G., 2007. PEMS Light Duty Vehicles Application: Experiences in Downtown Milan. http://dx.doi.org/10.4271/2007-24-0113.
Samaras, C., Tsokolis, D., Toffolo, S., Garcia-Castro, A., Vock, C., Ntziachristos, L., Samaras, Z., 2014. Limits of Applicability of COPERT Model to Short Links and Congested Conditions, in: 20th International Transport and Air Pollution Conference 2014.
SMMT, 2016. SMMT New Car Registrations- December 2015 [WWW Document]. URL. http://www.smmt.co.uk/smmt-membership/member-services/market-intelligence/vehicle-data/monthly-automotive-data/ (accessed 29.02.16).
Thompson, G.J., Carder, D.K., Besch, M.C., Thiruvengadam, A., Kappanna, H.K., 2014. In-use Emission Testing of Light Duty Vehicles in the United States.
Tutuianu, M., Marotta, A., Steven, H., Ericsson, E., Haniu, T., Ichikawa, N., Ishii, H., 2013. Development of a World-wide Worldwide Harmonized Light Duty Driving Test Cycle (WLTC) [WWW Document]. URL. http://www.unece.org/fileadmin/DAM/trans/doc/2014/wp29grpe/GRPE-68-03e.pdf (accessed 23.04.15).
Tutuianu, M., Bonnel, P., Ciuffo, B., Haniu, T., Ichikawa, N., Marotta, A., Pavlovic, J., Steven, H., 2015. Development of the World-wide harmonized Light duty Test Cycle (WLTC) and a possible pathway for its introduction in the European legislation. Transp. Res. Part D. Transp. Environ. 40, 61–75. http://dx.doi.org/10.1016/j.trd.2015.07.011.
UN Economic and Social Council (ECOSOC), 2011. Consolidated Resolution on the Construction of Vehicles (R.E.3).
Valiantis, M., Oxley, T., ApSimon, H., 2007. Assessing alternative transport scenarios in relation to the UK air quality strategy, in: 6th International Conference on Urban Air Quality, Cyprus. pp. 27–29.
Weiss, M., Bonnel, P., Hummel, R., Manfredi, U., Colombo, R., Lanappe, G., Lijour, P. Le, Sculati, M., 2011a. Analyzing on-road Emissions of Light-duty Vehicles with Portable Emission Measurement Systems (PEMS).
Weiss, M., Bonnel, P., Hummel, R., Provenza, A., Manfredi, U., 2011b. On-road emissions of light-duty vehicles in Europe. Environ. Sci. Technol. 45, 8575–8581. http://dx.doi.org/10.1021/es2008424.
Weiss, M., Bonnel, P., Kühlwein, J., Provenza, A., Lambrecht, U., Alessandrini, S., Carriero, M., Colombo, R., Forni, F., Lanappe, G., Le Lijour, P., Manfredi, U., Montigny, F., Sculati, M., 2012. Will euro 6 reduce the NOx emissions of new diesel cars? — insights from on-road tests with portable emissions measurement systems (PEMS). Atmos. Environ. 62, 657–665. http://dx.doi.org/10.1016/j.atmosenv.2012.08.056.
WHO, 2013. Review of Evidence on Health Aspects of Air Pollution — REVIHAAP Project.