# Exhibit 11

Merriam-Webster

SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- settings
- SAVED WORDS

content analysis

dictionary thesaurus view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
-
- SAVED WORDS view recents

# content analysis

noun

EXHIBIT
KN 7

Save Word

To save this word, you'll need to log in.

Log In

# Definition of *content analysis*

**:** analysis of the manifest and latent content of a body of communicated material (such as a book or film) through a classification, tabulation, and evaluation of its key symbols and themes in order to ascertain its meaning and probable effect

## Examples of *content analysis* in a Sentence

Recent Examples on the Web This description is part of an explanation of the theory behind the *content analysis* software Diction. — Julia Azari, *Vox*, "Who wrote the anonymous White House op-ed? A linguistic analysis.," 7 Sep. 2018 Denver District Attorney Beth McCann said Bishop may face additional charges depending on the results of a blood-alcohol *content analysis*, which could take another week. — Eric Levenson, *CNN*, "Dancing FBI agent who shot someone is due in court on assault charge," 13 June 2018

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'content analysis.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More

## First Known Use of *content analysis*

1940, in the meaning defined above

Keep scrolling for more

## Learn More about *content analysis*

Share *content analysis*

Post the Definition of content analysis to Facebook Share the Definition of content analysis on Twitter

Time Traveler for *content analysis*

## The first known use of *content analysis* was in 1940

See more words from the same year

# Dictionary Entries near *content analysis*

contender

contend with

content

content analysis

contentation

contented

contention

See More Nearby Entries

# Statistics for *content analysis*

Look-up Popularity

Bottom 30% of words

Cite this Entry

“Content analysis.” *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/content%20analysis. Accessed 12 Jul. 2020.

**Style:** MLA

More from Merriam-Webster on *content analysis*

Britannica.com: Encyclopedia article about *content analysis*

Comments on *content analysis*

What made you want to look up *content analysis*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS

Words for Summer: A Quiz

- Which of the following words means "of or relating to summer"?

brumal | estival
vernal | hiemal

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY

## The Words of the Week - 7/10/20

Words from the week of 7/10/2020

- ## Pushback, Outback, and More Words Ending in "Back"

  Words ending in 'back'

- ## 'Precedented' and 'Unprecedented' Times

  Are there "precedented" times?

- ## A Trick for Dealing with Summer Heat: Estivate

  It's like hibernating, but warmer.

ASK THE EDITORS

- ## How to Remember the Spelling of 'Definitely'

  A definitive answer.

**WORD OF THE DAY**

# frisson

See Definitions and Examples »

Get Word of the Day daily email!

Your email address SUBSCRIBE




**Click to find out more about a new promotion**

---

**Test Your Vocabulary**

Case 1:16-cv-12541-DML-PTM ECF No. 412-12, PageID.38102 Filed 01/20/21 Page 8 of 10

- ## Video: Why Is There a 'C' in 'Indict'?

  And who put it there, anyway?

- ## Literally

  How to use a word that (literally) drives some people nuts.

- ## Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

WORD GAMES

- ## Words for Summer: A Quiz

  Test your knowledge of words related to the season of longer days and vacations.

  TAKE THE QUIZ

- ## A More Exception(al) Quiz

Which of these things doesn't belong?

TAKE THE QUIZ

- 

## Spell It

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

- 

## Syn City

Build a city of skyscrapers—one synonym at a time.

PLAY THE GAME

Learn a new word every day. Delivered to your inbox!

Your email address

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated