# Exhibit 12

16-cv-12541-DML-PTM ECF No. 412-13, PageID.38106 Filed 01/20/21 Page

JAMES W. DRISKO
TINA MASCHI

# Content Analysis

POCKET GUIDES TO
SOCIAL WORK RESEARCH METHODS

OXFORD
UNIVERSITY PRESS

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide.

Oxford New York
Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in
Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trademark of Oxford University Press in the UK and certain other countries.

Published in the United States of America by
Oxford University Press
198 Madison Avenue, New York, NY 10016

© Oxford University Press 2016

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by license, or under terms agreed with the appropriate reproduction rights organization. Inquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above.

You must not circulate this work in any other form and you must impose this same condition on any acquirer.

Cataloging-in-Publication data is on file at the Library of Congress
ISBN 978-0-19-021549-1

1 3 5 7 9 8 6 4 2
Printed in the United States of America
on acid-free paper

Content Analysis - Google Play
play.google.com/books/reader?id=rGYCgAAQBAJ&pg=GBS.PA1
« Exit Content Analysis – James Drisko, Tina Maschi

1

# Introduction

The aim of this Pocket Guide is to distinguish and examine three approaches to content analysis. Many researchers think of "basic content analysis" as a quantitative research method, which is an accurate but limited understanding. Researchers do use word counts as a core analytic technique in basic content analysis. However, researchers also use content analysis without statistical analyses in approaches called "interpretive content analysis" and "qualitative content analysis." In these two approaches, researchers focus on narratively describing the meaning of communications, in specific contexts, rather than on using quantitative word counts. These three varying approaches to content analysis have several similarities and some striking differences. They vary in the ways researchers conceptualize content and employ methods for collecting, coding, and analyzing data.

This book seeks to provide researchers with a comprehensive overview of the variety within content analysis, along with detailed descriptions of each of the three key approaches to it. In this way, the book provides an inclusive, and carefully differentiated examination of content analysis conceptualizations, purposes, and methods. Such a book is not currently available in the social work literature. We hope it will



1 / 196
Return to page 81
Type here to search
1:38 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA2
« Exit Content Analysis – James Drisko, Tina Maschi



be useful to both guide researchers familiar with some forms of the method and educate those new to content analysis.

This chapter opens by offering an inclusive definition of content analysis. This will help clarify some key terms and concepts. Each of the three approaches to content analysis will also be introduced and defined briefly. The literature reveals long-standing differences between quantitative and qualitative approaches to content analysis that are still evident in contemporary published research. This chapter also offers an examination of the origins and evolution of content analysis, as well as the development of content analysis in the social work profession. The aim of this introduction is to provide perspective on the origins, long history, and conceptual foundations of content analysis. Finally, the chapter will offer some brief examples of different approaches to content analysis in order to ground the discussion in practical examples of published research.

## WHAT IS CONTENT ANALYSIS?

Krippendorff (2013, p. 24) defines *content analysis* generally as "a research technique for making replicable and valid inferences from texts (or other meaningful matter) to the contexts of their use." These inferences may address the message itself, the sender(s) of the message, the recipients of the message, or the impact of the message (Weber, 1984). Note that both Krippendorff's and Weber's definitions of content analysis go far beyond attention to only the manifest content of a message. *Manifest content* refers to what is overtly, literally, present in a communication. Neither of these definitions of content analysis specify the use of either quantitative or qualitative analytic methods. Further, researchers most often use content analysis descriptively, but they may also use it to generate new concepts and theory and to test theory (e.g., Dollard & Mowrer, 1947; discussed later in the chapter). Researchers can use content analysis to identify and document the attitudes, views, and interests of individuals, small groups, or large and diverse cultural groups. Researchers may use content analysis in evaluation work to compare communication content against previously documented objectives (Berelson, 1952).

2 / 196
Return to page 81
Type here to search
1:38 PM 8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA3
« Exit Content Analysis – James Drisko, Tina Maschi



### Basic Content Analysis

Berelson (1952, p. 18), an advocate of a more literal approach, defined *basic content analysis* as "a research technique for the objective, systematic and quantitative description of manifest content of communication." Note that Berelson's definition would disallow both interpretive and qualitative approaches to content analysis that do not exclusively focus on manifest content and do not always employ quantitative techniques. Neuendorf (2002) similarly defines basic content analysis as techniques using word counts or other quantitative analytic techniques. Neunedorf's definition would also disallow both interpretive and qualitative approaches to content analysis that do not use quantitative analytic methods. Authors of basic content analysis approaches define it as using quantitative analytic techniques that only or predominantly address literal communication content. Meaningful content is assumed to be fully contained in the texts under study. The frequency of word or passage use is treated as a technique to determine the relative importance of specific content. Description and data organization are the key research purposes of such basic content analysis.

