# Exhibit 16



# Qualitative Content Analysis in Practice

Margrit Schreier



© Margrit Schreier 2012

First published 2012

Apart from any fair dealing for the purposes of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, this publication may be reproduced, stored or transmitted in any form, or by any means, only with the prior permission in writing of the publishers, or in the case of reprographic reproduction, in accordance with the terms of licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside those terms should be sent to the publishers.

SAGE Publications Ltd
1 Oliver's Yard
55 City Road
London EC1Y 1SP

SAGE Publications Inc.
2455 Teller Road
Thousand Oaks, California 91320

SAGE Publications India Pvt Ltd
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road
New Delhi 110 044

SAGE Publications Asia-Pacific Pte Ltd
3 Church Street
#10-04 Samsung Hub
Singapore 049483

**Library of Congress Control Number: 2011920596**

**British Library Cataloguing in Publication data**

A catalogue record for this book is available from the British Library

ISBN 978-1-84920-592-4
ISBN 978-1-84920-593-1

Typeset by C&M Digitals (P) Ltd, Chennai, India
Printed and bound by CPI Group (UK) Ltd, Croydon, CR0 4YY
Printed on paper from sustainable resources

FSC
MIX
Paper from responsible sources
FSC® C013604

# 1
# INTRODUCTION: WHAT IS QUALITATIVE CONTENT ANALYSIS?

## Chapter guide

You are a qualitative researcher, and probably you have already collected part of your data. Now you want to know: What does it all mean? There are many qualitative methods out there for analysing your data and interpreting its meaning, and qualitative content analysis (QCA) is one of them. This first chapter will give you a basic idea of the method and what it involves, before going into more detail in the following chapters. More specifically, we will look at:

- some basic features of QCA;
- the origin of quantitative content analysis in the social sciences;
- how QCA emerged from quantitative content analysis.

The chapter will conclude with an overview of the book.

## Some basic features of QCA

QCA is a method for describing the meaning of qualitative material in a systematic way. You do this by assigning successive parts of your material to the categories of your coding frame. This frame is at the heart of QCA, and it covers all those meanings that feature in the description and interpretation of your material.

KEY POINT

> QCA is a method for systematically describing the meaning of qualitative material. It is done by classifying material as instances of the categories of a coding frame.

In the following, we will look in more detail at:

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA1.w.9.0.13
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

- the kind of material to which you can apply QCA;
- the goals of QCA;
- how QCA is done.

## What material is suitable for QCA?

In most general terms, QCA will be an option if you have to engage in some degree of interpretation to arrive at the meaning of your data. In a way, this is almost a tautology. Data never 'speaks for itself', it does not 'have' a specific meaning. Meaning is something that we, the recipients, attribute to the words that we hear or read, to the images that we see. This is a complex process in which we bring together our perception of the material with our own individual background: what we know about a topic, the situation in which we encounter it, how we feel at the time, and much more. Meaning is not a given, but we *construct* meaning. The assumption that meaning is not something that is inherent in a text, that the recipients take an active part in constructing meaning, was first put forward by Fredric Bartlett, a psychologist, as early as 1932. Ever since, it has become a staple of theory and research on reading and text comprehension (see Goldman, Graesser & van den Broek, 1999, on reading, processing and understanding different kinds of texts).

But meanings can be more or less standardised. Highly standardised meanings are also meanings by convention, and they also require some degree of interpretation. But because the meaning is such a standard one, the process of meaning construction no longer requires any effort; it has become automatic, and pretty much everyone with the same cultural background will agree that this is what the material means. When you are dealing with highly standardised meanings, there is really no need to apply a method like QCA (or any other qualitative method for data analysis). This would be the case, for instance, if you were interested in finding out about the number of men and women shown in magazine advertisements: little interpretation is needed to decide whether the persons in the picture are male or female. With such material, quantitative content analysis would be a good method to use (see Chapter 2 for the difference between qualitative and quantitative content analysis).

QCA comes into its own when you are dealing with meaning that is less obvious. If you were interested in finding out whether women in magazine advertisements are more often placed in trivial contexts than men, for instance, you would be dealing with a much less standardised meaning. What exactly is a trivial context? Not everyone would agree on this, and often you will only be able to tell whether a context is trivial or not by examining the image in some detail. It is in this sense that QCA is a suitable method for describing material that requires some degree of interpretation. When you are engaged in qualitative research, your data will usually be of the type that

12–13 / 283
Return to page 8
Type here to search
12:55 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA2.w.2.2.87
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

requires some interpretation.

As long as your material is of this kind, QCA will be an option. It does not matter, for instance, how you came by your data: whether you generated it in the process of doing your research (by doing interviews, or creating observation protocols) or whether you sampled material from other sources (such as newspapers or documentary archives). QCA can be applied to a wide range of materials: interview transcripts, transcripts of focus groups, textbooks, company brochures, contracts, diaries, websites, entries on social network sites, television programs, newspaper articles, magazine advertisements, and many more (for an overview of qualitative methods for data collection see Marshall & Rossman, 2006, Chapter 4; on the interview in particular see Wengraf, 2001; Witzel & Reiter, in press).

It also does not matter whether your material is verbal or visual. When QCA was first developed, it was used for analysing and interpreting texts, such as newspaper articles (see below). Today, too, QCA is most often applied to verbal data, such as interview transcripts, emails, archival material, and the like. This is why the data for QCA is often referred to as 'text'. But this is merely a matter of convenience and of habit, and many authors have stressed that content analysis can just as well be used for analysing visual material (for example, Krippendorff, 2004; Shapiro & Markoff, 1997). It is helpful to keep this in mind when reading about the 'text' or the 'textual material' to which QCA is applied: 'Text' is used as a generic term here, covering all kinds of qualitative material, visual as well as verbal.

**Checklist: When to use QCA**

- When you are dealing with rich data that requires interpretation
- On verbal data
- On visual data
- On data that you have sampled from other sources (documents, internet, etc.)
- On data that you have collected yourself (interviews, focus groups, etc.)

## The goals of QCA

In most general terms, the aim of QCA is to systematically describe the meaning of your material. The systematic nature of content analysis, including QCA, is a point on which pretty much all authors who have written about the method over the years agree (to name only a few: Früh, 2007; Groeben & Rustemeyer, 1994; Holsti, 1969; Krippendorff, 2004; Mayring, 2000; 2010; Shapiro & Markoff, 1997). But this very broad goal needs to be qualified in two respects.

In the first place, QCA will help you describe your material only in certain respects which you have to specify. QCA does not allow you to describe the full meaning of your material in each and every respect. This characteristic points to an important difference between QCA and other qualitative

13–14 / 283
Return to page 8
Type here to search
12:55 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA3.w.8.1.28
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

methods for data analysis, especially methods that are rooted in a hermeneutic tradition. These methods take you along a spiral path, taking more aspects into account and arriving at a yet more comprehensive sense of your material at every step. QCA is not like this. With QCA, your research question specifies the angle from which you examine your data. If other important aspects strike you during the analysis, you can change your coding frame and include these as well. But these will again be specific, selected aspects. QCA does not give you a holistic overview of your material. Früh (2007) and Groeben (1987) write about this in more detail.

Focusing on selected aspects of your material is what distinguishes QCA from many other qualitative methods for data analysis. On the one hand, selected aspects are less compared to the full, comprehensive meaning of a text. On the other hand, qualitative data are very rich anyway – so rich that it is impossible for all practical purposes to really capture their full meaning. Also, qualitative research tends to produce a *lot* of data. And it is easy to get lost in what can be hundreds of pages of interview transcripts. When you are dealing with a lot of very rich material, it can actually be very useful to focus on selected aspects only, and QCA helps you do so.

There is a second sense in which the very general goal of describing the meaning of your material needs some qualification. This concerns the question of what your description is for: does it stand on its own, or do you use your description as a basis for conclusions about an external social reality? Do you, for instance, simply want to describe advertisements depicting men and women and the contexts in which they are shown? Or do you want to use the information that women are (or are not) shown in trivialising contexts more often than men to infer something about the values held by the culture and society in which these magazines are published?

This has been a highly controversial topic, with authors such as Groeben and Rustemeyer (1994), Lisch and Kriz (1978) and Rössler (2005) arguing that QCA can never do more than describe the material to which it is applied, and others such as Früh (2007), Krippendorff (2004) and Merten (1995) claiming that QCA proper invariably involves conclusions that go beyond the material under study. This controversy has its roots in the different disciplinary origins of the authors, and we will return to it in the context of validity issues (see Chapter 9). For the time being you should simply be aware that your answer will probably depend on your material. If you have generated your material in the research process, a simple description will often be enough. If you have conducted interviews, for example, you will probably use QCA to describe what your participants have said. But if you have sampled your material from other sources, chances are that you will want to go beyond description. If you are analysing company brochures, for example, you will usually want to say something about the company, not just about the brochures. Likewise, if you are analysing gender depiction in magazine advertisements, you will be interested in gender stereotypes and

14–15 / 283
Return to page 8
Type here to search
12:55 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA4.w.1.3.180
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

gender roles in that society, not just in describing the advertisements. In this case, QCA may not be enough to substantiate your conclusions. You may need additional evidence to show that the brochures do indeed provide valid information about the company, and that magazine advertisements adequately reflect upon the gender roles and stereotypes that are prevalent in society (they may well lag behind actual developments!).

