# Exhibit 20

# Content Analysis

## An Introduction to Its Methodology

### Fourth Edition

**Klaus Krippendorff**
Annenberg School for Communication
*University of Pennsylvania*

SAGE
Los Angeles | London | New Delhi
Singapore | Washington DC | Melbourne

EXHIBIT
KN 9

SAGE

FOR INFORMATION:

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, California 91320
E-mail: order@sagepub.com

SAGE Publications Ltd.
1 Oliver's Yard
55 City Road
London EC1Y 1SP
United Kingdom

SAGE Publications India Pvt. Ltd.
B 1/I 1 Mohan Cooperative Industrial Area
Mathura Road, New Delhi 110 044
India

SAGE Publications Asia-Pacific Pte. Ltd.
3 Church Street
#10-04 Samsung Hub
Singapore 049483

Acquisitions Editor: Terri Accomazzo
Editorial Assistant: Erik Helton
Production Editor: Andrew Olson
Copy Editor: Michelle Ponce
Typesetter: C&M Digitals (P) Ltd.
Proofreader: Ellen Howard
Indexer: Jeanne Busemeyer
Cover Designer: Anupama Krishnan
Marketing Manager: Liz Thornton

Copyright © 2019 by SAGE Publications, Inc.

All rights reserved. No part of this book may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America

*Library of Congress Cataloging-in-Publication Data*

Names: Krippendorff, Klaus, author.

Title: Content analysis : an introduction to its methodology / Klaus Krippendorff, University of Pennsylvania.

Description: Fourth Edition. | Los Angeles : SAGE, [2018] | Includes bibliographical references and index.

Identifiers: LCCN 2017050739 | ISBN 9781506395661 (Paperback : acid-free paper)

Subjects: LCSH: Content analysis (Communication)

Classification: LCC P93 .K74 2018 | DDC 302.2—dc23
LC record available at https://lccn.loc.gov/2017050739

This book is printed on acid-free paper.

MIX
From responsible sources
FSC® C008955
FSC www.fsc.org

18 19 20 21 22 10 9 8 7 6 5 4 3 2

**Preface to the Fourth Edition** xii

Introduction 1

**PART I • CONCEPTUALIZING CONTENT ANALYSIS**

Chapter 1 • History 10

Chapter 2 • Conceptual Foundation 24

Chapter 3 • Uses and Inferences 51

**PART II • COMPONENTS OF CONTENT ANALYSIS**

Chapter 4 • The Logic of Content Analysis Designs 86

Chapter 5 • Unitizing 102

Chapter 6 • Sampling 115

Chapter 7 • Recording/Coding 128

Chapter 8 • Data Languages 157

Chapter 9 • Analytical Constructs 178

**PART III • ANALYTICAL PATHS AND EVALUATIVE TECHNIQUES**

Chapter 10 • Analytical/Representational Techniques 196

Chapter 11 • Computer Aids 215

Chapter 12 • Reliability 277

Chapter 13 • Validity 361

Chapter 14 • A Practical Guide 383

**Glossary** 407

**References** 414

**Index** 433

**About the Author** 453

# DETAILED CONTENTS


**Preface to the Fourth Edition** xii

**Introduction** 1

**PART I • CONCEPTUALIZING CONTENT ANALYSIS**

**Chapter 1 • History** 10

1.1 Some Precursors 10
1.2 Quantitative Newspaper Analysis 11
1.3 Early Content Analysis 12
1.4 Propaganda Analysis 14
1.5 Content Analysis Generalized 17
1.6 Computer Text Analysis 18
1.7 Qualitative Approaches 21

**Chapter 2 • Conceptual Foundation** 24

2.1 Definition 24
2.2 Epistemological Elaborations 27
2.3 Examples 31
2.4 Framework 37
2.4.1 Texts 38
2.4.2 Research Questions 39
2.4.3 Context 40
2.4.4 Analytical Constructs 42
2.4.5 Inferences 43
2.4.6 Validating Evidence 45
2.5 Contrasts and Comparisons 46

**Chapter 3 • Uses and Inferences** 51

3.1 Traditional Overviews 51
3.2 Extrapolations 54
3.2.1 Trends 55
3.2.2 Patterns 56
3.2.3 Differences 58
3.3 Standards 61
3.3.1 Identifications 61
3.3.2 Evaluations 62
3.3.3 Judgments 64
3.4 Indices and Symptoms 65
3.5 Linguistic Re-Presentations 69

