UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON COUNTS et al.,

    Plaintiffs,            Case No. 1:16-cv-12541

v.                                    Honorable Thomas L. Ludington
                                     United States District Judge
GENERAL MOTORS, LLC,
and ROBERT BOSCH, LLC,

    Defendants.
_____/

## JUDGMENT

Accordance with the Opinion and Order entered today:

It is **ORDERED** that Plaintiffs' Amended Complaint, ECF No. 94, is **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that Plaintiffs' Motion to Certify Class, ECF No. 446, is **DENIED AS MOOT**.

**This is a final order and closes the above-captioned case**.

Dated: July 12, 2023                              s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge