# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON COUNTS, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC and ROBERT BOSCH LLC,<br><br>                Defendants. | No. 1:16-cv-12541-TLL-PTM<br><br>Honorable Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Jason Counts, Donald Klein, Oscar Zamora, Derek Long, Bassam Hirmiz, Jason Silveus, John Miskelly, Thomas Hayduk, Christopher Hemberger, and Joshua Rodriquez, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Dismissing Case With Prejudice Under Implied Preemption and Denying Pending Motion as Moot filed on July 12, 2023 (ECF No. 493), corresponding Judgment entered on July 12, 2023 (ECF No. 494), and Opinion and Order Denying Plaintiffs' Motion to Partially Reconsider or Grant Partial Relief from Judgment (ECF No. 504).

010611-11/2313308 V1

DATED: February 16, 2024               Respectfully Submitted,

*/s/ Steve W. Berman*
Steve W. Berman
Garth Wojtanowicz
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
garthw@hbsslaw.com

Jason J. Thompson
Lance C. Young
SOMMERS SCHWARTZ
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
jthompson@sommerspc.com
lyoung@sommerspc.com

Christopher A. Seeger
SEEGER WEISS LLP
555 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

Scott A. George
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
sgeorge@seegerweiss.com

Robert C. Hilliard
HILLIARD MUNOZ GONZALES LLP
719 S Shoreline Blvd., #500
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com

- 3 -

                                        James E. Cecchi
                                        Caroline F. Bartlett
                                        CARELLA, BYRNE, CECCHI,
                                        BRODY & AGNELLO, P.C.
                                        5 Becker Farm Road
                                        Roseland, NJ 07068
                                        Telephone: (973) 994-1700
                                        jcecchi@carellabyrne.com
                                        cbartlett@carellabyrne.com

                                        *Attorneys for Plaintiffs and the*
                                        *Proposed Class*

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

          HAGENS BERMAN SOBOL SHAPIRO LLP

          By: */s/ Steve W. Berman*
            Steve W. Berman