Basic content analyses are those approaches using word counts and other quantitative analytic methods to analyze data. Basic content analysts code mainly manifest data using deductively or inductively generated code lists. Quantitative criteria are used to determine the reliability and validity of the coding processes. Basic content analysts typically sample existing texts created originally by others for purposes other than the current research. They seek to be systematic, objective, and transparent.

### Interpretive Content Analysis

In contrast, Osgood (1959) defines a more interpretive approach to content analysis, calling it "a procedure by which one makes inferences about sources and receivers [of communication] from evidence in messages they exchange." Holsti (1969) similarly defines content analysis more interpretively as "any technique for making inferences by objectively and systematically identifying specific characteristics of messages." In this more interpretive or inferential view of content analysis, both manifest and latent content may be considered and analyzed

3 / 196
Return to page 81
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
Case 1:16-cv-12541-DML-PTM ECF No. 412-13, PageID.38111 Filed 01/20/21 Page 7 of 23
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA4
« Exit Content Analysis – James Drisko, Tina Maschi



(Baxter, 1991; Krippendorff, 2013; Mayring, 2000, 2010). *Latent content* refers to meaning that is not overtly evident in a communication. Latent content is implicit or implied by a communication, often across several sentences or paragraphs. Berg (2008) defines latent content as the symbolism underlying physically present data. Berelson (1952) uses semiotic theory to distinguish "denotative" and "connotative" meanings of communications in any form. Denotative meanings, the manifest content, are "first-order signifiers" (Eco, 1976) corresponding to literal, common-sense, or obvious meanings (Ahuvia, 2001; Fiske, 1982). Ahuvia (2001, p. 142) states that "connotative meanings—drawn from the latent content—are arrived at by combining individual elements in a text to understand the meaning of the whole." Latent content allows researchers to interpret the whole, or the gestalt, of the communication. Note that many forms of everyday speech, such as irony, sarcasm, and double meanings, require active interpretation of communications rather than relying solely on the manifest content.

Context is another vital component of understanding the meaning of messages. Researchers can, however, reliably and productively code latent meanings using a shared set of interpretive guidelines and by developing a shared understanding of the communication content. How researchers analyze data varies considerably but centers on narrative summaries that reveal and summarize key issues.

While Holsti (1968, p. 601) advocates for a definition of content analysis that goes beyond the quantification of manifest content, he also notes that "the differences between the broader and more restrictive views are not so great as suggested at first glance." Similarly, George (1959b) goes so far as to argue that the "manifest" or "basic" versus "interpretive" distinction may be misleading. That is, both basic and interpretive or qualitative approaches to content analysis require carefully defined and transparently reported descriptions of how the researchers collected, coded, and analyzed the target materials. All good content analysis must be systematic, methodologically based, and transparently reported. Nor is a simple quantitative versus qualitative distinction optimal. As we shall see, many content analyses actually employ both qualitative and quantitative research techniques. That is, the coding of data often involves qualitative coding techniques while the summarizing of data often involves quantitative techniques (George, 1959b). Yet some content analyses (those called interpretive and qualitative approaches) may

4 / 196
Return to page 81
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA5
« Exit Content Analysis – James Drisko, Tina Maschi



not involve quantification or statistics at all (Bloom, 1980). Instead, they focus on summarizing and describing meanings in an interpretive, narrative manner.

*Interpretive content analyses* are those approaches using researcher-generated summaries and interpretations rather than word counts or other quantitative analytic methods. Interpretive content analysts code both manifest and latent or contextual communication content, typically using inductively generated code lists. Researchers use qualitative criteria to determine the reliability and validity of the analytic processes, though these quantitative terms are still employed. Interpretive content analyses typically draw upon newly generated texts, but they may also examine existing data sets. Interpretive content analyses seek to be systematic and transparent but do not necessarily assume objectivity (Ahuvia, 2001).

Interpretive content analysis shares many features with other qualitative research methods. Issues of epistemology, however, are rarely mentioned, and the use of terms such as *validity* and *reliability* are still widely used. Research methods, including sampling plans, coding procedures, and analysis plans, vary widely but mainly yield descriptive narrative summaries. While qualitative researchers now focus on the credibility and trustworthiness of studies, the interpretive content analysis literature instead emphasizes validity and reliability, perhaps following the now dated work of Kirk and Miller (1985). Interpretive content analysis may overlap with some not very well-articulated qualitative research methods such as "thematic analysis" (Boyatzis, 2000). Ginger (2006) calls interpretive content analysis a flexible research method that may explore key story lines, subjects and objects of texts, normative positions, and the methods used to claim these positions.