## What QCA involves

In our everyday interactions with others, we are constantly engaged in deciphering meaning and in interpreting communication. But what we do on an everyday basis is largely intuitive: we do not always listen carefully, we may jump to conclusions, and sometimes we hear what we want to hear, and not what the other person is actually saying. Qualitative data analysis is like everyday understanding in its concern with meaning. But at the same time it goes beyond our everyday activities. Each method of qualitative data analysis specifies a distinctive way – a *method* – of overcoming the shortcomings of our everyday understanding. The way in which QCA does this is as follows: first, it requires you to 'translate' all those meanings in your material that are of interest to you into the categories of a coding frame; second, it has you classify successive parts of your material according to these categories. The way in which this is done highlights three important characteristics of QCA: it is a systematic method, it is flexible, and it reduces data.

KEY POINT

QCA is systematic, flexible, and it reduces data.

## QCA is systematic

The *systematic* nature of QCA is probably its most distinctive feature (see above). QCA is systematic in three important respects.

In QCA, you examine *all* your material and decide for each part where in the coding frame it fits (Rustemeyer, 1992; Shapiro & Markoff, 1997). This is very important and a point to which we will come back several times in the course of this book. Unless you examine each and every part of your material, chances are that you will overlook those parts that do not fit the concepts and ideas that you bring to your research. And you invariably have such notions, even if you do not have any hypotheses.

Regardless of your material and your research question, QCA always involves the *same sequence of steps* (for content analysis in general see Neuendorf, 2002; for QCA in particular see Rustemeyer, 1992): deciding on a research question; selecting your material; building a coding frame that will usually comprise several main categories, each with their own set of

15–16 / 283
Return to page 8
Type here to search
12:55 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA5.w.7.1.88
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

subcategories; dividing your material into units of coding; trying out your coding frame through double-coding, followed by a discussion of units that were coded differently; evaluating your coding frame in terms of the consistency of coding and in terms of validity and revising it accordingly; coding all your material, using the revised version of your coding frame, and transforming the information to the case level; interpreting and presenting your findings. Deciding on a research question, selecting your material, and interpreting and presenting your findings are an important part of all research, regardless of the method you are using. All other steps are specific to QCA.

**Steps in QCA**

1 Deciding on your research question
2 Selecting your material
3 Building a coding frame
4 Dividing your material into units of coding
5 Trying out your coding frame
6 Evaluating and modifying your coding frame
7 Main analysis
8 Interpreting and presenting your findings

When we engage in understanding and interpretation of meaning in everyday contexts, we bring to this process our individual personalities, needs and moods; and all of this takes place in a specific situation. You may flare up at a chance remark that would not bother the next person in the least; and perhaps you only flared up today because you had a big fight with your partner the day before. In QCA, you go beyond your individual understanding at the given moment by checking whether your understanding stands the test of *consistency*. This can be consistency with how another person understands the same passage; it can also be consistency with what you take the passage to mean at another time (see Chapter 9 in more detail on how to go about this).

Consistency in this sense refers to what has been called *reliability*. The origins of reliability are in quantitative research where the criterion is used to assess the quality of instruments (see, for instance, Bryman, 2008, pp. 149ff.; Cresswell, 2009, pp. 190ff.). In general terms, an instrument is considered to be reliable to the extent that it yields data that is free of error. Checking for consistency between coders or between different points in time is one way of assessing the reliability of your coding frame. Note that this is not to say that your own, individual understanding is not worthy of consideration! It definitely is, and this plays an important role as you build your coding frame (see Chapter 5). But when it comes to classifying your material according to this coding frame, the goal of QCA is to go beyond individual understanding and interpretation (on the role of consistency and reliability in QCA see Boyatzis, 1998; Mayring, 2010; Rustemeyer, 1992).



Type here to search
12:55 PM
8/26/2020

## QCA is flexible

At the same time, QCA is also a highly *flexible* method – flexible in the sense that you will always have to tailor your coding frame to your material (Boyatzis, 1998; Rustemeyer, 1992). This is because you not only want your coding frame to be reliable – you also want it to be *valid*. In the methodological literature, an instrument is considered valid to the extent that it in fact captures what it sets out to capture (Krippendorff, 2004, Chapter 13; Neuendorf, 2002, Chapter 6; see Chapter 9 below for a more in-depth discussion of the role of validity in QCA). Your coding frame can be regarded as valid to the extent that your categories adequately represent the concepts in your research question, and to achieve this you have to adapt your frame so as to fit your material.

This is an important difference from quantitative content analysis. Here, concept-driven coding frames are sometimes used, and standardised coding frames have been developed, such as the coding frames by Gottschalk and Gleser (1967) for assessing the expression of emotions in textual material. Their assumption is that expressions of basic emotions and their indicators remain the same, regardless of the person expressing them and the context in which they are expressed. But in QCA, you are always to some extent concerned with describing the specifics of your material. And to do so, your coding frame has to match your material. Because of this, coding frames in QCA are always partly data-driven. You can make use of theory or of coding frames developed by other researchers, but you have to adapt these to the material that you are studying.

## QCA reduces data

Finally, QCA *reduces* data – and in this respect it is different from other methods for qualitative data analysis (Früh, 1992; Groeben & Rustemeyer, 1994). Most methods for qualitative data analysis are concerned with opening up your data, discovering new things about it, bringing it together in novel ways. This usually involves producing even more data – data about your data, as it were (see Chapter 2). QCA is different. It focuses your analysis on selected aspects, and in this process it reduces your material in two ways:

- In the first place, you do not take into account all the information provided by a case (be it a document, an interview transcript, etc.). Instead, you limit your analysis to those aspects that are relevant with a view to your research question.
- Second, the categories of your coding frame will usually be at a higher level of abstraction than the more concrete information in your material. By classifying the specific, concrete information in your material according to your coding frame, you lose these specifics. This

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA7.w.3.1.3
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

is the price you pay for being able to compare one specific piece of information to another (within the same case or as part of another case). In the process of coding, you classify all specific information as instances of higherorder categories. Building a coding frame in QCA is all about finding the right balance here. You will make your categories sufficiently abstract to allow for comparison and sufficiently concrete so as to preserve as many specifics as possible (see Chapters 4 and 5).

But note that as you engage in reducing specifics through the process of classification, you are at the same time producing new information (Früh, 1992). This is information *across cases*, telling you how your cases compare to each other with respect to the categories in your coding frame. You may lose specific information on the individual level, but you gain information on the aggregate level!

## Example of how you reduce your material using QCA

McDonald, Wearing and Ponting (2009) wanted to find out which elements of wilderness settings contribute to what has been called a peak experience: a brief experience of happiness, fulfilment, and spiritual insight. They asked 39 persons who had visited a wilderness setting to describe in their own words the most wonderful experience they had had there. They then used QCA to analyse these descriptions in a data-driven way, resulting in what they call seven core themes, i.e. seven important aspects of peak experiences in wilderness settings. This analysis reduces the interview material by focusing only on characteristics of peak experiences. Other aspects of the participants' responses were not included in the analysis, such as how they came to choose this wilderness setting in particular, or potential negative effects of their experience, such as forgetting to make an important phone call. It also reduces the material by subsuming all the individual details of the participants' experiences under these seven core themes. Theme 2, for instance, refers to escape from the man-made world. Different aspects of the man-made world are summarised here: the presence of other people as such, the sheer number of other people in a large city, as well as man-made media. At the same time, creating this category also produces new information, namely information about what there is in the man-made world that people want to escape from: number of people, the omnipresence of the media, and an inability to focus on one's surroundings because of a constant input from the outside world. Creating the category relates these to each other.

## SUMMARY

QCA is a method for systematically describing the meaning of qualitative material. This is done by classifying parts of your material as instances of the categories of a coding frame. The method is suitable for all material that requires some degree of interpretation. This can be verbal or visual, and it can be material that you generated for your research, or material that you

18–19 / 283
Type here to search
12:56 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA8.w.8.0.54
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

sampled from other sources. QCA requires that you focus your analysis on selected aspects of your material, as indicated by your research question; in this respect it differs from other qualitative methods of data analysis. QCA is systematic, flexible, and it reduces data. The method is systematic in three ways: all relevant material is taken into account; a sequence of steps is followed during the analysis, regardless of your material; and you have to check your coding for consistency (reliability). It is flexible in that your coding frame must be adapted so as to fit your material, i.e. to be valid. And it reduces your material by limiting your analysis to relevant aspects of the material. Also, through classifying specific information as an instance of a category, you subsume the specific information under a more general concept. At the same time, categorising also produces new information about how your cases compare.

## The origins of quantitative content analysis in the social sciences

We will now look at the history of quantitative content analysis, originating in communication studies. The history of the method can be divided into three broad phases: a first phase of early applications, lasting from approximately the eighteenth century until the early twentieth century; a second phase when quantitative content analysis came into its own as a research method, lasting until the late 1940s; and a third phase of interdisciplinary and methodological elaboration that is continuing until the present day. Developments during these phases actually overlap to some extent. This is why only approximate beginnings and ends of phases are given.

### First phase: Early applications

People were interested in the systematic analysis of text a long time before 'content analysis' was formally developed as a method in the social sciences (for more detail see Krippendorff, 2004; Merten, 1995).