3.6 Conversations 73
3.7 Institutional Processes 74
3.8 Areas of Likely Success 80

## PART II • COMPONENTS OF CONTENT ANALYSIS

**Chapter 4 • The Logic of Content Analysis Designs 86**

4.1 Content Analysis Designs 86
4.1.1 Components 87
4.1.2 Quantitative and Qualitative Content Analysis 91
4.2 Designs Preparatory to Content Analysis 94
4.2.1 Operationalizing Available Knowledge of the Context 94
4.2.2 Testing Analytical Constructs as Hypotheses 95
4.2.3 Developing Analytical Constructs by Trial and Error 96
4.3 Designs Going Beyond Content Analysis 98
4.3.1 Comparing Similar Phenomena Inferred From Different Bodies of Texts 99
4.3.2 Testing Relationships Among Phenomena Inferred From One Body of Texts 99
4.3.3 Testing Hypotheses Concerning How Content Analysis Results Relate to Other Variables 100

**Chapter 5 • Unitizing 102**

5.1 Units 102
5.2 Types of Units 103
5.2.1 Sampling Units 103
5.2.2 Recording/Coding Units 104
5.2.3 Context Units 105
5.3 Ways of Defining Units 107
5.3.1 Physical Distinctions 107
5.3.2 Syntactical Distinctions 108
5.3.3 Categorial Distinctions 109
5.3.4 Propositional Distinctions 110
5.3.5 Thematic Distinctions 111
5.4 Productivity, Efficiency, and Reliability 112

**Chapter 6 • Sampling 115**

6.1 Sampling in Theory 115
6.2 Sampling Techniques Applicable to Texts 117
6.2.1 Random Sampling 118
6.2.2 Systematic Sampling 118
6.2.3 Stratified Sampling 119
6.2.4 Varying Probability Sampling 119
6.2.5 Cluster Sampling 120
6.2.6 Snowball Sampling 121
6.2.7 Relevance Sampling 122
6.2.8 Census 123
6.2.9 Convenience Sampling 124

6.3 Sample Size 124
6.3.1 Statistical Sampling Theory 124
6.3.2 Sampling Experiments 125
6.3.3 The Split-Half Technique 127

**Chapter 7 • Recording/Coding 128**

7.1 The Function of Coding and Recording 128
7.2 Coder Qualifications 130
7.2.1 Cognitive Abilities 130
7.2.2 Background 130
7.2.3 Frequency 131
7.3 Coder Training 131
7.4 Crowdcoding 134
7.4.1 Methodological Advantages 135
7.4.2 Efforts to Assure Crowdcoding Quality 136
7.4.3 Uses of Reliability Tests 136
7.4.4 Limitations and Warnings 137
7.5 Approaches to Defining the Semantics of Data 138
7.5.1 Verbal Designations 139
7.5.2 Extensional Lists 140
7.5.3 Examples 141
7.5.4 Decision Schemes 142
7.5.5 Magnitudes and Scales 143
7.5.6 Simulation of Hypothesis Testing 145
7.5.7 Simulation of Interviewing 146
7.5.8 Constructs for Closure 148
7.6 Records 149
7.6.1 Administrative Information 151
7.6.2 Information on the Organization of Records 151
7.6.3 Substantive Information About the Phenomena of Interest 153

**Chapter 8 • Data Languages 157**

8.1 The Place of Data Languages in Analytical Efforts 157
8.2 Definitions 159
8.3 Variables 161
8.4 Nominal Variables 167
8.5 Ordered Variable 167
8.5.1 Chains 168
8.5.2 Recursions 169
8.5.3 Cubes 169
8.5.4 Trees 171
8.5.5 Multi-Valued Sets 171
8.6 Metrics 172
8.6.1 Ordinal Metrics 173
8.6.2 Interval Metrics 175
8.6.3 Ratio Metrics 176
8.7 Mathematical Operations 176