While both interpretive and qualitative content analysis publications are found in the social work and other literatures, the methods appear to share many features. Both approaches are still being developed and more clearly defined.

### Qualitative Content Analysis

Qualitative content analysis is a relatively recent approach, with origins in German scholarship. Mayring (2000, Section 1) defines *qualitative content analysis* as "an approach of empirical, methodological



Waiting for books.googleusercontent.com...
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
Case 1:16-cv-12541-DML-PTM ECF No. 412-13, PageID.38113 Filed 01/20/21 Page 9 of 23
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA6
« Exit Content Analysis – James Drisko, Tina Maschi



controlled analysis of texts within the context of communication, following content analytical rules and step by step models, without rash quantification." Based on the interpretation of texts, focused by the researcher's chosen questions, qualitative content analysis seeks to develop carefully specified categories that are revised and refined in an interactive, feedback-loop process to ensure credibility and usefulness (Mayring, 2000, Section 2). Public justification of the analysis replaces inter-rater reliability, requiring that authors *show* their readers how the analysis was completed, with many links back to the original texts. The analysis of texts in qualitative content analysis involves both the inductive definition of categories and the deductive application of these categories to additional data (Mayring, 2000; Schreier, 2012). Mayring also exclusively cites examples of qualitative content analyses that draw on newly collected data sets, often based on interviews.

### Content Analysis Across Approaches

Despite differences in emphases and in analytic techniques, there is strong agreement that *content analysis is a structured research approach, using specified research designs and methods, to make replicable and valid inferences from texts and similar materials* (Krippendorff, 1980, 2013; Mayring, 2000; Neuendorf, 2002; Schreier, 2012). While agreeing on the purposes of content analysis, the more quantitatively oriented researchers emphasize validity, reliability, and objectivity (Berelson, 1952; Berger 1991; Neuendorf, 2002; Riffe, Lacy, & Fico, 2005), while the more qualitatively oriented researchers emphasize validity, replicability, and transparency (Altheide, 1987; Altheide & Schneider, 2013; Mayring, 2000). Despite their differences in terminology, both camps argue that readers should fully understand how the researcher collected, coded, and analyzed the data in considerable detail.

### Data Types and Sources

Early definitions of content analysis emphasized the analysis of written texts only, but changes in communication media now encompass a wider range of materials. While many people think of "texts" as written objects that can be "read," others view texts more broadly as objects that can be interpreted to convey an informative message. That is, to

6 / 196
Type here to search
1:39 PM 8/26/2020

Case 1:16-cv-12541-DML-PTM ECF No. 412-13, PageID.38114 Filed 01/20/21 Page 10 of 23

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA7
« Exit Content Analysis – James Drisko, Tina Maschi



researchers, "text" actually refers to a wide range of communication media that can be stored in many different formats. Researchers have applied content analysis to texts, audio recordings, television shows and movies, images, and telephone calls, as well as to many forms of electronic data, now including social media. Researchers may transcribe some of these other materials into written texts or transcripts, but this is always done with a loss of some information. For example, transcripts of electronically recorded interviews routinely lose the speaker's prosody (rhythm of speech), tone of voice, and inflection. This constitutes a loss of information and detail from the message's original form. However, transcripts may nonetheless capture the core overt content of the message. In such cases, researchers must make choices about the importance of how the content was structured and delivered instead of emphasizing only the core content of the message.

While all content analyses focus on content, some also address form and format (Krippendorff, 1980, 2013; Schreier, 2012). For example, linguists may be interested in how a story was structured and "told" as much as in its subject content (Ahuvia, 2001).

In another example, a content analysis of the images used in advertisements or propaganda may address particular attention to where an image is located, its size, and the context in which it is placed. Similarly, inferences made from propaganda may require extensive knowledge about the history and context surrounding the message to generate a useful interpretation (George, 1959a). Researchers who seek to make valid, replicable, and useful inferences about content may adopt very narrow, or very wide-ranging, concepts of what constitutes content in communication, based on their study goals and purposes.