In the late seventeenth and eighteenth century, Church potentates were worried that non-religious or unorthodox material might be distributed in the name of the Church. To prevent this, they commissioned analyses of religious texts. In eighteenth-century Sweden, for instance, a collection of hymns was analysed for the frequency of certain key words (such as *God, Kingdom of Heaven*) to determine whether these songs were in line with Church teachings (it was concluded that they were; see Dovring, 1954).

#### Example of an early use of newspaper analysis

In 1893 Speed published an analysis of the themes covered by different New

19–20 / 283
Type here to search
12:56 PM 8/26/2020

York newspapers, comparing the years 1881 and 1893. He concluded that over time the coverage of themes such as gossip and scandal had increased at the expense of religious and scientific content (Speed, 1893).

As the newspaper gained in popularity and turned into the first 'mass medium' in the second half of the nineteenth century, there was also an increasing interest in the content distributed by this medium. Journalism schools were founded, and founders and teachers wanted to instil in their students ethical standards of journalism and 'objective' reporting. Scientists also wanted to know whether newspaper content was in fact objective, ethical, and 'edifying'. In this context, quantitative descriptions and differentiations of newspaper content became the focus of early content analysis.

Often, this involved comparisons, both within one newspaper (by following its development over time) and by comparing different newspapers in terms of the themes that were covered. In determining the relative importance of the different themes, researchers did not rely on the number of articles alone. They also took into account number of words, percentage area of a page taken up by an article on a given topic, letter size of headlines, placement on the page, and the like (Merten, 1995, Chapter I.2 provides many detailed examples).

## Second phase: Content analysis coming into its own

During the second phase, content analysis was developed into a research method in the empirical social sciences. Two developments contributed to this: the rise of the social sciences and an increasing interest in the effects of communication content in the media (Krippendorff, 2004; Lissmann, 2008; Merten, 1995).

In the 1930s and 1940s, other social science disciplines such as sociology and psychology were gaining in importance, and researchers from these disciplines introduced new concepts, such as social stereotypes or attitudes. These social science concepts affected the analysis of communication content in two ways. First, these concepts were theory-based, requiring far more sophistication of conceptualisation and measurement than had been customary in early quantitative newspaper analysis. Second, the concepts suggested new directions in the analysis of mass media content. The concept of stereotypes, for instance, created an interest in how certain key issues were represented in media products. Simpson (1936), for example, analysed representations of black Americans in the press, and Martin (1936) examined the representation of nationalism in children's books from different countries.

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA10.w.5.0.0
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

### Example of the use of stereotypes in early content analysis

For her analysis of nationalism in children's books, Martin (1936) selected 24 popular children's books from 12 different countries in their English translation (among them *Pinocchio, Heidi, Jungle Book*). For her analysis, she identified symbols of nationalism which she then analysed in three respects: according to subject, whether the symbol referred to the country of origin or a different country, and whether the evaluation of that country was positive or negative. Altogether, she identified approximately 1,000 such symbols in each of the books! As it turned out, books from the different countries did not differ significantly in the amount and type of national symbolism used. But Martin did find more nationalist symbolism in children's books that were published after times of crisis (compared to books published before or during a national crisis).

The concept of attitude proved to be of special importance for the further development of content analysis. Whereas in the past, analysis of newspaper content had been limited to themes, Lasswell (1941) now examined how such themes were evaluated (see also the above example of Martin's analysis of children's books). For each theme, he also recorded the direction of the evaluation, differentiating between negative, neutral, and positive evaluations. This analysis of the evaluative dimension of representations in the media has become standard in quantitative content analysis in communication studies.

Whereas early analysis of newspaper content had been limited to the content itself, the 1930s brought an increasing interest in inferences from communication content to the recipients. This new interest was linked to the advent of the new media of radio and film. There was now increasing competition within the media landscape, raising the question of how to attract and hold the interest of the audience. More media also meant more advertising, and with more advertising there came a concern with designing maximally effective messages.

The increasing interest in the effects of media messages was also closely related to the Second World War. In 1939, the US Government made Harold Lasswell head of the department for the analysis of wartime communication. Lasswell had already begun to develop propaganda analysis in the 1920s (Lasswell, 1927). Under his directorship, ongoing content analysis of propaganda issued in Nazi Germany was carried out (e.g. Lasswell & Jones, 1939; see also the overview in Schramm, 1997). Unlike the previous quantitative analysis of newspaper content, propaganda analysis required that communication content be placed in the context of both its production and its reception.

With propaganda analysis, Lasswell not only opened up a new substantive area for the application of content analysis (the first among many). He also began to refine the method, adding considerations concerning sampling, the building of categories, and assessing agreement between coders as a quality

21–22 / 283
Type here to search
12:56 PM 8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA11.w.3.3.3
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

measure. This marked the beginning of a period of methodological reflection on content analysis as a research method, starting in the year 1941.

KEY POINT

1941 was the 'birth year' of content analysis.

This was the year when content analysis really came into its own. A conference on mass communication was held in Chicago which was attended by all leading scholars in the field, and the focus of the conference was on content analysis (Waples, 1942). Soon afterwards, Berelson and Lazarsfeld (1948) published a first introduction to the method. Based on this book, Berelson (1952) published what was to become the first leading textbook on content analysis.

### Third phase: Interdisciplinary and methodological elaboration

From the 1940s, content analysis began to attract attention as a research method outside communication studies. This trend continued during the subsequent years, and content analysis came to be used in many diverse disciplines such as political science, psychology, education, and literary studies (Krippendorff, 2004; Merten, 1995).

In political science, Lasswell's propaganda analysis had already paved the way for content analysis. The beginnings of the use of content analysis in psychology were marked by the work of Gordon Allport (1942; 1965). He used personal structure analysis (a variant of content analysis: Baldwin, 1942) to analyse 301 letters written by one woman ('Jenny'), identifying key themes and drawing conclusions from these themes on Jenny's attitudes and personality. Other landmark applications of content analysis in and to psychology include Bales's development of a multidimensional coding frame for analysing the verbal interactions between the members of small groups (interaction process analysis: Bales, 1950), and using the method for analysing free responses to the Thematic Apperception Test (Smith, 2008), a personality test for assessing the strength of people's motives (such as power, success, or affiliation).

In educational research, content analysis was, for instance, used to analyse texts in terms of their readability. Flesch (1948) developed a readability formula that was based on average sentence length, average word length, number of personal words, and number of personal sentences in a text. At the same time, this is an example of content analysis that does not in fact focus on textual content features, but on the formal characteristics of a text. Formal features were also the focus in applying content analysis to literary studies where it has, for example, been used to differentiate between potential authors of texts of unknown authorship. Yule (1944) used stylistic

22–23 / 283
Type here to search
12:56 PM 8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA12.w.3.2.93
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

content analysis to establish that of two authors, Thomas à Kempis and Charlier de Gerson, the former was more likely to have written the text *De Imitatione Christi*.

This use of content analysis in different disciplines was accompanied by an increasing methodological differentiation. To adapt the method to the research questions that were asked in the different disciplines, ever new variants of content analysis were developed, such as contingency analysis (Osgood, 1959), value analysis (White, 1944), the semantic differential (Osgood, 1952), and others already mentioned above (readability analysis; personality structure analysis; analysis of motives, etc.). Overall, these developments were characterised by increasing attention to the context in which communication content is produced or received, and by changing the focus of the analysis from the frequency of selected textual characteristics to their interrelation. These elaborations of the method were discussed at a second landmark conference on content analysis which took place in 1955 (Pool, 1959). Later conferences in 1967 and 1974 increasingly focused on the use of computers in content analysis (Gerbner et al., 1969; Stone, 1975).

SUMMARY

The history of content analysis can be divided into three phases: early applications, content analysis coming into its own, and interdisciplinary and methodological elaborations. Early applications focused on the quantitative description and differentiation of newspaper content, often from a comparative perspective. The second phase was characterised by more sophisticated conceptualisation and measurement as well as an increasing interest in the effects of content on the recipients. During the third phase, content analysis came to be used in other social science disciplines. As the method was applied to novel kinds of research questions, ever more variants were developed. This was accompanied by increasing attention to the context of production and reception and to the interrelation of selected textual characteristics.

## The emergence of qualitative content analysis

### Critique of quantitative content analysis

In his textbook on content analysis, Berelson (1952, p. 18) defined the method as follows: 'Content analysis is a research technique for the objective, systematic, and quantitative description of the manifest content of communication.' But this definition, with its strong focus on content analysis as a quantitative method, was contested even in that same year by Kracauer (1952). Kracauer argued against a purely quantitative type of content analysis on three grounds:

23–24 / 283
Type here to search
12:56 PM 8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA13.w.8.0.21
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

- Meaning is often complex, holistic, and context-dependent.
- Meaning is not always manifest and clear at first sight. Sometimes it is necessary to read a text in more detail to determine what exactly it means.
- Some aspects of meaning may appear only once in a text. This does not necessarily imply that such aspects are less important than aspects that are mentioned more frequently.