**Chapter 9 • Analytical Constructs** 178

9.1 The Role of Analytical Constructs 178

9.2 Sources of Certainty 180

9.2.1 Previous Successes and Failures 180

9.2.2 Expert Knowledge and Experience 181

9.2.3 Established Theories 183

9.2.4 Embodied Practices 185

9.3 Types of Constructs 186

9.3.1 Extrapolations 186

9.3.2 Applications of Standards 186

9.3.3 Indices and Symptoms 186

9.3.4 Re-Presentations 188

9.3.5 Conversations/Interactions 189

9.3.6 Institutional Processes 189

9.4 Sources of Uncertainty 191

9.4.1 Variance of the Target Domain 191

9.4.2 Confidence Levels 192

9.4.3 Stability of the Analytical Constructs Model 192

## PART III • ANALYTICAL PATHS AND EVALUATIVE TECHNIQUES

**Chapter 10 • Analytical/Representational Techniques** 196

10.1 Counts 197

10.2 Cross-Tabulations, Associations, and Correlations 200

10.3 Multivariate Techniques 203

10.4 Factor Analysis and Multidimensional Scaling 205

10.5 Images, Portrayals, Semantic Nodes, and Profiles 207

10.6 Contingencies and Contingency Analysis 210

10.7 Clustering 212

**Chapter 11 • Computer Aids** 215

11.1 What Computers Do 215

11.2 How Computers Can Aid Content Analyses 216

11.3 Text Analyses 220

11.3.1 Accounts of Character Strings 220

11.3.2 Text Mining 227

11.3.3 Mining Textual Evidence for Theories 236

11.3.4 Analysis of Networked Texts 239

11.4 Computational Content Analyses 246

11.4.1 Coding/Dictionary Approaches 248

11.4.2 Machine Learning of Discriminant Functions 254

11.4.3 Statistical Association Approaches 256

11.4.4 Semantic Network Approaches 258

11.4.5 Memetic Approaches 264

11.5 Qualitative Data Analysis Support 268

11.6 Frontiers 272
- 11.6.1 Intelligent Browsers 272
- 11.6.2 Common Platforms 272
- 11.6.3 Computational Theories of Meaning 273
- 11.6.4 Utilization of Intertextualities 274
- 11.6.5 Analyzing Networked Text 274
- 11.6.6 Natural Interfaces 275

**Chapter 12 • Reliability** **277**

12.1 Why Reliability? 277

12.2 Reliability Designs 280
- 12.2.1 Types of Agreement; Types of Reliability 280
- 12.2.2 Conditions for Generating Reliability Data 283
- 12.2.3 Reliability Data 285

12.3 Agreement on Coding Predefined Units 289
- 12.3.1 The Direct Path to $_c\alpha$-Agreement 293
- 12.3.2 The Path to $_c\alpha$ via Coincidence Matrices 296
- 12.3.3 Difference Functions for Data With Various Metrics 299
- 12.3.4 Some Typical Examples and Important Properties 306
  - *12.3.4.1 Binary Data, None Missing* 306
  - *12.3.4.2 Coincidences and Contingencies* 308
  - *12.3.4.3 $_c\alpha$'s Decomposition of Observed Coincidences* 310
  - *12.3.4.4 Two Observers, Several Nominal Values, No Missing Data* 310
  - *12.3.4.5 Uninformative Values in Ordered Variables* 312
  - *12.3.4.6 Trading Information for Reliability* 314
- 12.3.5 Some Contested Coefficients and Correspondences 315

12.4 Accuracy, Surrogacy, and the Decisiveness of Majorities 323
- 12.4.1 Accuracy of or Surrogacy for Crowd Members' Judgments 325
- 12.4.2 Accuracy of or Surrogacy for Majorities or Aggregates 326
- 12.4.3 The Decisiveness of Majorities or Aggregates 328
- 12.4.4 Numerical Examples 329

12.5 The Reliability of Text Mining and Information Retrieval 331
- 12.5.1 For Replications of Searches 334
- 12.5.2 For Replications of Judgments on the Relevance of Retrieval Results 336

12.6 Agreement on Unitizing and Coding Finite Continua 337
- 12.6.1 Reliability Data From Unitizing 338
- 12.6.2 Observed and Expected Coincidences 340
- 12.6.3 Agreement on the Partitions of a Continuum Into Unequal Segments 342
- 12.6.4 Agreement on the Distinction Between Relevant and Irrelevant Segments 343
- 12.6.5 Agreement on the Coding of Single-Valued Segments Independent of Unitizing 344
- 12.6.6 Agreement on Individual Values Among Valued Intersections 346