## CONTENT ANALYSIS DEFINED

We define *content analysis as a family of research techniques for making systematic, credible, or valid and replicable inferences from texts and other forms of communication.* We find merit and worth in the application of basic, interpretive, and the more recent qualitative approaches to content analysis. Rigorous content analysis must be based on a systematic approach that is clearly described to the reader and that allows replication by other researchers. As we shall see, which specific methods will

7 / 196
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA8
« Exit Content Analysis – James Drisko, Tina Maschi



prove most revealing and most useful will differ by the chosen research question and research purposes to which content analysis is applied.

An examination of the origins and development of content analysis methods, discussed next, offers valuable perspective on the method. Content analysis has evolved and diversified as its uses have expanded over time. Content analysis includes several methodologies addressing different research purposes.

## THE ORIGINS AND HISTORY OF CONTENT ANALYSIS

The early origins of content analysis are found in political differences and in advocacy efforts. Krippendorff and Bock (2008) point to an early form of content analysis addressing differences in the content of religious hymns. In 1743, the Swedish state church was concerned that the content of hymns created by unsanctioned sources differed from their formally approved content. Dovring (1954–1955) examined several approaches to analyzing the content of the hymns used during the controversy. While contemporary analysts found few actual differences in the content of sanctioned and unsanctioned hymns, methods of counting words and the context of their usage anticipated what have become the core methods of today's content analysis. Formal and detailed in tone, church officials used these content analyses to inform their decision-making processes. They also used these analyses to inform wider public discussion and advocate in favor of their decisions. The summary description of actual hymn content was a useful, empirically based part of a larger disagreement.

Krippendorff and Bock (2008) also found an early form of content analysis in a political commentary published in the *New Hampshire Spy* newspaper, on November 30, 1787. In this commentary, the unnamed author summarizes the elements ("a recipe") of an anti-Federalist essay. The author states that such essays should include the term "well-born" nine times, "aristocracy" 18 times, "liberty of the press" 13 times, and so on. The author goes on to say that this catalog of elements may be "dished up at pleasure" (in any order) to create an anti-Federalist essay (see Figure 1.1).

Krippendorff and Bock (2008, p. 1) state that the *Spy* article is "part political commentary, part literary criticism, and part effort to justify

8 / 196
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA9
« Exit Content Analysis – James Drisko, Tina Maschi





NEW-HAMPSHIRE SPY

Vol. III.) FRIDAY, November 30, 1787. (No. 11

*A* RECEIPT *for an* ANTIFEDERAL ESSAY

WELL-BORN, nine times—*Ariſtocracy*, eighteen times—*Liberty of the Preſs* thirteen times repeated—*Liberty of Conſcience*, once—*Negro ſlavery*, once mentioned—*Trial by Jury*, ſeven times—*Great Men*, ſix times repeated—Mr. WILSON, forty times—and laſtly, GEORGE MASON's *Right Hand in a Cutting-Box*, nineteen times—put them altogether, and diſh them up at pleaſure. Theſe *words* will bear boiling, roaſting, or frying—and, what is remarkable of them, they will bear being ſerved, after being once uſed, a dozen times to the ſame table and palate.

Figure 1.1. Word counts create a "recipe" for an anti-Federalist essay (1787).

the argument." Humorous and sarcastic in tone, the article is intended for a mass public audience and makes a clear if somewhat indirect advocacy point. Yet, in contrast to today's methodologically rigorous content analyses, the article lacks a clear and transparent methodology showing the reader how, and on what evidence, the investigators constructed the summary. Nonetheless, it communicates content, a point of view, and is a form of advocacy.

Beyond the specific content, the visual presentation used in the *Spy* article may be familiar to some readers. The visual presentation is similar in format to today's "word clouds," or weighted lists used in newspapers to display the frequency of specific words used in articles (Halvey & Keane, 2007) (see Figure 1.2). *The New York Times* used an "inaugural words" (2011) word cloud to detail the word use frequency in President Obama's first inaugural address. The larger the font size, the more frequently the word was used within the speech. Use of highlighting indicates that the specified word was used more than the average frequency

9 / 196
Type here to search
1:39 PM 8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA10
« Exit Content Analysis – James Drisko, Tina Maschi






From *The New York Times* (July 3, 2011).

Figure 1.2. A "word cloud" in which larger font size reflects greater word use.

across all presidential inaugural addresses ("Inaugural words," 2011). Content analysis and word clouds are useful ways to make points and to summarize large volumes of data. Word clouds share with basic content analysis the use of word counts to describe and analyze textual data.