Based on these considerations, Kracauer favoured a more qualitative type of content analysis that does not limit itself to manifest content and frequency counts. This suggestion was taken up by George (1959) who had been one of the researchers engaged in the analysis of wartime propaganda. The analysis of propaganda, George argued, requires an analysis of strategy, and strategy often manifests in what he called non-frequency indicators, namely the single occurrence of a certain phrase or word throughout a text. In fact he preferred the term 'non-frequency' to the term 'qualitative' in characterising the variant of content analysis that he was proposing: 'We employ the term "non-frequency" to describe the type of nonquantitative, nonstatistical content analysis which uses the presence or absence of a certain content characteristic or syndrome as a content indicator in an inferential hypothesis' (George, 1959, p. 8). In this way, George took up one of Kracauer's criticisms of quantitative content analysis, namely its focus on frequency counts (for a similar conceptualisation of qualitative content analysis see Holsti, 1969).

## Development of QCA

On the one hand, these early criticisms of quantitative content analysis established a sharp dichotomy between a quantitative and a qualitative variant of the method, reflecting the division between adherents of the quantitative and the qualitative research paradigm. On the other hand, this sharp contrast becomes blurred on closer inspection. Berelson himself wrote that some research questions require a more qualitative approach, and George, by choosing the term 'nonfrequency analysis', attempted to evade the distinction altogether. As quantitative content analysis evolved and became more sophisticated, it was increasingly applied to less manifest content. In consequence, many proponents of quantitative content analysis argued that the distinction between a qualitative and a quantitative type of content analysis was artificial, that 'qualitative' and 'quantitative' was merely a matter of degree (cf. Früh, 2007; Holsti, 1969; Krippendorff, 2004; Lisch & Kriz, 1978; Merten, 1995; see also the overview in Groeben & Rustemeyer, 1994). In this way, especially in England and the US, quantitative content analysis opened up towards these first attempts at establishing a qualitative version of the method and ultimately came to embrace it.



Type here to search
12:56 PM 8/26/2020

Because of this development and the continuing dominance of quantitative content analysis, QCA has not been well known as a research method, especially in English-speaking countries, until recently. Many qualitative researchers do not mention QCA at all (cf. Gibbs, 2007; Mason, 2002; Miles & Huberman, 1994; Silverman, 2000) or present a very quantitative version of the method (compare the descriptions in Berger, 2000, or in Bernard & Ryan, 2010). Other authors equate QCA with the whole range of qualitative methods for data analysis, subsuming other methods such as discourse analysis, conversation analysis, or objective hermeneutics under QCA (Krippendorff, 2004; Lamnek, 2010). Yet other authors describe what is essentially QCA, but call it by a different name, such as 'thematic coding' (cf. Boyatzis, 1998; Saldana, 2009) or 'qualitative media analysis' (Altheide, 1996). It is only recently that QCA has been described as a distinct method in the Anglo-American literature (e.g. Elo & Kyngäs, 2008; Hsie & Shannon, 2005), although some authors (e.g. Klotz & Prakash, 2008) continue to use the term in the same way as did Kracauer (1952) or George (1959), i.e. to refer to an analysis of the presence versus absence of specified themes or features.

On the Continent, especially in Germany, the situation has been different, and there have been a number of conceptualisations of a genuinely qualitative QCA. These include Ritsert's (1972) concept of an anti-ideological variant of the method (see also Vorderer & Groeben, 1987), Rust's (1980) development of a 'strict and qualitative' type of QCA, and flexible QCA (Groeben & Rustemeyer, 1994; Hussy, Schreier & Echterhoff, 2009; Rustemeyer, 1992; other variants can be found in Bilandzic, Koschel & Scheufele, 2001; Gläser & Laudel, 2009; Kuckartz, 2009; Mathes, 1992). A major proponent of QCA in Germany has been Philipp Mayring (2010). He distinguishes between several distinct variants of the method, such as summative and structural QCA. We will look at these in more detail in the context of developing a coding frame in QCA (Chapters 5 and 6).

## What is different about QCA?

Who is right? Those who argue that there is no need for QCA because quantitative content analysis can do it all? Or those who have elaborated QCA as a distinct research method? There is certainly no sharp line dividing quantitative content analysis and QCA. Nevertheless all versions of QCA share some characteristics which distinguish the method from quantitative content analysis (see Table 1.1).

**KEY POINT**

> There is no sharp line dividing quantitative and qualitative content analysis. Nevertheless all versions of QCA share some characteristics which make it a method in its own right.

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA15.w.4.0.1
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

The most important difference was suggested by Kracauer in the early 1950s: the focus of QCA is on *latent* meaning, meaning that is not immediately obvious, whereas quantitative content analysis focuses on manifest, literal meaning (Berelson, 1952; Kracauer, 1952; see the discussion in Groeben & Rustemeyer, 1994; Lisch & Kriz, 1978).

Because manifest meaning is fairly obvious at first sight, you can usually identify it by looking at a small segment of material, such as a single sentence or paragraph. To detect latent meaning, on the other hand, you often have to take context into account. This can be the entire text from which a passage is taken – or even the publication venue or additional background information. If you come across a passage praising the foresight of George W. Bush in the Iraq war, for instance, and you know that this comes from a news broadcast in 2008 on the Fox News channel (known for its Republican sympathies), you will take the passage literally. But if you know that it comes from an article published in *Mad* (a major US satirical magazine), you will take it to be ironic and mean the very opposite of what it says. QCA therefore requires you to take *context* into account.

**Table 1.1** Differences between quantitative content analysis and QCA

| *Quantitative content analysis* | *QCA* |
|---|---|
| Focus on manifest meaning | Focus on latent meaning |
| Little context needed | Much context needed |
| Strict handling of reliability | Variable handling of reliability |
| Reliability checks more important than validity checks | Validity checks just as important as reliability checks |
| At least partly concept-driven | At least partly data-driven |
| Fewer inferences to context, author, recipients | More inferences to context, author, recipients |
| Strict sequence of steps | More variability in carrying out the steps |

In quantitative content analysis, reliability by double-coding is the most important quality criterion. This is closely related to the focus of quantitative content analysis on manifest meaning. If two persons independently code the same passage, they are more likely to code it the same way if the meaning of the passage is manifest. The more hidden the meaning is, the more context you need in order to infer it, and the more likely it is that two people will read it differently (Neuendorf, 2002). In quantitative content analysis, high reliability is fairly easy to achieve because of the focus on manifest meaning; in QCA, when looking at latent meaning, reliability is more difficult to achieve. Therefore it is only to be expected that reliability is handled differently in QCA (see Chapter 9 for details). In the first place, in QCA consistency scores between coders are acceptable. Second, agreement between coders is not necessarily quantified. Third, in QCA validity is considered to be just as essential as reliability.

26–27 / 283
Type here to search
12:56 PM 8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA16.w.6.1.133
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

This takes us to the next characteristic of QCA, namely the importance of *validity* as a quality criterion (Holsti, 1969; Lisch & Kriz, 1978; Rustemeyer, 1992). This importance is closely related to the role of theory and description in quantitative content analysis and QCA, respectively. In quantitative content analysis, coding frames will usually be partly concept-driven, and you may want to use the method for hypothesis testing. In QCA, on the other hand, your coding frame will usually be partly *data-driven*, and you may want to use the method primarily for describing your material. Overall, theory and prior research play a greater role in quantitative content analysis, and working in a data-driven way is more important in QCA. In quantitative content analysis, theory validates the concept-driven parts of your coding frame. But in QCA you have to make sure that the data-driven parts of your coding frame really capture what is there in your material. Because of this, a validity check is just as important in QCA as a reliability check.

Some authors have argued that QCA is also more likely to be used in making inferences about the context of production, the authors, or the effects on the recipients (Groeben & Rustemeyer, 1994). If you want to draw such inferences that go beyond your material, checking for the validity of your conclusions becomes even more important.

Finally, quantitative content analysis always follows a certain series of steps. So does QCA (although some versions do not: see Altheide, 1996; Lamnek, 2010), but there is more variety in QCA. If you are building a data-driven coding frame, for instance, you may do so based on 5% of your material, 20%, or even all of it. In checking for the reliability of your coding, you may quantify the consistency of the coding, or you may simply sit down with the other coders and explain why you coded a passage in a certain way. Overall, QCA is therefore more *flexible* than quantitative content analysis.

SUMMARY

Already in 1952, quantitative content analysis was criticised on three accounts: meaning is often complex, it may be latent, and it may appear only once in a text. Non-frequency analysis, an early version of QCA, was suggested as an alternative. As quantitative QCA became more sophisticated, proponents of quantitative content analysis came to consider the distinction between quantitative and qualitative content analysis as a matter of degree. Especially in the Anglo-American context, quantitative content analysis encompassed QCA. On the Continent, especially in Germany, QCA was developed as a method in its own right. Recently, it has also come to be recognised as a distinct method of qualitative data analysis in an Anglo-American context. There is no sharp line dividing quantitative content analysis and QCA. Nevertheless all versions of QCA share certain characteristics: focus on latent meaning; attention to context; variable handling of reliability; validity checks just as important as reliability checks; at least partly data-driven; more inferences to context, author, and recipients; more flexibility in going through the steps.



Type here to search
12:56 PM
8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA17.w.3.0.145
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

## Outlook: What lies ahead

By now, you have gained a first impression of what QCA is all about and how it evolved. In the following chapters, we will look at QCA and the steps involved in carrying out a QCA in more detail.

Although QCA is a qualitative research method, it has its roots in both the qualitative and the quantitative research tradition. In Chapter 2 we will look at some important features of qualitative research and examine in what way QCA does (or does not) exemplify these features.