12.7 Agreement on Multi-Valued Coding 347
- 12.7.1 Two Reasons for Multi-Valued Coding 348
- 12.7.2 Reliability Data for Multi-Valued Coding 349
- 12.7.3 Multi-Valued Difference Functions 349

12.7.4 Disagreements for Multi-Valued Data 350
12.7.5 $_c\alpha$ for Multi-Valued Coding 351
12.8 Statistical Properties of $\alpha$ 351
12.8.1 Insufficient Variation 351
12.8.2 Statistical Significance 353
12.8.3 Sampling Considerations 354
12.8.4 Standards for the Reliability of Data 356

**Chapter 13 • Validity 361**

13.1 Validity Defined 361
13.2 A Typology for Validating Evidence 365
13.2.1 Sampling Validity 368
13.2.2 Semantic Validity 370
13.2.3 Structural Validity 376
13.2.4 Functional Validity 377
13.2.5 Correlative Validity 378
13.2.6 Predictive Validity 381

**Chapter 14 • A Practical Guide 383**

14.1 Designing an Analysis 384
14.1.1 Text-Driven Analyses 384
14.1.2 Problem-Driven Analyses 386
*14.1.2.1 Formulating Research Questions* 387
*14.1.2.2 Ascertaining Stable Correlations (With the Research Questions)* 388
*14.1.2.3 Locating Relevant Texts* 390
*14.1.2.4 Defining and Identifying Sampling Units Among Relevant Texts* 392
*14.1.2.5 Sampling a Sufficiently Large Number of These Units* 393
*14.1.2.6 Developing Appropriate Coding Categories and Recording Instructions* 394
*14.1.2.7 Selecting Appropriate Analytical Procedures* 395
*14.1.2.8 Adopting Standards for the Reliability of Generated Data and Statistical Significance Levels for the Results* 396
*14.1.2.9 Allocating Resources* 397
14.1.3 Method-Driven Analyses 398
14.2 Writing a Research Proposal 400
14.2.1 Rhetorical Function 400
14.2.2 Contractual Function 401
14.2.3 Outline for a Research Proposal 402
14.3 Applying the Research Design 403
14.4 Narrating the Results 404
14.4.1 Outline for a Research Report 405

**Glossary 407**
**References 414**
**Index 433**
**About the Author 453**

# 2 CONCEPTUAL FOUNDATION

*Content analysis has its own approach to analyzing data that stems largely from how the object of analysis, content, is conceived. This chapter introduces an epistemologically grounded definition of content analysis that guides the remainder of the book. It discusses its relationship to other definitions, other methods of social inquiry, and where and how it deviates from them. A conceptual framework is developed in terms of which the purposes and processes of content analysis may be understood. It includes the researcher, the knowledge he or she needs to bring to it, and the criteria by which a content analysis can be justified, and it makes transparent the function of various methods to be discussed in subsequent chapters. This chapter concludes with the suggestion that the ongoing changes in information technology make content analysis an increasingly attractive method for understanding social phenomena.*

## 2.1 DEFINITION

*Content analysis is a research technique for making replicable and valid inferences from texts (or other meaningful matter) to the contexts of their use.*

As a *technique,* content analysis involves specialized procedures. It is learnable and divorceable from the personal authority of the researcher. As a research technique, content analysis provides new insights, increases a researcher's understanding of particular phenomena, or informs practical actions. Content analysis is a scientific tool.

Techniques are expected to be *reliable.* More specifically, research techniques should result in findings that are *replicable.* That is, researchers working at different points in time and perhaps under different circumstances should get the same results when applying the same technique to the same phenomena. Replicability is the most important form of reliability.

Scientific research must also yield *valid* results, in the sense that the research effort is open to careful scrutiny and the resulting claims can be upheld in the face of independently available evidence. The methodological requirements of reliability and validity are not unique to, but make particular demands on, content analysis.

The reference to *text* in the above definition is not intended to restrict content analysis to written material. The phrase "or other meaningful matter" is included in parentheses to indicate that in content analysis works of art, images, maps, sounds, signs, symbols, and even numerical records may be included as data—that is, they may