## THE ORIGINS OF ACADEMIC CONTENT ANALYSIS

The early origins of formal academic content analysis appear in the 1910s, in sociology and journalism. Krippendorff and Bock (2008) state that in a speech to the first congress of German sociologists in 1910, Max Weber advocated for the formal analysis of newspaper content. Weber sought formal research to describe and document the changes in newspaper content across generations. He specifically pointed to the merits of analyzing advertisements as a source of data to describe trends in social change. Perhaps building on Weber's suggestion, Tenney, a journalism professor, called in 1913 for comprehensive content analysis of the press to determine national and regional differences in interests and concerns. These calls for action unfortunately preceded the availability of adequate technology to undertake formal content analyses. Still, they set the stage for the development of specific content analysis methods.

By the 1940s, several disciplines and professions used content analysis. Content analyses of newspaper articles and advertisements by journalists and sociologists were growing in number and quality. Gordon Allport (1942), a psychologist, applied content analysis to case studies.

10 / 196
Type here to search
1:39 PM 8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA11
« Exit Content Analysis – James Drisko, Tina Maschi



He applied content analysis to the letters of an Irish immigrant to the United States in an effort to understand her personality (Allport, 1965). This work began the application of content analysis to the study of personality and diagnosis. During World War II, content analysis was employed by Allied governments to examine military intelligence. De Sola Pool (1960) described how wartime content analysis combined the detailed description of communication content, extensive knowledge of the contemporary context, and the use of interpretive methods to extract the most useful information from enemy propaganda. Notably, the use of contextual factors to make relevant and useful interpretations from content was vital to the effectiveness of this effort. Not just the details of manifest content but also its fit within a matrix of background data was vital to making the most accurate and useful interpretations. Military intelligence work expanded content analysis from summarizing and describing overt media content to include a more interpretive, holistic, and contextual analytic approach.

### Content Analysis in Social Work

Content analyses appeared in the social work literature in the 1940s. The New York Community Service Society hired psychologists Dollard and Mowrer to evaluate casework service effectiveness. Dollard and Mowrer (1947) hypothesized that casework effectiveness could be demonstrated through the reduced use of distress-related words by clients. That is, they hypothesized that clients' reduced use of distress words would demonstrate improvement compared to pretreatment status. They then developed a measure called the Discomfort-Relief Quotient, based on the frequency of word use found in client case records. This measure was simply the number of "discomfort" comments found in case records divided by the number of "discomfort plus relief" comments. Of course, to calculate this measure, each case record had to be carefully read and coded. Further, Dollard and Mowrer had to first identify a list of words that reflected various kinds of distress, along with a list of words or phrases that reflected relief. They found that their method was reliable and that several words, phrases, or complete sentences were equally reliable for calculating the measure. However, they also found that different raters could produce very different results when studying the same content. These results showed the need for thorough coder training and

11 / 196
Type here to search
1:39 PM 8/26/2020

Case 1:16-cv-12541-DML-PTM ECF No. 412-13, PageID.38119 Filed 01/20/21 Page 15 of 23

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA12
« Exit Content Analysis – James Drisko, Tina Maschi



ongoing efforts to establish the reliability or consistency of content analysis coding. Dollard and Mowrer's work added to the development of methods and measures for more formal and rigorous content analysis.

Note that unlike many content analyses found in the literature, Dollard and Mowrer used newly generated data as the source in their content analytic work. Content analysis examines not only existing or secondary texts and materials. Dollard and Mowrer showed that in content analysis one can usefully examine newly generated data. Their work also provided an evidence-grounded method for the evaluation of social work practice.

A wide range of early work established the usefulness of content analysis and began the development of formal and rigorous research techniques. Both informal and formal content analyses are quite common in contemporary social work research and in mass media publications. Varied approaches to content analysis are now widely found in the literatures of several disciplines and professions.

### Content Analysis Today

Informal content analyses are likely to be familiar to most professional and lay readers. Contemporary newspaper articles frequently summarize how the media characterizes a politician, a sports figure, or an artist over a certain period of time. For example, researchers might use an analysis of the verbs used in newspaper articles describing the President in the two previous weeks as a rough indicator of popularity. With a more narrow focus, such an analysis might summarize recent support for a specific policy initiative. Many negatively connoted verbs would indicate dislike or disapproval; many positive verbs would indicate liking or support. Of course, a mix of both would indicate split support. Such analysis of available data allows researchers to make evidence-grounded inferences about other issues as well (Riffe, Lacy, & Fico, 2005). In turn, such evidence can be used for advocacy to shape and influence policy and practice.

Formal content analyses draw on this general approach but require much greater rigor and specificity. Just what materials are included, and why, must be carefully determined. Just what materials researchers code as meaningful, and how they go about this coding, must also be justified and clearly defined. Finally, how researchers summarize the data



Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play

play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA13
« Exit Content Analysis – James Drisko, Tina Maschi



must be rigorously determined. Research applications of content analysis should be transparent in methods, valid, and replicable.