While QCA is a highly useful method for qualitative data analysis, especially when you are dealing with a large-scale study, there are some research objectives for which it is more suitable than others – and some for which it is not suitable at all. In Chapter 3 we will compare QCA to other methods for qualitative data analysis. On this basis, I will help you decide whether QCA would be a good method for you to use, considering your material and your research question.

The following chapters will then guide you in actually carrying out your own QCA. In Chapter 4, I will explain in more detail what a coding frame is and how to structure a frame. On this basis, we will then look at the steps involved in building a coding frame in general (Chapter 5) and strategies for generating data-driven categories in particular (Chapter 6). To apply a coding frame, you first have to divide your material into smaller parts; this so-called process of segmentation will be covered in Chapter 7. Once you have generated a first version of your coding frame and segmented your material, you are ready to try out your frame in a trial coding. The trial coding is at the core of the pilot phase which we will describe in Chapter 8. Based on your trial coding, the next step is to evaluate your coding frame and modify it accordingly (Chapter 9). Chances are that your frame is now suitable for starting on your main analysis, i.e. assigning all your material to the categories of your frame (Chapter 10). Once you have completed your QCA, you will want to present your findings; Chapter 11 provides you with an overview of strategies for doing so.

Nowadays, qualitative researchers are increasingly making use of software to support their analysis. In Chapter 12 we will take a look at the kinds of software packages that are available today and how they can support you during the different steps of carrying out a QCA.

To illustrate the process of QCA, many examples will be used throughout the book. Nevertheless, you may find yourself wanting to look at more sample studies. You will find an additional chapter describing examples of studies using QCA from a variety of different social science disciplines on the website accompanying this book.



Type here to search
12:56 PM
8/26/2020

Qualitative Content Analysis in P...
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA18.w.1.3.30
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

# Frequently asked questions

## Is content analysis really a qualitative method?

You will probably find as many opinions about this as there are researchers using the method. Content analysis as used in communication studies is typically quantitative content analysis. As I explain earlier in this chapter, QCA developed out of quantitative content analysis. And while there is no sharp line dividing QCA from quantitative content analysis, the various versions of QCA share a number of features which distinguish the method from quantitative content analysis. Because these are features that QCA shares with other qualitative research methods, I would argue that QCA is indeed a qualitative method. In the next chapter, we will look in more detail at what QCA has in common with the qualitative research tradition and where it differs from this tradition and is closer to the quantitative framework.

## Can I use QCA if I am working on my own?

Yes, you can. Having said that, it is better if you can find someone to help you. This is so for two reasons. In the first place, you cannot possibly see all the relevant meaning that may be hidden away in your material. This is why, in qualitative research in general, it is better to have several people take a look at the material. Because we do not find meaning, but construct meaning, we all construct it in different ways. It is important to be aware of these different ways in which your material can be read as you are building your coding frame, and someone else can help you with this. Second, consistency is an important criterion during the pilot and the main analysis phase. This can be consistency between different coders or consistency across different points in time (for one coder). In QCA, you want to determine what each part of your material means with respect to your research question. And as you draw your conclusions, you will typically assume that others who share the same socio-cultural background would agree with your interpretation of your material. You have a stronger case if you can show that others (another coder) have indeed read your material in the same way. This does not mean that a second coder has to read and classify all your material. If someone else can code a part of it, this is quite enough (see Chapters 8 and 10).

## Is QCA suitable only for analysing content?

I take it that you are referring to the distinction between content and form. In this case, an analysis of content would be about what is being said, whereas an analysis of form would be about how something is being said.



Type here to search
12:56 PM
8/26/2020

play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA19.w.2.0.233



Although the name suggests that QCA is only suitable for looking at the 'what', this is actually not the case: you can just as well use QCA to look at how something is being said or expressed in your material. Remember that even quantitative newspaper analysis relied on indicators such as letterhead size and percentage of a page taken up by the coverage of a given theme, i.e. on formal criteria. QCA is suitable for looking at any formal features of your material that you may be interested in: type of argument used, literary genre, the angle from which a picture is taken, typographic features, and much more.

## End-of-chapter questions

- What are the three most important characteristics of QCA as a method of data analysis?
- What are the three phases in the development of quantitative content analysis as a research method?
- What were Kracauer's main points of criticism of quantitative content analysis?
- Name four characteristics that distinguish QCA from quantitative content analysis.



Type here to search 12:56 PM 8/26/2020

# 2
# WHAT IS QUALITATIVE ABOUT QUALITATIVE CONTENT ANALYSIS?

## Chapter guide

In the first chapter you have seen how there is no clear line dividing quantitative content analysis and QCA, and how some authors even dispute that QCA is a method in its own right. In this chapter, we will look at what exactly is qualitative about QCA. In the process, we will:

- examine some basic features of qualitative research;
- identify the main qualitative features of QCA.

## What is qualitative research?

You will find some key features of qualitative research listed in Table 2.1. In the following, we will look at each of these in turn (for a more in-depth discussion of qualitative research and its characteristics, see, for example, Flick, 2009; Quinn Patton, 2002; Stake, 2010).

### Qualitative research is interpretive

Qualitative research is concerned with interpretation in a number of ways. In the first place, data in qualitative research is not standardised, but requires an active effort at interpretation on the researcher's side. Quantitative research deals with numerical data, and there is little room for interpretation as to what a '3' means, or a '100'. Qualitative research deals with symbolic material – verbal data, visual data, artefacts – which leaves much room for interpretation. Moreover, it is often not possible to exactly pin down the meaning of symbolic material, nor do qualitative researchers necessarily want to do so. Several interpretations of the same material can be equally valid, each emphasising a different facet of the meaning of that data. Once we accept that the process of understanding, of attributing meaning, is a constructive one, that we bring to this process our own individual background, and that this background can be different in different situations, the idea of 'the correct' meaning of any piece of data loses its


Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P ×

play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA20.w.9.0.128

« Exit Qualitative Content Analysis in Practice – Margrit Schreier

appeal (see also Chapter 1). Qualitative researchers are comfortable with the idea that there can be multiple meanings, multiple interpretations, and that these can shift over time and across different people. By the way, this is not to say that all interpretations would be equally valid! Finally, qualitative research is also interpretive in terms of its research questions. If you do qualitative research, you will often be dealing with research questions where you explore the personal meaning of experiences or the social meaning of public persons, or norms, or events.

**Table 2.1** Key features of qualitative research

| |
|---|
| Interpretive |
| Naturalistic |
| Situational |
| Reflexive |
| Has emergent flexibility |
| Inductive |
| Case-oriented |
| Puts emphasis on validity |

KEY POINT

Qualitative research is interpretive in three ways: It deals with symbolic material that requires interpretation; different interpretations of the same material can be valid; and it deals with research questions exploring personal or social meanings.

While qualitative researchers emphasise the interpretive nature of their work, this is not to say that quantitative research is not interpretive! Although quantitative researchers are sometimes not fully aware of this, interpretation is part of any research process, be it qualitative or quantitative. When filling in a quantitative survey, the participants have to interpret the questions and the response options (I get headaches about twice a week. Does this mean that I get headaches 'often' or just 'sometimes'? And do my migraines qualify as 'headaches'?). And when they have completed their data analysis, quantitative researchers have to interpret their findings. The difference between qualitative and quantitative research is that in qualitative research, interpretation is at the heart of the research process, whereas in quantitative research it tends to be peripheral, and quantitative researchers are typically less aware of the role it plays in their work.

## Qualitative research is naturalistic

Quantitative research often requires the participants to come to the lab, to

31–32 / 283

Type here to search 12:59 PM 8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA21.w.9.0.104
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

fill out a questionnaire or to participate in an experiment. This is because the logic of quantitative research requires that anything that might distort or confound the results be eliminated from the research setting. And this is done by bringing the participants into a context that is under the control of the researcher.

Qualitative researchers, on the other hand, are interested in all those messy features that make up real-life contexts. They assume that it is this very context that makes their data meaningful and rich in information. Because of this, qualitative researchers often try to capture as much of this context as possible, for instance by going out into the field and observing, or by asking their participants to tell them about their lives. The context of an event is part of that event. If you go to a party on board a ship, for example, this will be a very different party from the one you usually go to at your club; and the fact that it takes place on board a ship is part of what makes it what it is. Typically, qualitative researchers also do not interfere with the real-world settings that they study – although there are some exceptions to this, such as action research or the qualitative experiment.

But again we are not dealing with a difference in absolute terms here. Quantitative research does not necessarily interfere with the research context. And qualitative researchers sometimes also ask their participants to come to the lab. This can be important in an interview study, for example, where the researcher might prefer a lab setting where interruptions are less likely. But in qualitative research, the researcher would probably not insist on meeting in the lab if the participant preferred to have the interview at home.

## Qualitative research is situational

The situational nature of qualitative research is closely related to the previous two characteristics. Qualitative researchers think of interpretation as a process of actively constructing meaning, and they assume that meaning will vary depending on the person who does the interpreting and the context in which meaning is produced. If meaning depends on context, context in fact becomes part of the data. This includes as full a context as possible: the situation in which an event took place or something was said, the history behind the data, and the role of the researcher in the research situation. To understand the life story of an interviewee, for example, it would be important to know whether the interview took place in the lab or in the home of the interviewee and what meanings these different contexts hold for the interviewee. If she is an untidy person, she may feel embarrassed about having the interview at home. It would also be important to know something about her family history. And it would make a difference whether the researcher was also female, of the same ethnicity and age group. In qualitative research, all these different aspects of the context are part of the data.



Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA22.w.3.0.172
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

If context is part of the meaning, this also implies that meaning is context-specific. While quantitative researchers are interested in generalisations that hold across different contexts, qualitative researchers are interested in the very particulars that quantitative researchers leave out as irrelevant. Qualitative research is guided by the assumption that conclusions which apply regardless of context will often be so general as to tell us virtually nothing. The particulars may translate to a few contexts only, but they give us a vivid impression of a specific setting or a specific person.

## Qualitative research is reflexive

In quantitative research, objectivity is an important concern. The idea behind objectivity is to obtain data and findings that are independent of the researcher. It should not make a difference, for instance, whether you or your friend measures the pulse in a participant's ear while she is looking at a series of stimuli on the computer screen. If there is a difference, this is either considered to be error (which should even out across the full range of stimuli) or a mistake – perhaps one of you is not yet familiar with the apparatus.

Qualitative research, on the other hand, starts out from the assumption that in the social and behavioural sciences we conduct research on other human beings, and that as human beings we share certain features with our participants. We all think about the things that happen to us in life, we try to make sense of them, and we react differently to different people. When we are participants in a research setting, we of course react differently to different researchers. Some people we like, others make us feel uncomfortable, and it is only natural that we will open up more to someone we like. If we take part in an interview study about the way in which we experience chronic illness, we will focus on different aspects of our experience, depending on whether we are talking to a physician or a fellow sufferer. And we may well come to realise something new about the way in which we experience and cope with chronic illness during the interview, because the questions make us think about our experience in a different way.

From this perspective, objectivity does not really make sense, and reflexivity becomes important instead. This refers both to the reflexivity of our participants and to reflecting upon our own role as researcher. If we take the reflexivity of our participants seriously, we will consider them the experts on our research question, and we will treat them as our partners during the research process. We will also treat them in an ethically responsible manner: We will not hide information from them, for example, or trick them into telling us more than they feel comfortable with. When it comes to our own role as researchers, we should be aware that we invariably co-produce our data (unless we select it from an already existing data pool). And in this case it is crucial that we take into account and acknowledge our own part both in data collection and data analysis.



Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA23.w.3.2.139
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

KEY POINT

Qualitative research acknowledges both the reflexivity of our participants by considering them our partners in the research process and of ourselves by acknowledging the ways in which we co-produce our data and our findings.

But note that this take on objectivity does not imply that 'anything goes' in qualitative research! It is very important in both qualitative and quantitative research that your data is valid (for more detail see below). In an interview, for example, your interviewee should feel free to say what is really going through her mind, and it is your responsibility as a researcher to create an atmosphere where this is the case. Also, your interpretations must always be grounded in your data, and you have to convince your readers that yours really is a plausible way of interpreting your material.

## Qualitative research has emergent flexibility

In quantitative research, the idea is that you come up with a hypothesis, a design, and the measures for your most important variables, and then stick with these during the research process, until your study has been completed. But in the process, you are making quite a few assumptions. And it often happens that, as you are conducting your research, you become aware that some of these assumptions are 'off', that another scale, for example, would have been a better way to measure what you are after.

Qualitative research is different, because it has 'emergent flexibility'. This is to say that you continue to adapt and change all aspects of your research as you are collecting and beginning to analyse your data. Your research question may change as you collect more data. You may want to select your cases based on the data you have been collecting, as is done in grounded theory methodology; or you may decide to include more cases than you had originally planned, or adapt your strategy for case selection. The same applies to your methods for data collection and analysis. If you are conducting interviews, for example, you will add more questions if a new aspect of the phenomenon under study has caught your attention, and you will continue to adapt your instrument for data analysis until it really fits your material.

This adaptability of the qualitative research process has an important implication. You can only continue to adapt the research process if you do not proceed in a linear fashion. In quantitative research, you complete one step (data collection), before you get started on the next (data analysis). In qualitative research, all steps of the research process tie into one another in a cyclic manner. You complete all steps for a few cases only; then you look back, adapt your procedure, and apply this to the next cases.

## Qualitative research is inductive

34–35 / 283
Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA24.w.4.0.0
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

Emergent flexibility is closely related to the inductive nature of qualitative research. In terms of data collection this means that you do not pre-structure or standardise your measures. This is in contrast to the deductive, structured nature of quantitative research. In quantitative research, you derive the questions or categories that you use for data collection from theory or prior research; and in this way you specify the aspects of the phenomenon on which you are collecting your data. You also typically provide your participants with a set of response options, standardising the way in which they can respond. In qualitative research, on the other hand, you typically start data collection with some very open, non-directional questions; in this way, you leave it up to your participants which aspects of the phenomenon they wish to focus on. Even as your questions may then become more specific, you do not provide any response options, and your participants can reply in any way they wish.

As a qualitative researcher, you also do your data analysis in an inductive, data-driven way. This is to say that you decide on your key codes and concepts as you go through your material. This has also been called 'letting your categories emerge from your data' and contrasts with a concept-driven procedure. In concept-driven research, you decide on key categories based on theory and on prior research, checking to what extent your material fits these ideas.

KEY POINT

Qualitative data collection is inductive in using open, non-directional measures. Qualitative data analysis is inductive by letting key categories and concepts emerge from the data.

Note that quantitative research can also be inductive, and qualitative studies can contain concept-driven elements – although it would be rare to find a qualitative study that is purely concept-driven.

## Qualitative research is case-oriented

Quantitative research is mostly variable-oriented. This is to say, you single out certain characteristics on which you want to focus, such as voting behaviour, personality characteristics, grade point average, or anything else that is of interest to you. Every such characteristic is a variable which can take on a certain number of values. You then study all cases in your sample with respect to these variables, and these variables only. You are not concerned with the cases as such, but with their average value on selected variables, or with the relation between your variables. The advantage of a variable-oriented approach is that you can easily include many cases in your study, sometimes several hundred cases.



Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA25.w.7.0.74
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

Qualitative research, on the other hand, is case-oriented. This means that you are concerned with your cases in their entirety. The case-oriented way of doing research is also a holistic way, where the total is more than the sum of its parts: the case is more than any number of variables taken together to describe a case. Let us suppose that you are doing a study on the experience of unemployment. In a qualitative study, you would explore what unemployment means to the participants in your study, how it makes them feel, what they have done to find another job, how it has affected their family life, their social life, and much more. You look at your phenomenon under study not in isolation, but in relation to many other aspects of your participants' lives. In this way, you study each case in depth. Because in-depth case-oriented research is very time-consuming, qualitative studies typically include only a few cases, sometimes as few as one case only (the single-case study). The main advantage of a case-oriented research strategy is the in-depth understanding that you gain of your cases.

### Qualitative research emphasises validity

In quantitative research, objectivity, reliability, and validity are important quality criteria. Objectivity requires that your data, your findings, and your interpretations are the same, regardless of who does the research, and I have already pointed out that this criterion is not upheld in qualitative research: if you believe that meaning is always contextual and that you as the researcher are invariably part of this context and play a role in creating your data, then your data, findings, and interpretations will necessarily be different for every researcher.

The criterion of reliability requires that your data and your findings are free of error. At first sight, this is certainly a reasonable requirement, and qualitative researchers want to avoid error and mistakes as much as quantitative researchers do. But quantitative and qualitative researchers differ in what they regard as 'error' and in how they assess it. In quantitative research, consistency (between raters or between different items that are intended to measure the same construct) and stability (of measurements across time) are common ways of assessing reliability. In qualitative research, stability over time is not usually a feasible criterion, especially where data collection is concerned. Because of the more in-depth and often personal nature of qualitative research, it would not make much sense to repeat your data collection at a later point in time (to ask the same person the same interview questions, for example). Also, because context is so important in qualitative research, it would not even be possible to exactly repeat a data collection process. Because the context has changed, the situation is no longer the same, and different questions might be appropriate.

Most qualitative researchers would agree that assessing reliability through stability of repeated measurements is not a feasible way of dealing with this

36–37 / 283
Type here to search
12:59 PM 8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA26.w.3.2.3
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

criterion during data collection in a qualitative research context. In all other respects, however, there is little agreement on reliability among qualitative researchers. Some reject the notion of reliability and error altogether (Smith, 1984). Others accept the quantitative concept of reliability and suggest assessing it as consistency between observers (Silverman, 2001). Yet others argue in favour of a different notion of reliability. They suggest that to make your research reliable, it is important that you proceed in a systematic way, that you make all steps in your research transparent to your readers, and that you show how exactly you arrive at your conclusions (Steinke, 2004).

KEY POINT

In qualitative research, the quantitative criterion of objectivity does not apply. Concerning reliability, the opinions of qualitative researchers differ: Some reject it altogether, some accept it for qualitative research, some suggest a modified concept of reliability for qualitative research.

The third important criterion for assessing the quality of your research is validity. In quantitative research, this applies to your instruments for data collection (and sometimes analysis). These are considered valid to the extent that you succeed in measuring what you set out to measure. In qualitative research, you would not speak of 'measuring' the phenomenon you are looking at. Nevertheless validity is of crucial importance, and you can already guess at this by looking at some of the other characteristics of qualitative research: It is naturalistic; this means that as a qualitative researcher you study your phenomenon in its natural setting. It is also data-driven; this means that you base your conclusions on a close reading of your material. All this points to the importance of really capturing your phenomenon, i.e. of conducting research that is valid.