An often-unrecognized strength of content analysis is that it may (though does not always) draw upon data that were not created specifically for research purposes. That is, the data used in most basic content analysis studies are naturalistic in origin. Researchers usually select such data sets for content analysis in part because other people created the material for purposes other than research. Some scholars argue that using data originally created for purposes other than research minimizes the possibility of researcher-generated bias in the data set. Still, researchers must take care in selecting suitable samples for content analysis as well as to code and analyze this material thoroughly and consistently. Another advantage of using many public forms of secondary data is that institutional human subjects review processes may not be required. Of course, ethical research using newly generated data for content analysis will require a formal human subjects review process in most instances.

Basic content analysis may be viewed as a hybrid research approach. It routinely involves coding unstructured data, which is a core technique of qualitative research. However, the coded data are most often analyzed and reduced using descriptive statistics, a core technique of quantitative research. Thus, content analysis requires knowledge and skills derived from both qualitative and quantitative research. It is a research method that combines *techniques* from both research traditions. In contrast, what researchers call "mixed methods" today purposefully integrates entire, distinct, quantitative, and qualitative studies (Creswell & Plano Clark, 2010). Mixed method research employs *complete quantitative and qualitative research studies* within a project to gain different perspectives on the study question. Content analysis may combine qualitative and quantitative *techniques* into a single study method (Creswell, 2011). It is more of a hybrid or blended research methodology than a true form of mixed methods research combining separate qualitative and quantitative studies.

## EXAMPLES OF SOME SOCIAL WORK CONTENT ANALYSES

To orient the reader fully, it is useful to illustrate and examine briefly a few content analyses found in the social work literature. Such an

13 / 196
Type here to search
1:39 PM 8/26/2020

examination can help identify the key features of content analysis. It also helps in exploring the strengths, and some potential limitations, of the method. Finally, this brief examination will clarify the research purposes to which researchers apply content analysis.

Horton and Hawkins (2010) completed a basic content analysis of intervention research reported in social work dissertations. The authors deductively developed a coding list of terms that they argue encompasses the concept of intervention research. They then examined the 252 social work dissertations completed in the year 2006. They found that 13.49% of these dissertations focused on social work practice interventions. Calling this a small percentage in this era of evidence-based practice, the authors argue for a change in social work education. They then advocate for much greater emphasis on education about, and dissertation research on, social work practice interventions.

The evidence on which the authors' conclusions were drawn is clear and replicable. Scholars might argue for different definitions of intervention research, but the authors describe how they operationalized and coded the term. However, it may be that 2006 was a year with relatively few, or relatively numerous, dissertations on intervention research when compared to other years. A larger sample including more years might provide similar or very different results. Further, whether 13.49% of dissertations on social work interventions is too low, about right, or too high an emphasis on intervention research may also be a matter of judgment. Yet the data provided are clear and lead to a transparent result used to support the author's interpretation. Other scholars could fully replicate Horton and Hawkins' work, though they might differ from the original authors' advocacy recommendations.

It is important to note that Horton and Hawkins' conclusion that 13.49% of dissertations addressing intervention research is too low represents an abductive inference that goes well beyond the reported data (Krippendorff, 2013). An *abductive argument* links an observation with a hypothesis that reasonably accounts for or explains the observation (Reichertz, 2010). In abductive reasoning, the premises do not guarantee the validity of the conclusion. It is an inference only to a plausible explanation. Horton and Hawkins describe social work dissertation content in 2006, but they do not empirically identify an appropriate or optimal percentage of dissertations focused on intervention research. The authors add their own normative judgment that,


Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA15
« Exit Content Analysis – James Drisko, Tina Maschi



given the importance of practice to social work profession, 13.49% is too low. They then use this abductively generated inference to advocate for more dissertation work focused on intervention research. Krippendorff (2013) notes that such abductive inferences are common in content analysis publications.

Content analysis projects require careful training of coders to ensure that they are coding the same content. Fairly literal concepts such as intervention research may require minimal training to code, but other projects may require considerable conceptual work as well as training. Here the distinction between basic or manifest forms of content analysis that code fairly literal content and more interpretive approaches that require more extensive researcher judgments becomes more evident.