Moreover, in qualitative research the term 'validity' is sometimes used in a much more comprehensive sense (e.g. Gibbs, 2007). Validity in this comprehensive sense refers to your entire study and the soundness of your findings and your conclusions. To make your conclusions sound and acceptable, your data must of course be valid in the more narrow sense. But in addition, you have to make sure that you have gone about your research in a systematic way, that you make your procedure and your reasoning transparent to your readers, that your design and your method are appropriate to your research question, that you have taken negative cases and alternative interpretations into account. Validity in this broader sense also includes other quality criteria such as reliability.

KEY POINT

Validity is a very important criterion for assessing the quality of qualitative

37–38 / 283
Type here to search
12:59 PM
8/26/2020

research. It is used in two senses: in a narrow sense, referring to the extent to which your instruments help you capture what you set out to capture, and in a broader sense, referring to the overall quality of your study.

### Some final considerations about qualitative and quantitative research

There are many different ways of setting up a study, and what is commonly called 'qualitative' and 'quantitative' research are really just the end points on a continuum. It is only rarely that you will come across research that combines all the above qualitative or all the quantitative features. More often any specific empirical study will be a mix, and there is no sharp line dividing qualitative and quantitative research.

SUMMARY

Qualitative research is:

- Interpretive. It deals with symbolic material that requires interpretation; different interpretations of the same material can be valid; and its focus is on research questions where personal or social meaning is explored.
- Naturalistic. It preserves real-life context and does not manipulate the research setting.
- Situational. Context is always taken into account; and the focus is on particulars.
- Reflexive. The reflexivity of our participants is acknowledged; and you take into account how, as researcher, you co-create your data.
- Characterised by emergent flexibility. You can adapt all aspects of the research process during the study.
- Inductive. You use open measures for data collection; and in data analysis you let key concepts emerge from the data.
- Case-oriented. You study your cases in their entirety and in-depth.
- Focused on validity. Validity refers to both the extent to which your instruments capture what you want to capture and the overall quality of your study.

## QCA in the context of qualitative research

Now that we have looked at some key characteristics of qualitative research, we will turn back to QCA. In Chapter 1 we described QCA as a systematic and flexible method of qualitative data analysis which reduces and summarises your material. How does QCA fit with these characteristics of qualitative research?

When answering this question, it is important to keep in mind that QCA is a *method*, whereas some of the above characteristics are meant to apply to


Type here to search
12:59 PM
8/26/2020

research designs. A research design is the way in which a study is laid out, the sequence of steps that you plan in order to answer your research question (Cresswell, 2007; Flick, 2009, Part 3). A method is one step in that sequence. This can be the step of data collection or else, as with QCA, the step of data analysis. Because of this, those characteristics of qualitative research that describe research designs will usually not be applicable to QCA, nor to any other qualitative research *method* (as opposed to research design).

## QCA and interpretation

Qualitative research has been described as interpretive in three respects. First, it is interpretive because it is concerned with understanding symbolic material that is not standardised, that requires some degree of interpretation. This key feature is shared by QCA: Whereas quantitative content analysis is used for classifying material that is comparatively standardised, QCA is used when the meaning of your material is less obvious, when interpretation is needed. Remember that QCA helps you describe your material only in certain respects, and that the method will give you the best results if your focus is on describing your material (see Chapter 1). Other qualitative methods such as hermeneutic interpretation or discourse analysis will give you a fuller, more comprehensive interpretation or will let you look beyond your material to the author or the situation in which the material was produced. But this is only a matter of degree, a matter of where you go with your interpretation. The key feature of being concerned with interpreting symbolic material is shared by all qualitative methods for data analysis, including QCA.

Qualitative research is also interpretive in that it is often concerned with personal or social meaning. QCA is also typically applied to research dealing with such questions. Studies where QCA is applied to material from public sources (such as legal documents, advertisements, news reports on the Internet) are often about social meaning (see the examples in Chapter 1); research where QCA is applied to material that is produced by an individual (interviews, biographies, diary entries, and the like) is often about personal meaning.

### Example of using QCA to study personal meaning

Odağ (2007) used QCA in a study where she compared the ways in which women and men experienced the reading of different types of narrative texts. Employing the reminding method for data collection (Larssen & Seilman, 1988), the readers were asked to mark the text whenever a thought, an emotion, or a memory occurred to them. When they had finished reading, they were requested to go back to these marks and to briefly describe in writing what had been going through their minds. Odağ then used QCA to analyse these reading protocols in

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA29.w.5.0.35
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

terms of quality of the reading experience, reference points of the experience, emotions mentioned, and many other features. By looking at how each individual reader experienced one of the texts, Odağ was concerned with describing personal meaning.

Another way in which qualitative research is interpretive is in acknowledging that different interpretations of the same material can be equally valid. In this respect, QCA differs somewhat from other qualitative methods. You can use QCA to categorise and describe your material on any number of features, i.e. main categories. But for each feature, you have to decide on one meaning; you have to code one out of the various subcategories for a given main category, and subcategories are meant to be mutually exclusive (see Chapter 4). The main strength of QCA is that it helps you analyse and describe the most important characteristics of large amounts of qualitative data. It does so precisely because it reduces and summarises your material, and this comes at the 'cost' of losing the potential multiplicity of meanings of your material.

KEY POINT

QCA shares the interpretive orientation of qualitative research in that it is used on symbolic material requiring some degree of interpretation and in its concern with social or personal meaning. It differs from other qualitative research by requiring the researcher to decide on one out of a potential multiplicity of meanings.

## QCA and the naturalistic approach

Qualitative research typically preserves real-life context (which is considered important) and does not manipulate the research setting. Strictly speaking, this feature applies only to qualitative research designs, not to individual research methods. Nevertheless, quantitative researchers have sometimes used this characteristic to describe content analysis as a 'non-reactive' or 'unobtrusive' method (Holsti, 1969; Krippendorff, 2004), i.e. as a method that does not change the data in any way (remember that content analysis is considered a method for data collection in quantitative research). This is especially apparent when you apply QCA to material that you have selected from already existing sources (such as newspapers, archives, the Internet). When you apply QCA, you do not change these materials in any way.

Also, QCA requires that you take all the context into account that you need to know about in order to understand what your material means. This is another way in which the method can be considered naturalistic.

## QCA and the situation or context

40–41 / 283
Type here to search
12:59 PM 8/26/2020

Qualitative research has been described as context-specific in two ways: qualitative researchers assume that meaning is context-specific; and qualitative research is interested in the particulars, not in general conclusions across contexts.

QCA fully shares the first of these two features. If you use QCA, you take as much context into account as you need to understand the material you are looking at. This can be an earlier paragraph in a piece of text, it can be information about the relationships between people who are talking to each other, or it can be information about the culture in which your material was produced. In fact, in QCA you are even supposed to think about how much context you will have to consider before you get started on your analysis (see Chapter 7 on 'context units').

When it comes to the second way in which context is relevant in qualitative research, things are a little more complicated. QCA was described in Chapter 1 as a method that reduces and summarises your data: you focus your analysis on those parts of your material that are relevant to your research question, and you take the meaning of these parts to a higher level of abstraction. By coding parts of your material as instances of a category in your coding frame, you make these parts comparable to other parts, for instance to what other people are saying on the same topic. But at the same time you lose some of their specific, unique meaning. Doing a QCA is always about finding a balance between these two extremes: preserving the unique and allowing for a certain degree of comparison. In this way, QCA is not as much concerned with the particular and specific as other qualitative research methods are. At the same time, by aiming for a balance between the specific and the general, it is much more concerned with specifics than quantitative research methods are. Because of this, QCA shares features of both qualitative and quantitative research in this respect.

KEY POINT

QCA is context-specific in that you have to explicitly take context into account in arriving at your interpretations. At the same time the method shares features of both qualitative and quantitative research in striking a balance between the specific and the general.

## QCA and reflexivity

Qualitative research takes into account the reflexivity of your participants in two ways: by considering them as partners in research and by acknowledging the extent to which you co-produce your own data. The first of these facets of reflexivity does not apply to QCA or to other qualitative methods of data analysis. You can acknowledge the reflexivity of your research participants only where you are engaged in data collection. But QCA, as a method for data analysis, only comes into play at a later stage of the research process.

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA31.w.6.0.72
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

The second aspect of reflexivity – the part you take in co-producing your data – however, plays an important role in QCA. In a way, one might even say that reflexivity in this sense is a rationale underlying the method: QCA is important because researchers inevitably bring their own background and their own assumptions to any act of understanding. In the process of doing QCA, this reflexivity is acknowledged in creating a coding frame. It is generally a good idea not to do this on your own, but let someone else take a look at your material (cf. Chapter 5). This helps you consider your data from different perspectives and overcome the limitations of your own specific background and assumptions.

When it comes to doing the coding, the goal of QCA is to arrive at a socially shared, consensual understanding of your material. This socially shared understanding should transcend your individual background and assumptions. This is similar to what you do when interpreting and writing up your findings based on other qualitative research methods. Here, too, you are concerned with making a case for your interpretations, making them plausible to others and taking potential rivalling interpretations into account. At the same time, the way you do this is distinctive in QCA. In the first place, you acknowledge your role in co-producing your data by making the grounds for your interpretation transparent so that it can be shared by others. You do this by defining the meanings of your material as the categories of a coding frame. Second, you actually check for the plausibility of your interpretations by assessing their consistency, ideally by comparing your interpretation with someone else's.