In another study, Lalayants, Tripodi, and Jung (2009) sought to examine trends in international social work research content in American research journals. They chose as their sample three U.S. social work research journals with large circulations. Their project required a clear definition of international social work research. The authors first sought to distinguish between research and non-research publications (e.g., conceptual articles, reviews, letters, etc.). This proved fairly straightforward. The authors next noted that international research encompasses a diverse body of work. They chose to deductively employ a three-part typology of international research previously developed by Tripodi and Potocky-Tripodi (2007). This typology included supranational (conducted in one country but using concepts from more than one country), intranational (often addressing migrants), and transnational (comparisons across countries) forms of international research. Raters were trained initially to understand the coding criteria to be applied in the study. This involved learning the three-part typology of international research. Two readers next independently rated each article, with 100% agreement on distinguishing research and non-research articles and 77% agreement on national versus international articles. Note that the interpretive judgments required to apply the three-part typology proved more challenging than did distinguishing research from non-research articles. The research team used discussion among the raters to resolve these differences, leading to full agreement on distinguishing national versus international content. Through this process, the authors generated a population of 707 research articles in these three research journals over the 10-year period of interest.

15 / 196
Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
Case 1:16-cv-12541-DML-PTM ECF No. 412-13, PageID.38123 Filed 01/20/21 Page 19 of 23
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA16
« Exit Content Analysis – James Drisko, Tina Maschi



Lalayants, Tripodi, and Jung then compared descriptively the percentages of national and international content published between 1995 and 1999 with that found between 2000 and 2004. Between 1995 and 1999, there were 342 total articles published in the three selected journals, of which 268 (78.4%) were research articles. Of these, only 12 addressed international research. This represents just 3.5% of the total research content of the three journals studied. In contrast, between 2000 and 2004, 365 total articles were published of which 299 (81.9%) were research articles. Of the total, 23, or 6.3%, were international research articles. This is a substantial increase in the total number and percentage of publications on international research across the two time periods sampled. Differences in international research were also found among the three journals and in the types of international research they published.

Lalayants, Tripodi, and Jung (2009) concluded that there has been an overall increase in international research published in these three social work research journals between 1995 and 2004. They are careful to note that books, monographs, and other forms of publication may also include international research, and that immigration and globalization create important opportunities for social workers to undertake international research even within a single country. Based on these data and increasing globalization, they abductively advocate for still more international social work research. Note that the content analysis simply documents the trends in international research publications; it does not indicate what proportion *should* address this topic.

While Lalayants, Tripodi, and Jung were appropriately thorough in reporting their study, critics might still raise some questions. For example, critics might challenge their choice of three major U.S. social work research journals as a limited population from which to draw overall conclusions. To be fair, the authors did clearly state that there are other journals in which similar research articles might be published. Critics might also ask if these journals sought out international research in any way during this period. For example, was international research part of their journal mission, or was it mentioned in a statement of guidelines for authors? Critics might further challenge the use of two 5-year periods as adequate to compile trends in research. Ten years might seem a suitable time frame for making such an assessment, but variation across individual years might prove to be even more meaningful than

16 / 196
Type here to search
1:39 PM
8/26/2020

an aggregated 5-year time period. Nonetheless, this content analysis is transparent in its methodology and conservative in its conclusions. This content analysis does show an increase in international research publications and variation in their approaches to international research within these three journals. It serves as a reasonable and clear basis for advocating for more attention to international research in social work.

The content analysis completed by Horton and Hawkins (2010) may be considered a basic content analysis project based on manifest data. The study of Lalayants and colleagues (2009) required somewhat more interpretive judgments by the raters, but still addressed manifest evidence. Each study drew on existing texts already in the public domain. Neither study mentioned undertaking an institutional review board process. The researchers did not generate new data sources specifically for their studies. Each study involved coding units of meaning that were deductively generated and relevant to the author's stated research purposes. The content to be coded—international versus national content and presence or absence of intervention research—was possible to identify in detail before the analysis began. The chosen analytic methods were quantitative: The researchers used descriptive statistics to aggregate and further summarize the results. Yet some content analyses require inductive development of codes after the data are examined. Such content analyses require still more interpretive judgments by the researchers.

In a third study, Drisko (2008) completed a content analysis of qualitative research content in Master's in Social Work (MSW) foundation courses. At the time of the study, qualitative research was specifically required foundation research content in all accredited social work programs in the United States. Using a national survey, Drisko collected 47 foundation research course syllabi from accredited MSW programs in the United States. No such data set was previously available.