## QCA and emergent flexibility

Qualitative research typically has emergent flexibility: the research process is cyclic, and you can continue to adapt all aspects of your study in the process.

QCA, like many other qualitative methods (such as coding), combines linear and cyclic elements. It is linear in that there is a clear sequence of steps to the method. At the same time it is cyclic to the extent that you will find yourself going through some stages of the process more than once. As you build your coding frame and generate data-driven categories, you will go through a cycle of including more data and revising your frame, followed by the inclusion of yet more data and another round of revision, and so on (see Chapters 5 and 6). Likewise, the trial coding and the main coding are subsequent cycles of the same activity, i.e. categorising your units of coding by assigning them to one of the categories in your coding frame (see Chapters 8 and 10). Depending on how well the frame fits your material and the degree of consistency in applying the frame, you may have to add yet more cycles of coding.

## QCA and the inductive nature of qualitative research



Type here to search
12:59 PM
8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA32.w.3.1.143
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

Most qualitative research is inductive, i.e. lets key concepts and categories emerge from the data. QCA shares this feature to a considerable extent.

When you use QCA, you will create at least a part of your categories in a data-driven way (see Chapters 5 and 6). In fact, this is one of the most important strengths of QCA: the method allows you to describe and classify large amounts of qualitative data, such as interviews. At the same time, QCA is only rarely used in an exclusively data-driven way. Especially when you are analysing interviews, your interview guide will point you to concepts which will guide you when creating some of your categories.

### Example of combining concept- and data-driven categories in QCA

In a study about prioritising and decision making in health care, we conducted semi-structured interviews with participants from six different stakeholder groups (healthy members of the general population, patients, physicians, members of the nursing profession, politicians, and representatives of public health insurance companies). The aim of the study was to describe a broad range of criteria underlying priority setting decisions in health care (Diederich & Schreier, 2009). Following the full transcription of all interviews, we used QCA to analyse our material. In a first step, we made use of our interview guide to create an initial set of concept-based main categories (Winkelhage et al., 2008a; 2008b). In a second step, subcategories and some further main categories were added in a data-driven procedure. Because we wanted to use the same set of categories in analysing the responses of all six stakeholder groups, we developed the coding frame by going through the responses of one stakeholder group after another, adding more data-driven categories whenever additional aspects were mentioned. The final coding frame across all stakeholder groups and all interview questions consisted of 89 main categories and 435 subcategories.

## QCA and case orientation

In qualitative research, you will usually look at cases in their entirety and in depth. QCA also lets you describe your material in considerable depth (compare the extensive coding frame we used in our prioritising study). But despite this detailed description, QCA follows a variable-oriented rationale. Each main category in a coding frame is the equivalent of a variable, and the subcategories for each main category make up the values of this variable. In this way, QCA makes you split your cases into variables and look at them through the lens of these variables.

At the same time, in QCA you will use a comparatively large number of variables considering the number of cases – Heil (2010) uses 578. Because you will often use so many variables, you can to a certain extent overcome the limitations of the variable-oriented approach when you interpret your findings. Once you get to this stage, you can synthesise your findings across all variables on a case-by-case basis, creating in-depth profiles for each of

43–44 / 283
Type here to search
12:59 PM 8/26/2020

Qualitative Content Analysis in P
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA33.w.6.1.11.0.1
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

your cases in turn (see Chapter 11).

## QCA and validity

In evaluating the quality of qualitative research, validity is typically emphasised instead of objectivity and reliability. In this respect, QCA again combines elements from both the quantitative and qualitative research traditions.

In the first place, both objectivity and reliability play a larger role in QCA than they do in qualitative research in general (see also Chapter 9 on evaluating your coding frame). In QCA, a consistency check is built into the procedure: you either have part of your material coded by another person, or you recode part of the material yourself after approximately 10–14 days. There is a twofold rationale behind this double-coding. In the first place, the idea in QCA is to arrive at an interpretation of your material that would be shared by most people with a similar cultural background (see above). You do not claim that this is *the* meaning of your material in absolute terms, but you would certainly claim that this is not just your individual understanding. Having your material double-coded by another researcher helps you check for this. And inter-subjectivity is commonly considered to be an approximation of objectivity.

Second, double-coding helps you assess the quality of your coding frame. If your code definitions are clear and subcategories do not overlap, two rounds of independent coding should yield approximately the same results. It does not matter whether this involves you and another researcher coding or you coding at two different points in time. Where the results of the two rounds of coding differ systematically, you will have to go over your coding frame again and revise it. Where the results of the two rounds of coding coincide, you can consider your coding frame to be reliable.

I mentioned earlier that qualitative researchers differ in their views on the role of reliability in qualitative research: some reject it altogether, some apply the criterion to qualitative research as well (and checking your coding frame for errors through double-coding is just such an application), and others modify the idea of reliability. One such modification involves the requirement that qualitative researchers work in a systematic way and make it transparent to their readers how they arrive at their interpretations and conclusions. Reliability in this latter sense of the term is also important in QCA. Because QCA always requires you to follow the same sequence of steps, regardless of your research question and your material, it is a very systematic method; and by being very systematic, QCA is also reliable.

KEY POINT

In QCA, reliability is important in two respects. As coding consistency, it tells you something about the quality of your coding frame. As a systematic,

44–46 / 283
Type here to search
12:59 PM 8/26/2020

Qualitative Content Analysis in P ×
play.google.com/books/reader?id=FYkQAgAAQBAJ&pg=GBS.PA35
« Exit Qualitative Content Analysis in Practice – Margrit Schreier

transparent way of proceeding it requires you to always follow the same sequence of steps.

Reliability and even objectivity (though in a modified sense) are therefore important criteria in QCA – but this does not come at the expense of validity. Instead, validity is just as important as reliability/objectivity, and in the importance it places upon validity, QCA is close to the qualitative research tradition. This refers to validity in the narrow sense of the term, i.e. the requirement that your coding frame captures what you set out to capture. The importance of validity is one of the reasons why your coding frame in QCA will usually be part data-driven. Unless you at least adapt your categories to your data, chances are that your coding frame will not be sufficiently valid (see Chapter 9 for more detail). The importance of validity is also related to the controversy surrounding the kinds of inferences that you can draw based on a QCA of your material: if you want to say something about the author, the situation in which your material was created, or its effects on the recipients, you will usually need additional evidence of validity, over and above the general fit between your data and your coding frame (Früh, 2007; Groeben & Rustemeyer, 1994).

SUMMARY

Like other qualitative research, QCA is interpretive in that it is applied to symbolic material that requires interpretation and in focusing on personal or social meaning; it is naturalistic in not changing your data in any way; it requires you to take context into account in arriving at your interpretations; it acknowledges your reflexivity by taking others' perspectives into account when creating your coding frame and by making the grounds for your interpretations transparent; your categories will be at least in part data-driven, i.e. inductive; and validity is an important criterion in evaluating your coding frame.

In other respects, QCA shares and combines features of both qualitative and quantitative research: It takes into account a large number of features, yet forces you to decide on one meaning for each of these features; it aims for a balance between the general and the specific; it combines linear and cyclic elements; it is part data-driven and part concept-driven; it is variable-oriented, and at the same time allows for an in-depth description of cases by combining a large number of variables; and reliability and validity are of equal importance as evaluation criteria.

## Frequently asked questions

### QCA involves numbers – doesn't this make it a quantitative method?

46 / 283
Type here to search
1:00 PM 8/26/2020

It is not true that QCA always involves numbers. But you are right: numbers can and often do play a role in QCA, and they do so in two ways – when quantifying coding consistency, and when presenting your results in a frequency format.

In the first place, numbers enter the picture if you quantify coding consistency in your research, for instance by calculating a kappa coefficient or a percentage of agreement (see Chapter 9). Coding consistency is indeed an important part of QCA. But this does not mean that you invariably have to quantify coding consistency. Alternatively, you and the other coder can simply sit down together and discuss those segments of your material that you coded differently. And even if you do quantify coding consistency, this does not automatically make QCA a quantitative method. It is simply one more respect in which QCA combines features from both qualitative and quantitative research.

Another way in which numbers are often believed to play a role in QCA is when you present your results. Many researchers do this by providing their readers with the coding frequencies for all their categories. But to start with, QCA does not require you to present your results in any particular way. There are many ways of doing this (they will be described in Chapter 11), and providing coding frequencies is only one of them. Moreover, presenting your results is not a part of QCA – presenting your results is a step that follows QCA. And although the results of QCA lend themselves well to being presented in a frequency format, the results of other qualitative methods for data analysis can also be presented as frequencies.

### Can I use QCA in a qualitative study with a cyclic design?

Because QCA combines linear and cyclic elements, it is easiest to use the method with designs that resemble QCA in this respect, such as the qualitative survey (Jansen, 2010). But you can also adapt the method to a cyclic design. This would mean that you keep on building and revising your coding frame as you include additional cases and collect more data. When you have completed your data collection, you do one last round of revising your coding frame and then apply it to all your material.

### End-of-chapter questions

- Which characteristics does QCA share with other qualitative research methods?
- In what respects does QCA combine features of qualitative and quantitative research?