Coding qualitative research content, however, posed some serious challenges. Just what constituted "qualitative research content" was not always obvious. While some named qualitative research methods like grounded theory were easy to identify, other content was much less clear-cut. For example, qualitative research often uses inductive processes to create codes. Many syllabi included a section called "deduction versus induction," but with no specific linkage to qualitative research. Should a researcher code this content as qualitative in nature? Many



Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA18
« Exit Content Analysis – James Drisko, Tina Maschi



syllabi also included a section on coding, but most often as part of *measurement*—the assignment of a number to a specific datum. Should a researcher code such content as qualitative in nature? In consultation with other researchers, and in collaboration with a second coder, the author decided not to code either form of content as qualitative since each lacked a clear connection to specific qualitative research content. The researcher fully described this decision in the published article, which reduced the overall amount of qualitative content located in the analysis. Of course, critics could argue that this was not an appropriate analytic decision.

Eight percent of the 47 MSW syllabi (17%) had no qualitative research content at all. The modal (most common) amount of content was a single course session in the foundation research course. Very few syllabi included any named qualitative research approaches, such as ethnography or grounded theory. Finally, very few assignments or projects included any qualitative research content.

Drisko asserts that such minimal content on qualitative research does not allow students to learn much about qualitative research. In addition, several programs did not appear to comply with accreditation standards. Critics could argue that qualitative research should not be a priority in MSW research courses, but the content analysis does show that this content is actually very limited in foundation research syllabi used by MSW programs. It is hard to imagine that a single class session would be viewed as adequate coverage for other content required for accreditation purposes. Note that, once again, the content analysis data do not address how much course content *should* address qualitative research. Still, this content analysis is transparently presented and, given access to the syllabi used for the study, could be fully replicated by other researchers. Issues in interpretation and coding were described in detail to show readers how the key analytic decisions were made. While the researchers made interpretive judgments about coding content, the final analysis was quantitative and descriptive. Here we see that the distinction between basic and interpretive content analysis is not so clear-cut. Many content analyses draw on techniques employed in both qualitative and quantitative research.

Other social work content analyses also address issues of interpretation in coding and in data analysis. For example, Finn and Dillon (2007) report their use of content analysis in teaching social work research



Type here to search
1:39 PM
8/26/2020

Content Analysis - Google Play
play.google.com/books/reader?id=irGYCgAAQBAJ&pg=GBS.PA19
« Exit Content Analysis – James Drisko, Tina Maschi



courses. They asked their students to examine personal ads in newspapers to answer the questions, "Do men and women portray themselves differently in singles ads?" and "Do men and women look for different things in a potential partner?" Note that both questions allow for multiple interpretations. Finn and Dillon stated that an archive of academic studies about personal ads was available to help complete this project. The archive also allowed comparison of current student findings with prior published studies. Students used a single issue of a Sunday newspaper including 169 personal ads as their project data set. Finn and Dillon directed their students to examine both the manifest content found explicitly in the ads and to make interpretations about latent content implied in the ads. Personal ads are, of course, very short and often use abbreviations. The students developed their own codes for the ads in workgroup teams. Teams compared their codes and assessed their inter-rater reliability. They then compared and contrasted their coding schemes to those found in a prior study by Willis and Carlson (1993) on sex roles in singles ads.

One can imagine that students might interpret abbreviations and short phrases in singles ads differently based on their own backgrounds, experiences, and values. They might also interpret the intended goals of the advertisers quite differently. Finn and Dillon (2007) invited their students to explore how such interpretive judgments could influence how researchers view data and the coding process. They also asked their students to compare formally their work with that of other students and with published studies. Researchers sometime call the results of such an interpretive content analysis "softer" than those of basic content analyses drawing on manifest content. Yet researchers are frequently required to make interpretive judgments about the meaning of human communications during the coding process in content analysis. Making such interpretive judgments may be quite challenging and requires careful attention. Key choice points, and the logic supporting each analytic decision, should be detailed fully in content analysis reports.

Yet basic (more literal) and interpretative content analyses share many features and techniques. They may be based on different epistemological foundations and may address different kinds of research questions. What constitutes clear and fully manifest evidence, versus evidence that is more latent and requires more attention to context and more inference, is a key question for today's content analysts. We will



Type here to search
1:39 PM
8/26/2020

explore how literal and interpretative content analyses are similar and different in later chapters. We will also explore contemporary developments in qualitative content analysis in another chapter.

Having looked briefly at a few studies to introduce both basic and interpretative approaches to content analysis, we will use the next three chapters to explore each approach in greater depth. Both quantitative and qualitative researchers claim content analysis, with good reason. Its optimal use requires the researcher to make a number of informed decisions and to apply research methods rigorously. Chapter 2 will explore basic content analysis and will include an examination of the use of statistical methods in content analysis.